1  Jordan L. Lurie (SBN 130013)
   Jordan.Lurie@capstonelawyers.com
2  Robert K. Friedl (SBN 134947)
   Robert.Friedl@capstonelawyers.com
3  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
4  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
5  Capstone Law APC
   1840 Century Park East, Suite 450
6  Los Angeles, California 90067
   Telephone:  (310) 556-4811
7  Facsimile:   (310) 943-0396

8  Attorneys for Plaintiffs

9  John M. Thomas (SBN 266842)
   jthomas@dykema.com
10 Tamara A. Bush (SBN 197153)
   tbush@dykema.com
11 Krista L. Lenart (admitted *pro hac vice*)
   klenart@dykema.com
12 Janet L. Conigliaro (admitted *pro hac vice*)
   Jconigliaro@dykema.com
13 Fred J. Fresard (admitted *pro hac vice)*
   Ffresard@Dykema.com
14 Dykema Gossett PLLC
   333 South Grand Avenue, Suite 2100
15 Los Angeles, California  90071
   Telephone:  (213) 457-1800
16 Facsimile:   (213) 457-1850

17 Attorneys for Defendant

18                 UNITED STATES DISTRICT COURT

19      CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

20

21 OMAR VARGAS, ROBERT                  Case No. CV12-08388 AB (FFMx)
   BERTONE, MICHELLE HARRIS,            Hon. Judge André Birotte Jr.
   and SHARON HEBERLING                 Crt Rm No. 790
22 individually, and on behalf of a class
   of similarly situated individuals,     **CLASS ACTION**
23
               Plaintiffs,              **STIPULATION FOR DISCOVERY-
24      v.                              RELATED SCHEDULE**

25 FORD MOTOR COMPANY,                  **PROPOSED ORDER FILED
                                        CONCURRENTLY**
26             Defendant.
                                        Complaint Filed:   September 28, 2012
27                                      Trial Date:        None set

28

STIPULATION FOR DISCOVERY-RELATED SCHEDULE

1    Plaintiffs OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS

2 and SHARON HEBERLING ("Plaintiffs"), and Defendant FORD MOTOR

3 COMPANY ("Defendant" or "Ford") (collectively referred to as the "Parties"),

4 by and through their respective counsel, hereby jointly stipulate to the discovery-

5 related schedule below.  This stipulation is based on the following:

6    1.    Plaintiff OMAR VARGAS filed this putative class action complaint

7 against Defendant FORD MOTOR COMPANY in the Central District of

8 California, Western Division, on September 28, 2012, and Defendant filed its

9 Answer on November 21, 2012.

10    2.    Plaintiff OMAR VARGAS filed his First Amended Complaint

11 ("FAC") adding a demand for damages pursuant to the Consumer Legal

12 Remedies Act (Cal. Civ. Code § 1750 et seq.) on December 12, 2012 and

13 Defendant filed its Answer on December 20, 2012.

14    3.    Plaintiffs filed their Second Amended Complaint on August 30,

15 2013 to add additional Plaintiffs MICHELLE HARRIS, ROBERT BERTONE

16 and SHARON HEBERLING, and Defendant filed its Answer on September 13,

17 2013.

18    4.    The Parties have met and conferred and have agreed, subject to

19 Court approval, on a proposed schedule for further discovery in the *Vargas* and

20 *Klipfel* matters.  The parties originally agreed to this schedule and submitted it as

21 a proposed scheduling order in connection with their Rule 26(f) Report filed on

22 November 11, 2015 (Dkt. No. 86).  In response, the Court stated that such a

23 schedule is better dealt with in a separate stipulation, rather than a scheduling

24 order.  (Dkt. No. 88).  The parties have agreed that the additional discovery in

25 *Vargas* and *Klipfel* at this time should focus on discovery necessary relevant to

26 class certification issues, so that class certification may be decided as soon as

27 practicable.

