1  Jordan L. Lurie (SBN 130013)
   Jordan.Lurie@capstonelawyers.com
2  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
3  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
4  Karen L. Wallace (SBN 272309)
   Karen.Wallace@capstonelawyers.com
5  Capstone Law APC
   1875 Century Park East, Suite 1000
6  Los Angeles, California 90067
   Telephone:  (310) 556-4811
7  Facsimile:  (310) 943-0396

8  Attorneys for Plaintiffs

9  John M. Thomas (SBN 266842)
   jthomas@dykema.com
10 Tamara A. Bush (SBN 197153)
   tbush@dykema.com
11 Krista L. Lenart (admitted *pro hac vice*)
   klenart@dykema.com
12 Janet L. Conigliaro (admitted *pro hac vice*)
   Jconigliaro@dykema.com
13 Fred J. Fresard (admitted *pro hac vice)*
   Ffresard@Dykema.com
14 Dykema Gossett PLLC
   333 South Grand Avenue, Suite 2100
15 Los Angeles, California 90071
   Telephone:  (213) 457-1800
16 Facsimile:  (213) 457-1850

17 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. CV12-08388 AB (FFMx)<br>Hon. Judge André Birotte Jr.<br>Crt Rm No. 790<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONSOLIDATE RELATED CASES FOR SETTLEMENT PURPOSES**<br>**[Proposed Order Filed Concurrently]**<br><br>Complaint Filed:  September 28, 2012<br>Trial Date:  None set |

Plaintiffs OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS and SHARON HEBERLING ("Plaintiffs"), and Defendant FORD MOTOR COMPANY ("Defendant" or "Ford") (collectively referred to as the "Parties"), by and through their respective counsel, have conferred and agreed that a consolidation of all related actions for all purposes is appropriate so that the Parties can submit one set of preliminary approval papers for the related case and thereby streamline the settlement approval process.

The Parties therefore stipulate to the following:

1. The *Cusick, et al. v. Ford Motor Company*, No. 2:15-cv-08831-AB (FFMx)("*Cusick*"), filed November 11, 2015, shall be consolidated with the earlier-filed *Vargas et al v. Ford Motor Company* action, No. 12-cv-08388-AB (FFMx) ("*Vargas*").

1. The *Vargas* action will be the Master Action and denominated as *Vargas et al v. Ford Motor Company* Master Action, No. 12-cv-08388-AB (FFMx). When a paper, such as the settlement papers, is intended to be applicable to all related actions, it shall be filed under the Master Action, and the words "THIS DOCUMENT RELATES TO ALL ACTIONS" shall appear below the caption. When a paper is intended to apply only to some, but not to all of the related actions, it shall be filed under the Master Action and refer to the docket number for each individual action to which the paper is intended to be applicable and include the last name of the named plaintiff in said action.  All related cases filed in this District will be transferred to, and filed under, the Master Action.

2. The First Amended Complaint ("FAC") in *Cusick* shall be the operative complaint in the consolidated *Vargas* action.

3. Interim Lead Counsel already designated by this Court [Dkt. No. 78] shall be the Interim Lead Counsel in the consolidated action.

This stipulation is based on the following facts:

A. **Settlement Background**

1. After four mediation sessions before Mediator Eric Green, Counsel for the Parties reached agreement on the principle terms of a settlement to recommend to their clients, and began drafting a formal settlement agreement. The settlement resolves the claims alleged in the *Vargas* action, the *Klipfel* action (which was previously consolidated with *Vargas* on December 12, 2015 [Dkt. No. 93]), and the *Cusick* action.

2. The Parties anticipate that by February 24, 2017, the settlement agreement will be finalized and executed, and they will be able to file a motion for preliminary approval of the settlement. On February 1, 2017, this Court stayed further action in the *Cusick* and related actions pending preliminary settlement approval. Dkt. No. 51.

3. In order to streamline the docketing of the related actions and to enable the Parties to file one set of preliminary approval papers, the Parties agree that consolidation of all related actions is appropriate and in the interests of judicial economy.

B. **The *Vargas* and *Klipfel* Actions**

1. Plaintiff OMAR VARGAS filed this putative class action complaint against Defendant FORD MOTOR COMPANY in the Central District of California, Western Division, on September 28, 2012, and Defendant filed its Answer on November 21, 2012. The class action complaint alleged that Ford's dual clutch transmission ("Dual Clutch Transmission" or "PowerShift Transmission") was defective, and alleged a putative class of all persons in the United States who purchased or leased any 2011 through 2013 Ford Fiesta and/or 2012 through 2013 Ford Focus vehicles equipped with Ford's dual clutch transmission.

