1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

CV 15-08831 AB (FFMx)

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. CV12-08388 AB (FFMx)<br>Hon. Judge André Birotte Jr.<br>Crt Rm No. 790<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER CONSOLIDATING *VARGAS* AND *CUSICK* ACTIONS FOR SETTLEMENT PURPOSES** |

1    Having reviewed the Parties' Stipulation to Consolidate Related Cases for

2    Settlement Purposes, and good cause appearing, the Court hereby ORDERS:

3    The instant cases, *Vargas, et al v. Ford Motor Company*, Case No. 2:12-

4    cv-08388-AB, and its related, second-filed action, *Cusick, et al. v. Ford Motor*

5    *Company*, Case No. 2:15-cv-08831-AB, are hereby CONSOLIDATED FOR

6    ALL PURPOSES. The First Amended Complaint in *Cusick,* filed on February 22,

7    2016, shall be the "Operative Complaint" for settlement purposes. The *Vargas*

8    action shall be the surviving action, and the *Cusick* action shall be closed upon

9    the issuance of this Order. Henceforward, all filings shall be made in the *Vargas*

10   action.  The parties may request a severance for trial or other purposes upon an

11   appropriate showing.

13   **IT IS SO ORDERED.**

15   Dated: February 22, 2017

17   By: _____

18   Hon. André Birotte Jr.
     United States District Court Judge