1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

13
14
15

| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | Case No. CV12-08388 AB (FFMx)<br>Hon. Judge André Birotte Jr.<br>Crt Rm No. 790<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FAIRNESS HEARING FROM SEPTEMBER 11, 2017 TO OCTOBER 2, 2017** |
|---|---|

16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO CV12-08388 AB (FFMx)

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FAIRNESS HEARING

1  The Court having reviewed the Parties' Joint Stipulation to Continue the
2  Fairness Hearing, and good cause appearing, the Court hereby ORDERS that the
3  Fairness Hearing, currently set for September 11, 2017, at 10 a.m., shall be
4  continued to October 2, 2017, at 10 a.m.

5  The Court also sets the following schedule using the April 25, 2017 date
6  for entry of the Order Granting Preliminary Approval. These dates track the
7  time frames set forth in the Settlement Agreement, which this Order incorporates
8  by reference:

| Event | Deadline |
|---|---|
| Class Notice Mailed | Friday, July 7, 2017 |
| Motion for Attorneys' Fees | Monday, August 21, 2017 |
| Motion for Final Approval | Monday, August 28, 2017 |
| Opt-out & Objection Deadline | Tuesday, September 05, 2017 |
| Supplemental Brief/Reply to Objections | Monday, September 25, 2017 |
| Final Approval Hearing | Monday, October 2, 2017 at 10:00 a.m. |

IT IS SO ORDERED.

Dated: May 3, 2017

By: _____
Hon. André Birotte Jr.
U.S. District Judge