UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | Case No. CV12-08388 AB (FFMx)<br>Hon. Judge André Birotte Jr.<br>Crt Rm No. 790<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO AMEND PRELIMINARY APPROVAL ORDER** |

The Court having reviewed the Parties' Joint Stipulation to Request Amendment to Preliminary Approval Order, and good cause appearing, the Court hereby ORDERS that its April 25, 2017, Preliminary Approval Order be amended to add the following paragraph:

> 27. This Order is not intended to and does not prohibit a Class Member from responding to inquiries posited by federal, state, or local agencies and/or law enforcement, even if the inquiries relate to the Released Claims. Similarly, this Order is not intended to and does not prohibit a Class Member from bringing their concerns to federal, state, or local agencies and/or law enforcement, even if those inquiries relate to the Released Claims, provided that a Class Member is not attempting to pursue or revive any Released Claim.

IT IS SO ORDERED.

Dated: July 11, 2017

By: _____
Hon. André Birotte Jr.
U.S. District Judge