Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiffs

John M. Thomas (SBN 266842)
jthomas@dykema.com
Tamara A. Bush (SBN 197153)
tbush@dykema.com
Krista L. Lenart (admitted *pro hac vice*)
klenart@dykema.com
Dykema Gossett PLLC
333 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:   (213) 457-1800
Facsimile:    (213) 457-1850

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | Case No. CV12-08388 AB (FFMx)<br>Hon. Judge André Birotte Jr.<br>Crt Rm No. 790<br><br>**CLASS ACTION**<br><br>**PARTIES' JOINT STIPULATION TO MAINTAIN THE ORIGINAL DATE FOR HEARING FOR FINAL APPROVAL CLASS ACTION SETTLEMENT OF MONDAY, OCTOBER 2, 2017** |

Case No cv12-08388 AB (FFMx)

PARTIES' JOINT STIPULATION TO MAINTAIN ORIGINAL DATE FOR HEARING ON MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1         The parties are in receipt of this Court's Notice advising that any hearing

2   currently on calendar for Monday, July 31, 2017 or later to be heard Friday of the

3   same week.  Dkt. No. 140.

4         This Court, in an Order issued on May 3, 2017, scheduled the hearing on

5   final approval of the proposed class action settlement and award of attorneys' fees,

6   costs and enhancement awards in the above-captioned class action for Monday,

7   October 2, 2017.  Dkt. No. 135.  The parties respectfully request that the Court

8   maintain this hearing date.  Class notice already has been mailed to over 1 million

9   class members notifying them of the hearing date of October 2, 2017 for final

10  approval of the settlement.  Further, Jordan Lurie, Plaintiffs' lead counsel at

11  Capstone Law APC, is not available on Friday, October 6, 2017 or Friday, October

12  13, 2017 due to Jewish holidays.

13        A proposed Order is submitted herewith.

14

15  Dated:  July 19, 2017              Respectfully submitted,

16                                Capstone Law APC

17                             By:   /s/ Jordan L. Lurie

18                               Jordan L. Lurie

19                               Jordan L. Lurie
                                 Tarek H. Zohdy

20                               Cody R. Padgett
                                 Karen L. Wallace

21                             Attorneys for Plaintiffs and the Class

22

23  Dated:  July 19, 2017              Respectfully submitted,

24                                Dykema Gossett PLLC

25                             By:  /s/ John M. Thomas

26                               John M. Thomas

27                           Attorneys for Defendant Ford Motor
                             Company

28

CASE NO CV12-08388 AB (FFMX)

1

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

2

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have

3

obtained the authorization from the above signatories to file the above-referenced

4

document, and that the above signatories concur in the filing's content.

5

I certify under penalty of perjury under the laws of the United States of

6

America that the foregoing is true and correct.   Executed on July 19, 2017.

7

8

By:  /s/ Jordan L. Lurie

9

Jordan L. Lurie

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO CV12-08388 AB (FFMX)