# EXHIBIT 4

## CERTIFICATION OF CLASS MEMBER

I, Gail Slomine, do hereby certify that I am a member of the group of Class Members who are objecting to the Proposed Class Settlement for the reasons stated herein and also certify that I have not filed any objection to a class action lawsuit in the past five years. I am the former owner of a 2012 Ford Focus, VIN 1FAHP3K29CL151488. My current address is 3860 Hallman Ave, Collegeville, PA 19426. My phone number is 215-704-3514.

Please see the enclosed brief explaining my grounds for objecting.

At least one member of our group will appear and testify at trial or at a hearing on approval of the settlement in this matter. I am represented by David J. Gorberg, 103 Sibley Ave, Ardmore PA 19083 (215-665-7660), and Michael Kirkpatrick and Sean Sherman of Public Citizen, 1600 20th St NW, Washington, DC 20009 (202-588-1000). Their respective emails are david@mylemon.com, emma@mylemon.com, mkirkpatrick@citizen.org, and ssherman@citizen.org.


_Gail Slomine_
Gail Slomine

Date:   8/29/17

**MV-1 (4-10)**

| | I. TAX/FEES | |
|---|---|---|

**A. VEHICLE DESCRIPTION**

MAKE OF VEHICLE: FORD

VEHICLE IDENTIFICATION NUMBER (VIN). IF TRACING REQUIRED, TAPE SECURELY TO REVERSE SIDE OF THIS COPY: 1FAHP3K29CL151488

BODY TYPE (SDN, BUS, ETC.): 4DR HB SE

MODEL YEAR: 2012

GROSS VEHICLE WT. RATING:

FUEL TYPE: ☐ DIESEL ☑ GASOLINE ☐ ELECTRIC ☐ HYBRID ☐ PROPANE ☐ OTHER

☐ CHECK THE APPROPRIATE BLOCK IF THE VEHICLE IS TO BE USED OR WAS FORMERLY USED AS A ☐ TAXI OR A ☐ POLICE VEHICLE (IF APPLICABLE)

DING OF MECHANIC: 15 PVT

AUTHORIZED NOTARY, PUBLIC OR CERTIFIED INSPECTION MECHANIC SIGNATURE

☐ I certify that I have inspected a legible tracing cannot be secured and that the above VIN and vehicle weight information listed here and in Section F are correct.

SIGN HERE

PURCHASE PRICE (See Note on Reverse): 22176.90

LESS TRADE-IN:

TAXABLE AMOUNT: 22176.90

**B. APPLICANT INFORMATION**

LAST NAME (OR FULL BUSINESS NAME): SLOMINE, GAIL S    FIRST NAME    MIDDLE NAME

PA DL/PHOTO ID# OR BUS. ID: 13744441/PA

DATE OF BIRTH: 07/28/49

CO-PURCHASER LAST NAME    FIRST NAME    MIDDLE NAME    PA DL/PHOTO ID#    DATE OF BIRTH

STREET: 1502 PLYMOUTH BLVD

DATE ACQUIRED/PURCHASED: 06/16/11    COUNTY CODE

CITY: PLYMOUTH MEETING    STATE: PA    ZIP CODE: 19462

DEALER ID NUMBER (IF APPLICABLE): 85-8445C

REFER TO COUNTY CODES LISTING ON REVERSE SIDE OF YELLOW COPY

SALES TAX X 6% (.06), X 7% (.07) OR X 8% (.08) (See Note on Reverse.): 1330.61

LESS TAX CREDIT: N/A

1. SALES TAX DUE: 1330.61

NOTE: If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (On death of one owner, title goes to surviving owner.) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (On death of one owner, interest of deceased owner goes to his/her heirs or estate.)

NOTE: IF THE VEHICLE IS TO BE USED AS A DAILY RENTAL OR LEASED VEHICLE, CHECK THIS BLOCK ☐ IF BLOCK IS CHECKED, COMPLETE AND ATTACH FORM MV-1L

1A. EXEMPTION REASON CODE (must be a number from 1 to 26 or 0):

1B. EXEMPTION NO.:

**C. MILEAGE INFORMATION**

☐ REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS

☐ IS NOT THE ACTUAL MILEAGE WARNING: ODOMETER DISCREPANCY

ODOMETER READING: 5 5 ENTHS

WARNING: FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

1C. PTA NO.:

2. TITLE FEE: 22.50

**D. LIEN INFORMATION**

IF NO LIEN, CHECK ☐ 1ST LIEN ELT (IF YES, FIN REQUIRED) ☐ YES ☐ NO    IF NO 2ND LIEN, CHECK ☐ 2ND LIEN ELT (IF YES, FIN REQUIRED) ☐ YES ☐ NO

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER: 888000101001

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER

1ST LIENHOLDER NAME: FORD MOTOR CREDIT

2ND LIENHOLDER NAME

STREET: 260 INTERSTATE N CIRCLE NW

STREET

3. LIEN FEE: 5.00

4. REGISTRATION OR PROCESSING FEE: 36.00

CITY: ATLANTA    STATE: GA    ZIP CODE: 30339-2171    CITY    STATE    ZIP CODE

FEE EXEMPT NUMBER AS ASSIGNED BY THE DEPARTMENT

**E. VEHICLE TRADED**

MAKE OF VEHICLE    VEHICLE IDENTIFICATION NUMBER (VIN)    MODEL YEAR

BODY TYPE (SDN, BUS, TK, ETC.)    CONDITION OF VEHICLE ☐ GOOD ☐ FAIR ☐ POOR

5. DUPLICATE REG. FEE NO. OF CARDS: N/A

**F. ADDITIONAL VEHICLE INFORMATION**

PASSENGER TAXI/BUS: ☐ PASSENGER ☐ TAXI ☐ LIMOUSINE ☐ SCHOOL BUS ☐ MASS TRANSIT ☐ OTHER BUS    SEATING CAPACITY

6. TRANSFER FEE: N/A

MOTORCYCLE MOTOR DRIVEN CYCLE MOPED: CYLINDER CAPACITY 50CC OR LESS ☐ YES ☐ NO    BRAKE HORSEPOWER ☐ 1.5 OR LESS ☐ 1.6 TO 5.0 ☐ OVER 5.0

OPERABLE PEDALS ☐ YES ☐ NO    MAX DESIGN SPEED 25 MPH OR LESS ☐ YES ☐ NO

7. INCREASE FEE: N/A

MOTORHOME: AUTOMATIC TRANSMISSION ☐ YES ☐ NO    DESIGNED/ALTERED FOR ROAD USE ☐ YES ☐ NO

CHASSIS MFR:    BODY MAKE:

8. REPLACEMENT FEE: N/A

TRAILER & VEHICLES BELOW: NUMBER OF AXLES    REQ. REGISTERED GROSS WT (INCLUDING LOAD)

SUM OF GAWR'S:    UNLADEN WT. (EMPTY)

TRUCK TRUCK TRACTOR: REQ. REGISTERED GROSS COMBINATION WT.    GROSS COMBINATION WT. RATING

9. TOTAL PAID (ADD 1 THRU 8) Send One Check In This Amount → 1394.11

**G. APPLICATION FOR REGISTRATION**

☐ ORIGINAL PLATE – CHECK ONE ☐ PLATE TO BE ISSUED BY DEPARTMENT (PROOF OF INSURANCE MUST BE ATTACHED.)

☐ TRANSFER OF PREVIOUSLY ISSUED PLATE    ☐ TRANSFER & REPLACEMENT OF PLATE

☐ TRANSFER & RENEWAL OF PLATE    ☐ TRANSFER OF PLATE & REPLACEMENT OF STICKER

☑ EXCHANGE PLATE TO BE ISSUED BY DEPARTMENT

PLATE NO.

REASON FOR REPLACEMENT ☐ LOST ☐ DEFACED ☐ STOLEN ☐ NEVER RECEIVED (Lost in Mail)

☐ TEMPORARY PLATE ISSUED BY FULL AGENT (Note: This plate will expire 90 days from date of issuance.)

EXPIRES Month    Year

TRANSFERRED FROM TITLE NO.    VIN

NOTE: If "NEVER RECEIVED" block is checked, applicant must complete Form MV-44.

TEMP. PLATE NO.: HTK4459

SIGNATURE OF PERSON FROM WHOM PLATE IS BEING TRANSFERRED (IF OTHER THAN APPLICANT)    SIGN HERE

RELATIONSHIP TO APPLICANT

INSURANCE COMPANY NAME: ERIE    NAIC NO.    POLICY NO. (OR ATTACH BINDER): Q122230486    POLICY EFFECTIVE DATE: 12/22/2010    POLICY EXPIRATION DATE: 06/22/2011

ISSUING AGENT INFORMATION: I CERTIFY THAT ON MONTH: 06 DAY: 16 YEAR: 2011 I HAVE CHECKED TO DETERMINE THAT THE VEHICLE IS INSURED AND ISSUED TEMPORARY REGISTRATION TO THE ABOVE APPLICANT, IN COMPLIANCE WITH ALL APPLICABLE PROVISIONS OF THE VEHICLE CODE AND DEPARTMENT REGULATIONS.

ISSUING AGENT (PRINT NAME): C & F FORD SALES, INC.    AGENT NO.: 85-8445C

ISSUING AGENT SIGNATURE

TELEPHONE NO.: (215) 674-3600

**J. NOTARIZATION**

SUBSCRIBED AND SWORN TO BEFORE ME: MONTH: 06 DAY: 16 YEAR: 2011

C & F FORD SALES, INC.

SIGNATURE OF PERSON ADMINISTERING OATH

WE CERTIFY THAT I/WE HAVE EXAMINED AND SIGNED THIS APPLICATION AFTER ITS COMPLETION. I/WE FURTHER CERTIFY THAT ALL STATEMENTS HEREIN ARE MADE AND CORRECT AND MAKE APPLICATION FOR CERTIFICATE OF TITLE FOR THE VEHICLE DESCRIBED IN SECTION A. IF ANY EXEMPTION IS CLAIMED, THE PURCHASER FURTHER CERTIFIES THAT HE/SHE IS AUTHORIZED TO CLAIM THIS EXEMPTION. I/WE ACKNOWLEDGE THAT I/WE MAY LOSE MY/OUR OPERATING PRIVILEGE(S) OR VEHICLE REGISTRATION FOR FAILURE TO MAINTAIN FINANCIAL RESPONSIBILITY ON THE CURRENTLY REGISTERED VEHICLE FOR THE PERIOD OF REGISTRATION. I/WE ACKNOWLEDGE THAT I/WE MAY BE SUBJECT TO A FINE NOT EXCEEDING $5,000 AND IMPRISONMENT OF NOT MORE THAN TWO YEARS FOR ANY FALSE STATEMENT I/WE MAKE ON THIS APPLICATION.

NO NOTARY REQUIRED

SIGN IN PRESENCE OF NOTARY

Signature of Purchaser or Authorized Signer    Telephone No.

Signature of Co-Purchaser/Title of Authorized Signer: Gail Slomine    Telephone No.: (610) 239-7925

MESSENGER NO.



## CERTIFICATE OF ORIGIN FOR A VEHICLE



DATE
MAY 05,2011

INVOICE NO.
L151488         0

VEHICLE IDENTIFICATION NO.
1FAHP3K29CL151488

YEAR
2012

MAKE
FORD

BODY TYPE
FOCUS 5DR SEDAN SE

SHIPPING WEIGHT
2775 LBS.

H.P.(S.A.E.)
19.00

G.V.W.R
N/R

NO. CYLS.
4

SERIES OR MODEL
P3K

### CERTIFIED FOR SALE IN CALIFORNIA

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

Koons Ford of Baltimore Inc
6970 Security Blvd
Baltimore   MD  21244

27A037

It is further certified that this was the first transfer of such new motor vehicle in ordinary trade and commerce.

MEMO DATA
-----------------------
FINANCE SOURCE  000001

Ford Motor Credit Co
P.O. Box 1732, Room
Dearborn          MI
        48121

B25197047

FORD MOTOR COMPANY

BY _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)          (AGENT)

DEARBORN, MICHIGAN
CITY - STATE

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interest other than those disclosed herein and warrants title to the vehicle. FOR VALUE RECEIVED, TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S) _Waldorf Ford_

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _Waldorf Ford_   NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER   Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

State of _____   before this _____ day of _____ 20____

County of _____   Notary Public

USE NOTARIZATION ONLY IF REQUIRED BY TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S) _C & C Ford Sales_

ADDRESS _4100 Easton Road  Horsham, PA 19044_

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _Waldorf Ford_ _NJS44_   _Clarence Hall V.P._   NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER   Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

State of _Maryland_   before this _____ day of _____ 20____

County of _Charles_   Notary Public

USE NOTARIZATION ONLY IF REQUIRED BY TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S) _Gail S. Slomine_

ADDRESS _502 Plymouth Blvd.  Plymouth Meeting PA 19462_

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _C & C Ford_ _B3745_   NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER   **C & C FORD SALES, INC.** Being duly sworn upon oath says that the statements set forth are true and 265-8425 sworn to me

State of _____   No Notary Required

County of _____   Notary Public

USE NOTARIZATION ONLY IF REQUIRED

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____   NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER   Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me

State of _____   before this _____ day of _____ 20____

County of _____   Notary Public

USE NOTARIZATION ONLY IF REQUIRED BY TITLING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading reflects the actual mileage of the vehicle unless one of the following statements is checked. Odometer

Reading _____ No Tenths   ☐ The mileage stated is in excess of its mechanical limits.   ☐ The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Signature(s) of Seller(s) _____   **C & C FORD SALES, INC.** Being duly sworn upon oath ... of Sale(s)

Printed Name(s) of Seller(s) _B3745_   265-8425   forth are true and ...

Signature(s) of Purchaser(s) _Gail Slomine_   before this ... No Notary Required

Printed Name(s) of Purchaser(s) _Gail Slomine_   _____

Company Name (if Applicable) _____   State of _____

Address of Purchaser(s) _____   County of _____

USE NOTARIZATION ONLY IF REQUIRED BY TITLING JURISDICTION

**LIENHOLDER**

1st lien in favor of   **FORD MOTOR CREDIT COMPANY**

whose address is   **260 Interstate N Pkwy.**

2nd lien in favor of   P.O. BOX 105704

whose address is   ATLANTA, GA 30348

88800010101

REV 11/02

*111743428000621001*

WID: 11174 3428 000621 - 001                                          Title Number: 69645937101   Title Rel: 06/26/2011

## Computerized Vehicle Registration
## Pennsylvania Department of Transportation Applicant Summary Statement

| | | |
|---|---|---|
| Transaction: TITLE AND TAG | Processor: C&C FORD SALES/858445 | Processed By: PATTY SHEA |
| Purchase Date: Jun 16, 2011 | Process Date: Jun 23, 2011 | Temp Tag Date: 06/11 |
| Prev Title No: 00000000 | Prev Dup Title Count: 00 | State of Origin: None |

| | | | |
|---|---|---|---|
| VIN: 1FAHP3K29CL151488 | Condition: | Stock Number: 30068X | Unladen Weight: 0 |
| Yr/Make: 2012/FORD | Body: SDN | GVWR: 0 | No of Axles: 00 |
| Odom Reading: 55 | Fuel: GASOLINE/G | GCWR: 0 | Body Make: |
| Odom Qual: ACTUAL MILEAGE/0 | Purchase Price: $22,176.90 | Seat Cap: 000 | Chassis Mftr: |
| Brands: | | | |

**Owner Information**
SLOMINE,GAIL S/S
1502 PLYMOUTH BLVD
PLYMOUTH MTNG PA
19462

Mail Code:

[ ] Tenant in Survivorship?
[ ] Tenant in Common
[ ] ODTF
[ ] Retired
Disabled Veteran:

**Lessee information**
None

**Insurance Information**
ERIE INSURANCE EXCHANGE/26271
Q122230486
Dec 22, 2010 - Jun 22, 2011

**Trade In #1 Information**
VIN: None
YR:
Make:
Condition:
Allowance:
**Trade In #2:** None
Allowance:

**Lien Holder #1 Information**
FIN#: 88800010101
FORD MOTOR CREDIT
PO BOX 105704

ATLANTA/GA
30348
**Lien Holder #2:** None
[X] ELT

**Fees & Sales Tax Information**
Tax exempt Reason:
Tax Exempt No:
Taxable Sale Price: $22,176.90
Sale Tax Credit: $0.00
Override Code:

**PennDOT Fees**
Sales/Use Fees: 1330.61
Motor Veh Fees: 63.50
Other Fees: 0.00

Total: $1394.11

| | | |
|---|---|---|
| Assigned Tag Type: PASSENGER/01 | Class: 00 | Assigned Exp Sticker No: - 00277123 |
| Assigned Tag No: HTK4459 | Reg. GVW: 0 | Class Sticker No: |
| Assigned Exp Date: 05/31/2012 | Reg. GCW: 0 | Transferred Title No: |
| Signature of Person from whom Tag is being Transferred: | | Relation To Applicant:    [ ] w/Renewal |
| | | No of Dup Reg Cards: 0    [ ] w/Tag Replacement |
| | | [ ] w/Tag Exchange |

### - Request for Optional Registration At A Weight Exceeding the GVWR (MV-1005)

Warning:  The operation of a truck loaded beyond the manufacturer's Gross Vehicle Weight Rating (GVWR) may create unsafe conditions and also void the manufacturer's warranty if damage should result from such overloading. Check with your dealer or factory representative. You should also consult your insurer concerning possible adverse effects to your insurance coverage with respect to such overloading. I/we request that the above described vehicle be registered at the gross vehicle weight (RRGW or RRCGW) listed above under the provisions of Section 1916(b) of the Vehicle Code as amended by Act No. 8 (1980). approved 2-15-80. I/we acknowledge that I have been warned by the Department of Transportation that loading me truck beyond the manufacturer's gross weight rating may damage the truck and endanger its occupants, as well as other vehicles and their occupants and pedestrians; and I/we assume all risks connected with any such overloading of the truck.

