Nancy Gray (SBN 150214)
ngray@grayfirm.com
GRAY & ASSOCIATES, P.C.
11500 West Olympic Blvd, Suite 400
Los Angeles, CA 90064
Telephone: 310-452-1211

David J. Gorberg (*pro hac vice* to be filed)
david@mylemon.com
Emma C. Robison (*pro hac vice* to be filed)
emma@mylemon.com
DAVID J. GORBERG AND ASSOCIATES
103 Sibley Ave, Ardmore, PA 19003
Telephone: (215) 665-7660

Michael T. Kirkpatrick (*pro hac vice* to be filed)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
E-mail: mkirkpatrick@citizen.org

Attorneys for Objectors Lott, Lutz, Olivant, Slomine, and Woloszyn

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | ) Case No. 2:12-CV-8388 AB<br>)<br>) Hon. Andre Birotte Jr.<br>)<br>)<br>) **NOTICE OF ERRATA AND**<br>) **WITHDRAWAL OF FILING**<br>) **ECF DOCUMENTS NUMBERED**<br>) **151-155 AND SUBPARTS**<br>)<br>) Date:     October 2, 2017<br>) Time:    10:00 a.m.<br>) Place:   Courtroom 7B |

OBJECTIONS OF LOTT, ET AL.

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Objectors Lott, Lutz, Olivant, Slomine and Woloszyn hereby files this Notice of Errata and withdraw their filing of ECF Document Numbers 151, 151-1, 151-2, 152-1, 153-1, 153-2, 154-1, 155-1, 155-2, 155-3 and 155-4.

Dated: September 5, 2017          Respectfully submitted,

GRAY & ASSOCIATES, P.C.

/s/ Nancy Gray/
_____
Counsel for Objectors Lott, Lutz, Olivant, Slomine and Woloszyn

CERTIFICATION OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 11500 West Olympic Blvd, Suite 400, Los Angeles, California 90064.

On September 5, 2017 I served the within document(s) described as: NOTICE OF WITHDRAWAL OF ECF DOCUMENTS NUMBERED 151-155 AND SUBPARTS on the interested parties in this action as stated below:

SEE ATTACHED SERVICE LIST

■ BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused a copy of the document(s) to be sent from e-mail address ngray@grayfirm.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct. Executed this 5th day of September, 2017.

/s/ Nancy Gray
_____
Nancy Gray

SERVICE LIST

Vargas v. Ford Motor Company

2:12-CV-08388

Stephen C. Borgsdorf
Dykema Gossett PLLC
2723 South State Street Suite 400
Ann Arbor, MI 48104
734-214-7663
734-214-7696 (fax)
sborgsdorf@dykema.com
Counsel for Defendant Ford


Tamara A Bush
Dykema Gossett LLP
333 South Grand Avenue Suite 2100
Los Angeles, CA 90071
213-457-1815
213-457-1850 (fax)
tbush@dykema.com
Counsel for Defendant Ford

Janet L Conigliaro
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-5372
(855) 262-6803 (fax)
JConigliaro@dykema.com
Counsel for Defendant Ford

Fred J Fresard
Dykema PLLC
39577 Woodward Suite 300
Bloomfield Hills, MI 48304
248-203-0593
855-233-1801 (fax)
ffresard@dykema.com
Counsel for Defendant Ford

1

David M George
Dykema Gossett PLLC
2723 South State Street Suite 400
Ann Arbor, MI 48104
734-214-7673
734-214-7696 (fax)
dgeorge@dykema.com
Counsel for Defendant Ford

Krista L Lenart
Dykema Gossett LLP
2723 South State Street Suite 400
Ann Arbor, MI 48104
734-214-7676
724-214-7696 (fax)
klenart@dykema.com
Counsel for Defendant Ford

Robert K Friedl
Capstone Law APC
1840 Century Park East Suite 450
Los Angeles, CA 90067
310-556-4811
310-943-0396 (fax)
robert.friedl@capstonelawyers.com
Counsel for Consol Plaintiff

Eric Lechtzin
Berger and Montague P C
1622 Locust Street
Philadelphia, PA 19103
215-875-3038
215-875-4604 (fax)
elechtzin@bm.net
Counsel for Consol Plaintiff

2

Jordan L Lurie  
Capstone Law APC  
1875 Century Park East Suite 1000  
Los Angeles, CA 90067  
310-556-4811  
310-943-0396 (fax)  
Jordan.Lurie@capstonelawyers.com  
Counsel for Consol Plaintiff

Sue Kim Leung  
Capstone Law APC  
1840 Century Park East Suite 450  
Los Angeles, CA 90067  
310-556-4811  
310-943-0396 (fax)  
sue.kim@capstonelawyers.com  
Counsel for Plaintiff Omar Vargas

Cody R Padgett  
Capstone Law APC  
1875 Century Park East Suite 1000  
Los Angeles, CA 90067  
310-556-4811  
310-943-0396 (fax)  
Cody.Padgett@capstonelawyers.com  
Counsel for Plaintiff Omar Vargas

Russell D Paul  
Berger and Montague PC  
1622 Locust Street  
Philadelphia, PA 19103  
215-875-3000  
215-875-4604 (fax)  
rpaul@bm.net  
Counsel for Consol Plaintiff

Arvin Ratanavongse
The Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Drive., #415
Beverly Hills, CA 90211
310-776-6657
866-633-0228 (fax)
aratanavongse@toddflaw.com
Counsel for Plaintiff Omar Vargas


John Mark Thomas
Dykema Gossett PLLC
2723 South State Street Suite 400
Ann Arbor, MI 48104
734-214-7613
734-214-7696 (fax)
jthomas@dykema.com
Counsel for Defendant Ford

Lane L Vines
Berger and Montague PC
1622 Locust Street
Philadelphia, PA 19103
215-875-4658
215-875-4604 (fax)
lvines@bm.net
Counsel for Consol Plaintiff

Karen L Wallace
Capstone Law APC
1875 Century Park East Suite 1000
Los Angeles, CA 90067
310-556-4811
310-943-0396 (fax)
karen.wallace@capstonelawyers.com
Counsel for Plaintiff Michelle Harris

Thomas A Zimmerman, Jr
Zimmerman Law Offices PC
77 West Washington Street Suite 1220
Chicago, IL 60602
312-440-0020
312-440-4180 (fax)
tom@attorneyzim.com
Counsel for Plaintiff Omar Vargas

Tarek H Zohdy
Capstone Law APC
1875 Century Park East Suite 1000
Los Angeles, CA 90067
310-556-4811
310-943-0396 (fax)
tarek.zohdy@capstonelawyers.com
Counsel for Plaintiff Omar Vargas