# EXHIBIT 1

## CERTIFICATION OF CLASS MEMBER

I, Brenda Lott, do hereby certify that I am a member of the group of Class Members who are objecting to the Proposed Class Settlement for the reasons stated herein and also certify that I have not filed any objection to a class action lawsuit in the past five years. I purchased a 2012 Ford Focus, VIN 1FAHP3H21CL125295 on June 22, 2011. I no longer own the vehicle and do not know the current mileage. My current address is 1616 Mulberry Street, Reading, PA 19604. My phone number is 610-375-6262.

Please see the enclosed brief explaining my grounds for objecting.

At least one member of our group will appear and testify at trial or at a hearing on approval of the settlement in this matter. I am represented by David J. Gorberg, 103 Sibley Ave, Ardmore PA 19083 (215-665-7660), and Michael Kirkpatrick and Sean Sherman of Public Citizen, 1600 20th St NW, Washington, DC 20009 (202-588-1000). Their respective emails are david@mylemon.com, emma@mylemon.com, mkirkpatrick@citizen.org, and ssherman@citizen.org.

*/s/ Brenda Lott*
_____
Brenda Lott

Date: 8-18-17

# PENNSYLVANIA SIMPLE INTEREST VEHICLE RETAIL INSTALLMENT CONTRACT   DATE 06/22/2011

1-800-727-7000

**Buyer (and Co-Buyer) Name and Address (including County) and Zip Code:**
BRENDA A LOTT
1616 MULBERRY ST
READING PA 19604 BERKS

**SELLER/CREDITOR (Seller Name and Address):**
GEORGE D. NANDERBACH, INC.
4450 FIFTH ST HWY
TEMPLE, PA
19560

FordCredit
www.fordcredit.com

The Buyer (and Co-Buyer, if any) is referred to as "you" or "your". The Seller/Creditor is referred to as "we", "us" or "Seller". You may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price". The credit price is shown below as "Total Sale Price". By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract.

| New/Used | Mileage | Year and Make | Model | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 47 | 2012 FORD | FOCUS | 1FAHP3H21CL125295 | ☒ Personal ☐ Agricultural ☐ Commercial |

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price ............................................................. $ 25252.20 (1)
2. Down Payment
   Third Party Rebate Assigned to Seller ........... $ 500.00
   Cash Down Payment ............................................ $ N/A
   Trade-in 2005 MAZDA  $ 4145.00  $ 2628.59  1516.41
       Year and Make   Gross Allowance   Amount Owing
   Total Down Payment ......................................... $ 2016.41 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ......... $ 23235.79 (3)
4. Amounts paid on your behalf (Seller may be retaining a portion of these amounts)
   To Public Officials
     (i) for license ($ N/A ), title ($ 22.50 ), &
         registration ($ 6.00 ), fees $ N/A ;
     (ii) for filing fees                   $ 5.00 ;
     (iii) for taxes (not in Cash Price)    $ N/A   $ 33.50
   To Insurance Companies for:
     Credit Life Insurance (for term of contract) ....... $ N/A
     Credit Disability Insurance (for term of contract) $ N/A
     N/A (Term N/A Months) ........... $ N/A
     N/A (Term N/A Months) ........... $ N/A
   To N/A for N/A                         $ N/A
   To GEORGE D. NANDERBACH DOC FEE       $ 125.00
   To FORD ESP/NANDERBACH EXT SERV CONT  $ 720.00
   To N/A for N/A                         $ N/A
   To ST OF PA for TIRE FEE               $ 5.00
   To N/A for N/A                         $ N/A
   To N/A for N/A                         $ N/A
   To N/A for N/A                         $ N/A
   To N/A for N/A                         $ N/A
   Total ....................................................................... $ 883.50 (4)
5. Amount Financed (3 plus 4) ........................ $ 24119.29 (5)

## INSURANCE

YOU ARE REQUIRED TO INSURE THE VEHICLE. YOU MAY OBTAIN VEHICLE INSURANCE FROM A PERSON OF YOUR CHOICE.

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.

CREDIT LIFE, CREDIT DISABILITY AND OTHER OPTIONAL INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE PREMIUM.

