**DYKEMA GOSSETT LLC**
TAMARA A. BUSH (197153)
tbush@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tele: (213) 457-1800 / Fax: (213) 457-1850

**DYKEMA GOSSETT PLLC**
JOHN M. THOMAS (266842)
jthomas@dykema.com
KRISTA L. LENART (admitted *pro hac vice*)
klenart@dykema.com
JANET L. CONIGLIARO (admitted *pro hac vice*)
jconigliaro@dykema.com
FRED J. FRESARD (admitted p*ro hac vice*)
Ffresard@Dykema.com
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Tele: (734) 214-7613 / Fax: (734) 214-7696

Attorneys for Defendant FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>vs.<br>FORD MOTOR COMPANY,<br><br>Defendants. | Case No. 2:2012-cv-08388 AB (FFMx)<br><br>**DECLARATION OF MATTHEW FYIE**<br><br>Date: October 2, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 7B<br><br>Final Approval Hrg. October 2, 2017 |

I, Matthew Fyie, declare as follows:

1. I am over the age of 18 years old and competent to give this declaration.

2. I am a Design Analysis Engineer for Ford Motor Company ("Ford") and have been employed in various positions by Ford for more than 24 years.

3. The facts stated in this declaration are based upon my personal knowledge and/or on records maintained in the ordinary course of business by Ford. If called as a witness, I could and would testify competently to the facts stated herein under oath.

confidential information, or to waive Ford's attorney-client privilege as to any of its communications or waive the work product immunity developed in anticipation of or in response to litigation. I intend only to describe certain factual matters that are pertinent to this declaration.

5. Attached as Exhibit A to this Declaration is a true and correct copy of a communication that was sent to Ford dealers on or around July 5, 2017.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 25 day of September, 2017 in Dearborn, Michigan.

Matthew Fyie