EXHIBIT A

# EXHIBIT A

EXHIBIT A

**Ford Motor Company**
**Electronic Field Communications** — Information
**EFC Number: EFC05790** — Date: 07/05/2017

| | |
|---|---|
| **Subject:** | ***Ford DPS6 PowerShift Transmission Settlement*** |
| **Summary:** | This communication informs Dealerships of the PowerShift transmission settlement agreement and allegations concerning the operation of the 6-Speed PowerShift Automatic Transmission (DPS6). 2012-2016 MY Ford Focus and 2011-2016 Ford Fiesta vehicle customers will be receiving notification July 2017. All relevant information is available for dealers and customers via the settlement website. |

**Target Division(s):**

SalesOps

**Originator Information:**

| | | |
|---|---|---|
| Originator CDSID: RHERN170 | Originator Name: Raquel Hernandez | Phone: 313-390-0326 |
| Division: SalesOps | Department: GLOBAL SMALL & MEDIUM CAR | SalesOps Channel: Brand Communications - Car, EV, Performance Brands |

**Dealer Communication:** Yes

**Concurring Manager:**

This Field Communication also contains the following Dealer Communication:

| | |
|---|---|
| **Dealer Summary :** | Please be aware current and former owners of 2012-2016 MY Ford Focus and 2011-2016 Ford Fiesta vehicles will be contacted via mail in early July regarding the pending PowerShift transmission settlement agreement for class action lawsuit Vargas v. Ford Motor Company. All relevant information is available for dealers and customers via the settlement website. |

Page004

Dealer Communication

| | |
|---|---|
| **Publish Date:** | July 7, 2017         Due Date (If Applicable):  N/A |
| **Information:** | *Ford DPS6 PowerShift Transmission Settlement* |
| **Target Dealer Group:** | All Ford Dealers |
| **Target Audience:** | Dealer Principals, Sales Managers, Sales Consultants, F&I Managers, Service Managers, Parts Managers, and Service Advisors |
| **Target Dept(s):** | ☒ New Sales  ☐ CPO/Used Sales  ☒ Fleet Sales  ☐ Finance  ☐ Parts  ☒ Service |

### ACTION REQUESTED

- Ensure Dealership Service Managers and Dealership Sales Managers are aware of the PowerShift transmission settlement agreement from class action lawsuit *Vargas v. Ford Motor Company* involving allegations concerning the operation of the 6-Speed PowerShift Automatic Transmission (DPS6)
- Direct customer inquiries to settlement website -- www.FordTransmissionSettlement.com -- or (844) 540-6011 for more information

### SUMMARY OF FORD TRANSMISSION SETTLEMENT

**Vehicles Affected:** 2012-2016 MY Ford Focus and 2011-2016 Ford Fiesta vehicles equipped with DPS6 PowerShift Transmissions.

**Allegations:** That the PowerShift transmission slips, bucks, kicks, and jerks, resulting in sudden or delayed acceleration of the vehicle. Ford denies all allegations in the lawsuit, but has decided to settle the case and to provide benefits to members of the settlement class.

**Customer Communications:** Current and former owners of the affected vehicles listed above will be contacted via mail in early July providing an overview of the preliminary agreement. Customers will need to prove ownership of the vehicle and also show proof of eligible transmission repairs in order to request settlement benefits. <u>Ford appreciates your cooperation in helping class members obtain copies of their service records when necessary to substantiate any claims under the settlement</u>.

**Settlement Benefits:** If the Court approves the settlement, the benefits the customer may receive – dependent on their transmission repair history – include:
- cash payments
- vehicle discount certificates
- reimbursements for clutch repairs

Additionally, the settlement provides class members with an opportunity to arbitrate vehicle buyback and breach of warranty claims related to the PowerShift Transmission.

**Timing:**
- July 2017: Customers begin receiving notification letters advising them of settlement.
- October 2017: If the court approves the settlement terms, eligible Focus and Fiesta owners can begin submitting claims via the www.FordTransmissionSettlement.com website / 1-844-540-6011.
- Late 2017: Assuming there are no appeals or other court delays, claims begin to process and customers are notified of the actions taken on claims.

Updates on the process and timing will be available at the www.FordTransmissionSettlement.com website. Please direct customers there as necessary.

2014 Template

Dealer Communication

## QUESTIONS

If you or your customers have any questions about the settlement, all relevant information can be found at settlement website, www.FordTransmissionSettlement.com. The website will contain more details about the settlement, including a FAQ section. Ford cannot comment further on the settlement or the litigation – please direct all inquiries to the website.

## ATTACHMENTS

Customer Notification Postcard