Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Ryan Wu (SBN 222323)
ryan.wu@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs

John M. Thomas (SBN 266842)
jthomas@dykema.com
Tamara A. Bush (SBN 197153)
tbush@dykema.com
Krista L. Lenart (pro hac vice)
klenart@dykema.com
Dykema Gossett PLLC
333 South Grand Avenue, Ste. 2100
Los Angeles, California  90071
Telephone:   (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | Case No. CV12-08388 AB (FFMx)<br>Hon. Judge André Birotte Jr.<br>Crt Rm No. 790<br><br>**CLASS ACTION**<br><br>**PARTIES' JOINT REQUEST FOR ENTRY OF ORDER RE CURING DEFICIENT OPT-OUT REQUESTS** |

The parties hereby agree and stipulate as follows:

1. On April 25, 2017, this Court entered an order preliminarily certifying a class for purposes of settlement. The order provided that Class Members who wished to opt out must personally sign a request for exclusion for the exclusion to be valid. "Requiring a personally signed, individual request for exclusion from class settlement heightens the likelihood that each class plaintiff will make an informed, individualized decision whether to opt out, and courts want to encourage this careful decisionmaking process." *Hallie v. Wells Fargo Bank, N.A.*, 2015 U.S. Dist. LEXIS 54481, at *9 (N.D. Ind. Apr. 27, 2015).

2. In a subsequent order dated May 3, 2017, this Court set September 5, 2017, as the opt-out deadline. Some of the timely opt-out requests were deficient because they were signed by the Class Member's personal attorney but not by the Class Member. Other timely opt-out requests were submitted by attorneys and included a typewritten signature by the Class Member. Defendant contends that these requests for exclusion may be deficient because it is not clear from the face of the requests whether the typewritten signature was affixed by the Class Member or by the attorney submitting the request. The Class Members whose opt-out requests are or may be deficient for any of these reasons are listed on Exhibit A to the attached Proposed Order.

3. The parties agree that the Class Members listed on Exhibit A to the Proposed Order should have the opportunity to cure the deficiencies, or confirm the validity of a purported e-signature, in the opt out requests submitted by their attorneys. To accomplish this, the parties jointly request entry of the attached order, which allows corrections to be submitted to the Claims Administrator by November 13, 2017.

4. Although the validity of some opt-out requests has yet to be determined, the parties request that entry of a final order on Plaintiffs' Motion for Final Approval not be delayed. As suggested in the Proposed Final Approval Order submitted on

1  September 29, 2017, the parties believe that a final judgment can be entered
2  pursuant to Rule 54(b) as to all class members other than those whose opt-out
3  requests are still being evaluated.
4      A proposed Order is submitted herewith.

5  Dated:  October 5, 2017                 Respectfully submitted,
6                                          Capstone Law APC

7                                          By: __Ryan Wu_____
8                                               Ryan Wu
                                                 Attorneys for Plaintiffs
9
   Dated:  October 5, 2017                 Respectfully submitted,
10                                         Dykema Gossett PLLC
11
                                           By: __John M. Thomas_____
12                                              John M. Thomas
                                                Attorneys for Defendant
13

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 5, 2017.

By: /s/ John M. Thomas
John M. Thomas