UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 12-08388-AB (FFMx) | Date: | October 2, 2017 |

| | |
|---|---|
| Title: | Omar Vargas v. Ford Motor Company |

| | |
|---|---|
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Ryan H Wu | John Mark Thomas |
| Jordan L Lurie | Attorney(s) Present for Objectors: |
| Tarek H Zohdy | Michael T Kirkpatrick |
| Russell D Paul, PHV | Emma C Robison |
| | Rowena Santos |

**Proceedings:** FAIRNESS HEARING;

1) PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS [146]; and

2) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [150]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.