*COURT'S COPY*

IN THE UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

CASE NO.:2:12-CV-08388-AB-FFM

"ORIGINAL"

FILED
CLERK, U.S. DISTRICT COURT

OCT -2 2017

CENTRAL DISTRICT OF CALIF
Y                      DEP

**Claim ID No.: 10450315**

**VIN: 1FADP3K20DL139567**

**PURSUANT TO: 2012 FEDERAL RULES OF CIVIL PROCEDURE, RULE 24.**

## MOTION TO INTERVENE

1. **COMES NOW,** Mr. Ronald Darrell Taylor, 079393, Pro Se, to intervene on my own behalf, inasmuch as, the Class Action Settlement as stated in this honorable Court's notice is not fair, as to, this class member. In support of this claim, I present the following facts and attached Appendix.

2. **On April 7, 2014,** I financed a 2013 Ford Focus (CLASS VEHICLE) through Community First Credit Union of Jacksonville, Florida for the sum of $18,937.01. See Attached Appendix, Exhibit "A", LOANLINER.

3. **In September 2015,** Ford Motor Company recalled this vehicle by VIN number. See Exhibit "B", Ford's Letter.

4. **During May 9, 2016 to May 11, 2016,** The car was in the service Department of Duval Ford having the Transmission serviced. See Exhibit

"C", work invoice, pg. #1. Also, I paid $2,500.00 for extra work on the vehicle. See Exhibit "C", pg. #2 & #3.

5. **The Official Court Notice of Class Action Settlement** only offers a total of $2,325.00 cash Payments. I paid more than that for extra work . The settlement is just not fair to me after paying $2,500.00 extra.

6. **Furthermore**, I traded the focus in on a 2016 Nissan Altima, and paid the Ford Focus' balance off. I pay $512.00 per month to Nissan Motor Corporation. Nissan took the Focus, but I am still paying for it. How many other people have they done this too? See Exhibit "D", Billing Summary.

<u>CONCLUSION:  Please include these facts in your fairness hearing!</u>

It is within this UNITED STATES DISTRICT COURT's purview to correct all aspects of this case. The fact that president Obama loaned the car industry the people's money during their time of need should have precluded the industry from taking advantage of us weak ones. Please correct this!

RESPECTFULLY SUBMITTED,

<u>S. MR. RONALD DARRELL TAYLOR,</u>
<u>079393, Pro Se</u>

IN THE UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 2:12-CV-08388-AB-FFM

CERTIFICATE OF SERVICE

I, Ronald Darrell Taylor do hereby certify that I furnished true and correct copies of this **"Motion to intervene"** to: **FORD TRANSMISSION SETTLEMENT, P. O. BOX404000, LOUISVILLE, KY  40233-4000 AND FORD MOTOR COMPANY, FORD CUSTOMER SERVICE DIVISION,P. O. BOX 1904, DEARBORN, MICHIGAN 48121; ALSO TO: NISSAN MOTOR ACCEPTANCE CORPORATION, P.O. 660360,DALLAS, TX 75266-0360 ON THIS 27TH DAY OF SEPTEMBER 2017.**

        **Mr. Ronald Darrell Taylor, 079393 Pro Se**

        **POST OFFICE BOX #12688**

        **JACKSONVILLE, FLORIDA**

        **32209**

# IN THE UNITED STATES DISTRICT COURT,
# CENTRAL DISTRICT OF CALIFORNIA
# CASE NO.:2:12-CV-08388-AB-FFM

Claim ID No.: 10450315

VIN: 1FADP3K20DL139567

## APPENDIX

| Exhibit(s) | Description | Number of pages |
|---|---|---|
| "A" | Loanliner | Three |
| "B" | Letter From Ford Motor Corp. | Two |
| "C" | Work Invoices by Duval Ford | Three |
| "D" | Billing Summary by Nissan | one |


**COMMUNITY FIRST** Credit Union
Love Where You Bank

P.O. Box 2600
Jacksonville, FL 32232
904.354.8537
800.342.8416
www.CommunityFirstFL.org

EXHIBIT "A" PG. 1,



## Pre-Approved Loan and Security Agreement and Truth in Lending Disclosure

The Pre-Approved Loan and Security Agreement and Truth in Lending Disclosure sets forth the terms and conditions of the loan offered and extended by Community First Credit Union of Florida _____ to the borrower(s) identified herein for the purchase of a new or used vehicle and is governed by the following documents: (i) a Truth in Lending Disclosure for each available Loan Type; and (ii) a Loan and Security Agreement.

