UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 12-08388-AB (FFMx) | Date: | October 11, 2017 |
|---|---|---|---|

| Title: | *Omar Vargas v. Ford Motor Co.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER RE: CURING DEIFICIENT OPT-OUT REQUESTS

   The Court has reviewed the parties' Joint Stipulation for Order re Curing Deficient Opt-Out Requests (Dkt. No. 181).   At the Final Approval hearing, the Court stated that an opportunity to cure deficient opt-outs should be extended to persons listed in Exhibits A and E to Dkt. No. 176-1.   The present stipulation appears to describe the categories of persons on both exhibits, but the Exhibit A attached to the Proposed Order appears to include far fewer than half the names listed in Exhibits A and E of Dkt. No. 176-1.

   The Court therefore **ORDERS** the parties to file a Joint Report to clarify whether Exhibit A to the Proposed Order replaces Exhibits A and E of Dkt. No. 176-1, and to explain the status of the persons omitted.   The parties must file their Joint Report within 2 business days of the issuance of this Order.

Exhibit F to Dkt. No. 176-1 is a list of opt outs submitted by Stern Law PLLC or by Liblang Law Firm, P.C.  If Ford fails to file a motion challenging these opt-outs by October 13, 2017, these opt-outs will be deemed valid and must be included in the final list of opt-outs referred to in the Order Granting Final Approval and Entering Judgment, ¶ 14.

**IT IS SO ORDERED.**