28    Therefore, subject to this Court's approval, the parties stipulate to the

1   following proposed discovery-related schedule:

2       1.      <u>Discovery</u>: All remaining discovery in this case shall proceed as

3               follows:

4               (a)  Defendant may take the depositions of Plaintiffs Kevin and

5               Andrea Klipfel.  Unless otherwise agreed to by the parties, these

6               depositions shall be concluded no later than February 29, 2016.

7               (b)  Plaintiffs Kevin and Andrea Klipfel shall produce by

8               January 15, 2016, all records in their possession custody and control

9               relating to the purchase, sale, maintenance, service, and repair of

10              Ford Focus and Fiesta vehicles owned by them and described in

11              their Complaint.

12              (c)  All Plaintiffs in the *Vargas* case shall produce by January 15,

13              2016 all records in their possession, custody, or control relating to

14              the purchase, sale, maintenance, service, and repair of the Ford

15              Focus and Fiesta vehicles owned by them and described in their

16              Complaint, except to the extent such records have previously been

17              produced.

18              (d)  No later than December 1, 2015, based on the information then

19              available to them, Plaintiffs may identify up to four individual Ford

20              employees whose testimony they reasonably believe is necessary to

21              support their Motion for Class Certification.  The parties shall agree

22              on dates for these individuals to be deposed prior to April 15, 2016.

23              To the extent not already produced, Ford shall collect from these

24              individual documents maintained by them related to any quality

25              concerns, warranty analysis, changes or modifications, Customer

26              Satisfaction Programs, or engineering analysis of the DPS6

27              transmissions.  Ford shall produce the documents collected from each

28

1    of these individuals no later than three weeks before the deposition of

2    that individual.

3    (e)  Plaintiffs may also notice one 30(b)(6) deposition on a date or

4    dates agreed to by the parties.  Plaintiffs shall serve the 30(b)(6)

5    deposition notice by no later than December 15, 2015.  Within 30

6    days of service of the 30(b)(6) deposition notice, the parties shall

7    meet and confer regarding specific documents to be produced prior to

8    the deposition in response to the notice.  The parties shall make their

9    best efforts to schedule the 30(b)(6) deposition at reasonable time

10   thereafter.

11   (f)  If Plaintiffs in good faith determine that additional depositions are

12   necessary after the 30(6) depositions are taken or after the depositions

13   of any of the four individuals referenced above (not to exceed the

14   number of depositions permitted by Fed. R. Civ. P. 30 without leave

15   of Court), the parties shall make their best efforts to schedule those

16   additional depositions no later May 15, 2016.  Ford shall produce the

17   documents collected from each of these individuals no later than

18   three weeks before the deposition of each individual.

19   (g)  Defendant will make one additional document production

20   consisting of four (4) higher level employee custodian documents by

21   November 20, 2015. Ford notes that these documents were

22   originally in the final stages of review and production when the

23   parties previously agreed to stay discovery in June 2015.

24   (h)  Defendant will produce a supplemental privilege log and copies

25   of the redacted privilege documents by no later than January 30,

26   2016.  Ford notes that this privilege log will be for documents and

27   information withheld from its prior document productions made

28   through April of 2015.  Ford will produce a final privilege log for

1    any privileged documents identified in section (b) above before

2    February 29, 2016. Any dispute regarding the privilege log or

3    redacted documents may be submitted to the Court in accordance

4    with the local rules.

5         (i)  If either party determines in good faith that additional discovery

6    is necessary to support or oppose class certification, it may make an

7    informal request to the other side, which shall make a good faith

8    effort to provide such discovery to the extent relevant and

9    appropriate.  Unless otherwise agreed, no later than 45 days prior to

10   the date for Plaintiffs' motion for class certification, Ford shall

11   produce updated information and documents regarding the

12   following: DPS6 warranty claims and analyses; failure rates for the

13   DPS6 and analyses; out of warranty claims, including part sales, for

14   the DPS6 and component parts; and any changes and/or

15   modifications to the DPS6 and its related components.

16        (j)  Third-party discovery shall proceed normally.