2. Plaintiff OMAR VARGAS filed his First Amended Complaint ("FAC") adding a demand for damages pursuant to the Consumer Legal

1  Remedies Act (Cal. Civ. Code § 1750 *et seq.*) on December 12, 2012 and
2  Defendant filed its Answer on December 20, 2012.
3      3.    Plaintiffs filed their Second Amended Complaint on August 30,
4  2013 to add additional Plaintiffs MICHELLE HARRIS, ROBERT BERTONE
5  and SHARON HEBERLING, and Defendant filed its Answer on September 13,
6  2013.
7      4.    On June 30, 2015, the Court designated Jordan L. Lurie, Capstone
8  Law APC, as Interim Class Counsel to act on behalf of the putative class
9  members in the *Vargas* action.
10     5.    On February 19, 2015 Plaintiffs filed the *Klipel* action which
11 expanded the class to include Focus and Fiesta vehicles through the 2015 model
12 year.
13     6.    The *Klipfel* Plaintiffs filed their First Amended Complaint on
14 May 20, 2015. The First Amended Complaint expanded the alleged class to all
15 persons in the United States who purchased or leased any vehicle designed,
16 manufactured, marketed, distributed, sold, warranted, and served by Ford Motor
17 Company and equipped with Ford's PowerShift dual clutch transmission. The
18 FAC expanded the Class to all vehicles equipped with the PowerShift Dual-
19 Clutch Transmission, regardless of model or model year.
20     7.    December 21, 2015, upon the Parties' stipulation, the Court ordered
21 the *Vargas* action and its related, second-filed action, *Klipfel et al v. Ford Motor*
22 *Company,* No. 2:15-cv-02140-AB (FFMx) ("*Klipfel*") consolidated for all
23 purposes. The Court deemed the *Vargas* action the surviving action, and closed
24 the *Klipfel* action. [Dkt. No. 93].
25     **C.**    **The *Cusick* Action**
26     1.    On November 12, 2015, Plaintiffs MAUREEN CUSICK. TONYA
27 PATZE, PATRICIA SOLTESIZ, LINDSAY SCHMIDT, JOSHUA BRUNO,
28 VIRGINIA OTTE, PATRICIA SCHWENNKER, JASON PORTERFELD,

JAMIE PORTERFELD, ABIGAIL FISHER, CHRISTI GROSHONG, and ERIC DUFOUR filed a putative class action complaint in the Central District of California. The class action complaint alleged that Ford's dual clutch transmission was defective, and alleged a putative class of all persons in the United States who purchased or leased any Ford vehicle equipped with Ford's dual clutch transmission. *Cusick* added additional state law claims from Arizona, Oregon, Washington, Pennsylvania, New York, Colorado, Illinois and New Jersey. (This was in addition to the Florida and California state law claims already alleged).

2. On their Civil Cover Sheet, the *Cusick* Plaintiffs listed the *Vargas* and *Klipfel* actions as related cases. [*Cusick* Dkt. No. 3].

3. The action was initially assigned to Hon. John A. Kronstadt [Dkt. No. 6]. It was transferred to Hon. André Birotte Jr. on November 18, 2015, pursuant to the Court's Order re Transfer Pursuant to General Order 14-03 (Related Cases) [Dkt. No. 13]. The Order stated that counsel had indicated that the *Klipfel* and *Vargas* actions were related because they (a) arise from the same or closely related transactions, happenings or events, and (b) call for determination of the same or substantially related or similar questions of law and fact.

4. The *Cusick* Plaintiffs filed their First Amended Complaint on February 22, 2016. [Dkt. No. 27].

**D.     The *Vargas* and *Cusick* Actions Should Be Consolidated.**

5. The named Plaintiffs in *Vargas* and *Cusick* all purchased vehicles equipped with Ford's PowerShift Transmission, and allege that Ford failed to disclose material and safety related defects in the PowerShift Transmission, and breached express and implied warranty laws in connection with the PowerShift Transmission.

6. The *Vargas* and *Cusick* complaints both allege that Ford's

PowerShift Transmission is defective, they both allege a nationwide class, and they both allege violations of the California Consumers Legal Remedies Act, Breach of Implied Warranty pursuant to Song-Beverly Consumers Warranty Act, and Breach of Express Warranty under Cal. Com. Code section 2313.

7. Therefore, given the similarities of claims, subject matter, both actions call for determination of the same questions of law and fact. Consolidation is in the interests of all Parties and the Court because it will avoid duplicity in discovery, hearings, and conferences.

THEREFORE, subject to this Court's approval, the parties **STIPULATE** as follows:

1. The *Cusick* action shall be consolidated with the earlier-filed *Vargas* action.

2. The *Vargas* action will be the Master Action and denominated as *Vargas et al v. Ford Motor Company* Master Action, No. 12-cv-08388-AB (FFMx). When a paper, such as the settlement papers, is intended to be applicable to all related actions, it shall be filed under the Master Action, and the words "THIS DOCUMENT RELATES TO ALL ACTIONS" shall appear below the caption. When a paper is intended to apply only to some, but not to all of the related actions, it shall be filed under the Master Action and refer to the docket number for each individual action to which the paper is intended to be applicable and include the last name of the first named plaintiff in said action. All related cases filed in this District will be transferred to, and filed under, the Master Action.

3. The First Amended Complaint ("FAC") in *Cusick* shall be the operative complaint in the consolidated *Vargas* action.

4. Interim Lead Counsel already designated by this Court [Dkt. No. 78] shall be the Interim Lead Counsel in the consolidated action.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  February 13, 2017 | Respectfully submitted, |
| 2 | | Capstone Law APC |
| 4 | | By: /s/ Jordan L. Lurie |
| 5 | | Jordan L. Lurie<br>Tarek H. Zohdy<br>Cody R. Padgett<br>Karen L. Wallace |
| 7 | | Attorneys for Plaintiffs |
| 8 | Dated:  February 13, 2017 | Respectfully submitted, |
| 9 | | Dykema Gossett PLLC |
| 11 | | By: /s/ John M. Thomas |
| 12 | | John M. Thomas |
| | | Attorneys for Defendant |

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on February 13, 2017.

By: /s/ Jordan L. Lurie
Jordan L. Lurie
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396