I/we acknowledge that I/we may lose my/our operating privilege(s) or vehicle registrations(s) for failure to maintain financial responsibility on the currently registered vehicle for the period of registration. I/we further acknowledge that I/we may be subject to a fine not exceeding $5000 and imprisonment of not more than two (2) years for any false statement that I/we may make on this form, and I/we certify that I/we have examined and signed this form after its completion; and, that, if an exemption from payment of sales tax is claimed. I am/we are authorized to claim this exemption. I/we further certify that all statements herein are true and correct and make application for certificate of title for the vehicle described above.

Date Subscribed and Sworn to:

Signature of Notary Administering Oath:

S
E
A
L

Signature of Applicant or Authorized Signer:

Signature of Co-Owner/Title of Authorized Signer:

### VIN/GVWR Certification or Tracing is Required

Place Signature of Person Verifying  VIN/GVWR or the Tracing Here
I hereby certify that I have verified the VIN/GVWR of
this vehicle and the VIN/GVWR listed above is correct.

SIGN:                                          DIN:

---

Detach Here

COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL                1 of 1                TS        Detach Here

EXPIRY:  **May 31, 2012**   **VALID: 06/23/2011**
PLATE:   HTK4459
TITLE:   69645937101  SL
VIN:     1FAHP3K29CL151488
YR/MAKE: 2012/FORD
TYPE:    SDN
WID:     11174 3428 000621 - 001

EMISSION INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT      COUNTY: MONTGOMERY

SIGNATURE

I hereby acknowledge this day that I have received
notice of the provisions of Section 3709 of the Vehicle
Code

GAIL S SLOMINE
1502 PLYMOUTH BLVD
PLYMOUTH MTNG PA
19462



## Plate Pull/Transfer Request for C&C FORD SALES

Control Number: 172352
Owner: GAIL S SLOMINE
1502 PLYMOUTH BLVD
PLYMOUTH MTNG, PA 19462

Dealer No: 858445
Date: 06/23/2011
User ID: PS

==========================================================================

### VEHICLE

| | |
|---|---|
| Stock Number: | 30068X |
| VIN/Make: | 1FAHP3K29CL151488/FORD |
| Mile/Status: | 55/ACTUAL MILEAGE |
| Body Type: | SEDAN |
| Reg Gross WT: | 0 |
| Unladen WT: | 0 |
| Class: | 00 |
| Emission Msg: | EMISSION INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT |
| Transaction: | NEW ISSUE |

### PLATE AND STICKERS

| | |
|---|---|
| **Plate Number:** | **HTK4459** |
| Tag Type: | PASSENGER/01 |
| Sticker Number: | 00277123 |
| Weight Sticker Number: | |
| Exp Month/Day/Year: | 05/31/2012 |

### LESSEE

### LIENHOLDER

FORD MOTOR CREDIT
PO BOX 105704

ATLANTA, GA 30348

### FEES

| | | | |
|---|---|---|---|
| Motor Veh. Fee: | $63.50 | Purchase Amount: | $22,176.90 |
| Other Fees: | $0.00 | Trade In Amount: | |
| Sales/Use Tax: | $1,330.61 | Override Code: | |
| ------------------------- | | | |
| Total Fees: | $1,394.11 | | |
| Msg Service Fee: | | | |
| Notary Fee: | | | |
| Plate Fee: | | | |
| Other Fees: | | | |
| ------------------------- | | | |
| Total Fees: | $0.00 | Grand Total: | $1,394.11 |

C55182025

VOID VOID VO
VOID VOID VOID

SIGNATURE

**Prepared For:** GAIL'S SLOMINE

CUSTOMER'S NAME

SR. Hernon

DELIVERY PERSON

1FAHP3K29CL151488

VEHICLE IDENTIFICATION NUMBER (VIN)

Congratulations on your new Ford purchase! Our dealership's Quality Commitment is a promise to do our best to satisfy your total transportation needs. As part of our commitment, we certify that all the pre-delivery items on the reverse of this form, have been checked to help ensure your satisfaction with your new vehicle. K HERNAUON SR.

1FAHP3K29CL151488

Sincerely,

DEALER/GENERAL MANAGER'S SIGNATURE

# Quality Vehicle Check
☑ Pre-delivery inspection performed (see back)

# Owner Guide
☑ Owner Guide
☑ Review any applicable Owner Guide supplements i.e. SUV and Diesel
☑ Review any applicable Quick Reference Guide
☑ Reviewed Safety Advice Card
☑ I have personally explained the Owner Guide section on Safe Loading and Driving Practices.

# Delivery Document Review
☑ Explained delivery process
☑ Title document
☑ Registration work progress/procedures
☑ Financing documents
☑ Extended Service Plan, (if appplicable)
☑ Roadside Assistance Benefits/complete wallet card
☑ Warranty coverage and tire information
☑ Service Guide (Scheduled Maintenance Requirements)
☑ I have personally explained the My Ford Owner website and have directed the customer to http://MyFord.Fordvehicles.com website for further information.
☑ I have personally explained the new vehicle limited warranty coverages: I have explained that many of these vehicle documents and related information are also available online at the My Ford website for owners.
☑ I have personally reviewed and signed the Customer/Dealer Agreement and Pricing Sheet (Eligible Employee A/X/Z/D Plan Sales Only).
☑ Review supplemental Diesel Checklist, (if applicable)

SALE/DELIVERY PERSON'S SIGNATURE                    DATE

# Service Department Introduction
☑ Explained how to obtain service
☑ Toured service department at time of ⌐ sale or ⌐ delivery
☑ Introduced customer to service department personnel
☑ Reviewed dealership service procedures
☑ Explained Service Loaner Program
☑ Set the first routine scheduled maintenance appointment
Appointment date: 12-16-11

# Vehicle Presentation/Operating Features
*Some operating features are optional and may not be included with your new vehicle.*
INTERIOR
☑ Securicode™/Keyless entry/key fobs
☑ Seat Adjustment, memory seat and 3rd row, (if applicable)
☑ Second Generation driverside or driver and passenger-side air bag
☑ Supplemental Restraint System (SRS)/side air bags
☑ Safety belts (adjustable D-rings)
☑ Operation of mirrors/Automatic-dimming day/night rearview mirror
☑ Visors and front seat SRS warning for children
☑ Ambient Lighting
☑ Driver Window - One-touch up/down
☑ Door locks/windows (window lock switch/flip-out windows/power locks/Childproof rear door locks)
☑ Interior hood, fuel filler, and trunk release levers

REVISED 10/08    DC8FFG    Original Copy - Owner    Carbon Copy - Dealer

---

☑ automatic volume and traffic controls/antenna location/operation
☑ Sirius® Satellite Radio demonstrated, channel line-up reviewed, and favorite channels preset
☑ Voice-activated Navigation System with Sirius Travel Link™/Set Home address, or nearest intersection, as Home Destination/Reference Navigation Owner Guide Supplement & Quick Start Guide in Glove Box
☑ Temperature, compass, statistics displays
☑ Universal garage door control system
☑ Security system operation, including Securilock® and perimeter antitheft systems
☑ MyKey™ functionality
☑ Collision Warning with Brake Support
☑ Blind Spot Mirror
☑ BLIS™ Blind Spot Monitoring with Cross Traffic Alert
EXTERIOR
☑ Proper tightening of gas cap to seal
☑ Easy Fuel™ capless fuel filler system operation and location of fuel filler funnel
☑ Tire pressure review
TRUNK AND CARGO
☑ Spare tire/jack location and operation
☑ Emergency interior trunk release
☑ Liftgate operation
☑ Fuel inertia switch (in passenger compartment in some models)
REAR SEATING AREA
☑ Flexible seating/storage positions
☑ Child seat anchors
UNDER THE HOOD
☑ Fluid filler openings
☑ Battery charge indicators
OPERATION
☑ Intelligent Access with Push Button Start
☑ Adjustable steering wheel and pedal operation
☑ Review payload capacity placard
☑ Vehicle starting procedures (starter interlock)
☑ Brake/shift interlock (automatic transmission)
☑ Anti-lock Brake System (ABS)/Traction Control System
☑ Operation of headlights, high beam, flasher, parking, interior, and fog lights
☑ Wiper and washer operation
☑ Climate control and front/rear defroster operation
☑ Cruise control operation/Adaptive Cruise Control
☑ Review 4WD/AWD operation

# SYNC Orientation
*Driving while distracted can result in loss of vehicle control. Use mobile phones, even with voice commands, and other devices not essential to driving only when it is safe to do so.*
☑ Demonstrate Bluetooth cell phone pairing procedure (pair customer's phone when available and set on 911 Assist and Vehicle Health Report)
☑ Demonstrate digital music player connection process and location of USB port (use customer's media player when available)
☑ Familiarize customers with location of SYNC controls and commands (common voice commands/steering wheel buttons/audio headunit buttons) and information resources (e.g. location of quick reference guide, www.syncmyride.com and owner guide supplement)
☑ Explain 911 Assist and Vehicle Health Report (VHR) functionality and ensure VHR activation at www.syncmyride.com

# Owner Advantage Rewards
☑ Explained the Owner Advantage Rewards program benefits, including: rewards for purchases of parts/services and complimentary oil change offers
☑ Provided an Owner Advantage Rewards Sales Welcome Handout

# Checklist Review/Customer Sign-Off
☑ I have a full tank of gas.
☑ I have personally inspected my new vehicle. It is in good operating condition, damage free and is clean inside and out.
☑ I acknowledge that all items checked on this delivery form have been reviewed with me by my delivery person to my satisfaction.

Gail Slomine  6/17/11

CUSTOMER'S SIGNATURE                    DATE

customer email address  gslomine@yahoo.com

(215) 674-3600

CANDCFORD.COM
CHAPMANAUTOGROUP.COM

DEAL #: 57966

PLEASE ENTER MY ORDER FOR THE FOLLOWING

☒ NEW or ☐ USED   ☐ DEMO   ☒ CAR   ☐ TRUCK   PRIOR USE:

| YR. | MAKE | | | MODEL | | TYPE |
|---|---|---|---|---|---|---|
| 2012 FORD | | | FOCUS | | 4DR HB S | |

NAME: GAIL S SLOMINE
STREET: 1502 PLYMOUTH BLVD
DATE: 06/16/201

| COLOR | TRIM | MILEAGE |
|---|---|---|
| RED | | 55 |

CITY: PLYMOUTH MEETING   STATE: PA   ZIP: 19462

VIN: 1 F A H P 3 K 2 9 C L 1 5 1 4 8 8

PHONE RES. (610)239-7925   PHONE BUS. (610)664-6200

ENC TO FORD MOTOR CREDIT
260 INTERSTATE N CIRCLE ATLANTA
GA 30339-2111   AMOUNT: 21226.01

DESCRIPTION / OTHER

SELLING PRICE INCLUDES ALL
DISCOUNTS COUPONS AND REBATES

IN 72   MONTHLY PAYMENTS OF $ 360.89 EACH

STARTING 16th   DAY OF JULY   YEAR 2011

STOCK NO. 30068X   SALESMAN STEPHEN K HERNDON SR

### DESCRIPTION OF TRADE IN # 1

| YR. | MAKE | | MODEL | TYPE |
|---|---|---|---|---|
| COLOR | TRIM | | MILEAGE | |
| VIN | | | | |
| TITLE NO. | PLATE NO. | | EXP. DATE | |

### DESCRIPTION OF TRADE IN # 2

| YR. | MAKE | | MODEL | TYPE |
|---|---|---|---|---|
| COLOR | TRIM | | MILEAGE | |
| VIN | | | | |
| TITLE NO. | PLATE NO. | | EXP. DATE | |

### COLLISION COVERAGE

NAME OF AGENT: KOWALEWSKI JAWORK INS AGY
ADDRESS 706 SOUTH 5H ST
PHILA PA 19147-3006
PHONE (215)922-1222

POLICY NUMBER 0122230486
INSURANCE CO. RIE
COLLISION DEDUCTIBLE N/A

EFFECTIVE DATE 2/22/2010   EXP. DATE 06/22/2011   SPOKE WITH   VERIFIED BY

### WARRANTY INFORMATION

FACTORY WARRANTY - The manufacturer's warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose...

| | |
|---|---|
| SALE PRICE | |
| REBATE | 22377.90 |
| TRADE | 500.00 |
| | N/A |
| BALANCE | 21877.90 |
| WARRANTY | N/A |
| AFTERSALE | 299.00 |
| TAXABLE BALANCE | 22176.90 |
| SALES TAX | 1330.61 |
| LUXURY TAX | N/A |
| PAYOFF ON TRADE | N/A |
| NEW TAG FEE | 10.00 |
| REGISTRATION FEE | 36.00 |
| TRANSFER FEE | N/A |
| TIRE TAX | 5.00 |
| LIENHOLDER FEE | |

The Reynolds and Reynolds Company CC677544 Q (01/08)

# SOLD VEHICLE

STOCK NO. 30068X     CUSTOMER (TRANSFEREE) GAIL S SLOMINE     DATE 06/16/2011
                                             (BUYER'S PRINTED NAME)

ADDRESS 1502 PLYMOUTH BLVD     CITY PLYMOUTH MEETING STATE PA     ZIP 19462

*Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

THE BELOW NAMED TRANSFEROR/SELLER OF:

Year 2012     Make FORD     Model FOCUS     Body Type 4DR HB SE

V.I.N. 1FAHP3K29CL151488

States that the odometer mileage indicated on the vehicle described above now reads _____ 55 _____ (no tenths) miles
and to the best of my knowledge that it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

☐ **I HEREBY CERTIFY:** THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.

☐ **I HEREBY CERTIFY:** THAT THE ODOMETER READING IS **NOT** THE ACTUAL MILEAGE.

# WARNING! • ODOMETER DISCREPANCY

Dealership (Transferor) C & C FORD SALES, INC
                                      (PRINTED NAME)
Address 1100 EASTON RD.