Credit
☐ Life ___N/A___
               Insurance Company
$ __N/A__    __N/A__
   Premium    Insured(s)
You want Credit Life Insurance.
__N/A__
Buyer Signs
__N/A__
Co-Buyer Signs

Credit
☐ Disability __N/A__
                Insurance Company
$ __N/A__   __N/A__
   Premium   Insured(s)
You want Credit Disability Insurance.
__N/A__
Buyer Signs
__N/A__
Co-Buyer Signs

**OTHER OPTIONAL INSURANCE**

| Coverage and Insurance Company | Premium and Term in Months |
|---|---|
| N/A | $ N/A |
| By N/A | N/A |
| | |
| | $ N/A |
| By N/A | N/A |

You want the optional insurance for which premiums are included above.
__N/A__
Buyer Signs
__N/A__
Co-Buyer Signs

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate | FINANCE CHARGE  The dollar amount the credit will cost you | Amount Financed  The amount of credit provided to you or on your behalf | Total of Payments  The amount you will have paid when you have made all scheduled payments | Total Sale Price  The total cost of your purchase on credit, including your downpayment of $ 2016.41 |
|---|---|---|---|---|
| 6.90 % | $ 5404.31 | $ 24119.29 | $ 29523.60 | $ 31540.01 |

**Your Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments are Due ☒ Monthly ☐ Semi-Annually ☐ Annually |
|---|---|---|
| 72 | 410.05 | starting 07/22/2011 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.
**Security Interest:** You are giving a security interest in the vehicle being purchased.
**Late Payment:** You must pay a late charge on the portion of each payment received more than 10 days late. The charge is 2.0 percent of the late amount.
**Contract:** Please see this contract for additional information on security interest, nonpayment, default, the right to require repayment of your debt in full before the scheduled date, and prepayment penalty.

If you do not meet your contract obligations, you may lose your vehicle, as well as both parts and goods put on your vehicle and money or goods received for your vehicle.

## BALLOON PAYMENT AGREEMENT

☐ Your last installment payment under this contract is a balloon payment.

**EXCESS WEAR, USE AND MILEAGE CHARGES**
If the box directly above is checked, this section, Paragraph B, and Paragraph C of this contract apply. You may be charged for excessive wear based upon our standards for normal use. If you exercise the option to sell the vehicle back to Seller under Paragraph B, you must pay the Seller $0 _____ ¢/ per mile for each mile in excess of __N/A__ miles shown on the odometer.

**EXTRA MILEAGE OPTION CREDIT**
If this contract contains a balloon payment (as indicated above), and you have exercised your Option to sell the vehicle to the Seller under Paragraph B, this paragraph applies to your contract. At the scheduled end of this contract, You will receive a credit of $0. __N/A__ per unused mile for the number of unused miles between __N/A__ and __N/A__ miles, less any amounts You owe under this contract. You will not receive any credit if the vehicle is destroyed, contract ends early, or you are in default. You will not receive any credit if the credit is less than $1.00.

Buyer Signs __N/A__

**Anti-Theft Product (Optional)**
☐ If this box is checked you purchased the anti-theft product(s) listed below. The purchase of anti-theft product(s) is optional and not required to obtain credit, even if the product(s) is already installed on the vehicle you selected. You may purchase anti-theft product(s) from the person of your choice. By signing below, you agree to purchase the anti-theft product(s) at the price disclosed.

| N/A | $ N/A | Term N/A |
| N/A | $ N/A | Term N/A |
| N/A | $ N/A | Term N/A |

Buyer Signs X

**NON-MODIFICATION DISCLOSURE**
Any change in this contract must be in writing and signed by you and the Seller.

Buyer Signs X /s/ Brenda A. Lott    Co-Buyer Signs X

YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.

The Annual Percentage Rate may be negotiated with the Seller. The Seller may assign this contract and may retain its right to receive a portion of the Finance Charge.

## NOTICE TO BUYER

Do not sign this contract in blank. You are entitled to an exact copy of the contract that you sign. Keep it to protect your legal rights.