| DATE | LOAN NUMBER | EXPRESS DRAFT NUMBER | ACCOUNT NUMBER | GROUP POLICY NUMBER |
|---|---|---|---|---|
| 4/7/2014 | | 135799 | 857616 | 009-0008-7 |

| BORROWER 1 | BORROWER 2 |
|---|---|
| NAME AND ADDRESS<br>RONALD DARRELL TAYLOR<br>1011 POWHATTAN STREET<br>JACKSONVILLE, FL 32209 | NAME (AND ADDRESS IF DIFFERENT FROM BORROWER 1) |

**LOAN TYPE** AUTO USED 55-66 MO.

### TRUTH IN LENDING DISCLOSURE ('e' means an estimate)

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate.<br>1.980 % | FINANCE CHARGE<br>The dollar amount the credit will cost you.<br>$ 937.01   e | Amount Financed<br>The amount of credit provided to you or on your behalf.<br>$18,000.00   e | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled.<br>$ 18,937.01   e | Prepayment: If you pay off early you will not have to pay a penalty.<br>Required Deposit: The Annual Percentage Rate does not take into account your required deposit, if any. |
|---|---|---|---|---|

| Property Insurance: You may obtain property insurance from anyone that is acceptable to the Credit Union. If you get the insurance from us, you will pay $ | Filing Fees<br>$ 0.00 | Non-Filing Insurance<br>$ N/A |
|---|---|---|

**Late Charge:** If payment is received more than 20 days after the due date, you will be charged a Late Charge of 20% of the interest due with a minimum of $1.00 and a maximum of $20.00.

| Your Payment Schedule Will Be: | Number of Payments | Amount of Payments |
|---|---|---|
| | 59 | $   315.62  e |
| | 1 | $   315.43  e |

**When Payments Are Due:** Payments will be due MONTHLY beginning on the 22nd day of the month that first occurs 10 days from funding until the loan is repaid in full.

**Security:** Collateral securing other loans with the Credit Union may also secure this loan. You are giving a security interest in your shares and dividends and, if any, your deposits and interest in the Credit Union; and the goods or property purchased with and described in the Pre-Approved Express Draft.

SEE YOUR LOAN AND SECURITY AGREEMENT FOR ANY ADDITIONAL INFORMATION ABOUT NONPAYMENT, DEFAULT, AND ANY REQUIRED REPAYMENT IN FULL BEFORE THE SCHEDULED DATE.

### ITEMIZATION OF THE AMOUNT FINANCED ('e' means an estimate)

| Itemization of Amount Financed of<br>$ 18,000.00 | Prepaid Finance Charge<br>$ 0.00 |
|---|---|

**Amounts Paid to Others on Your Behalf:** (If an amount is marked with an asterisk (*) we will be retaining a portion of the amount.)

| e $ | 18,000.00 | To Approved and/or Independent Automobile Dealer | e $ | | To CUNA |
| e $ | | To CUNA | e $ | | To State Agency |

NFL230-e

Credit Union Community First Credit Union of Florida     Loan No.     Acct. No. 857616
Borrower(s) RONALD DARRELL TAYLOR

EXHIBIT "A" PG. #2

## LOAN AND SECURITY AGREEMENT

In this Loan and Security Agreement ("Agreement"), all references to "Credit Union," "we," "our," or "us," mean the Credit Union whose name appears above and anyone to whom the Credit Union assigns or transfers this Agreement. All references to "you," "your," or "borrower" mean each person who signs the Pre-Approved Express Draft ("Express Draft") as a borrower. All references to the "Disclosure Statement" shall refer to the Truth in Lending Disclosure(s) as set forth in or attached to the Pre-Approved Loan and Security Agreement and Truth in Lending Disclosure. All references to "Loan" shall mean, the amount actually borrowed pursuant to this Agreement, including without limitation any fees financed with the proceeds thereof. By signing the Express Draft you acknowledge that you have received and read in full the Pre-Approved Loan and Security Agreement and Truth in Lending Disclosure and the Express Draft and agree to the terms, obligations and conditions set forth in this Agreement and the Express Draft.

**1. SELECTION OF LOAN TYPE** - You acknowledge and agree that we have provided a Disclosure Statement setting forth the estimated terms of each Loan Type being offered to you by the Credit Union. The Loan Type is specified on the Disclosure Statement(s) attached hereto. You agree to fill-in the Loan Type you have selected on the Express Draft in accordance with the instructions set forth therein. You further acknowledge and agree that the terms of the Loan will correspond to the terms of the Loan Type you select but that certain terms may vary depending on the actual amount and date of the Loan.

**2. PROMISE TO PAY** - You promise to pay to the Credit Union the principal amount of the Loan plus interest on the unpaid balance until the entire outstanding balance plus interest has been repaid. The interest rate(s) applicable to each available Loan Type are set forth below. Interest will begin to accrue on the date we pay the Express Draft. The principal amount of the Loan will be the amount entered on the Express Draft plus any fees that you finance with the proceeds of the Loan.