17        (k)  After resolution of Plaintiffs' motion for class certification, to

18   the extent the Parties believe additional discovery is necessary, the

19   Parties shall propose a schedule for completing such discovery.

20   2.   Class Certification: The deadline for Plaintiffs to file their Motion for

21   Class Certification (with supporting expert reports) shall be June 16,

22   2016.  Other dates pertaining to Plaintiffs' motion for class

23   certification shall be set as follows:

24        (a)  Depositions of expert witnesses offered in support of Plaintiff's

25   Motion for Class Certification shall be completed within 30 days of

26   the filing of Plaintiffs' Motion.

27        (b)  The deadline for Defendant to file its opposition to Plaintiffs'

28   Motion for Class Certification (with supporting expert reports) shall

1    be 45 days after the filing of Plaintiffs' motion.

2    (c)  Depositions of expert witnesses offered to support Defendant's

3    opposition to Plaintiffs' Motion for Class Certification shall be

4    completed within 30 days of the filing of Defendant's opposition to

5    Plaintiffs' motion.

6    (d)  Plaintiffs' deadline to file a reply brief in support of their

7    Motion for Class Certification shall 45 days after the filing of

8    Defendant's opposition to Plaintiffs' motion.

9    (e)  Depositions of any rebuttal experts offered in support of

10   Plaintiffs' reply shall be completed within 30 days of the filing of

11   Plaintiffs' reply to Defendant's opposition.

12   (f)  The class certification motion hearing shall be continued to

13   October 24, 2016, at 10:00 a.m., or any date thereafter the Court

14   deems appropriate.

15   3.    Motion for Summary Judgment: Defendant may file one motion for

16   summary judgment on Plaintiffs' individual claims (and supporting

17   expert reports) no later than August 15, 2016.  If such a motion is

18   filed, it is without prejudice to Plaintiffs' right to oppose the motion

19   as premature based on Fed. R. Civ. P. 56(d).  If Defendant files a

20   motion for summary judgment, the following schedule shall apply:

21   (a)  Depositions of expert witnesses offered to support Defendant's

22   Motion for Summary Judgment shall be completed within 30 days

23   of the filing of Defendant's motion.

24   (b)  Plaintiffs' deadline to file their Opposition to Ford's Motion for

25   Summary Judgment (and supporting expert reports) shall be 45 days

26   after the filing of Defendant's motion.

27   (c)  Depositions of expert witnesses offered to support Plaintiffs'

28   opposition to Ford's motion for summary judgment shall be

1  completed within 30 days of the filing of Plaintiff's opposition

2  (d) Defendant's deadline to file its reply brief in support of its

3  Motion for Summary Judgment shall be 45 days after the filing of

4  Plaintiff's opposition.

5      4.    Promptly after the Court's ruling on class certification, the parties

6  shall submit a joint statement with proposal regarding the scope of

7  additional discovery to be conducted, the time necessary to complete

8  such discovery, and proposed dates for trial and all remaining pretrial

9  proceedings.

10  IT IS SO STIPULATED.

11

12  Dated: November 30, 2015

                      Capstone Law APC

13

14  By:  /s/ Jordan L. Lurie

                      Jordan L. Lurie

15                        Robert K. Friedl

                      Tarek H. Zohdy

16                        Cody R. Padgett

17                        Attorneys for Plaintiffs

18  Dated: November 30, 2015          Respectfully submitted,

19                        Dykema Gossett PLLC

20

21  By:  /s/ John M. Thomas

22                        John M. Thomas

23                        Attorneys for Defendant

24

25

26

27

28

1    **Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

2         I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have

3    obtained the authorization from the above signatories to file the above-

4    referenced document, and that the above signatories concur in the filing's

5    content.

6         I certify under penalty of perjury under the laws of the United States of

7    America that the foregoing is true and correct.  Executed on November 30, 2015

8

9                                        By: /s/ Jordan L. Lurie
                                             Jordan L. Lurie
10                                           Capstone Law APC
                                             1840 Century Park East, Suite 450
11                                           Los Angeles, California 90067
                                             Telephone:   (310) 556-4811
12                                           Facsimile:   (310) 943-0396

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28