City HORSHAM     State PA     Zip 19044

Transferor's Signature _____
(For Dealerships)     (receipt of copy acknowledged)

Buyer's Signature _Gail Slomine_
(TRANSFEREE)          (receipt of copy acknowledged)

Co-Buyer (Transferee) _____
                              (PRINTED NAME)

Co-Buyer's Signature _____
(TRANSFEREE)

# ODOMETER STATEMENT
# POWER OF ATTORNEY/PHYSICAL DAMAGE COVERAGE
# DELIVERY RECEIPT/REGISTRATION INFORMATION FORM
# NEW/USED VEHICLE DISCLAIMER

# C & C FORD SALES INC.

**1100 Easton Road, Horsham, PA 19044**    **215-674-3600**    **Fax: 215-672-4367**    **e-mail: www.candcford.com**

DATE: 6-16-11      SALESPERSON 1: SRH    # 478

DEAL #: _____      SALESPERSON 2: _____    # _____

**REGISTER TO:** (BUYER) CO-BUYER BOTH (CIRCLE ONE)      (NEW PLATE) TRANSFER (CIRCLE ONE)

| | |
|---|---|
| BUYER: Gail S. Slomine | CO-BUYER: _____ |
| ADDRESS: 1502 Plymouth Blvd. | ADDRESS: _____ |
| CITY, STATE, ZIP: Plymouth meeting Pa 19462 | CITY, STATE, ZIP: _____ |
| DRIVER'S LICENSE: 13 744 441 EXP: 7-29-11 | DRIVER'S LICENSE: _____ EXP: _____ |
| S.S.#: 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 D.O.B. 7-28-49 | S.S.#: _____ D.O.B. _____ |
| HOME#: 610 239-7925 WORK#: 610 664-6200 | HOME#: _____ WORK#: _____ |
| EMAIL: GSlomine@yahoo.com | |

| **SOLD VEHICLE**   STOCK # 30068X | **TRADE VEHICLE**   STOCK #_____ |
|---|---|
| YEAR: 12 MAKE: Ford | YEAR: _____ MAKE: _____ |
| MODEL: Focus COLOR: Red | MODEL: _____ COLOR: _____ |
| VIN# 1FAHP3K29CL151488 | VIN# _____ |
| MILEAGE: _____ STICKER EXP: 6-12 | MILEAGE: _____ STICKER EXP: _____ |
| SPOT YES NO...DEL: _____ $ DUE: 2500.00 | ACV: _____ TITLE Y / N...DUE: _____ |

| | |
|---|---|
| INSURANCE CO: ERIE INS. Exchange 'Owalewski Jawork | **PAYOFF INFORMATION** |
| AGENT: _____ PHONE: 215 922-1222 | NAME: _____ ADDRESS: _____ |
| ADDRESS: 706 South 5th St | CITY, STATE, ZIP: _____ PHONE: _____ |
| CITY, STATE, ZIP: Phila Pa 19147-3006 | BANK: _____ ADDRESS: _____ |
| POLICY#: Q 12 2230486 | CITY, STATE, ZIP: _____ PHONE: _____ |
| COMP. DED. _____ COLL. DED. _____ | Acct. #: _____ Payoff: _____ Sec: _____ |
| EFF. DATE: 12-22-10 EXP. DATE: 6-22-11 | Net Payoff: _____ Good til: _____ Auth: _____ |

## ESP/AFTERSALES

NEW USED (CIRCLE ONE) POWER TRAIN BASE CARE EXTRA CARE PREMIUM CARE RENTAL CARE MAINT. CARE

TERM: _____ MILES: _____ DEDUCTIBLE: _____

ETCHING PAINT PROTECTION FAB PROTECTION UNDERCOAT GAP LOJACK ALARM (CIRCLE ITEMS)

## DETAIL

DATE PROMISED: _____ TIME PROMISED: _____

REMARKS: _____

**SALESPERSON SIGNATURE:** SRH

**MANAGER SIGNATURE:** _____

For Re-order TRI-STATE BUSINESS FORMS (888) 579-3636 NY172858

# PENNSYLVANIA VEHICLE INSTALLMENT CONTRACT



**Ford** Credit

1-800-727-7000

www.fordcredit.com

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | SELLER/CREDITOR (Seller Name and Address) |
|---|---|
| GAIL S SLOMINE 1502 PLYMOUTH BLVD PLYMOUTH MEETING PA 19462 | C & C FORD SALES. INC. 1100 EASTON RD. HORSHAM PA 19044 |

DATE 06/16/2011

The Buyer (and Co-Buyer, if any) is referred to as "you" or "your." The Seller/Creditor is referred to as "we," "us" or "Seller." You, may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price." The credit price is shown below as "Total Sale Price." By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

| New/Used | Mileage | Year and Make | Model | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 55 | 2012 FORD | FOCUS | 1FAHP3K29CL151488 | ☒ Personal ☐ Agricultural ☐ Commercial |

## ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1. Cash Price | $ 22676.90 | (1) |
| 2. Down Payment | | |
| Third Party Rebate Assigned to Seller | $ 500.00 | |
| Cash Down Payment | $ 2500.00 | |
| Trade-in | $ N/A | |
| Year and Make N/A   Gross Allowance $ N/A   Amount Owing $ N/A | | |
| Total Down Payment | $ 3000.00 | (2) |
| 3. Unpaid Balance of Cash Price (1 minus 2) | $ 19676.90 | (3) |
| 4. Amounts paid on your behalf (Seller may be retaining a portion of these amounts) | | |
| To Public Officials | | |
| (i) for license ($ 10.00 ), title ($ 22.50 ), & registration ($ 36.00 ), fees $ 68.50 | | |
| (ii) for filling fees | $ 5.00 | |
| (iii) for taxes (not in Cash Price) $ 1335.61 | $ 1409.11 | |
| To Insurance Companies for: | | |
| Credit Life Insurance (for term of contract) | $ N/A | |
| Credit Disability Insurance (for term of contract) | $ N/A | |
| N/A (Term N/A Months) | $ N/A | |
| N/A (Term N/A Months) | $ N/A | |
| To C & C FORD SALES, for ONLINE FEE | $ N/A | |
| To C & C FORD SALES, for DOC FEE $125.00 | $ 15.00 | |
| To N/A for N/A | $ 125.00 | |
| To N/A for N/A | $ N/A | |
| To N/A for N/A | $ N/A | |
| To N/A for N/A | $ N/A | |
| To N/A for N/A | $ N/A | |
| To N/A for N/A | $ N/A | |
| Total | $ 1549.11 | (4) |
| 5. Amount Financed (3 plus 4) | $ 21226.01 | (5) |

## INSURANCE

YOU ARE REQUIRED TO INSURE THE VEHICLE. YOU MAY OBTAIN VEHICLE INSURANCE FROM A PERSON OF YOUR CHOICE.

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.

CREDIT LIFE, CREDIT DISABILITY AND OTHER OPTIONAL INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE PREMIUM.

**Credit**
☐ Life N/A

Insurance Company

$ N/A
Premium          Insured(s)

You want Credit Life Insurance.

Buyer Signs _____

Co-Buyer Signs _____

**Credit**
☐ Disability N/A

Insurance Company

$ N/A
Premium          Insured(s)

| Number of Payments | Amount of Payments | When Payments | | | |
|---|---|---|---|---|---|
| | | ☐ Monthly ☐ Semi-Monthly ☐ Annually starting | | | |
| N/A | N/A | N/A | | | |
| N/A | N/A | N/A | | | |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.

**Security Interest:** You are giving a security interest in the vehicle being purchased.

**Late Payment:** You must pay a late charge on the portion of each payment received more than 10 days late. The charge is 2.0 percent of the late amount.

**Contract:** Please see this contract for additional information on security interest, nonpayment, default, the right to require repayment of your debt in full before the scheduled date, and prepayment penalty.

If you do not meet your contract obligations, you may lose your vehicle, as well as both parts and goods put on your vehicle and money or goods received for your vehicle.

| | | $ | N/A |
|---|---|---|---|
| By | N/A | N/A | |
| | N/A | $ | N/A |
| By | N/A | N/A | |

You want the optional insurance for which premiums are included above.

Buyer Signs _____

Co-Buyer Signs _____

Credit Life and Credit Disability insurance are for the term of the contract. The amount and coverages are shown in a notice or agreement given to you today.

## BALLOON CONTRACT PROVISIONS

☐ Your last installment payment under this contract is a balloon payment.

### EXCESS WEAR, USE AND MILEAGE CHARGES

If the box directly above is checked, this section, Paragraph B, and Paragraph C of this contract apply. You may be charged for excessive wear based upon our standards for normal use. If you exercise the option to sell the vehicle back to Seller under Paragraph B, you must pay the Seller $0. _____ per mile for each mile in excess of _____ miles shown on the odometer.

### EXTRA MILEAGE OPTION CREDIT

If this contract contains a balloon payment (as indicated above), and you have exercised your Option to sell the vehicle to the Seller under Paragraph B, this paragraph applies to your contract. At the scheduled end of this contract, You will receive a credit of $0. _____ per unused mile for the number of unused miles between N/A and _____ miles, less any amounts You owe under this contract. You will not receive any credit if the vehicle is destroyed, this contract ends early, or you are in default. You will not receive any credit if the credit is less than $1.00.

☐ **Debt Cancellation Waiver Addendum (Optional)** If this box is checked you have purchased a debt cancellation waiver. Purchase of this coverage is optional and is not required to obtain credit. The terms and conditions of the debt cancellation waiver are set forth in the attached Addendum which is incorporated into this contract. The price for the debt cancellation waiver is set forth on this contract in the Itemization of Amount Financed under section 4.

Buyer Signs _____

## Anti-Theft Product (Optional)

☐ If this box is checked you purchased the anti-theft product(s) listed below. The purchase of anti-theft product(s) is optional and not required to obtain credit, even if the product(s) is already installed on the vehicle you selected. You may purchase anti-theft product(s) from the person of your choice. By signing below, you agree to purchase the anti-theft product(s) at the price disclosed.

| | | | |
|---|---|---|---|
| _____ | $ _____ | Term | _____ |
| | N/A | | N/A |
| _____ | $ _____ | Term | _____ |
| | N/A | | N/A |
| _____ | $ _____ | Term | _____ |

Buyer Signs  X

## NON-MODIFICATION DISCLOSURE

Any change in this contract must be in writing and signed by you and the Seller.

Buyer Signs  X _____  Co-Buyer Signs  X _____

YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.

**A. Payments and Summary Notice:** You must make all payments in U.S. funds when they are due. You may prepay your debt at any time without penalty. This is a simple finance charge contract. The actual finance charge you agree to pay will depend on your payment patterns. The actual finance charge may exceed the disclosed Finance Charge if you make your payments later than the scheduled dates or in less than the scheduled amount. Your payment will be applied first to the earned and unpaid part of the Finance Charge and then to the unpaid Amount Financed. The Finance Charge is earned by applying the Annual Percentage Rate to the unpaid Amount Financed for the actual time that the unpaid Amount Financed is outstanding. If the vehicle is repossessed, you will not have the right to reinstate the contract unless the Seller agrees.

**B. Balloon Payment Contracts:** If your last installment payment under this contract is a balloon payment as indicated on the front of the contract, you may handle the last installment payment in one of three ways.

<u>First</u>, you may pay all that you owe when the last installment payment is due and keep your motor vehicle.

<u>Second</u>, you may refinance the last installment payment unless you are in default under this contract. If the Seller has advanced funds to cure any default, you must pay back the Seller before the refinancing. You also must provide proof of insurance acceptable to Seller before the refinancing. The Annual Percentage Rate (APR) for the refinancing will be the lower of the APR agreed to by you and the Seller at the time of the refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment shall be the same as in this contract if the refinanced amount will be fully paid within 36 months of the due date of the last installment payment. Otherwise, the monthly payment amount shall be the amount needed to fully pay the refinanced amount within 36 months of the due date of the last installment payment. If you wish to refinance, you must notify the Seller in writing. Except as discussed in this section, the notice must be received no later than 30 days prior to the due date of the last installment payment.

<u>Third</u>, you may sell the vehicle to the Seller for an amount equal to the last installment payment. You must pay to the Seller any other amount owed under this contract. Amounts you owe will be based, in part, on the vehicle's mileage. You also must pay to the Seller the estimated costs of all repairs to the vehicle that are the result of excess wear and use, as set forth below. You must take the vehicle to a place selected by the Seller for inspection no later than 15 days prior to the last installment payment due date. After the inspection, if you decide to sell the vehicle to the Seller, you must give the vehicle to the Seller no later than the last installment payment due date. At that time, you must also give the Seller a title, which shows no liens other than the Seller's lien, transferring ownership to the Seller or a person selected by the Seller. After the inspection, if you decide not to sell vehicle to the Seller, you must immediately contact the Seller and inform the Seller whether you want to refinance the last installment payment.

**C. Damage Repair:** If your last installment payment under this

**G. Returned Insurance Premiums and Service Contract Charges:** This contract may contain charges for insurance, service contracts, or other contracts. You agree that the Seller can claim benefits under these contracts and unless prohibited by law, terminate them to obtain refunds of unearned charges to reduce what you owe. If the Seller gets a refund on insurance, service contracts, or other contracts, the Seller will subtract it from what you owe. Once all amounts owed under this contract are paid, any remaining refunds will be paid to you.

**H. Default:** You will be in default if:
1. You do not make a payment when it is due; or
2. You gave false or misleading information on your credit application relating to this contract; or
3. Your vehicle is seized by any local, state, or federal authority and is not promptly and unconditionally returned to you; or
4. You file a bankruptcy petition or one is filed against you; or
5. You do not keep any other promise in this contract.

If you default, Seller can exercise Seller's rights under this contract and Seller's other rights under the law.

**I. Repossession:** If you default, the Seller may require you to pay at once the unpaid Amount Financed, the earned and unpaid part of the Finance Charge and all other amounts due under this contract. Seller may repossess (take back) the vehicle, too. Seller may also take goods found in or on the vehicle when repossessed and hold them for you.

**J. Your Right To Redeem:** If the vehicle is taken back, Seller will send you a notice. The notice will say that you may redeem (buy back) the vehicle and will explain how to redeem the vehicle. You may redeem the vehicle up to the time the Seller sells it or agrees to sell it. If you do not redeem the vehicle, it will be sold.

**K. Disposition of Motor Vehicle:** If the vehicle is taken back and sold, the money from the sale, less allowed expenses, will be used to pay the amount still owed on the contract. Allowed expenses include those paid as a direct result of having to retake the vehicle, hold it, prepare it for sale, and sell it. Reasonable lawyer's fees and legal costs are allowed, too. If there is any money left (a surplus), it will be paid to you. If the money from the sale is not enough to pay off this contract and costs, you will pay what is still owed to the Seller. If you do not pay this amount when the Seller asks, the Seller may charge you interest at the highest lawful rate until you pay.

**L. Collection Costs:** Except as otherwise provided by law, you must pay any and all expenses related to enforcing this contract, including collection expenses, lawyers' fees and other legal expenses.

**M. Consumer Reports:** You authorize the Assignee listed on the front of this contract to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this contract.

**N. Servicing and Collection:** You agree that Creditor, Creditor's affiliates, agents and service providers may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You also expressly consent and agree that Creditor, Creditor's affiliates, agents and service

and grill work; all defective or inoperative speedometers; all window mechanisms; all broken or burned out lights; all electronic malfunctions; all interior rips, stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

If you have not made the repairs before inspection of the vehicle under Paragraph B, you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to the Seller. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to the Seller.

**D. Security Interest:** You give the Seller a security interest in:
1. The vehicle and all parts or other goods put on the vehicle;
2. All money or goods received for the vehicle; and
3. All insurance premiums and service contracts financed for you.

This secures payment of all amounts you owe under this contract. It also secures your other agreements in this contract.

**E. Use of Vehicle - Warranties:** You must take care of the vehicle and obey all laws in using it. You may not sell or rent the vehicle, and you must keep it free from the claims of others. You will not use or permit the use of the vehicle outside of the United States, except for up to 30 days in Canada or Mexico, without the prior written consent of the Seller. If the vehicle is of a type normally used for personal use and the Seller, or the vehicle's manufacturer, extends a written warranty or service contract covering the vehicle within 90 days from the date of this contract, you get implied warranties of merchantability and fitness for a particular purpose covering the vehicle. Otherwise, you understand and agree that there are no such implied warranties, except as otherwise provided by law.

**F. Vehicle Insurance:** You must insure the vehicle against loss or damage from collision, fire or theft. You must name Seller as the loss payee under the insurance policy. The Seller must approve the type and amount of insurance. If the vehicle is lost, damaged or destroyed, you must pay the Seller what is still owed.

You agree that the Seller can make a claim under the insurance policy. You authorize the insurance company to provide Seller any information Seller believes necessary to make a claim. You must use insurance proceeds to repair the vehicle, unless the damage to the vehicle is considered a total loss. If the damage to the vehicle is considered a total loss, you must use the insurance proceeds to pay what you owe the Seller. If your insurance on the vehicle doesn't pay all you owe, you must pay what is still owed.

**P. General:** This contract contains the entire agreement between Seller and you relating to the sale and financing of the motor vehicle. If any part of this contract is not valid, all other parts stay valid. If Seller doesn't enforce Seller's rights every time, Seller can still enforce them later. Seller will exercise all of Seller's rights in a lawful way.

If the last installment payment under this contract is a balloon payment, Assignee has assigned to QI Exchange, in its capacity as Assignee's qualified intermediary, its rights (but not its obligations) with respect to the purchase and sale of this vehicle.

Buyer acknowledges and accepts assignment of this contract to the Assignee (and any successor to Assignee). Buyer also consents to any subsequent assignment of this contract, and accepts this provision as notice of any such assignment, by Assignee or anyone else without further notice to Buyer. This consent and notice specifically includes any assignment of this security interest in the vehicle financed pursuant to this contract.

## FTC NOTICES

NOTICE - ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.*

Used Motor Vehicle Buyers Guide. If you are buying a used vehicle with this contract, federal regulations may require a special Buyers Guide to be displayed on the window of the vehicle. THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

Guia para compradores de vehiculos usados. LA INFORMACION QUE APARECE EN LA VENTANILLA DE ESTE VEHICULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN EL FORMULARIO DE LA VENTANILLA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIO Y QUE APAREZCA EN EL CONTRATO DE VENTA.

*Does not apply if purchased for commercial or agricultural use. In that case, you (debtor) will not assert against any assignee or subsequent holder of this Contract any claims, defenses, or setoffs which you may have against the Seller or manufacturer of the vehicle.

## GUARANTY

To cause the Seller to sell the vehicle described on the front of this contract to the Buyer on credit, each person who signs below as a "Guarantor" guarantees the payment of this contract. This means that if the Buyer fails to pay any money that is owed on this contract, each person who signs as a guarantor will pay it when asked. Each Guarantor who signs below agrees that he will be liable for the whole amount owed even if one or more other persons also signs this Guaranty. Each Guarantor also agrees to be liable even if the Seller does one or more of the following: (a) gives the Buyer more time to pay one or more payments, or (b) gives a release in full or in part to any of the other Guarantors, or (c) releases any security. Each Guarantor also states that he has received a completed copy of this contract and this Guaranty at the time of signing.