Buyer Signs X /s/ Brenda A. Lott    Co-Buyer Signs X

Buyer (and Co-Buyer) acknowledge that (i) **before signing this contract**, Buyer (and Co-Buyer) received and reviewed a true and completely filled in copy of this contract and (ii) **at the time of signing this contract**, Buyer (and Co-Buyer) received a true and completely filled in copy of this contract.

Buyer Signs X /s/ Brenda A. Lott    Co-Buyer Signs X

Seller GEORGE D. NANDERBACH, IN By X /s/    Title
THIS CONTRACT IS NOT VALID UNTIL YOU AND SELLER SIGN IT.

## ASSIGNMENT

Seller may transfer this contract to another person. That person will then have all Seller's rights, privileges, and remedies. By signing below, the Seller assigns this contract to __Ford Motor Credit Company__ ("Assignee").
To contact Assignee about this contract, call 1-800-727-7000, or visit their website at www.fordcredit.com

Seller GEORGE D. NANDERBACH, IN  By X /s/

SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS

FC 17537-D (FEB 10) (Previous editions may NOT be used.)
FC 17537-B-BUFC 17537-RCO

ORIGINAL

PLY 1 - ORIGINAL    PLY 2 - BUYER'S COPY    PLY 3 - CO-BUYER/GUARANTOR COPY    PLY 4 - SELLER'S COPY (NON-TRANSFERABLE)

## ADDITIONAL AGREEMENTS

**A. Payments and Summary Notice:** You must make all payments in U.S. funds when they are due. You may prepay your debt at any time without penalty. This is a simple interest contract. The actual finance charge you agree to pay will depend on your payment patterns. The actual finance charge may exceed the disclosed Finance Charge if you make your payments later than the scheduled dates or in less than the scheduled amount. Your payment will be applied first to the earned and unpaid part of the Finance Charge and then to the unpaid Amount Financed. The Finance Charge is earned by applying the Annual Percentage Rate to the unpaid Amount Financed for the actual time that the unpaid Amount Financed is outstanding. If the vehicle is repossessed, you will not have the right to reinstate the contract unless the Seller agrees.

**B. Balloon Payment Contracts:** If your last installment payment under this contract is a balloon payment as indicated on the front of the contract, you may handle the last installment payment in one of three ways.

**First,** you may pay all that you owe when the last installment payment is due and keep your motor vehicle.

**Second,** you may refinance the last installment payment unless you are in default under this contract. If the Seller has advanced funds to cure any default, you must pay back the Seller before the refinancing. You also must provide proof of insurance acceptable to Seller before the refinancing. The Annual Percentage Rate (APR) for the refinancing will be the lower of the APR agreed to by you and the Seller at the time of the refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment shall be the same as in this contract if the refinanced amount will be fully paid within 38 months of the due date of the last installment payment. Otherwise, the monthly payment amount shall be the amount needed to fully pay the refinanced amount within 38 months of the due date of the last installment payment. If you wish to refinance, you must notify the Seller in writing. Except as discussed in this section, the notice must be received no later than 30 days prior to the due date of the last installment payment.

**Third,** you may sell the vehicle to the Seller for an amount equal to the last installment payment. You must pay to the Seller any other amount owed under this contract. Amounts you owe will be based, in part, on the vehicle's mileage. You also must pay to the Seller the estimated costs of all repairs to the vehicle that are the result of excess wear and use, as set forth below. You must take the vehicle to a place selected by the Seller for inspection no later than 15 days prior to the last installment payment due date. After the inspection, if you decide to sell the vehicle to the Seller, you must give the vehicle to the Seller no later than the last installment payment due date. At that time, you must also give the Seller a title, which shows no liens other than the Seller's lien, transferring ownership to the Seller or a person selected by the Seller. After the inspection, if you decide not to sell the vehicle to the Seller, you must immediately contact the Seller and inform the Seller whether you want to refinance the last installment payment.

**C. Damage Repair:** If your last installment payment under this contract is a balloon payment and you sell the vehicle back to the Seller under Paragraph B, you are responsible for repairs of all damage to the vehicle that are not the result of normal wear and use. These repairs include, but are not limited to, those necessary to:
(i) replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread;
(ii) repair all mechanical defects;
(iii) repair or replace all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items; all dented, scratched, rusted, pitted, broken or missing trim and grill work; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all broken or burned out lights; all electronic malfunctions; all interior rips, stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

If you have not made the repairs before inspection of the vehicle under Paragraph B, you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to the Seller. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to the Seller.