**Loan Type:** AUTO USED 55-66 MO.     For fixed rate loans the interest rate is     1.980 % per year.
**Loan Type:** AUTO NEW 55-66 MO.     For fixed rate loans the interest rate is     1.980 % per year.

**3. COLLECTION COSTS -**
You agree to pay all costs of collecting the amount you owe under this Agreement, including court costs and reasonable attorney fees.

**4. PAYMENTS** - You promise to make regular payments of principal and interest in accordance with the payment schedule set forth on the Pre-Approved Express Draft Confirmation Receipt (the "Confirmation") you will receive shortly after your purchase. You acknowledge and agree that the amount of the payments and the due dates of such payments may vary from those disclosed in the Disclosure Statement depending on the amount and date of the Loan. You may prepay any amount without penalty at any time. If you prepay any part of what you owe, you are still required to make the regularly scheduled payments, unless we have agreed to a change in the payment schedule. Because this is a simple interest loan, if you do not make payments when due, your final payment may be more or less than the amount of the final payment disclosed to you. If you elect voluntary payment protection, we will either include the premium or program fees in your payments or extend the term of your Loan. If the term is extended, you will be required to make additional payments of the scheduled amount, until what you owe has been paid. You promise to make all payments in a manner and at a location acceptable to us. Unless otherwise required by law, payments will be applied to amounts owed in the manner we choose.

**5. LATE CHARGE** - If you are late in making a payment, you promise to pay the late charge as set forth in the Disclosure Statement. If no late charge is disclosed on the Disclosure Statement, none will be charged.

**6. SECURITY AGREEMENT.**
   a. **THE SECURITY FOR THE LOAN** - You give us a security interest in the property as set forth in the Security Offered section of the Express Draft ("Property"). The security interest you give includes all accessions (things that are attached to or installed in the Property now or in the future). The security interest also includes any replacements for the Property which you buy within 10 days of the Loan and any extensions, renewals or refinancings of the Loan. It also includes any money you receive from selling the Property or from insurance you have on the Property. If the value of the Property declines, you agree to give us more property as security if asked to do so.
   In addition to the Property, property securing other loans you have with us also secures this Loan, unless the property is a principal dwelling. In addition to your pledge of shares, we may also have what is known as a statutory lien on all individual and joint accounts you have with us. A statutory lien means we have the right under federal law and many state laws to claim an interest in your accounts. We can enforce a statutory lien against your shares and dividends, and if any, interest and deposits, in all individual and joint accounts you have with us to satisfy any outstanding financial obligation that is due and payable to us. We may exercise our right to enforce this lien without further notice to you, to the extent permitted by law. **For all borrowers:** You pledge as security for this Loan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts you have with the Credit Union now and in the future. **The statutory lien and/or your pledge will allow us to apply the funds in your account(s) to what you owe when you are in default.** The statutory lien and your pledge do not apply to any Individual Retirement Account or any other account that would lose special tax treatment under state or federal law if given as security.
   b. **WHAT THE SECURITY INTEREST COVERS/CROSS COLLATERAL PROVISIONS** - Our security interest described in section 6.a. of this Agreement secures the Loan and any extensions, renewals, modifications or refinancings of the Loan. **The security interest also secures any other loans, including any credit card loan, you have now or receive in the future from us and any other amounts you owe us for any reason now or in the future, except any loan secured by your principal dwelling.**
   c. **OWNERSHIP OF THE PROPERTY** - You promise that you own the Property or, if this Loan is to buy the Property, you promise you will use the Loan proceeds solely for that purpose. You promise that no one else has any interest in or claim against the Property that you have not already told us about. You promise not to sell or lease the Property or to use it as security for a loan with another creditor until the Loan is repaid. You promise you will allow no other security interest or lien to attach to the Property either by your actions or by operation of law.
   d. **PROTECTING THE SECURITY INTEREST** - If your state issues a title for the Property, you promise to have our security interest shown on the title. We may have to file what is called a financing statement or some other document or instrument to protect our security interest from the claims of others. You irrevocably authorize us to execute (on your behalf and in a form satisfactory to us), if applicable, and file one or more financing, continuation or amendment statements pursuant to the Uniform Commercial Code (UCC) or any other document or instrument pursuant to applicable state law. You promise to do whatever else we think is necessary to protect our security interest in the Property. You also promise to pay all costs, including but not limited to any attorney fees, we incur in protecting our security interest and rights in the Property, to the extent permitted by applicable law.
   e. **USE OF PROPERTY** - Until the Loan has been paid off, you promise you will: (1) use the Property carefully and keep it in working order and in good repair; (2) obtain our written permission before making major changes to the Property or changing the address where the Property is kept; (3) inform us in writing before changing your address; (4) allow us to inspect the Property; (5) promptly notify us if the Property is damaged, stolen or abused; (6) not use the Property for any unlawful purpose; and (7) not retitle the Property in another state without telling us.