**Quick Lane**

FORS443135

1120 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
**(215) 674-1100**
www.candcford.com

FORS443135

172352        GENE FOX     321        06/17/11    FORS443135

GAIL S SLOMINE        HTK4459         472 RACE RED/CH   30068X
1502 PLYMOUTH BLVD     12/FORD/FOCUS/4DR HB SE        06/16/11        55
PLYMOUTH MEETING, PA 19462

1 F A H P 3 K 2 9 C L 1 5 1 4 8 8

GSLOMINE@YAHOO.COM                  06/17/11     AUTH #

   610-239-7925      610-664-6200         DATE COMPLETED      MILEAGE OUT   MO: 472

JOB# 1 CHARGES---------------------------------------------------

```
LABOR------------------------------------------------------------
J# 1 96FOZCPDI      NEW CAR PDI-FORD    HOURS:     TECH(S)-3077          0.00
            PERFORM NEW VEHICLE PRE-DELEVERY INSPECTION
            FOR CAR ONLY
            (((((((((( ALREADY DONE ))))))))))

MISC------CODE--------DESCRIPTION-------------------CONTROL NO--------
            310  PDI MATERIALS                                 3.00
            DNF  DETAIL NEW FORD                             -50.00
            DNFO DETAIL NEW FORD OFFSET                        50.00
                                         TOTAL - MISC          3.00

JOB# 1 TOTALS----------------------------------------------------
                                         MISC                  3.00

                    JOB# 1 JOURNAL PREFIX FORS JOB# 1 TOTAL    3.00
JOB# 2 CHARGES---------------------------------------------------

LABOR------------------------------------------------------------
J# 2 96FOZ1         NEW CAR STATE INSPEC HOURS:    TECH(S):3077        30.95
            PERFORM NEW VEHICLE PRE-DELIVERY PA STATE INSPECTION.
            TIRES-L/F---R/F---L/R---R/R-BRAKES-L/F---R/F---L/R---R/R
            ------10/32-----------------12/B------------10/B
            STICKER#AI14753508

MISC------CODE--------DESCRIPTION-------------------CONTROL NO--------
            305  PA STATE INSPECTION STICKER FEE                 2.00
                                         TOTAL - MISC            2.00

JOB# 2 TOTALS----------------------------------------------------
                                         LABOR                 30.95
                                         MISC                   2.00

                    JOB# 2 JOURNAL PREFIX FORS JOB# 2 TOTAL    32.95
JOB# 3 CHARGES---------------------------------------------------

LABOR------------------------------------------------------------
J# 3 96FOZ2         NEW CAR EMISS INSP  HOURS:     TECH(S).3077        22.45
            PERFORM NEW VEHICLE EMISSION INSPECTION
            STICKER # IM3673021

MISC------CODE--------DESCRIPTION-------------------CONTROL NO--------
            089  MCI-PA EMISSION PHONE TRANSACTION               2.40
                                         TOTAL - MISC            2.40

JOB# 3 TOTALS----------------------------------------------------
                                         LABOR                 22.45
                                         MISC                   2.40

                    JOB# 3 JOURNAL PREFIX FORS JOB# 3 TOTAL    24.85
```



**Quick Lane™**

**FORS443135**

FORS443135

1120 EASTON ROAD · ROUTE 611
HORSHAM, PA 19044
(215) 674-1100
www.candcford.com

172352

GAIL S SLOMINE
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462

GSLOMINE@YAHOO.COM

610-239-7925    610-664-6200

GENE FOX              321

HTK4459

12/FORD/FOCUS/4DR HB SE

1 F A H P 3 K 2 9 C L 1 5 1 4 8 8

06/17/11   FORS443135

472 RACE RED/CH  30068X

06/16/11              55

06/17/11        AUTH #
DATE COMPLETED      MILEAGE OUT
                         MO: 472

JOB# 4 CHARGES ·················································

LABOR ·····································································
J# 4 96FOZETCH    SECURITY ETCHING    HOURS:      TECH(S):3077           10.00
           INSTALLATION OF WINDOW ETCHING
           PDS 0907171

JOB# 4 TOTALS ·······················································
                                    LABOR              10.00

              JOB# 4 JOURNAL PREFIX FORS JOB# 4 TOTAL   10.00

COMMENTS ·································································
STEVE H

TOTALS ······································································

CONTROL#      ACCOUNT NUMBER  AMOUNT..
              7030            70 80        TOTAL LABOR....    63.40
                                          TOTAL PARTS .       0.00
                                          TOTAL SUBLET...     0.00
                                          TOTAL G.O.G.        0.00
                                          TOTAL MISC CHG.    57.40
                                          TOTAL MISC DISC   -50.00
                                          TOTAL TAX......     0.00
                                                          ·········
                                          **TOTAL INVOICE $   70.80**

APPROVED BY SIGNATURE



**Quick Lane**™

1120 EASTON ROAD · ROUTE 611
HORSHAM, PA 19044
**(215) 674-1100**
www.candcford.com

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|-----------|----------------------|-------|-------|-----------|----------------------|-------|-------|
| | | | | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|------|-------------|---------|---------|-----------|------|-----------|----------------------|
| | | | | | | | |

SALESPERSON NO. 478    STEPHEN K HERNDON SR    **S E R V I C E**    STATE REG# 5035

| | | | | | |
|---|---|---|---|---|---|
| SAVE PARTS FOR CUSTOMER | VEHICLE I.D. NO **1FAHP3K29CL151488** | YEAR/MAKE/MODEL 12/FORD/FOCUS/4DR HB SE | PRODUCTION DATE | STOCK NO 30068X | LICENSE NO HTK4459 | R.O. NO 443135 |

| | |
|---|---|
| ☐ Yes ☐ No | GAIL S SLOMINE<br>1502 PLYMOUTH BLVD<br>PLYMOUTH MEETING, PA 19462<br><br>GSLOMINE@YAHOO.COM |

CUSTOMER NO 172352   SERVICE CONTRACT   DELIVERY DATE 06/16/11   DELIVERY MILES 55   SELLING DEALER NO   R.O DATE 06/17/11

COLOR RACE RED/CHAR BLK   CONTRACT NO   EXPIRATION DATE   EXPIRATION MILES   TAG NO

TURBO   M/M/C FOZZ   AIR COND   P S   TRANS   MILEAGE 472 321   ADVISOR GENE FOX

RESIDENCE PHONE 610-239-7925   BUSINESS PHONE 610-664-6200

"I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

TIME RECEIVED 06:54pm   DATE/TIME PROMISED 06/17/11   11.59pm   PRIORITY

Your E-Mail Address [                    ]

| APPOINTMENT ☐ Yes ☐ No | Your E-Mail Address |
| JOB | X |

ORIGINAL CUSTOMER ESTIMATE.   TOTAL

X _____

**COMMENTS :**
STEVE H

1  96FOZCPDI   *NEW CAR PDI-FORD*
PERFORM NEW VEHICLE PRE-DELEVERY INSPECTION
FOR CAR ONLY.
((((((((((( ALREADY DONE )))))))))))

2  96FOZ1   *NEW CAR STATE INSPEC*
PERFORM NEW VEHICLE PRE-DELIVERY PA STATE INSPECTION.

3  96FOZ2   *NEW CAR EMISS INSP*
PERFORM NEW VEHICLE EMISSION INSPECTION

4  96FOZETCH   *SECURITY ETCHING*
INSTALLATION OF WINDOW ETCHING

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

**INITIAL YOUR CHOICE**

☐ I AUTHORIZE YOU TO COMPLETE THE ABOVE REPAIRS

☐ I AUTHORIZE THE ABOVE REPAIRS UP TO $ _____

☐ DO NOT PERFORM ANY REPAIRS UNTIL I AM NOTIFIED OF

THE EXACT NATURE OF THE REPAIRS AND THE TOTAL PRICE

OF SUCH CHARGES $ _____

I UNDERSTAND THAT IF I AUTHORIZE YOU TO BEGIN REPAIRS BUT
DO NOT AUTHORIZE ADDITIONAL NECESSARY REPAIRS I WILL
OWE FOR THE WORK COMPLETED OR FOR DIAGNOSTIC TIME THE

SUM OF $ _____

CUSTOMER SIGNATURE

| ORIGINAL ESTIMATE | AUTHORIZED ADD'L REPAIRS | ADD'L REPAIRS OK'D BY |
|---|---|---|
| $ | $ | |
| DATE | TIME | EMPLOYEE RECEIVING AUTHORITY |

SPECIFIC AUTHORIZATION GIVEN

CUSTOMER CALLED FOR VEHICLE PICKUP

AT _____ AM/PM/DATE

SPOKE WITH _____

H # (    )         W # (    )

For Reorder TRI-STATE BUSINESS FORMS (888) 579-3506

| | | | TECH. HR | PART $ | LABOR $ | TOTAL $ |
|---|---|---|---|---|---|---|
| 1 | C | | | | | |
| | C | | | | | |
| | R | (3077) | | | | |
| 2 | C | SI | | | | |
| | C | Jm | | | | |
| | R | Etch PPS 0907171 | | | | |
| 3 | C | . | | | | |
| | C | | | | | |
| | R | | | | | |
| 4 | C | | | | | |
| | C | | | | | |
| | R | | | | | |

FRONT



REAR

| STATE INSPECTION INFORMATION | | | | |
|---|---|---|---|---|
| STICKER NO | AT4753508 | | | |
| EMISSION # | Jml 3673021 | | | |
| OLD MILEAGE | New | | | |
| NEW MILEAGE | 472 | | | |
| TIRES % (LOWEST ONE) | 10/LF | | | |
| WHEELS | | | | |
| STEERING / SUSPENSION | | | | |
| EXHAUST SYSTEM | | | | |
| FUEL SYSTEM | | | | |
| GLAZING / MIRRORS | | | | |
| LIGHTS / WIRING | | | | |
| BODY / DOORS / LATCHES | | | | |
| BRAKE SYSTEM | | | | |
| BRAKE % | RF B LF | | RR B LR | |
| | 12 | 12 | 10 | 10 |
| OTHER | | | | |
| ITEMS WHICH MAY BECOME DANGEROUS BEFORE NEXT INSPECTION | | | | |
| REGISTRATION EXPIRATION | | | . | |
| STICKER ISSUED | | | | |
| TECHNICIAN SIGNATURE | | | | |

```
Service Advisor: 321
Customer Number: 172352  Name: GAIL S SLOMINE

 1FAHP3K29CL151488                              06/17/2011  18:53:58
 2012 FOCUS                        5 DR SEDAN SE
 2.0L D/TEC 16V 160PS        6 SPEED AUTO - DCPS            AXLE CD: AU
 *WARRANTY START DATE    00/00/0000 BUILD DATE  05/13/2011 START ODOM
   NO CAMPAIGN MESSAGE(S) FOUND
NO WARNING MESSAGES FOUND FOR THIS VIN
 *EXTENDED COVERAGES
            NO ESP INFORMATION AVAILABLE
NO RECENT REPAIR HISTORY ON VEHICLE
```





A DIVISION OF CHAPMAN AUTO GROUP
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600

Visit us on the web at www.candcford.com

**FOCB448601**
**C & C FORD COLLISION CENTER**
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600 EXT. 154

FOCB448601

---

172352

JAMES TOTH          5215          08/25/11   FOCB448601

GAIL S SLOMINE                    HTK4459      4,039 RACE RED/CH   30068X
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462-2657   12/FORD/FOCUS/4DR HB SE      06/16/11        55

                                  1 F A H P 3 K 2 9 C L 1 5 1 4 8 8

GSLOMINE@YAHOO.COM                                          08/22/11      AUTH #

610-239-7925    610-664-6200                    DATE COMPLETED           MILEAGE OUT   MO: 41039

JOB# 1 CHARGES ---------------------------------------------------------------

LABOR------------------------------------------------------------------
J# 1 63FOZ        PAINT REPAIR       UNITS:  9.70 TECH(S):1014
       REPAIR AS PER ESTIMATE                                    465.60

SUBLET----PO#-----VEND INV#-INV.DATE-DESCRIPTION-----------------------------
     83172           08/25/11 WWV                                 33.75
                                        TOTAL - SUBLET            33.75

G.O.G. & SUPPLIES------------------------------------------------------
     1.0  PAINT AND MATERIAL      @  234.550  /UNIT              234.55
                                        TOTAL - GOG             234.55

JOB# 1 TOTALS --------------------------------------------------------
                                        LABOR                   465.60
                                        SUBLET                   33.75
                                        G.O.G.                  234.55
                    JOB# 1 JOURNAL PREFIX FOCB  JOB# 1 TOTAL    733.90

JOB# 2 CHARGES ---------------------------------------------------------------

LABOR------------------------------------------------------------------
J# 2 64FOZ        BODY REPAIR        UNITS: 11.20 TECH(S):4066
                                                                537.60

PARTS-----QTY---FP-NUMBER----------------DESCRIPTION--------LIST PRICE-UNIT PRICE-
     1    BM5Z-16005-A        FENDER ASY - F    242.40    216.43   216.43
                                        TOTAL - PARTS          216.43

JOB# 2 TOTALS --------------------------------------------------------
                                        LABOR                   537.60
                                        PARTS                  216.43
                    JOB# 2 JOURNAL PREFIX FOCB  JOB# 2 TOTAL    754.03

---

PAGE 1 OF 2          SERVICE FILE COPY          [CONTINUED ON NEXT PAGE]   07 38pm





**FOCB448601**

**C & C FORD COLLISION CENTER**
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600 EXT 154

A DIVISION OF CHAPMAN AUTO GROUP
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600
Visit us on the web at www.candcford.com

FOCB448601

172352

GAIL S SLOMINE
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462-2657

GSLOMINE@YAHOO.COM

610-239-7925    610-664-6200

JAMES TOTH          5215        08/25/11   FOCB448601
        HTK4459       4,039 RACE RED/CH  30068X
12/FORD/FOCUS/4DR HB SE          06/16/11            55
  1 F A H P 3 K 2 9 C L 1 5 1 4 8 8

                               08/22/11       AUTH #
                         DATE COMPLETED   MILEAGE OUT  MO: 41039

TOTALS---------------------------------------------------------

PAYMENT METHOD

[ ] CASH                              TOTAL LABOR....   1003.20
[ ] CHECK #........      RECEIVED BY :....  TOTAL PARTS...    216.43
[ ] CHARGE  [ ] C/CARD              TOTAL SUBLET...    33.75
                                    TOTAL G.O.G....   234.55
CARE OF VEHICLE: YOUR VEHICLE MUST BE PROPERLY MAINTAINED IN    TOTAL MISC CHG.    0.00
ACCORDANCE WITH THE FACTORY AUTHORIZED MAINTENANCE SCHEDULE     TOTAL MISC DISC    0.00
FOUND IN THE VEHICLE'S OWNER MANUAL OR SPECIFIED BY FORD        TOTAL TAX......    89.28
DEALER. PROOF OF MAINTENANCE RECORDS MAY BE REQUIRED IF A                      --------
REPAIR WOULD BE NEEDED DUE TO LACK OF PROPER MAINTENANCE. IT    **TOTAL INVOICE $    1577.21**
IS THE OWNERS RESPONSIBILITY TO PROPERLY MAINTAIN VEHICLE.
SCHEDULED MAINTENANCE IS DUE BETWEEN EVERY 3,000-5,000 MILES
OR 3 TO 5 MONTHS.  C&C FORD IS YOUR COMPLETE DEALERSHIP.
PLEASE CONTACT US FOR ALL OF YOUR VEHICLE NEEDS.

ACTIVE DELIVERY PERFORMED BY:  ........................