**D. Security Interest:** You give the Seller a security interest in:
1. The vehicle and all parts or other goods put on the vehicle;
2. All money or goods received for the vehicle; and
3. All insurance premiums and service contracts financed for you.

This secures payment of all amounts you owe under this contract. It also secures your other agreements in this contract.

**E. Use of Vehicle - Warranties:** You must take care of the vehicle and obey all laws in using it. You may not sell or rent the vehicle, and you must keep it free from the claims of others. You will not use or permit the use of the vehicle outside of the United States, except for up to 30 days in Canada or Mexico, without the prior written consent of the Seller. If the vehicle is of a type normally used for personal use and the Seller, or the vehicle's manufacturer, extends a written warranty or service contract covering the vehicle within 90 days from the date of this contract, you get implied warranties of merchantability and fitness for a particular purpose covering the vehicle. Otherwise, you understand and agree that there are no such implied warranties, except as otherwise provided by law.

**F. Vehicle Insurance:** You must insure the vehicle against loss or damage from collision, fire or theft. You must name Seller as the loss payee under the insurance policy. The Seller must approve the type and amount of insurance. If the vehicle is lost, damaged or destroyed, you must pay the Seller what is still owed.

You agree that the Seller can make a claim under the insurance policy. You authorize the insurance company to provide Seller any information Seller believes necessary to make a claim. You must use insurance proceeds to repair the vehicle, unless the damage to the vehicle is considered a total loss. If the damage to the vehicle is considered a total loss, you must use the insurance proceeds to pay what you owe the Seller. If your insurance on the vehicle doesn't pay all you owe, you must pay what is still owed.

**G. Returned Insurance Premiums and Service Contract Charges:** This contract may contain charges for insurance, service contracts, or other contracts. You agree that the Seller can claim benefits under these contracts and unless prohibited by law, terminate them to obtain refunds of unearned charges to reduce what you owe. If the Seller gets a refund on insurance, service contracts, or other contracts, the Seller will subtract it from what you owe. Once all amounts owed under this contract are paid, any remaining refunds will be paid to you.

**H. Default:** You will be in default if:
1. You do not make a payment when it is due; or
2. You gave false or misleading information on your credit application relating to this contract; or
3. Your vehicle is seized by any local, state, or federal authority and is not promptly and unconditionally returned to you; or
4. You file a bankruptcy petition or one is filed against you; or
5. You do not keep any other promise in this contract.

If you default, Seller can exercise Seller's rights under this contract and Seller's other rights under the law.

**I. Repossession:** If you default, the Seller may require you to pay at once the unpaid Amount Financed, the earned and unpaid part of the Finance Charge and all other amounts due under this contract. Seller may repossess (take back) the vehicle, too. Seller may also take goods found in or on the vehicle when repossessed and hold them for you.

**J. Your Right To Redeem:** If the vehicle is taken back, Seller will send you a notice. The notice will say that you may redeem (buy back) the vehicle and will explain how to redeem the vehicle. You may redeem the vehicle up to the time the Seller sells it or agrees to sell it. If you do not redeem the vehicle, it will be sold.

**K. Disposition of Motor Vehicle:** If the vehicle is taken back and sold, the money from the sale, less allowed expenses, will be used to pay the amount still owed on the contract. Allowed expenses include those paid as a direct result of having to retake the vehicle, hold it, prepare it for sale, and sell it. Reasonable lawyer's fees and legal costs are allowed, too. If there is any money left a (surplus), it will be paid to you. If the money from the sale is not enough to pay off this contract and costs, you will pay what is still owed to the Seller. If you do not pay this amount when the Seller asks, the Seller may charge you interest at the highest lawful rate until you pay.

**L. Collection Costs:** Except as otherwise provided by law, you must pay any and all expenses related to enforcing this contract, including collection expenses, lawyers' fees and other legal expenses.

**M. Consumer Reports:** You authorize the Assignee listed on the front of this contract to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this contract.