NFL230-e

Credit Union  Community First Credit Union of Florida        Loan No.                        Acct. No. 857616
Borrower(s) RONALD DARRELL TAYLOR

EXHIBIT "A", PG.# 3

## LOAN AND SECURITY AGREEMENT (continued)

f. **PROPERTY INSURANCE, TAXES AND FEES** - You promise to pay all taxes and fees (e.g. registration fees) due on the Property. You also promise to keep the Property insured against loss and damage in the amount and with the coverages we reasonably require from an insurance company that is acceptable to us. You may provide the property insurance through a policy you already have, or through a policy you get and pay for. You promise to make the insurance policy payable to us and to deliver the policy or proof of coverage to us if asked to do so.

If you cancel your insurance and get a refund, we have a right to the refund. If the Property is lost or damaged, we can use the insurance settlement to repair the Property or apply it towards what you owe in our sole discretion. You authorize us to endorse any draft or check that may be payable to you in order for us to collect any refund or benefits due under your insurance policy.

If you do not pay the taxes or fees on the Property when due or keep it insured, we may pay these obligations, but we are not required to do so. Any money we spend for taxes, fees or insurance will be added to the unpaid balance of the Loan and you will pay interest on those amounts at the same rate you agreed to pay on the Loan. We may receive payments in connection with the insurance from a company which provides the insurance. We may monitor our loans for the purpose of determining whether you and other borrowers have complied with the insurance requirements of our loan agreements or may engage others to do so. The insurance charge added to the Loan may include (1) the insurance company's payments to us and (2) the cost of determining compliance with the insurance requirements. If we add amounts for taxes, fees or insurance to the unpaid balance of the Loan, we may increase your payments to pay the amount added within the term of the insurance or term of the Loan.

g. **INSURANCE NOTICE** - If you do not purchase the required property insurance, the insurance we may purchase and charge you for will cover only our interest in the Property. The premium for this insurance may be higher because the insurance company may have given us the right to purchase insurance after uninsured collateral is lost or damaged. **The insurance will not include liability insurance coverage and will not satisfy any state financial responsibility or no fault laws.**

**7. DEFAULT** - You will be in default under this Agreement if you do not make a payment of the amount required on or before the date it is due. You will be in default if you break any other promise you made under this Agreement. You will be in default if you die, file for bankruptcy, become insolvent (that is, unable to pay your bills and loans as they become due), or if you made any false or misleading statements in your loan application. You will also be in default if something happens that we believe may seriously affect your ability to repay what you owe under this Agreement or if you are in default under any other agreement you have with us. You will be in default if any Property you have given us as security is repossessed by someone else, seized under a forfeiture or similar law, or if anything else happens that significantly affects the value of the Property or our security interest in it.

**8. ACTIONS AFTER DEFAULT** - When you are in default, we may demand immediate payment of the entire unpaid balance of the Loan. You waive any right you have to receive demand for payment, notice of intent to demand immediate payment and notice of demand for immediate payment. If we demand immediate payment, you will continue to pay interest at the rate provided for in this Agreement, until what you owe has been fully repaid. We will also apply against what you owe any shares and/or deposits given as security under this Agreement. We may also exercise any other rights given by law when you are in default.

When you are in default, we may also take possession of the Property. You agree the Credit Union has the right to take possession of the Property without judicial process if this can be done without breach of the peace.  If we ask, you promise to deliver the Property at a time and place we choose.  You agree that we may obtain a key or other device necessary to unlock and operate the Property when you are in default.  We will not be responsible for any other property not covered by this Agreement that you leave inside the Property or that is attached to the Property.  We will try to return that property to you or make it available for you to claim.

After we have possession of the Property, we can sell it and apply the money to any amounts you owe us.  We will give you notice of any public disposition or the date after which a private disposition will be held.  Our expenses for taking possession of and selling the Property will be deducted from the money received from the sale.  Those costs may include the cost of storing the Property, preparing it for sale and attorneys fees to the extent permitted under state law or awarded under the Bankruptcy Code.

If you have agreed to pay the Loan, you must pay any amount that remains unpaid after the sale money has been applied to the unpaid balance of the Loan and to what you owe under this Agreement.  You agree to pay interest on that amount at the same rate as the Loan until that amount has been paid.