*Gail Slomine*
CUSTOMER SIGNATURE

  

www.chapmanautogroup.com

    CHRYSLER   mazda   Jeep

A DIVISION OF CHAPMAN AUTO GROUP
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600
Visit us on the web at www.candcford.com

1120 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-1100

C & C FORD COLLISION CENTER
1100 EASTON ROAD - ROUTE 611
HORSHAM PA 19044
(215) 674-3600 EXT 154

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|-----------|----------------------|-------|-------|-----------|----------------------|-------|-------|
| 90FOZZ-03K | 3000 MILE | MI | 34.95 | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|------|-------------|---------|---------|-----------|------|-----------|----------------------|
| 06/17/11 | 443135 | 472 | 321 | 3077 | I | 96FOZCPDY | NEW CAR PDI-FORD |
| | | | | 3077 | I | 96FOZI | NEW CAR STATE INSPEC |
| | | | | 3077 | I | 96FOZZ | NEW CAR EMISS INSP |
| | | | | 3077 | I | 96FOZETCH | SECURITY ETCHING |

SALESPERSON NO. 478   STEPHEN K HERNDON SR   **B O D Y**   STATE REG# 5035

| | VEHICLE ID NO | YEAR/MAKE/MODEL | PRODUCTION DATE | STOCK NO | LICENSE NO | |
|--|--|--|--|--|--|--|
| SAVE PARTS FOR CUSTOMER | 1FAHP3K29CL151488 | 12/FORD/FOCUS/4DR HB SE | | 3006BX | HTK4459 448601 | |
| | GAIL S SLOMINE | CUSTOMER NO | SERVICE CONTRACT | DELIVERY DATE | DELIVERY MILES | SELLING DEALER NO | R.O. DATE |
| ☐ Yes | 1502 PLYMOUTH BLVD | 172352 | | 06/16/11 | 55 | | 08/22/11 |
| | PLYMOUTH MEETING, PA 19462-2657 | COLOR | CONTRACT NO | EXPIRATION DATE | EXPIRATION MILES | TAG NO | |
| ☐ No | GSLOMINE@YAHOO.COM | RACE RED/CHAR BLK | | | | | |
| | | TURBO | MAG | AIR COND | P S | TRANS | MILEAGE | ADVISOR NO | ADVISOR |
| | | | FOZZ | | | | 3,865 | 3215 | JAMES TOTH |
| | RESIDENCE PHONE | BUSINESS PHONE | | | | | |
| | 610-239-7925 | 610-664-6200 | | | | | |

08:27am 08/22/11   11:59pm   PRIORITY

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

Your E-Mail Address
X  _Gail Slomine_

APPOINTMENT
☐ Yes
☐ No

JOB

ORIGINAL CUSTOMER ESTIMATE:   TOTAL

X _____

1  C  63FOZ   **PAINT REPAIR**
REPAIR AS PER ESTIMATE

2  C  64FOZ   **BODY REPAIR**

Scratches on Side
Mirror Cover

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items

**INITIAL YOUR CHOICE**

☐ I AUTHORIZE YOU TO COMPLETE THE ABOVE REPAIRS

☐ I AUTHORIZE THE ABOVE REPAIRS UP TO $ _____

☐ DO NOT PERFORM ANY REPAIRS UNTIL I AM NOTIFIED OF

THE EXACT NATURE OF THE REPAIRS AND THE TOTAL PRICE

OF SUCH CHARGES $ _____

I UNDERSTAND THAT IF I AUTHORIZE YOU TO BEGIN REPAIRS BUT DO NOT AUTHORIZE ADDITIONAL NECESSARY REPAIRS I WILL OWE FOR THE WORK COMPLETED OR FOR DIAGNOSTIC TIME THE

SUM OF $ _____

CUSTOMER SIGNATURE

| ORIGINAL ESTIMATE | AUTHORIZED ADD'L REPAIRS | ADD'L REPAIRS OK'D BY |
|--|--|--|
| $ | $ | |
| DATE | TIME | EMPLOYEE RECEIVING AUTHORITY |

SPECIFIC AUTHORIZATION GIVEN

CUSTOMER CALLED FOR VEHICLE PICKUP

AT _____ AM/PM/DATE _____
SPOKE WITH _____
H # ( ___ ) _____   W # ( ___ )   448601

PAGE 1 OF 1

For Reorder   TRI-STATE BUSINESS FORMS (888) 879-3838   1135035

CUSTOMER COPY

| | | TECH. HR. | PART $ | LABOR $ | TOTAL $ |
|---|---|---|---|---|---|
| | C | | | | |
| 1 | C | | | | |
| | R | | | | |
| | C | | | | |
| 2 | C | | | | |
| | R | | | | |
| | C | | | | |
| 3 | C | | | | |
| | R | | | | |
| | C | | | | |
| 4 | C | | | | |
| | R | | | | |

FRONT



REAR

| STATE INSPECTION INFORMATION | | | | |
|---|---|---|---|---|
| STICKER NO | | | | |
| EMISSION # | | | | |
| OLD MILEAGE | | | | |
| NEW MILEAGE | | | | |
| TIRES % (LOWEST ONE) | | | | |
| WHEELS | | | | |
| STEERING / SUSPENSION | | | | |
| EXHAUST SYSTEM | | | | |
| FUEL SYSTEM | | | | |
| GLAZING / MIRRORS | | | | |
| LIGHTS / WIRING | | | | |
| BODY / DOORS / LATCHES | | | | |
| BRAKE SYSTEM | | | | |
| BRAKE % | RF | LF | RR | LR |
| | | | | |
| OTHER | | | | |
| ITEMS WHICH MAY BECOME DANGEROUS BEFORE NEXT INSPECTION | | | | |
| | | | | |
| REGISTRATION EXPIRATION | | | | |
| STICKER ISSUED | | | | |
| TECHNICIAN SIGNATURE | | | | |

08/19/2011 at 12:25 PM                                          010190303101001
83004                                                           1sloOaje

**ERIE INSURANCE GROUP**
**PHILADELPHIA CLAIMS OFFICE**
ABOVE ALL IN SERVICE
1400 N. PROVIDENCE RD
SUITE   216
MEDIA, PA 19063
(215)723-7952 Fax: (800)562-6964

**ESTIMATE OF RECORD**

Written By: Beth McMahon #139374 08/19/2011 12:20 PM
Adjuster: Beth McMahon #139374 (215)723-7952

**Insured:** GAIL SLOMINE                    **Claim** #010190303101001
**Owner:** GAIL SLOMINE                       **Policy** #Q062111759
**Address:** 1502 PLYMOUTH BLVD              **Date of Loss:** 08/16/2011 at 12:00 PM
         PLYMOUTH MEETING, PA 19462          **Type of Loss:** Collision
**Cellular:** (215)704-3514                   **Point of Impact:** 1.  Right Front

**Inspect** residence, abington pa              OTHER
**Location:** CHAPMAN A/B
         EASTON RD.
         HORSHAM, PA 19044

**Repair** C & C COLLISION CENTER             **Business:** (215)674-3600
**Facility:** 1100 EASTON RD                   9 Days to Repair
         HORSHAM, PA 19044                    **License #**

2012 FORD FOCUS SE 4-2.0L-FI 4D H/B RED Int:
**VIN:** 1FAHP3K29CL151488 **Lic:** HTK4459    **PA Prod Date:**         **Odometer:** 3846
**Condition:** Excellent
Air Conditioning          Rear Defogger          Tilt Wheel
Telescopic Wheel          Intermittent Wipers    Keyless Entry
Rear Window Wiper         Steering Wheel Controls Dual Mirrors
Console/Storage           Traction Control       Stability Control
Fog Lamps                 Rear Spoiler           Clear Coat Paint
Power Brakes              Power Windows          Power Locks
Power Mirrors             AM Radio               FM Radio
Stereo                    Search/Seek            CD Player
Auxiliary Audio Connectio Anti-Lock Brakes (4)   Driver Air Bag
Passenger Air Bag         Head/Curtain Air Bags  Front Side Impact Air Bag
Rear Side Impact Air Bags Cloth Seats            Bucket Seats
Automatic Transmission    Overdrive              Aluminum/Alloy Wheels
---------------------------------------------------------------------------
 NO.    OP.      DESCRIPTION         QTY EXT. PRICE LABOR   PAINT
---------------------------------------------------------------------------
  1            FRONT BUMPER
  2     R&I   R&I bumper cover                        1.2
  3            FRONT LAMPS
  4     R&I   RT Headlamp assy aluminum          Incl.
  5            HOOD
  6   Blnd Hood                                               1.4
  7            FENDER

1

08/19/2011 at 12:25 PM                                    010190303101001
83004                                                     1slo0aje
                        **ESTIMATE OF RECORD**
           2012 FORD FOCUS SE 4-2.0L-FI 4D H/B RED Int:

```
------------------------------------------------------------------------
  NO.     OP.       DESCRIPTION          QTY EXT. PRICE LABOR   PAINT
------------------------------------------------------------------------
```

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 8 | Repl | RT Fender | 1 | 216.43 | 2.1 | 1.8 |
| 9 | | Add for Clear Coat | | | | 0.7 |
| 10 | | Add for Edging | | | | 0.5 |
| 11 | | Deduct for Overlap | | | -0.4 | |
| 12 | | PILLARS, ROCKER & FLOOR | | | | |
| 13 | R&I | RT Rocker molding | | | Incl. | |
| 14 | | FRONT DOOR | | | | |
| 15* | Rpr | RT Outer panel | | | 4.5 | 2.1 |
| 16 | | Overlap Major Adj. Panel | | | | -0.4 |
| 17 | | Add for Clear Coat | | | | 0.3 |
| 18 | R&I | RT Mirror assy w/o heated glass primed | | | 0.3 | |
| 19* | R&I | RT Mirror cover primed w/puddle lamp | | | 0.1 | |
| 20* | Rpr | RT Mirror cover primed w/puddle lamp | | | 0.5 | 0.5 |
| 21 | | Overlap Minor Panel | | | | -0.2 |
| 22 | | Add for Clear Coat | | | | 0.1 |
| 23 | R&I | RT Handle, outside primed w/o passive | | | 0.4 | |
| 24 | R&I | RT R&I trim panel | | | 0.5 | |
| 25 | R&I | RT Belt w'strip w/o chrome to 06/17/2011 | | | 0.2 | |
| 26* | R&I | RT Applique | | | 0.2 | |
| 27 | | WINDSHIELD | | | | |
| 28 | R&I | RT Washer nozzle | | | 0.2 | |
| 29 | R&I | LT Washer nozzle | | | 0.2 | |
| 30 | | REAR DOOR | | | | |
| 31 | Blnd | RT Outer panel | | | | 1.1 |
| 32 | R&I | RT Belt w'strip black | | | 0.2 | |
| 33 | R&I | RT Handle, outside primed w/o passive | | | 0.4 | |
| 34 | R&I | RT R&I trim panel | | | 0.5 | |
| 35# | | CLEAN & DETAIL FOR DELIVERY | 1 | | 0.5 | |
| 36# | | COVER CAR | 1 | 10.00 T | 0.2 | |
| 37# | | HAZARDOUS WASTE | 1 | 5.00 T | | |
| 38# | | RESTORE CORROSION PROTECTION | 1 | 10.00 | 0.1 | |
| 39# | | NIB REMOVAL | 1 | 2.00 | 1.0 | |
| 40# | | BACK TAPE JAMBS | 1 | 4.00 | 0.6 | |

```
------------------------------------------------------------------------
```

|  | Subtotals ==> | 247.43 | 13.5 | 7.9 |
|---|---|---|---|---|

2

```
08/19/2011 at 12:25 PM                           010190303101001
83004                                                  1sло0aje
```

### ESTIMATE OF RECORD
2012 FORD FOCUS SE 4-2.0L-FI 4D H/B RED Int:

------------------------------------------------------------------

Estimate Notes:
AGREED PRICE WITH ,JIM TOTH @     C & C COLLISION    BODY SHOP .   DAYS
REPAIRED DISCUSSED WITH JIM AND INSURED //  PLEASE CONTACT KULP CAR RENTAL
1-877-585-7227 OR ENTERPRISE TO SET UP RENTAL 1-800-736-8222

**COPY OF ESTIMATE FAXED TO BODYSHOP OF CHOICE


RENTAL COVERAGE ON POLICY IS30$ PER DAY , RENTAL ALLOWANCE 9 DAYS

```
                    Parts                                  232.43
                    Body Labor        13.5 hrs @ $ 48.00/hr  648.00
                    Paint Labor        7.9 hrs @ $ 48.00/hr  379.20
                    Paint Supplies     7.9 hrs @ $ 27.00/hr  213.30
                    Sublet/Misc.                              15.00
                    --------------------------------------------------
                    SUBTOTAL                          $ 1487.93
                    Sales Tax        $ 1487.93 @  6.0000%   89.28
                    --------------------------------------------------
                    TOTAL COST OF REPAIRS             $ 1577.21

                    ADJUSTMENTS:
                      Deductible                          500.00
                    --------------------------------------------------
                    TOTAL ADJUSTMENTS              ,   $  500.00
                    NET COST OF REPAIRS               $ 1077.21
```


Vehicle owner must authorize all repairs. ERIE INSURANCE reserves the right to
reinspect all supplements before payment is made. THIS IS NOT AN AUTHORIZATION
TO REPAIR.

08/19/2011 at 12:25 PM                                    010190303101001
83004                                                            1s1o0aje
                          **ESTIMATE OF RECORD**
              2012 FORD FOCUS SE 4-2.0L-FI 4D H/B RED Int:

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR
OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM
CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF
MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A
FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL
AND CIVIL PENALTIES.

THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS THAT MAY BE USED TO
DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED:D=DISCONTINUED
PART A=APPROXIMATE PRICE B=BODY LABOR D=DIAGNOSTIC E=ELECTRICAL F=FRAME G=GLASS
M=MECHANICAL P=PAINT LABOR S=STRUCTURAL T=TAXED MISCELLANEOUS X=NON TAXED
MISCELLANEOUS ADJ=ADJACENT ALGN=ALIGN  A/M=AFTERMARKET  BLND=BLEND
CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION  D&R=DISCONNECT AND RECONNECT DS
PART=Diamond Standard Part DS ASSY=Diamond Standard Assembly EST=ESTIMATE EXT.
PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY INCL=INCLUDED MISC=MISCELLANEOUS
NON-ADJ=NON ADJACENT O/H=OVERHAUL OP=OPERATION NO=LINE NUMBER QTY=QUANTITY QUAL
RECY=QUALITY RECYCLED PART QUAL REPL=QUALITY REPLACEMENT PART COMP REPL
PARTS=COMPETITIVE REPLACEMENT PARTS RECOND=RECONDITION REFN=REFINISH
REPL=REPLACE R&I=REMOVE AND INSTALL R&R=REMOVE AND REPLACE RPR=REPAIR RT=RIGHT
SECT=SECTION SUBL=SUBLET LT=LEFT W/O=WITHOUT W/_=WITH/_ #=MANUAL LINE ENTRY
*=OTHER [IE..MOTORS DATABASE INFORMATION WAS CHANGED]. **=DATABASE LINE WITH
AFTERMARKET N=NOTES ATTACHED TO LINE NAGS=NATIONAL AUTO GLASS SPECIFICATIONS.
OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER OPTIONALLY  SOURCED OR
OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT. NWCPP=NATIONWIDE CRASH
PARTS PROGRAM.

THE ATTACHED ESTIMATE REPRESENTS AN APPRAISAL OF THE COST OF REPAIR FOR THE
VISIBLE DAMAGE TO THE VEHICLE NOTED AT THE TIME OF INSPECTION NECESSARY TO
RETURN THE VEHICLE TO ITS PREDAMAGED CONDITION.   COSTS ABOVE THE APPRAISED
AMOUNT MAY BE THE RESPONSIBILITY OF THE VEHICLE OWNER.   THERE IS NO REQUIREMENT
THAT THE VEHICLE OWNER USE ANY SPECIFIED REPAIR SHOP. INFORMATION REGARDING
REPAIR FACILITIES WHICH WILL BE ABLE TO REPAIR THE VEHICLE FOR THE APPRAISED
AMOUNT IS AVAILABLE FROM THE INSURANCE COMPANY. IF USED PARTS ARE SPECIFIED,
THEY ARE REQUIRED TO BE OF LIKE KIND AND QUALITY TO THOSE BEING REPLACED.
INCIDENTAL CHARGES SUCH AS TOWING, PROTECTIVE CARE, CUSTODY, STORAGE,
DEPRECIATION, BATTERY AND TIRE REPLACEMENT ARE NOTED WHEN APPLICABLE.