**N. Servicing and Collection:** You agree that Creditor, Creditor's affiliates, agents and service providers may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You also expressly consent and agree that Creditor, Creditor's affiliates, agents and service providers may use written, electronic or verbal means to contact you. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. You agree that Creditor, Creditor's affiliates, agents and service providers may use any email address or any telephone number you provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether you incur charges as a result.

**O. Applicable Law:** You agree that this contract will be governed by the laws of the state of Pennsylvania.

**P. General:** This contract contains the entire agreement between Seller and you relating to the sale and financing of the motor vehicle. If any part of this contract is not valid, all other parts stay valid. If Seller doesn't enforce Seller's rights every time, Seller can still enforce them later. Seller will exercise all of Seller's rights in a lawful way.

If the last installment payment under this contract is a balloon payment, Assignee has assigned to OI Exchange, in its capacity as Assignee's qualified intermediary, its rights (but not its obligations) with respect to the purchase and sale of this vehicle.

Buyer acknowledges and accepts assignment of this contract to the Assignee (and any successor to Assignee). Buyer also consents to any subsequent assignment of this contract, and accepts this provision as notice of any such assignment, by Assignee or anyone else without further notice to Buyer. This consent and notice specifically includes any assignment of the security interest in the vehicle financed pursuant to this contract.

### FTC NOTICES

NOTICE - ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.*

Used Motor Vehicle Buyers Guide. If you are buying a used vehicle with this contract, federal regulations may require a special Buyers Guide to be displayed on the window of the vehicle. THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

Guía para compradores de vehículos usados. LA INFORMACION QUE APARECE EN LA VENTANILLA DE ESTE VEHICULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN EL FORMULARIO DE LA VENTANILLA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIO Y QUE APAREZCA EN EL CONTRATO DE VENTA.

*Does not apply if purchased for commercial or agricultural use. In that case, you (debtor) will not assert against any assignee or subsequent holder of this Contract any claims, defenses, or setoffs which you may have against the Seller or manufacturer of the vehicle.

### GUARANTY

To cause the Seller to sell the vehicle described on the front of this contract to the Buyer on credit, each person who signs below as a "Guarantor" guarantees the payment of this contract. This means that if the Buyer fails to pay any money that is owed on this contract, each person who signs as a guarantor will pay it when asked. Each Guarantor who signs below agrees that he will be liable for the whole amount owed even if one or more other persons also sign this Guaranty. Each Guarantor also agrees to be liable even if the Seller does one or more of the following: (a) gives the Buyer more time to pay one or more payments, or (b) gives a release in full or in part to any of the other Guarantors, or (c) releases any security. Each Guarantor also states that he has received a completed copy of this contract and this Guaranty at the time of signing.

Guarantor _____ Address _____

Guarantor _____ Address _____

### READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY
### ARBITRATION

Arbitration is a method of resolving any claim, dispute, or controversy (collectively, a "Claim") without filing a lawsuit in court. Either you or Seller ("us" or "we") (each, a "Party") may choose at any time, including after a lawsuit is filed, to have any Claim related to this contract decided by arbitration. Such Claims include but are not limited to the following: 1) Claims in contract, tort, regulatory or otherwise; 2) Claims regarding the interpretation, scope, or validity of this clause, or arbitrability of any issue; 3) Claims between you and us, your/our employees, agents, successors, assigns, subsidiaries, or affiliates; 4) Claims arising out of or relating to your application for credit, this contract, or any resulting transaction or relationship, including that with the dealer, or any such relationship with third parties who do not sign this contract.

**RIGHTS YOU AND WE AGREE TO GIVE UP**
If either you or we choose to arbitrate a Claim, then you and we agree to waive the following rights:
- **RIGHT TO A TRIAL, WHETHER BY A JUDGE OR JURY**
- **RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR A CLASS MEMBER IN ANY CLASS CLAIM YOU MAY HAVE AGAINST US WHETHER IN COURT OR IN ARBITRATION**
- **BROAD RIGHTS TO DISCOVERY AS ARE AVAILABLE IN A LAWSUIT**
- **RIGHT TO APPEAL THE DECISION OF AN ARBITRATOR**
- **OTHER RIGHTS THAT ARE AVAILABLE IN A LAWSUIT**

**Rights You And We Do Not Give Up:** If a Claim is arbitrated, you and we will continue to have the following rights, without waiving this arbitration provision as to any Claim: 1) Right to file bankruptcy in court; 2) Right to enforce the security interest in the vehicle, whether by repossession or through a court of law; 3) Right to take legal action to enforce the arbitrator's decision; and 4) Right to request that a court of law review whether the arbitrator exceeded its authority.