**9. EACH PERSON RESPONSIBLE** - Each person who signs the Express Draft as a borrower will be individually and jointly responsible for paying the entire amount owed under this Agreement. This means we can enforce our rights against any one of you individually or against all of you together.

**10. DELAY IN ENFORCING RIGHTS** - We can delay enforcing any of our rights under this Agreement any number of times without losing the ability to exercise our rights later. We can enforce this Agreement against your heirs or legal representatives.

**11. CONTINUED EFFECTIVENESS** - If any term of this Agreement is determined by a court to be unenforceable, the other terms will remain in full force and effect.

**12. NOTICES** - Notices will be sent to you at the most recent address you have given us in writing. Notice to any one of you will be notice to all.

**13. USE OF LOAN** - You promise to use your Loan for consumer (personal, family or household) purposes, unless the Credit Union gives you written permission to use the Loan also for agricultural or commercial purposes.

**14. NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**15. OTHER PROVISIONS -**

NFL230-e



Ford Motor Company
Ford Customer Service Division
P. O. Box 1904
Dearborn, Michigan 48121



5416/052335/0152

RONALD D TAYLOR
1011 POWHATTAN ST
JACKSONVILLE, FL  32209-7245

EXHIBIT "B", P.G. #1

September 2015

Software Update Program 15B22
Customer Satisfaction Program 14M02
Programa de actualización de software 15B22
Programa de satisfacción del cliente 14M02

2013 Focus
Your Vehicle Identification Number (VIN): 1FADP3K20DL139567

At Ford Motor Company, we are not only committed to building high quality, dependable products, but also building a community of happy, satisfied customers. To demonstrate that commitment, we are providing you with both a software update and a no-charge extended coverage for the transmission control module (TCM) for your vehicle with the VIN shown above.

| | |
|---|---|
| **Why are you receiving this notice?** | On your vehicle with the VIN shown above, the TCM may experience electrical circuit failures causing intermittent symptoms of loss of transmission engagement while driving, no-start, or a lack of power. If this condition is present and the transmission control module has not been updated with the latest software, these symptoms may become progressively worse and your vehicle may not provide a visual warning of the failure. |
| **What will Ford and your Dealer do?** | For your peace of mind, Ford Motor Company has developed new software that will alert the driver of a possible TCM circuit failure before symptoms progress. Ford Motor Company has authorized any Ford/Lincoln dealer to update the software in your TCM free of charge (parts and labor). |
| | This Software Update Program will be in effect until July 31, 2016 regardless of mileage. Coverage is automatically transferred to subsequent owners. |
| **What should you do?** | Please call your dealer without delay and request a service date for Software Update Program 15B22. Provide the dealer with the VIN of your vehicle, which is near the beginning of this letter. |
| **What will the improved software do?** | The improved software will continuously monitor the TCM and provide advance notification, resulting in a "Check Engine" light if the TCM isn't operating properly. This improved fault detection and overt warning will help ensure the vehicle operator is alerted to potential issues with the TCM. |
| **What won't the software update do?** | The new TCM software update **will not** change the normal shift characteristics of your vehicle's transmission and will not have an effect on fuel economy. |

# DUVAL Ford

1616 Cassat Ave. - Jacksonville, FL 32210
(904) 387-6541 - Fax: (904) 381-6597

SERVICE DEPARTMENT HOURS
7:00 a.m. to 7:00 p.m.
Monday - Friday
8:00 a.m. to 5:00 p.m. Saturday

EXHIBIT "C", PG.#1

| R/O Open Date | R/O Number |
|---|---|
| 5/09/16 | 6129334/1 |
| R/O Close Date | Status |
| 5/11/16 | Pre-Invoice |
| Mileage In | Mileage Out |
| 87861 | 87861 |
| Service Advisor / Tag # | |
| David Leon/980 | |

MV 89503

TAYLOR, RONALD
1011 POWHATTAN STREET
JACKSONVILLE, FL  32209

| Work Phone | Vehicle Identification Number |
|---|---|
|  | 1FADP3K20DL139567 |
| Home Phone | Delivery Date / In-Service Date |
| 904-356-7873 |  |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2013 | FORD | FOCUS | HATCHBACK |  |  |