·08/19/2011 at 12:25 PM                                        010190303101001
83004                                                          1s1o0aje

## ESTIMATE OF RECORD
### 2012 FORD FOCUS SE 4-2.0L-FI 4D H/B RED Int:

Estimate based on MOTOR CRASH ESTIMATING GUIDE.  Unless otherwise noted all items are derived
    from the Guide DR2JK12, CCC Data Date 08/01/2011, and the parts selected are OEM-parts
  manufactured by the vehicles Original Equipment Manufacturer.  OEM parts are available at
OE/Vehicle dealerships  OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM
    parts that may be provided by or through alternate sources other than the OEM vehicle
dealerships.  OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing
    or discount.  OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's
  through OEM vehicle dealerships.  Asterisk (*) or Double Asterisk (**) indicates that the
parts and/or labor information provided by MOTOR may have been modified or may have come from
an alternate data source.  Tilde sign (~) items indicate MOTOR Not-Included Labor operations.
Non-Original Equipment Manufacturer aftermarket parts are described as AM, Qual Repl Parts or
Comp Repl Parts which stands for Competitive Replacement Parts.  Used parts are described as
LKQ, Qual Recy Parts, RCY, or USED.  Reconditioned parts are described as Recond.  Recored
    parts are described as Recore.  NAGS Part Numbers and Benchmark Prices are provided by
National Auto Glass Specifications.  Labor operation times listed on the line with the NAGS
information are MOTOR suggested labor operation times.  NAGS labor operation times are not
included.  Pound sign (#) items indicate manual entries.  Some 2010 vehicles contain minor
changes from the previous year  For those vehicles, prior to receiving updated data from the
vehicle manufacturer, labor and parts data from the previous year may be used  The CCC ONE
estimator has a complete list of applicable vehicles.  Parts numbers and prices should be
confirmed with the local dealership.  THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS
  THAT MAY BE USED TO DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED: MOTOR
  ABBREVIATIONS/SYMBOLS: D=DISCONTINUED PART A=APPROXIMATE PRICE LABOR TYPES  B=BODY LABOR
  D=DIAGNOSTIC E=ELECTRICAL F=FRAME G=GLASS M=MECHANICAL P=PAINT LABOR S=STRUCTURAL T=TAXED
MISCELLANEOUS X=NON TAXED MISCELLANEOUS PATHWAYS: ADJ=ADJACENT ALGN=ALIGN  A/M=AFTERMARKET
BLND=BLEND CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION NSF=NSF INTERNATIONAL CERTIFIED PART
  D&R=DISCONNECT AND RECONNECT EST=ESTIMATE EXT. PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY
    INCL=INCLUDED MISC=MISCELLANEOUS NAGS=NATIONAL AUTO GLASS SPECIFICATIONS NON-ADJ=NON
  ADJACENT O/H=OVERHAUL OP=OPERATION NO=LINE NUMBER QTY=QUANTITY QUAL  RECY=QUALITY RECYCLED
    PART QUAL REPL=QUALITY REPLACEMENT PART COMP REPL PARTS=COMPETITIVE REPLACEMENT PARTS
  RECOND=RECONDITION REFN=REFINISH REPL=REPLACE R&I=REMOVE AND INSTALL R&R=REMOVE AND REPLACE
  RPR=REPAIR RT=RIGHT SECT=SECTION SUBL=SUBLET LT=LEFT W/O=WITHOUT W/_=WITH/_SYMBOLS  #=MANUAL
    LINE ENTRY *=OTHER [IE  MOTORS DATABASE INFORMATION WAS CHANGED] **=DATABASE LINE WITH
  AFTERMARKET N=NOTES ATTACHED TO LINE. OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER
    OPTIONALLY SOURCED OR OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT
                        NWCPP=NATIONWIDE CRASH PARTS PROGRAM.

          CCC Pathways - A product of CCC Information Services Inc.

# C&C COLLISION CENTER

**1100 EASTON ROAD**
**HORSHAM, PA 19044**
Phone: (215) 674-3600
Fax: (215-672-4367
jtoth@chapmanautogroup.com
TIN: 232652599

Customer Name: _____   Claim#: _____

Vehicle: _____   Vin: _____

## AUTHORIZATION TO REPAIR:

I am the owner of the above mentioned vehicle and hereby authorize Chapman Ford to make the repairs to my vehicle in accordance to the written appraisal and any subsequent supplement that may be required. I agree that Chapman Ford is not responsible for damage to the vehicle or loss of articles left in vehicle caused by fire, theft, or any other cause beyond our control, or for delays caused by unavailability of parts or shipping delays. I also grant permission to Chapman Ford employees to operate the vehicle for the purpose of testing or taking to another Chapman Auto Group location. I understand and agree that to secure payment for the repairs thereto, an expressed mechanic's lien on the above vehicle is acknowledged and I further agree to pay reasonable attorney's fees and court costs in the event that legal action is required. I understand that whenever a windshield or back glass is removed there is a chance of breakage. I understand that Chapman is not responsible and I must submit a glass claim with my insurance company for replacement of the glass. I agree that In the event, for whatever reasons, the involved insurance company/companies do not pay for the repairs to my vehicle, payment in full becomes my sole and full responsibility and Chapman Ford is not liable for cost of any customer's rental vehicle for any reason.

Signature: *Gail Slomine*   Date: _____

## DIRECTION OF PAY:

I authorize the insurance company to make payment on my behalf directly to Chapman Ford for the portions of repairs that they are responsible for on the above mentioned vehicle.

Signature: *Gail Slomine*   Date: _____

## CERTIFICATE OF SATISFACTION:

I certify that I've inspected repairs to my vehicle and the repairs were done to my complete satisfaction.

Signature: _____   Date: _____

## POWER OF ATTORNEY:

I hereby authorize payment to be made directly to Chapman Ford and in the event that my check, draft or supplemental payment is made for repairs to my vehicle, I do constitute, make and appoint Chapman Ford to act as my true and lawful attorney to sign my name and deposit check in their account.

Signature: _____   Date: _____




www.chapmanautogroup.com

   

A DIVISION OF CHAPMAN AUTO GROUP
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600
Visit us on the web at www.candcford.com

1120 EASTON ROAD   ROUTE 611
HORSHAM, PA 19044
(215) 674-1100

C & C FORD COLLISION CENTER
1100 EASTON ROAD ROUTE 611
HORSHAM PA 19044
(215) 674-3600 EXT 154

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 90FOZZ-AL2CAR | ALIGN FRONT END | MI | 59.95 | 90FOZZ18 | BEARING REPACK 4X2 | MI | 136.00 |
| 04FOZBTS | BALANCE 4 TIRES | MI | 49.95 | 90FOZZ-CSF | COOLING SYSTEM FLUSH | MI | 119.95 |
| 90FOZZ-F.F. | REPLACE FUEL FILTER | MI | 73.95 | 90FOZA-ROT | ROTATE TIRES | MI | 24.95 |
| 76FOZ253 | ROTATE TIRES | MI | 17.95 | 76FOZ242 | COOLANT FLUSH | MI | 89.95 |
| 76FOZ253 | RPL FUEL | MI | 69.95 | 90FOZA-ROTSP | ROTATE/BRAKE INSP | MI | 19.95 |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 08/22/11 | 448601 | 4039 | 5215 | 1014 | C | 63FOZ | PAINT REPAIR |
| | | | | 4066 | C | 64FOZ | BODY REPAIR |
| 06/17/11 | 443135 | 472 | 321 | 3077 | I | 96FOZCPDI | NEW CAR PDI-FORD |
| | | | | 3077 | I | 96FOZ1 | NEW CAR STATE INSPEC |
| | | | | 3077 | I | 96FOZ2 | NEW CAR EMISS INSP |
| | | | | 3077 | I | 96FOZETCH | SECURITY ETCHING |

SALESPERSON NO 478   STEPHEN K HERNDON SR   S E R V I C E                STATE REG# 5035

| | | | |
|---|---|---|---|
| SAVE PARTS FOR CUSTOMER ☐ Yes ☐ No | VEHICLE ID 1FAHP3K29CL151488 | YEAR/MAKE/MODEL 12/FORD/FOCUS/4DR HB SE | PRODUCTION DATE / STOCK NO 30068X | LICENSE NO HTK4459 | R.O DATE 449234 08/29/11 |

GAIL S SLOMINE
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462-2657

CUSTOMER NO 172352   SERVICE CONTRACT   DELIVERY DATE 06/16/11   DELIVERY MILES 55   SELLING DEALER NO

RACE RED/CHAR BLK

CONTRACT NO   EXPIRATION DATE   EXPIRATION MILES   TAG NO

TURBO   AIR COND   P S   TRANS   MILEAGE 41,039   ADVISOR NO 321   ADVISOR GENE FOX

FOZZ                P S

GSLOMINE@YAHOO COM

RESIDENCE PHONE 610-239-7925   BUSINESS PHONE 610-664-6200

"I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto "

DATE PROMISED 06.09pm   TIME PROMISED 08/29/11   11 59pm   PRIORITY

Your E-Mail Address

APPOINTMENT ☐ Yes ☐ No

X _____

JOB

ORIGINAL CUSTOMER ESTIMATE   TOTAL

X _____

COMMENTS .
BILLING BODY SHOP

1   C   28FOZWWV          WASH, WINDOW, VAC
CUSTOMER STATES TO PERFORM SERVICES LISTED
INCLUDING WASH EXTERIOR, VACUUM INTERIOR AND
CLEAN WINDOWS.

The factory warranty constitutes all of the warranties with respect to the sale of this item/items  The seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items

**INITIAL YOUR CHOICE**

☐ I AUTHORIZE YOU TO COMPLETE THE ABOVE REPAIRS

☐ I AUTHORIZE THE ABOVE REPAIRS UP TO $ _____

☐ DO NOT PERFORM ANY REPAIRS UNTIL I AM NOTIFIED OF THE EXACT NATURE OF THE REPAIRS AND THE TOTAL PRICE OF SUCH CHARGES $ _____

I UNDERSTAND THAT IF I AUTHORIZE YOU TO BEGIN REPAIRS BUT DO NOT AUTHORIZE ADDITIONAL NECESSARY REPAIRS I WILL OWE FOR THE WORK COMPLETED OR FOR DIAGNOSTIC TIME THE

SUM OF $ _____

CUSTOMER SIGNATURE

| ORIGINAL ESTIMATE | AUTHORIZED ADD'L REPAIRS | ADD'L REPAIRS OK'D BY |
|---|---|---|
| $ | $ | |
| DATE | TIME | EMPLOYEE RECEIVING AUTHORITY |

SPECIFIC AUTHORIZATION GIVEN

CUSTOMER CALLED FOR VEHICLE PICKUP

AT _____ AM/PM/DATE ____

SPOKE WITH _____

H # ( )          W # ( )          449234

For Reorder TRI-STATE BUSINESS FORMS (800) 578-3055   1130533

PAGE 1  OF 1                                    CUSTOMER COPY

| | | | | TECH HR | PART $ | LABOR $ | TOTAL $ |
|---|---|---|---|---|---|---|---|
| | C | | | | | | |
| 1 | C | | | | | | |
| | R | | | | | | |
| | C | | | | | | |
| 2 | C | | | | | | |
| | R | | | | | | |
| | C | | | | | | |
| 3 | C | | | | | | |
| | R | | | | | | |
| | C | | | | | | |
| | C | | | | | | |
| 4 | R | | | | | | |



FRONT

REAR

| STATE INSPECTION INFORMATION | | | | |
|---|---|---|---|---|
| STICKER NO | | | | |
| EMISSION # | | | | |
| OLD MILEAGE | | | | |
| NEW MILEAGE | | | | |
| TIRES % (LOWEST ONE) | | | | |
| WHEELS | | | | |
| STEERING / SUSPENSION | | | | |
| EXHAUST SYSTEM | | | | |
| FUEL SYSTEM | | | | |
| GLAZING / MIRRORS | | | | |
| LIGHTS / WIRING | | | | |
| BODY / DOORS / LATCHES | | | | |
| BRAKE SYSTEM | | | | |
| BRAKE % | RF | LF | RR | LR |
| | | | | |
| OTHER | | | | |
| ITEMS WHICH MAY BECOME DANGEROUS BEFORE NEXT INSPECTION | | | | |
| REGISTRATION EXPIRATION | | | | |
| STICKER ISSUED | | | | |
| TECHNICIAN SIGNATURE | | | | |





A DIVISION OF CHAPMAN AUTO GROUP
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600
Visit us on the web at www.candcford.com

**FOCS453660**
**C & C FORD COLLISION CENTER**
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600 EXT 154

FOCS453660

172352

GAIL S SLOMINE
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462-2657

GSLOMINE@YAHOO COM

610-239-7925        610-664-6200

RICHARD UNDERKOFLE    5564
                HTK4459
12/FORD/FOCUS/4DR HB SE
1 F A H P 3 K 2 9 C L 1 5 1 4 8 8

10/22/11   FOCS453660
6,408 RACE RED/CH   30068X
06/16/11               55

10/22/11              AUTH #
DATE COMPLETED        MILEAGE OUT
                      MO: 6411

JOB# 1 CHARGES

LABOR
J# 1 90FOZAFIRSTLOF  FIRST VISIT      UNITS      TECH(S) 5385         15.49
        FIRST VISIT OIL - FILTER CHANGE
        RESET OIL CHANGE LIGHT IF SO EQUIPPED

PARTS  ----QTY   FP NUMBER      DESCRIPTION ------LIST PRICE-UNIT PRICE-
        1     FL 910S B12    KIT - ELEMENT      6.50      6 50     6.50
        5     OIL                               2 50      2 50    12.50
                                        TOTAL - PARTS              19 00

MISC   -CODE--  -----DESCRIPTION -- - ...... .......   --CONTROL NO--------
        214  FREE FIRST LOF                                        -34 49
                                        TOTAL   MISC             -34 49

JOB# 1 TOTALS
                                        LABOR              15.49
                                        PARTS              19 00
                                        MISC              -34.49

                    JOB# 1 JOURNAL PREFIX FOCS  JOB# 1 TOTAL    0 00
JOB# 2 CHARGES

LABOR
J# 2 90FOZA-ROT    ROTATE TIRES       UNITS      TECH(S).5385        24.95
        PERFORM TIRE ROTATION AS REQUIRED & CHECK/ADJUST TIRE P S I

JOB# 2 TOTALS
                                        LABOR              24.95

                    JOB# 2 JOURNAL PREFIX FOCS  JOB# 2 TOTAL   24 95
JOB# 3 CHARGES

LABOR
J# 3 90FOZ99P     MULTI-POINT INSP    UNITS  0 00 TECH(S) 5385        0.00
        PERFORM COURTESY MULTI POINT INSPECTION

JOB# 3 TOTALS

                    JOB# 3 JOURNAL PREFIX FOCS  JOB# 3 TOTAL    0 00
JOB# 4 CHARGES

LABOR
J# 4+02FOZGBK   BRAKES CHECKED & OK UNITS.      TECH(S) 321          0 00
        BRAKE LINING WEAR CHECKED  BRAKES WEARING OK AT THIS TIME.

JOB# 4 TOTALS

                    JOB# 4 JOURNAL PREFIX FOCS  JOB# 4 TOTAL    0 00
JOB# 5 CHARGES

LABOR
J# 5+02FOZGTIRE    TIRES CHECKED & OK  UNITS·     TECH(S).321         0 00
        TIRE TREAD WEAR CHECKED  TIRES WEARING OK AT THIS TIME





**FOCS453660**
**C & C FORD COLLISION CENTER**
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600 EXT 154

A DIVISION OF CHAPMAN AUTO GROUP
**1100 EASTON ROAD - ROUTE 611**
**HORSHAM, PA 19044**
(215) 674-3600
Visit us on the web at www.candcford.com

1120 EASTON ROAD  ROUTE 611
HORSHAM  PA 19044
(215) 674-1100

172352

GAIL S SLOMINE
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462-2657

GSLOMINE@YAHOO.COM

610-239-7925      610-664-6200

RICHARD UNDERKOFLE      5564         10/22/11   FOCS453660
          HTK4459          6,408 RACE RED/CH   30068X
12/FORD/FOCUS/4DR HB SE              06/16/11          55
    1 F A H P 3 K 2 9 C L 1 5 1 4 8 8

                                     10/22/11    AUTH #
                                     DATE COMPLETED   MILEAGE OUT
                                                      MO: 6411

JOB#  5 TOTALS-- --------  -- -- -- ----- - ------- ---------

JOB#  6 CHARGES- - - --------- ---- -    JOB# 5 JOURNAL PREFIX FOCS  JOB# 5 TOTAL      0.00
                                         ----------------------------------------------
LABOR -  -- --------- ---------  ----------
J# 6+02FOZGBATT    BATTERY PASSES TEST  UNITS      TECH(S).321            0.00
          PERFORM COLD CRANKING BATTERY TEST
          BATTERY PASSES TEST

JOB#  6 TOTALS------- ----- --.     ------  -------------------------

                          JOB# 6 JOURNAL PREFIX FOCS  JOB# 6 TOTAL     0 00

COMMENTS---------- --- -- ---- ----- -    --------- ---------- --------
WAIT//RU

TOTALS-- -- --- ----- ------------ --------- ------- ------- -------------

          PAYMENT METHOD                    TOTAL LABOR  .      40 44
  [ ] CASH      [ ] CHARGE     C/CARD       TOTAL PARTS .       19 00
  [ ] CHECK #          RECEIVED BY          TOTAL SUBLET         0 00
                                            TOTAL G O G          0.00
CARE OF VEHICLE  YOUR VEHICLE MUST BE PROPERLY MAINTAINED IN   TOTAL MISC CHG.      0 00
ACCORDANCE WITH THE FACTORY AUTHORIZED MAINTENANCE SCHEDULE    TOTAL MISC DISC    -34.49
FOUND IN THE VEHICLE'S OWNER MANUAL OR SPECIFIED BY FORD       TOTAL TAX           1.50
DEALER  PROOF OF MAINTENANCE RECORDS MAY BE REQUIRED IF A
REPAIR WOULD BE NEEDED DUE TO LACK OF PROPER MAINTENANCE  IT   **TOTAL INVOICE $    26.45**
IS THE OWNERS RESPONSIBILITY TO PROPERLY MAINTAIN VEHICLE
SCHEDULED MAINTENANCE IS DUE BETWEEN EVERY 3,000-5 000 MILES
OR 3 TO 5 MONTHS   C&C FORD IS YOUR COMPLETE DEALERSHIP.
PLEASE CONTACT US FOR ALL OF YOUR VEHICLE NEEDS.