You may choose the organization to conduct the arbitration subject to our approval. The applicable rules (the "Rules") may be obtained from the selected organization. If there is a conflict between the Rules and this contract, this contract shall govern. This contract is subject to the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and the Federal Rules of Evidence. The arbitration decision shall be in writing with a supporting opinion. We will pay your total reasonable arbitration fees and expenses (not including attorney fees, except where applicable law otherwise provides) in excess of $125. We will pay the whole filing fee if we demand arbitration first. Any portion of this arbitration clause that is unenforceable shall be severed, and the remaining provisions shall be enforced.

FC 17637-63 (FEB 10) (Previous editions may NOT be used.)   SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS
FC 17637-0-EnFC 17637-RICO

```
                                                           A FORD DEALER YOU CAN RELY ON
JSTOMER #: 35662                        238791             MANDERBACH FORD
                                                              Sales - Service - Leasing
                                     *INVOICE*             4450 5th STREET HIGHWAY
RENDA A LOTT                                                       P.O. BOX 70
516 MULBERRY ST                                                 TEMPLE, PA 19560
EADING, PA 19604                       PAGE 1                PHONE (610) 929-3683
OME:610-375-6262 CONT:610-375-6262                            P & A CODE: 01353
US:           CELL:                 SERVICE ADVISOR: 6064 CLAUDIA PEREZ
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE / REG. # | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| LUE CANDY | 12 | FORD FOCUS | 1FAHP3H21CL125295 | | 12795/12795 | |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 2JUN11 | DD02MAY11 | | 18:00 20SEP13 | | | CASH | 20SEP13 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:2017 DLR:16F221 |
|---|---|---|
| 6:22 17SEP13 | 12:11 20SEP13 | ENG:992 2.0L I4 GDI ENGINE<br>TRN:44W 6-SPD AUTO TRANSMISSION |