| DESCRIPTION OF SERVICE AND PARTS | | AMOUNT |
|---|---|---|
| Cell: 904-607-7608   Email: RONALDTAYLOR61@ATT.NET | | |
| #1 - Customer Reports: | | |
|   CUST STATES MIL IS ON, CAR HAS BEEN RUNING ROUGH AND STALLING | | |
|   Work performed by Johnny Rhodenberry  (382) | | 527.96 |
|   Installed BV6Z 9H307 T :SENDER AND PUMP ASY | 1@259.87 | 259.87 |
|   Installed BV6Z 9002 E :TANK ASY - FUEL | 1@856.92 | 856.92 |
|   Installed BV6Z 9D289 B :TUBE ASY - FUEL VAPOUR SEP | 1@64.59 | 64.59 |
|   Installed 4L3Z 9276 AA :GASKET | 1@16.35 | 16.35 |
|   VEHICLE FUEL TANK HAS COLLAPSED FROM PURGE VALVE BEING STUCK OPEN. REPLACEMENT OF TANK AND PURGE VALVE WITH PCM UPDATE RECOMMENDED | | |
|       Sub Total: 1725.69 | | |
| #2 - Customer Reports: | | |
|   CUST HAS SERVICE CONTRACT 877-429-6611 | | |
|   #W315000410 | | |
|       Sub Total: .00 | | |
| #3 - 99N: MULTI POINT INSPCTION NOT REQUIRED AT THIS TIME | | |
|       Sub Total: .00 | | |
| #4 * RENTAL: SUBLET TO ENTERPRISE FOR RENTAL VEHICLE | | |
|   ADDED OPERATION | | |
|   Work performed by ENTERPRISE LEASING CO : 6129334 | | 62.00 |
|       Sub Total:Sub-Total:  Sublet: 62.00 | | |
| #5 * FTBRKX2: REPLACE FRONT BRAKE PADS AND MACHINE FRONT | | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."
DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.
"I certify that the information on this claim is accurate and, unless shown, the services were performed at no charge to the owner. To my knowledge, this repair contains no parts repaired or replaced that are connected in any way with any accident, negligence or abuse and is compliant with Ford Warranty & Policy."

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

All parts are new unless specified otherwise.
☐ USED    ☐ REBUILT    ☐ RECONDITIONED

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2010 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1026

# DUVAL Ford

1616 Cassat Ave. - Jacksonville, FL 32210
(904) 387-6541 - Fax: (904) 381-6597

**SERVICE DEPARTMENT HOURS**
7:00 a.m. to 7:00 p.m.
Monday - Friday
8:00 a.m. to 5:00 p.m. Saturday

EXHIBIT "C", PG. #2

| R/O Open Date | R/O Number |
|---|---|
| 5/09/16 | 6129334/2 |
| R/O Close Date | Status |
| 5/11/16 | Pre-Invoice |
| Mileage In | Mileage Out |
| 87861 | 87861 |
| Service Advisor / Tag # | |
| David Leon/980 | |

MV 89503

TAYLOR, RONALD
1011 POWHATTAN STREET
JACKSONVILLE, FL  32209

| Work Phone | Vehicle Identification Number |
|---|---|
|  | 1FADP3K20DL139567 |
| Home Phone | Delivery Date / In-Service Date |
| 904-356-7873 |  |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2013 | FORD | FOCUS | HATCHBACK |  |  |

| DESCRIPTION OF SERVICE AND PARTS | | AMOUNT |
|---|---|---|
| BRAKE ROTORS ON CARS AND LIGHT TRUCKS USING FORD BRAKE PADS | | |
| ADDED OPERATION | | |
| Work performed by Johnny Rhodenberry  (382) | | 140.00 |
| Installed CV6Z 2001 A :KIT - BRAKE LINING | 1@59.99 | 59.99 |
| COMPLETED | | |
|     Sub Total: 199.99 | | |
| --- | | |
| #6 * CFSC: COMPLETE FUEL SYSTEM CLEANING | | |
| ADDED OPERATION | | |
| Work performed by Johnny Rhodenberry  (382) | | 138.83 |
| Installed 16501 :OPTIMIER | 1@28.17 | 28.17 |
| Installed 10881 :INJECTION FLUSH | 1@24.34 | 24.34 |
| Installed 01061 :FUEL INJECTOR CLEANER | 1@8.65 | 8.65 |
| COMPLETED | | |
|     Sub Total: 199.99 | | |
| --- | | |
| #7 * WORKS: OIL AND FILTER, ROTATE TIRES, INSPECT BRAKES, TEST | | |
| ADDED OPERATION | | |
| Work performed by Johnny Rhodenberry  (382) | | 18.96 |
| Installed BE8Z 6731 AB :FILTER ASY - OIL | 1@6.03 | 6.03 |
| Kit: 5520: 5 QUARTS 5W20 | | 15.00 |
| Installed XO 5W20 BSP :MOTORCRAFT SAE 5W-20 API GF | | Included |
|     Sub Total: 39.99 | | |
| --- | | |
| #8 * TUNE4: INSTALL NEW SPARK PLUGS(EXCLUDES DUAL PLUGS)-84.99 | | |
| ADDED OPERATION | | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

"I certify that the information on this claim is accurate and, unless shown, the services were performed at no charge to the owner. To my knowledge, this repair contains no parts repaired or replaced that are connected in any way with any accident, negligence or abuse and is compliant with Ford Warranty & Policy."