ACTIVE DELIVERY PERFORMED BY

_____
CUSTOMER SIGNATURE


www.chapmanautogroup.com



A DIVISION OF CHAPMAN AUTO GROUP
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600

**Quick Lane**
1120 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-1100

   CHRYSLER  Jeep

Visit us on the web at www.candcford.com

C & C FORD COLLISION CENTER
1100 EASTON ROAD  ROUTE 611
HORSHAM, PA 19044
(215) 674-3800 EXT 154

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| 90FOZZ-03K | 3000 MILE | MO | | 90FOZZ-AL2CAR | ALIGN FRONT END | MI | |
| 90FOZZ18 | BEARING REPACK 4x2 | MI | | 04FO4BTS | BRAKE ROTORS | MI | |
| 90FOZZ-CSF | COOLING SYSTEM FLUSH | MI | | 90FOZ-F-F | REPLACE FUEL FILTER | MI | |
| 90FOZA-ROT | ROTATE TIRES | MI | | 6FOZZ262 | ROTATE TIRES | MI | |
| 76FOZZ242 | COOLANT FLUSH | MI | | 90FOZZ93 | | MI | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 08/29/11 | 449234 | 41039 | 321 | 321 | C | 28FOZWWV | WASH, WINDOW, VAC |
| 08/22/11 | 448601 | 4039 | 5215 | 1014 | C | 63FOZ | PAINT REPAIR |
| | | | | 4066 | C | 64FOZ | BODY REPAIR |
| 06/17/11 | 443135 | 472 | 321 | 3077 | I | 96FOZCPDI | NEW CAR PDI-FORD |
| | | | | 3077 | I | 96FOZ1 | NEW CAR STATE INSPEC |
| | | | | 3077 | I | 96FOZ2 | NEW CAR EMISS INSP |

SALESPERSON NO 478   STEPHEN K HERNDON SR   S E R V I C E   STATE REG# 5035

| | | | | |
|---|---|---|---|---|
| VEHICLE I D NO 1FAHP3K29CL151488 | YEAR/MAKE/MODEL 12/FORD/FOCUS/4DR HB SE | PRODUCTION DATE | STOCK NO 30068X | LICENSE NO HTK4459 | R O NO 453660 |

SAVE PARTS FOR CUSTOMER
☐ Yes
☐ No

GAIL S SLOMINE
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462-2657

SERVICE CONTRACT
DELIVERY DATE 06/16/11
DELIVERY MILES 55
SELLING DEALER NO
R O NO 10/22/11

COLOR
RACE RED/CHAR BLK
CONTRACT NO 172352
EXPIRATION DATE
EXPIRATION MILES
R O NO

GSLOMINE@YAHOO.COM

TURBO
ENG
F0ZZ
AIR COND
TRANS
6 408
MILEAGE
ADVISOR NO 5564
ADVISOR RICHARD UNDERKOFLER

RESIDENCE PHONE 610-239-7925   BUSINESS PHONE 610-664-6200

"I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

TIME RECEIVED 11:49am   DATE/TIME PROMISED 10/22/11  08.00pm   PRIORITY

APPOINTMENT
☐ Yes
☐ No

Your E-Mail Address

X

JOB

## COMMENTS
## WAIT//RU

| 1 | C | 90FOZAFIRSTLOF | **FIRST VISIT** |

FIRST VISIT OIL - FILTER CHANGE
RESET OIL CHANGE LIGHT IF SO EQUIPPED

NIC
24.95+TAX

| 2 | C | 90FOZA-ROT | **ROTATE TIRES** |

| 3 | C | 90FOZ99P | **MULTI-POINT INSP** |

PERFORM COURTESY MULTI-POINT INSPECTION

NIC

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items

### INITIAL YOUR CHOICE

☐ I AUTHORIZE YOU TO COMPLETE THE ABOVE REPAIRS

☐ I AUTHORIZE THE ABOVE REPAIRS UP TO $ _____

☐ DO NOT PERFORM ANY REPAIRS UNTIL I AM NOTIFIED OF

THE EXACT NATURE OF THE REPAIRS AND THE TOTAL PRICE

OF SUCH CHARGES $ _____

I UNDERSTAND THAT IF I AUTHORIZE YOU TO BEGIN REPAIRS BUT DO NOT AUTHORIZE ADDITIONAL NECESSARY REPAIRS I WILL OWE FOR THE WORK COMPLETED OR FOR DIAGNOSTIC TIME THE

SUM OF $ 24.95+TAX

CUSTOMER SIGNATURE

| ORIGINAL ESTIMATE | AUTHORIZED ADD'L REPAIRS | ADD'L REPAIRS OK'D BY |
|---|---|---|
| $ | $ | |
| DATE | TIME | EMPLOYEE RECEIVING AUTHORITY |

SPECIFIC AUTHORIZATION GIVEN

CUSTOMER CALLED FOR VEHICLE PICKUP

AT _____ AM/PM/DATE _____

SPOKE WITH _____

H # ( )   W # ( )

For Reorder TRI-STATE BUSINESS FORMS (888) 576-3838  1135855

| | | | TECH HR | PART $ | LABOR $ | TOTAL $ |
|---|---|---|---|---|---|---|
| | C | LOF | | | | |
| | C | Rotal | | | | |
| 1 | R | | | | | |
| | | | | | | |
| OCT 28 120 | | | | | | |
| | C | | | | | |
| 2 | R | | | | | |
| OCT 22 125 | | | | | | |
| | C | | | | | |
| | C | | | | | |
| 3 | R | | | | | |
| | | | | | | |
| | C | | | | | |
| | C | | | | | |
| 4 | R | | | | | |



FRONT

REAR

| STATE INSPECTION INFORMATION | | | | |
|---|---|---|---|---|
| STICKER NO | | | | |
| EMISSION # | | | | |
| OLD MILEAGE | | | | |
| NEW MILEAGE | | | | |
| TIRES % (LOWEST ONE) | | | | |
| WHEELS | | | | |
| STEERING / SUSPENSION | | | | |
| EXHAUST SYSTEM | | | | |
| FUEL SYSTEM | | | | |
| GLAZING / MIRRORS | | | | |
| LIGHTS / WIRING | | | | |
| BODY / DOORS / LATCHES | | | | |
| BRAKE SYSTEM | | | | |
| BRAKE % | RF | LF | RR | LR |
| | 12 | 12 | 13 | |
| OTHER | | | | |
| ITEMS WHICH MAY BECOME DANGEROUS BEFORE NEXT INSPECTION | | | | |
| REGISTRATION EXPIRATION | | | | |
| STICKER ISSUED | | | | |
| TECHNICIAN SIGNATURE | | | | |

Service Advisor: 5564
Customer Number: 172352   Name: GAIL S SLOMINE

```
 1FAHP3K29CL151488                                    10/22/2011  11:48:12
 2012 FOCUS                          5 DR SEDAN SE
 2.0L D/TEC 16V 160PS CDH1P40A 6 SPEED AUTO - DCPS              AXLE CD: AU
 *WARRANTY START DATE    06/16/2011 BUILD DATE  05/13/2011 START ODOM      55
   NO CAMPAIGN MESSAGE(S) FOUND
NO WARNING MESSAGES FOUND FOR THIS VIN
 *EXTENDED COVERAGES
            NO ESP INFORMATION AVAILABLE
NO RECENT REPAIR HISTORY ON VEHICLE
```

   **SERVICE**    L I N C O L N   MERCURY

| Genuine Ford ESP | ☐ Yes ☐ No |
|---|---|

Owner Advantage Rewards   Member #: _____   Service Balance: _____

## Multi-Point Inspection Report Card as Recommended by Ford Motor Company

Today's Date _____   RO/Tag _____   State Inspec Month _____

Name _____

Make/Model/Year _____   Mileage _____

E-Mail Address _____

VIN # _____   Plate # _____

### SCHEDULED MAINTENANCE ITEMS DUE*

| DUE | | SERVICED | DUE | | SERVICED |
|---|---|---|---|---|---|
| ☐ | THE WORKS FULL SAVER PACKAGE | ☐ | ☐ Engine Air Filter | | ☐ |
| ☐ | Oil Change & Filter | ☐ | ☐ Engine Coolant | | ☐ |
| ☐ | Tire Rotation | ☐ | ☐ Transmission Fluid &/or Filter | | ☐ |
| ☐ | Multi-Point Inspection | ☐ | ☐ Cabin Air Filter | | ☐ |
| ☐ | Fuel Filter | ☐ | ☐ Spark Plugs | | ☐ |

*This is only a partial list of vehicle maintenance items and is NOT all-inclusive
Please consult your Owners Manual or visit www.genuineservice.com for vehicle specific maintenance requirements

### CHECK FLUID LEVELS AND FILL

| | SERVICED |
|---|---|
| Oil and/or fluid leaks | ☐ |

| OK | FILL | | OK | FILL | |
|---|---|---|---|---|---|
| ☐ | ☐ Engine Oil | | ☐ | ☐ Power Steering | |
| ☐ | ☐ Brake Reservoir | | ☐ | ☐ Window Washer | |
| | | | | ☐ Transmission (if equipped with cQstick) | |
| | | | | ☐ Coolant Recovery Reservoir | |

### BATTERY

| | SERVICED |
|---|---|
| | ☐ |

State of Health          Battery Condition
0% ———————— 100%

Factory spec cold cranking amps **571**   Actual cold cranking amps _____

### EXTERIOR BODY

Note any existing exterior body damage or defects on diagram

### TIRE TREAD / BRAKE LINING

TIRE TREAD — 7/32" and greater
BRAKE LINING — Over 5mm or 7/32" (Disc) Over 2mm or 3/32" (Drum)

### SYNC VEHICLE HEALTH REPORT (VHR)

| | | | | ACTIVATED |
|---|---|---|---|---|
| VHR Activation | ☐ Yes | ☐ No | ☐ N/A | ☐ |

LEGEND: ☑ May contribute to vehicle efficiency and promote a greener environment

☐ Checked and OK at this time   ☐ May require future attention   ☐ Requires immediate attention

### CHECK FOLLOWING SYSTEMS/COMPONENTS

#### BRAKE SYSTEM

| | SERVICED |
|---|---|
| Brake system (including lines, hoses, and parking brake) | ☐ |

#### STEERING AND SUSPENSION

| | SERVICED |
|---|---|
| Shocks/struts and other suspension components for leaks and/or damage | ☐ |
| Steering, steering linkages and ball joints | ☐ |

#### EXHAUST SYSTEM

| | SERVICED |
|---|---|
| Exhaust system (leaks, damage, loose parts) | ☐ |

#### TRANSMISSION AND DRIVE AXLE

| | SERVICED |
|---|---|
| Clutch operation (if equipped) | ☐ |
| Constant velocity (CV) drive axle boots (if equipped) | ☐ |
| Drive shaft, transmission, u-joint and shift linkage (if equipped) and lubricate (as needed) | ☐ |

#### LIGHTS/BLADES/WINDSHIELD

| | SERVICED |
|---|---|
| Operation of horn, interior lights, exterior lamps, turn signals, hazard and brake lamps | ☐ |
| Windshield washer spray, wiper operation and wiper blades | ☐ |
| Windshield for cracks, chips and pitting | ☐ |

#### BELTS/HOSES/MOUNTS

| | SERVICED |
|---|---|
| HVAC system and hoses/lines for leaks and/or damage | ☐ |
| Engine Cooling System, radiator, hoses and clamps | ☐ |
| Accessory drive belt(s) | ☐ |

### TIRE/BRAKE WEAR

#### LEFT FRONT

| | SERVICED |
|---|---|
| Tire Tread Depth **9** /32"   Tire Age _____ | ☐ |
| Tire Wear Pattern/Damage | ☐ |
| Tire Pressure - set to factory recommended PSI | ☐ |
| Brake Lining _____ mm **12** /32" | ☐ |

#### RIGHT FRONT

| | SERVICED |
|---|---|
| Tire Tread Depth **9** /32"   Tire Age _____ | ☐ |
| Tire Wear Pattern/Damage | ☐ |
| Tire Pressure - set to factory recommended PSI | ☐ |
| Brake Lining _____ mm **12** /32" | ☐ |

#### TIRE WEAR INDICATES

| | SERVICED |
|---|---|
| ☐ Alignment check needed | ☐ |
| ☐ Wheel balance needed | ☐ |
| ☐ Tire repair needed | ☐ |
| ☐ Brake measurements not taken this service visit | ☐ |

#### LEFT REAR

| | SERVICED |
|---|---|
| Tire Tread Depth **7** /32"   Tire Age _____ | ☐ |
| Tire Wear Pattern/Damage | ☐ |
| Tire Pressure - set to factory recommended PSI | ☐ |
| Brake Lining _____ rpm **3** /32" | ☐ |

#### RIGHT REAR

| | SERVICED |
|---|---|
| Tire Tread Depth **8** /32"   Tire Age _____ | ☐ |
| Tire Wear Pattern/Damage | ☐ |
| Tire Pressure - set to factory recommended PSI | ☐ |
| Brake Lining _____ mm **13** /32" | ☐ |

#### TIRE RECALLS

| | |
|---|---|
| ☐ Check for open tire recalls | |

#### SPARE TIRE

| | SERVICED |
|---|---|
| Tire Pressure - set to factory recommended PSI | ☐ |

You must follow proper warranty procedures on any repair items found to be under warranty as a result of the multi-point inspection process, regardless of customer request.
Refer to Warranty Responsibility section 3.1 of the Warranty & Policy manual for specific details on coverage and dealer requirements.
Any items found to be under warranty are required to have Service Manager sign off on the related RO in order to be submitted under warranty

Comments _____

Advisor _____   Tech _____

Customer Signature

## Instructions for Completing the Multi-Point Inspection (MPI) Report Card

**TO ENSURE THAT CUSTOMERS RECEIVE ACCURATE MAINTENANCE INFORMATION THROUGH GENUINE DIRECT LOYALTY (GDL)\* AND SYNC\*\*, THE CONDITION OF THE VEHICLE AS IT LEFT THE DEALERSHIP SHOULD BE REFLECTED ON THE MULTI-POINT INSPECTION REPORT CARD AND CODED ON THE REPAIR ORDER**

### The Importance of Red, Yellow and Green Condition Codes

All MPI systems/components need to have their initial condition identified at the time of inspection and updated after all service work is performed, including additional service requests sold and completed during the service visit  Repair orders (ROs) should be coded to indicate the vehicle's condition *as it left the dealership* using the instructions detailed below  This allows Ford REACT! to capture codes for un-serviced areas and include resale repairs in future customer communications (via GDL or SYNC)

GENUINE Direct utilizes green, yellow and red condition codes for brakes, tires and batteries - the primary customer "defection commodities" from dealerships to the aftermarket  The Dealer Inspection Item section of SYNC Vehicle Health Report utilizes yellow and red condition codes for all systems/components

During the inspection, if it's determined a system/component requires immediate (red) or future (yellow) attention, a line should be added to the RO to reflect this condition code (e g , YBK)  All condition codes recorded on the RO will print on the customer's invoice and be captured by Ford REACT! (applies to REACT! enrolled dealers only)

**Important Note:** Record the **lowest** value assigned for any measurements/conditions  For example, if two brake measurements were green and two were yellow, record the lowest value overall – yellow  YBK

The following codes should be entered on the RO as a labor operation when the RO is closed
- 99P (or Q99P) to indicate the *full vehicle inspection was completed* per the MPI Report Card
- The appropriate code for each un-serviced red or yellow condition
- The appropriate code for each green brake, tire and battery condition

    Items in the Report Card Systems/Components section that are not entered as red or yellow are assumed to be green and not in need of repair/replacement

Dealership personnel responsible for entering the condition codes when ROs are closed should refer to the key provided on the Dealer copy of the MPI Report Card

### What if a Component is Repaired/Replaced?

When the inspection indicates a red or yellow condition, it needs to be recorded on the MPI Report Card  The Service Advisor should contact the customer to review the findings and obtain the customer's approval to proceed with the repair/replacement

Assuming the dealership is granted permission to complete the repair/replacement, the Service Advisor should update the MPI Report Card by checking the "Serviced" check box  The "Serviced" check box indicates what work was performed during the visit, thereby reflecting a green condition code when the vehicle left the dealership  Note  Green brake, tire and battery codes are to be entered on the RO in order for this information to appear on GENUINE Direct mailers

### SYNC Vehicle Health Report

At the beginning of the vehicle walk-around process, the Service Advisor should ask the SYNC-equipped vehicle owner if they have activated their Vehicle Health Report (VHR)  The SYNC VHR section should be completed as follows
- Check "Yes" if VHR is activated
- Check "No" if VHR is not activated  Note  If the vehicle's SYNC system is not equipped with Vehicle Health Report, the Service Advisor should advise the customer of the dealer-installed upgrade available beginning 12/1/2008
- Check "Activated" if VHR activation is completed during the service visit
- Check N/A if the vehicle is not equipped with SYNC