```
INE OPCODE  TECH  TYPE  HOURS                                LIST         NET         TOTAL
   CUST STATES WHEN SHE IS TAKING OFF FROM A STOP AND PRESES GAS PEDAL
        LIGHTLY THE TIRES SPIN- TOUCHY PEDAL
AUSE: .
        A VERIFIED CONCERN, PERFORMED TSB 13-9-4 REPLACED
          THE CLUTCH ASSEMBLY, REINSTALLED EVERYTHING
          THEN PERFORMED ADAPTIVE DRIVE CYCLE, OK
        4819WFC94                                                                    (N/C)
     1  BV6Z*7B546*D  CLUTCH ASY                                                     (N/C)
     1  AE8Z*7064*A  SNAP RING                                                       (N/C)
     2  *W715491*S442  BOLT                                                          (N/C)
     4  *W520415*S442  NUT                                                           (N/C)
     1  9U7Z*19A506*BA  GREASE - CHASSIS LUBRICATION                                 (N/C)
     4  *W520102*S442  NUT - LOCKING                                                 (N/C)
     1  YS4Z*3N324*AA  RETAINER - BEARING                                            (N/C)
     4  *W705448*S441  NUT                                                           (N/C)
     1  AE8Z*7052*C  SEAL ASY - OIL                                                  (N/C)
     1  AE8Z*7052*B  SEAL ASY - OIL                                                  (N/C)
     4  PM*4*A  BRAKE CLEANER                                                        (N/C)
     2  XT*11*QDC  FLUID - TRANSMISSION                                              (N/C)
           0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE A:                   0.00
        *************************************************************
  ERFORM 27 POINT FREE INSPECTION- SEE ATTACHED REPORT CARD
    99P PERFORM 27 POINT FREE INSPECTION- SEE
        ATTACHED REPORT CARD
        4819  CPC                                                            0.00    0.00
  GBATT TESTED BATTERY. OKAY AT THIS TIME
        4819  CPC                                                            0.00    0.00
  GTIRE CK TIRE TREAD WEARING OK AT THIS TIME
        4819  CPC                                                            0.00    0.00
  GBK BRAKES OKAY AT THIS TIME. OVER 7/32 REMAINING
        4819  CPC                                                            0.00    0.00
PARTS:   0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE C:                    0.00
        *************************************************************
) CUST STATES REAR DECK FOAM IS STARTING TO CRUMBLE
```

| | DESCRIPTION | TOTALS |
|---|---|---|
| WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PERFORMED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR PRODUCTS OR THE REPAIR. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES * | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received or had the opportunity to inspect any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due. | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| DATE    CUSTOMER SIGNATURE      AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | PLEASE PAY THIS AMOUNT | |

DealerCAP ©2006 ADP (03/09)  SERVICE INVOICE TYPE 2 - 2SI2C - "AS IS" - PENNSYLVANIA    CUSTOMER COPY

R.O. #: 35662     238791

**A FORD DEALER YOU CAN RELY ON**
# MANDERBACH FORD
*Sales - Service - Leasing*
4450 5th STREET HIGHWAY
P.O. BOX 70
TEMPLE, PA 19560
PHONE (610) 929-3683
P & A CODE: 01353

*INVOICE*

BRENDA A LOTT
1616 MULBERRY ST
READING, PA 19604
HOME: 610-375-6262   CONT: 610-375-6262
BUS:     CELL:

PAGE 2

SERVICE ADVISOR: 6064 CLAUDIA PEREZ

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE / REG. # | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE CANDY | 12 | FORD FOCUS | 1FAHP3H21CL125295 | | 12795/12795 | |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 22JUN11 | DD02MAY11 | | 18:00 20SEP13 | | | CASH | 20SEP13 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:2017 DLR:16F221 |
|---|---|---|
| 16:22 17SEP13 | 12:11 20SEP13 | ENG:992 2.0L I4 GDI ENGINE |
| | | TRN:44W 6-SPD AUTO TRANSMISSION |

LINE OPCODE TECH TYPE HOURS     LIST     NET     TOTAL
CAUSE: .
    A VERIFIED CONCERN, CHECKED AND PERFORMED TSB
       13-3-20 THEN VERIFIED REPAIRS
       4819WFC94
   1 DM5Z*5446506*AB TRAY ASY - PACKAGE     (N/C)
   1 OSP OUT SIDE PART     (N/C)
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE D:    (N/C)
    0.00
**************************************************

         FREE OIL AND FILTER CHANGE!!
      JUST REFER A NEW CUSTOMER FOR SERVICE