**All parts are new unless specified otherwise.**

☐ USED     ☐ REBUILT     ☐ RECONDITIONED

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

(C) 2010 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1026

# DUVAL Ford

1616 Cassat Ave. - Jacksonville, FL 32210
(904) 387-6541 - Fax: (904) 381-6597

**SERVICE DEPARTMENT HOURS**
7:00 a.m. to 7:00 p.m.
Monday - Friday
8:00 a.m. to 5:00 p.m. Saturday

EXHIBIT "C", PG. #3

MV 89503

| | |
|---|---|
| R/O Open Date | R/O Number |
| 5/09/16 | 6129334/3 |
| R/O Close Date | Status |
| 5/11/16 | Pre-Invoice |
| Mileage In | Mileage Out |
| 87861 | 87861 |
| Service Advisor / Tag # | |
| David Leon/980 | |

TAYLOR, RONALD
1011 POWHATTAN STREET
JACKSONVILLE, FL  32209

| Work Phone | Vehicle Identification Number |
|---|---|
| | 1FADP3K20DL139567 |
| Home Phone | Delivery Date | In-Service Date |
| 904-356-7873 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2013 | FORD | FOCUS | HATCHBACK | | |

| DESCRIPTION OF SERVICE AND PARTS | | AMOUNT |
|---|---|---|
| Work performed by Johnny Rhodenberry  (382) | | 49.99 |
| Installed SP 535 :SPARK PLUG | 4@7.86 | 31.44 |
| COMPLETED | | |
|     Sub Total: 81.43 | | |

```
***********************************************************
* Attention: Non Ford parts do not include any warranty    *
* for labor replacement in the event the part should fail. *
* These parts are warranted by the manufacturer, not by    *
* Duval Ford or Ford Motor company.                        *
***********************************************************
```

$2000.⁰⁰ check
$ 500.⁰⁰ cash

PAID 5/11/16

| | |
|---|---|
| LABOR | 875.74 |
| PARTS | 1371.35 |
| DEDUCTIBLE | .00 |
| SUBLET | 62.00 |
| SHOP SUPPLIES | 27.25 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | 163.54 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 2499.88 |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

"I certify that the information on this claim is accurate and, unless shown, the services were performed at no charge to the owner. To my knowledge, this repair contains no parts repaired or replaced that are connected in any way with any accident, negligence or abuse and is compliant with Ford Warranty & Policy."

**All parts are new unless specified otherwise.**
☐ USED  ☐ REBUILT  ☐ RECONDITIONED

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2010 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1026



## BILLING SUMMARY EXHIBIT "D" PG.#1

| | |
|---|---|
| Statement Date | September 06, 2017 |
| Payment Amount Due | $ 511.41 |
| **Total Amount Due** | **$ 511.41** |
| **Payment Due Date** | **09/27/17** |

Manage your account online at NissanFinance.com

**Customer Relations - 800.456.6622**
Automated Response 24 hours, 7 days a week
Agents Available Monday - Friday 7am-7pm CST

Mail Monthly Payments to:
Nissan Motor Acceptance Corporation
P.O. Box 742658
Cincinnati, OH  45274-2658

Remit Principal Only and Miscellaneous Fees to:
Nissan Motor Acceptance Corporation
P.O. Box 660577
Dallas, TX  75266-0577

For Correspondence Only:
Nissan Motor Acceptance Corporation
P.O. Box 660360
Dallas, TX  75266-0360

## ACCOUNT INFORMATION

| Account Number | 0010 2412 0064 1000 1 |
|---|---|

| Date | Item | Amount |
|---|---|---|
| 08/28/17 | Payment – Thank You! | $ 511.41 |

**Payoff Amount**               $ 28,270.80
**Payoff Amount Good Until**    09/21/17

The payoff amount shown above is an estimate that we are providing for informational purposes only. Your actual payoff amount may differ, based on your account activities. You may obtain your actual payoff amount and additional information on our payoff process by calling the Customer Relations number shown on your statement.

## CONTRACT INFORMATION

| | |
|---|---|
| Interest Rate | 4.4% |
| Vehicle Description | 16 NISSAN ALTIMA |
| Vehicle ID | 1N4AL3AP0GN334556 |
| Maturity Date | 09/27/22 |



LIMITED-TIME OFFER

**BUY 3 TIRES GET ONE FOR $1***

AUGUST 1 – SEPTEMBER 30, 2017

YOU COULD **WIN* 1 OF 3 NEW NISSANS!**
ENTER DAILY BETWEEN AUGUST 1 – SEPTEMBER 30, 2017

NissanServiceNow.com

### Privacy Notice

Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at https://www.nissanfinance.com/servlet/servlet.FileDownload?file=01550000001w X6C or we will mail you a free copy upon request if you call us at 800.456.6622.