### Declined Services - GDL Participating Dealerships Only and SYNC Vehicle Health Report

Declined codes have been eliminated with the understanding that if a vehicle leaves the dealership with an outstanding yellow or red condition  (1) the issue was brought to the attention of the customer, (2) the dealership offered to make the required repair/replacement, and (3) the customer declined to proceed with the required repair/replacement

If the customer declines needed service identified through the inspection, the outstanding yellow or red condition should be recorded on the MPI Report Card and coded on the RO

The outstanding yellow and red condition code(s) will be captured by Ford REACT! and used to populate GDL letters, SYNC Vehicle Health Report and ConsumerTRAC

**- REPORT ONLY POST-SERVICE WORK CONDITION CODES ON REPAIR ORDERS -**

**DO NOT SIMPLY RECORD THE INITIAL INSPECTION RESULTS  THE CONDITION OF THE VEHICLE *AS IT LEFT THE DEALERSHIP* SHOULD BE REFLECTED ON THE MPI REPORT CARD *AND CODED ON THE REPAIR ORDER*.**

\*Applies to Dealers enrolled in the GENUINE Direct Loyalty program                     \*\*Applies to vehicles equipped with SYNC

The 'green leaf' icon designates items which may contribute to improved vehicle efficiency and promote a greener environment, per the NADA Green Checkup brochure  See www.nada.org/green  Service Advisors are encouraged to advise customers about the environmental and fuel economy benefits enjoyed by properly maintaining green leaf items





**FOCS455739**

**C & C FORD COLLISION CENTER**
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600 EXT. 154

A DIVISION OF CHAPMAN AUTO GROUP
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600
Visit us on the web at www.candcford.com

Quick Lane
1120 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-1100

**FOCS455739**

172352

GAIL S SLOMINE
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462-2657

GSLOMINE@YAHOO.COM

610-239-7925     610-664-6200

| | | | | | |
|---|---|---|---|---|---|
| TIMOTHY HARTMAN | 62058 | 5830 | 11/17/11 | FOCS455739 | |
| HTK4459 | | 7,335 RACE RED/CH | 30068X | |
| 12/FORD/FOCUS/4DR HB SE | | | 06/16/11 | 55 |
| 1 F A H P 3 K 2 9 C L 1 5 1 4 8 8 | | | | |

11/16/11        AUTH #

DATE COMPLETED        MILEAGE OUT
MO: 7335

JOB# 1 CHARGES--------------------------------------------

LABOR----------------------------------------------------
J# 1 09F0Z        FUEL SYSTEM        UNITS:  0.40 TECH(S):5045        WARRANTY
CUSTOMER STATES: WHEN TRYING TO GET FUEL IT WILL KEEP
CUTTING OFF AFTER A DOLLAR AT A TIME.
IDS TEST NO CODES. PERFORMED EVAP TEST PASSED.
BLEW OUT CAPLESS FUEL SYSTEM. BLEW OUT CHARCOAL CANISTER
LINES  UNABLE TO PUT GAS IN VEHICLE CUSTOMER FILLED IT
BEFORE BRINGING HERE. CUSTOMER TO MONITOR AND ADVISE US.
IF PROBLEM REOCCURS DO NOT BRING WITH A FULL TANK OF
GAS.

JOB# 1 TOTALS----------------------------------------------

JOB# 1 JOURNAL PREFIX FOCS  JOB# 1 TOTAL        0.00

COMMENTS--------------------------------------------------
TH NEEDS BY NOON 11.17

TOTALS----------------------------------------------------

PAYMENT METHOD
[  ] CASH        [  ] CHARGE  [  ] C/CARD
[  ] CHECK #. ... ....        RECEIVED BY :...........

CARE OF VEHICLE: YOUR VEHICLE MUST BE PROPERLY MAINTAINED IN
ACCORDANCE WITH THE FACTORY AUTHORIZED MAINTENANCE SCHEDULE
FOUND IN THE VEHICLE'S OWNER MANUAL OR SPECIFIED BY FORD
DEALER. PROOF OF MAINTENANCE RECORDS MAY BE REQUIRED IF A
REPAIR WOULD BE NEEDED DUE TO LACK OF PROPER MAINTENANCE. IT
IS THE OWNERS RESPONSIBILITY TO PROPERLY MAINTAIN VEHICLE.
SCHEDULED MAINTENANCE IS DUE BETWEEN EVERY 3,000-5,000 MILES
OR 3 TO 5 MONTHS.  C&C FORD IS YOUR COMPLETE DEALERSHIP.
PLEASE CONTACT US FOR ALL OF YOUR VEHICLE NEEDS.

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX  . . | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

ACTIVE DELIVERY PERFORMED BY:.......... .......... .......

_____

    CUSTOMER SIGNATURE



 

# CHAPMAN
## AUTO GROUP
www.chapmanautogroup.com

**C & C Ford**

A DIVISION OF CHAPMAN AUTO GROUP
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600
Visit us on the web at www.candcford.com

**Quick Lane**
1120 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-1100

C & C FORD COLLISION CENTER
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600 EXT 154

Ford · Mercury Lincoln · Nissan · CHRYSLER · mazda · Jeep

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

*(handwritten: 17.00 circled)*

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYP | OPERATION | OPERATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/22/11 | 453660 | 6408 | 558 | 5385 | C | 90FOZAFIRSTLOF | FIRST VISIT |
| | | | | 5385 | C | 90FOZA-ROT | ROTATE TIRES |
| | | | | 5385 | C | 90FOZ99P | MULTI-POINT INSP |
| | | | | 321 | C | 02FOZGBK | BRAKES CHECKED & OK |
| | | | | 321 | C | 02FOZGTIRE | TIRES CHECKED & OK |
| | | | | 321 | | 02FOZGBATT | BATTERY PASSES TEST |

SALESPERSON NO. 478    STEPHEN K HERNDON SR   S E R V I C E                     STATE REG# 5035

| | | | | |
|---|---|---|---|---|
| SAVE PARTS FOR CUSTOMER | VEHICLE I D NO **1FAHP3K29CL151488** | YEAR/MAKE/MODEL 12/FORD/FOCUS/4DR HB SE | PRODUCTION DATE | STOCK NO **30068X** · LICENSE NO **HTK4459** · R O NO **455739** |

**GAIL S SLOMINE**
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462-2657

CUSTOMER NO **172352**      SERVICE CONTRACT      DELIVERY DATE **06/16/11**   DELIVERY MILES **55**   SELLING DEALER **5830**   R O DATE **11/16/11**

COLOR **RACE RED/CHAR BLK**   CONTRACT NO

GSLOMINE@YAHOO.COM

TURBO  MAIC **FOZZ**   AIR COND  P S  TRANS   MILEAGE **7,335**   ADVISOR NO **62058**   ADVISOR **TIMOTHY HARTMAN**

RESIDENCE PHONE **610-279-7925**   BUSINESS PHONE **610-664-6200**

TIME RECEIVED **05:12pm**   DATE/TIME PROMISED **11/17/11**   **08.00pm**   PRIORITY

☐ Yes  ☐ No   APPOINTMENT

**(215)704-3514**

Your E-Mail Address

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic a lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

X _Gail Slomine_

**COMMENTS :**
**TH NEEDS BY NOON 11,17**

1   **W** 09FOZ                    *FUEL SYSTEM*
**CUSTOMER STATES: WHEN TRYING TO GET FUEL IT WILL KEEP
CUTTING OFF AFTER A DOLLAR AT A TIME.**

The factory warranty constitutes all of the warranties with respect to the sale of this item/items  The seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items

### INITIAL YOUR CHOICE

☐ I AUTHORIZE YOU TO COMPLETE THE ABOVE REPAIRS

☐ I AUTHORIZE THE ABOVE REPAIRS UP TO $ _____

☐ DO NOT PERFORM ANY REPAIRS UNTIL I AM NOTIFIED OF

THE EXACT NATURE OF THE REPAIRS AND THE TOTAL PRICE

OF SUCH CHARGES $ _____

I UNDERSTAND THAT IF I AUTHORIZE YOU TO BEGIN REPAIRS BUT DO NOT AUTHORIZE ADDITIONAL NECESSARY REPAIRS I WILL OWE FOR THE WORK COMPLETED OR FOR DIAGNOSTIC TIME THE

SUM OF $ _____
CUSTOMER SIGNATURE _____

| ORIGINAL ESTIMATE | AUTHORIZED ADD'L REPAIRS | ADD'L REPAIRS OK'D BY |
|---|---|---|
| $ | $ | |
| DATE | TIME | EMPLOYEE RECEIVING AUTHORITY |

SPECIFIC AUTHORIZATION GIVEN

CUSTOMER CALLED FOR VEHICLE PICKUP
AT _____ AM/PM/DATE _____
SPOKE WITH _____
H # (    )            W # (    )

For Reorder  TRI-STATE BUSINESS FORMS (888) 679-3535  1135035

| | | TECH HR. | PARTS $ | LABOR $ | TOTAL $ |
|---|---|---|---|---|---|
| C | 5045 | | | | |
| 1 C | Left tail No codes Perform smog test Pass | | | | |
| R | Blew out capless fuel system Blew | | | | |
| | carconal canister lines | | | NOV 17 | 7.4 |
| 2 C | | | | | |
| C | | | | | |
| R | | | | NOV 17 | 8.2 |
| 3 C | | | | | |
| C | | | | | |
| R | | | | | |
| 4 C | | | | | |
| C | | | | | |
| R | | | | | |

goods .4



FRONT

REAR

| STATE INSPECTION INFORMATION | | | | |
|---|---|---|---|---|
| STICKER NO | | | | |
| EMISSION # | | | | |
| OLD MILEAGE | | | | |
| NEW MILEAGE | | | | |
| TIRES % (LOWEST ONE) | | | | |
| WHEELS | | | | |
| STEERING / SUSPENSION | | | | |
| EXHAUST SYSTEM | | | | |
| FUEL SYSTEM | | | | |
| GLAZING / MIRRORS | | | | |
| LIGHTS / WIRING | | | | |
| BODY / DOORS / LATCHES | | | | |
| BRAKE SYSTEM | | | | |
| BRAKE % | RF | LF | RR | LR |
| | | | | |
| OTHER | | | | |
| ITEMS WHICH MAY BECOME DANGEROUS BEFORE NEXT INSPECTION | | | | |
| REGISTRATION EXPIRATION | | | | |
| STICKER ISSUED | | | | |
| TECHNICIAN SIGNATURE | | | | |

```
Service Advisor: 62058
Customer Number: 172352   Name: GAIL S SLOMINE

 1FAHP3K29CL151488                                 11/16/2011  17:11:50
 2012 FOCUS                          5 DR SEDAN SE
 2.0L D/TEC 16V 160PS CDH1P40A 6 SPEED AUTO - DCPS          AXLE CD: AU
 *WARRANTY START DATE    06/16/2011 BUILD DATE  05/13/2011 START ODOM      55
   NO CAMPAIGN MESSAGE(S) FOUND
NO WARNING MESSAGES FOUND FOR THIS VIN
  *EXTENDED COVERAGES
           NO ESP INFORMATION AVAILABLE
NO RECENT REPAIR HISTORY ON VEHICLE
```





**FOWS455739**

**C & C FORD COLLISION CENTER**
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600 EXT. 154

A DIVISION OF CHAPMAN AUTO GROUP
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600
Visit us on the web at www.candcford.com

**Quick Lane**
1120 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-1100

FOWS455739

---

172352                    TIMOTHY HARTMAN    62058    5830    11/23/11    FOWS455739

GAIL S SLOMINE                  HTK4459          7,335 RACE RED/CH   30068X
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462-2657   12/FORD/FOCUS/4DR HB SE        06/16/11        55
                                 1 F A H P 3 K 2 9 C L 1 5 1 4 8 8

GSLOMINE@YAHOO.COM                                            11/16/11      AUTH #

610-239-7925      610-664-6200              DATE COMPLETED    MILEAGE OUT  MO: 7335
JOB# 1 CHARGES ......................................................

LABOR ....
J# 1 09FOZ        FUEL SYSTEM        HOURS: 0.40 TECH(S):5045        38.50
                  CUSTOMER STATES: WHEN TRYING TO GET FUEL IT WILL KEEP
                  CUTTING OFF AFTER A DOLLAR AT A TIME.
                  IDS TEST NO CODES. PERFORMED EVAP TEST PASSED.
                  BLEW OUT CAPLESS FUEL SYSTEM. BLEW OUT CHARCOAL CANISTER
                  LINES. UNABLE TO PUT GAS IN VEHICLE CUSTOMER FILLED IT
                  BEFORE BRINGING HERE. CUSTOMER TO MONITOR AND ADVISE US.
                  IF PROBLEM REOCCURS DO NOT BRING WITH A FULL TANK OF
                  GAS.
JOB# 1 TOTALS ...................................

                                        LABOR              38.50

                    JOB# 1 JOURNAL PREFIX FOWS JOB# 1 TOTAL    38.50

COMMENTS ..............................................
TH NEEDS BY NOON 11.17

                                        R/O TAX            0.00
                                        R/O TOTALS        38.50

WARRANTY CLAIM DETAIL TOTALS ...................................

CLAIM# ........  TOTAL ....
455739-01         38.50
.................  .........
CLAIM TOTALS      38.50

APPROVED BY SIGNATURE

---





**FOWS455739**

**C & C FORD COLLISION CENTER**
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600 EXT. 154

A DIVISION OF CHAPMAN AUTO GROUP
1100 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-3600
Visit us on the web at www.candcford.com

**Quick Lane™**
1120 EASTON ROAD - ROUTE 611
HORSHAM, PA 19044
(215) 674-1100

---

**172352**

GAIL S SLOMINE
1502 PLYMOUTH BLVD
PLYMOUTH MEETING, PA 19462-2657

GSLOMINE@YAHOO.COM

610-239-7925        610-664-6200

TIMOTHY HARTMAN    62058    5830    11/23/11   FOWS455739
              HTK4459           7,335 RACE RED/CH  30068X
12/FORD/FOCUS/4DR HB SE                06/16/11        55
   1 F A H P 3 K 2 9 C L 1 5 1 4 8 8

                                       11/16/11      AUTH #
                              DATE COMPLETED      MILEAGE OUT
                                                    MO: 7335

DCS AUDIT SLIP-----------------------------------------------------------
         DCS DATA FILE: FDLMWF.592

          RO NUMBER: 455739    REPAIR NUMBER: 01    REPAIR TYPE: 1
                            CAUSAL PART FOUND FLAG: N
              VIN: 1FAHP3K29CL151488
      REPAIR DATE: 11/16/2011
         DISTANCE: 7335   LICENSE STATE: PA
   DISTANCE INDICATOR: M   DRIVER COMPANY NAME:
                    DRIVER NAME/CARD ID#:
   SERVICE WRITER ID: 4137      VEH LICENSE:
                      DISCOUNT PCT:

          PROGRAM CODE:          CUSTOMER PARTICIPATION:      .00
   CUSTOMER CONCERN CODE: E65    DEALER PARTICIPATION:        .00
   CONDITION/DEFECT CODE: 41

        APPROVAL CODE 1:
        APPROVAL CODE 2:

LINE   PART NUMBER                    CAUSAL EXCLUDE   CORE
NO. PREFIX BASE/FINIS SUFFIX   QTY   PRICE PART MARKUP  AMOUNT  INV NO.
001        90663               .00    .00  X             .00
        EXT. PART AMT WITH MARKUP:    .00

  LINE   LABOR       TECH   OSL  LABOR   LABOR
  NO.  OPERATION      ID    IND  INV. #  HOURS  LABOR RATE  LABOR AMOUNT
  001  9000D         2890                 .4     96.26         38.50

CUSTOMER COMMENTS
CUSTOMER STATES: WHEN TRYING TO GET FUEL IT WILL KEEP CUTTING OFF AFTER A DOLLAR
 AT A TIME.

 AT A TIME.
TECH/DLR WRITER COMMENTS
IDS TEST NO CODES. PERFORMED EVAP TEST PASSED. BLEW OUT CAPLESS FUEL SYSTEM. BLE
W OUT CHARCOAL CANISTER LINES. UNABLE TO PUT GAS IN VEHICLE CUSTOMER FILLED IT B
EFORE BRINGING HERE

DIAGNOSTIC CODES(Y/N)?  N

                TOTAL PARTS:       .00
       PARTIAL PARTS INDICATOR=
                TOTAL LABOR:     38.50
       PARTIAL LABOR INDICATOR=
            TOTAL MISC EXPENSES:  .00
        CUSTOMER PARTICIPATION:   .00
           DEALER PARTICIPATION:  .00
                TOTAL REPAIR:    38.50
       PARTIAL REPAIR INDICATOR=
       PARTIAL REPAIR MESSAGE=

-----------------------------------------------------------