        WE SERVICE ALL MAKES AND MODELS
              !!!!SPECIALS!!!!
     SAFETY & EMISSIONS INSPECTIONS    ONLY $39.95
     SAVE FUEL! NITROGEN IN YOUR TIRES ONLY $12.95
     NEED TIRES? WE SELL AT GREAT PRICES. ASK US!

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR PRODUCTS OR THE REPAIR. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.
By signing below, you acknowledge that you were notified of and authorized the dealership to perform the services/repairs itemized in this Invoice and that you received or had the opportunity to inspect any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE     CUSTOMER SIGNATURE     AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |



# REPORT CARD
## MULTI-POINT INSPECTION AS RECOMMENDED BY FORD MOTOR COMPANY

9/20/13

Name: Brenda Lott
RO/Tag #: ____

Email: ____
Year/Make/Model: 2012 Ford Focus
VIN #: ____
Plate #: ____
Odometer: ____
Inspect. Month: ____
Owner Advantage Rewards® #: ____
Service Balance: ____

Ford Extended Service Plan: ☐ YES ☐ NO
SYNC® VHR Activation: ☐ YES ☐ NO ☐ N/A

**LEGEND**
- Checked and OK at this time
- May require future attention
- Requires immediate attention
- ⊘ May contribute to vehicle efficiency and promote a greener environment

### EXTERIOR BODY
Note any existing exterior body damage or defects on diagram

### SCHEDULED MAINTENANCE ITEMS*

| DUE | SERVICED | DUE | SERVICED |
|---|---|---|---|
| ☐ | | ☐ Engine Air Filter ⊘ | |
| ☐ Oil Change & Filter ⊘ | | ☐ Engine Coolant | |
| ☐ Tire Rotation ⊘ | | ☐ Transmission Fluid &/or Filter | |
| ☐ Multi-Point Inspection | | ☐ Cabin Air Filter ⊘ | |
| ☐ Fuel Filter | | ☐ Spark Plugs ⊘ | |
| ☐ K Scheduled Maintenance | | | |

*This is only a partial list of vehicle maintenance items and is NOT all-inclusive. Please consult your Owner's Manual or visit FordOwner.com for vehicle-specific maintenance requirements.

### FLUID LEVELS
Oil and/or fluid leaks

| OK | FILL | | OK | FILL | | OK | FILL | |
|---|---|---|---|---|---|---|---|---|
| | | Engine Oil | | | Power Steering | ✓ | | Transmission (if equipped with dipstick) |
| | | Brake Reservoir | | | Window Washer | | | Coolant Recovery Reservoir |

### WIPER BLADES
☐ Wiper Test Performed    ☐ Wiper Blades

### BATTERY
State of Health (0% – 100%)
Battery Condition
Factory spec cold cranking amps ____
Actual cold cranking amps ____

### SYSTEMS / COMPONENTS

| | SERVICED |
|---|---|
| Operation of horn, interior lights, exterior lamps, turn signals, hazard and brake lamps | ☐ |
| Windshield for cracks, chips and pitting | ☐ |
| HVAC system and hoses / lines for leaks and/or damage | ☐ |
| Engine Cooling System, radiator, hoses and clamps | ☐ |
| Accessory drive belt(s) | ☐ |
| Brake system (including lines, hoses, and parking brake) ⊘ | ☐ |
| Shocks / struts and other suspension components for leaks and/or damage | ☐ |
| Steering, steering linkages and ball joints (visual) | ☐ |
| Exhaust system and heat shield (leaks, damage, loose parts) ⊘ | ☐ |
| Clutch operation (if equipped) | ✓ |
| Constant velocity (CV) drive axle boots (if equipped) | ☐ |
| Drive shaft, transmission, u-joint and shift linkage (if equipped) and lubricate (as needed) | ☐ |

### TIRE / BRAKE WEAR

| TIRE TREAD / BRAKE LINING | 7/32" and greater — Over 5mm or 7/32" (Disc) or Over 2mm or 5/32" (Drum) | SERVICED | 4/32" to 6/32" — 3 to 5mm or 4/32" to 7/32" (Disc) or 1.01 to 2mm or 2/32" to 3/32" (Drum) | SERVICED | 3/32" and less — Less than 3mm or 4/32" (Disc) or 1mm or 2/32" or less (Drum) | SERVICED |
|---|---|---|---|---|---|---|
| ☐ Alignment check needed | FRONT ⊘ | | | | ⊘ | |
| ☐ Wheel balance needed | Tire Tread Depth 2/32" Tire Age ____ | | | | Tire Tread Depth 2/32" Tire Age ____ | |
| | Tire Wear Pattern / Damage | | | | Tire Wear Pattern / Damage | |
| ☐ Brake measurements not taken this service visit | Tire Pressure set to factory-recommended PSI | | | | Tire Pressure set to factory-recommended PSI | |
| | Brake Lining ____ mm 9/32" | | | | Brake Lining ____ mm 9/32" | |
| Comments: | REAR ⊘ | | | | ⊘ | |
| ____ | Tire Tread Depth 2/32" Tire Age ____ | | | | Tire Tread Depth 2/32" Tire Age ____ | |
| ____ | Tire Wear Pattern / Damage | | | | Tire Wear Pattern / Damage | |
| | Tire Pressure set to factory-recommended PSI | | | | Tire Pressure set to factory-recommended PSI | |
| | Brake Lining ____ mm 10/32" | | | | Brake Lining ____ mm 10/32" | |
| | SPARE ⊘ | | | | | |
| | Tire Pressure set    Tire Age ____ | | | | | |

FordOwner.com — One site for all your vehicle needs

Advisor: ____
Technician: ____