---

Please detach and return this coupon along with your payment

02916 7896187 002921 005836 00001/00001

 **Nissan Motor Acceptance Corporation**
P.O. Box 660360 Dallas, Texas 75266-0360

8900 Freeport Parkway  Irving, Texas  75063-2438

| | |
|---|---|
| Customer Name | RONALD TAYLOR |
| Account Number | 0010 2412 0064 1000 1 |
| **Payment Due By** | **09/27/17** |
| **Total Amount Due** | **$ 511.41** |
| Amount Enclosed | $ |

☐ **Changes?** If you are making changes to your address, check the box at left and complete the reverse side.

>02916 7896187 003 008143  DBSTNRR
RONALD TAYLOR
1011 POWHATTAN ST
JACKSONVILLE, FL 32209-7245

MAIL MONTHLY PAYMENTS TO:
**Nissan Motor Acceptance Corporation**
P.O. Box 742658
Cincinnati, OH  45274-2658

001024 12006410001 00051141 80

## GO PAPERLESS!

Turn off your paper statements using one of these options:


NISSAN
GREEN PROGRAM

1. Register online with the Nissan Motor Acceptance Corporation (NMAC) Finance Account Manager at nissanfinance.com and follow the instructions to turn off paper statements.
2. Enroll in E-Bill through your bank's website. A monthly email will then come from your bank advising when your statement is available for viewing and payment on your bank's website. Details can be found at ebillplace.com.

## ENROLL FOR AUTOMATIC WITHDRAWAL ONLINE OR BY MAIL

**Enroll online for Automatic Monthly Recurring Payments** - Simply log on to nissanfinance.com. Click Payment, and then Recurring Payment. Once enrolled, you can choose the payment date and amount. It is secure, flexible, and hassle-free!

**Don't have internet access?** No Problem. Call 800.456.6622 and request a **Signature**DIRECTPAY® form through our automated phone service. Once enrolled, **Signature**DIRECTPAY will automatically withdraw your payment from your checking or savings account, safely and on time, every month.

## SCHEDULE RECURRING PAYMENTS

Log on to nissanfinance.com and schedule recurring payments - it's flexible and free!

To pay by phone using a credit card, ATM/Debit card, or an electronic check, call Bill Matrix at 800.606.6613. Transaction fees may apply.

## IMPORTANT CUSTOMER NOTICES

**WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE, MISSED PAYMENTS OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED ON YOUR CREDIT REPORT.**

**WE MAY ELECTRONICALLY MONITOR AND/OR RECORD ANY TELEPHONE COMMUNICATIONS WITH YOU.**

Failure to include the remittance coupon with the account number on your payment, or mailing it to an address other than the address on the coupon, may delay its posting. Wire Payments made after 1:00 PM Central Time may not post until the next business day.

## IMPORTANT NOTICE FOR BANKRUPT CUSTOMERS

If your obligation to pay any debt listed in this statement has been discharged in bankruptcy, or is presently the subject of a bankruptcy court proceeding, bankruptcy court-approved plan or bankruptcy court order, we are not, through this document, attempting to collect any amounts from you as personal liability, and will only pursue any rights we have in the bankruptcy courts to the extent allowed by law. For all bankruptcy notices or correspondence, use the following address:

Nissan Motor Acceptance Corporation
Bankruptcy Department
P.O. Box 660366
Dallas, TX 75266-0366

## CHANGE OF ADDRESS

You can update your address at nissanfinance.com or complete the form below and mail it with your payment.

*I understand that by providing my phone number(s), I am giving my consent to Nissan Motor Acceptance Corporation to contact me on any of the numbers provided, by any means NMAC selects, including an automatic telephone dialing system, text messaging, and/or an artificial or pre-recorded voice. This permission supersedes any previously revoked consent to contact me and any registration on any government "Do Not Call List".*

**GARAGING ADDRESS:** Enter the physical address where vehicle is located. Garaging address is shown on your vehicle registration.

Name: _____

Street/Apt #: _____

City/State/Zip: _____

County: _____ Within City Limits YES( ) NO( )

**BILLING ADDRESS:** Address where statements should be mailed if different from above.

Name: _____

Street/Apt #: _____

City/State/Zip: _____

**Phone Numbers:**

Personal: (     ) _____

Business: (     ) _____

**Email Address:**

_____

**Vehicle Information:**

License Plate #: _____

License State: _____

