Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs

John M. Thomas (SBN 266842)
jthomas@dykema.com
Tamara A. Bush (SBN 197153)
tbush@dykema.com
Krista L. Lenart (pro hac vice)
klenart@dykema.com
Dykema Gossett PLLC
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | Case No. CV12-08388 AB (FFMx)<br>Hon. Judge André Birotte Jr.<br>Crt Rm No. 790<br><br>**CLASS ACTION**<br><br>**THE PARTIES' JOINT RESPONSE TO THE COURT'S MINUTE ORDER RE OPT-OUT DISCREPANCIES** |

In the minute order issued on October 12, 2017, the Court requested that the Parties explain a discrepancy between two filings submitted by the Parties. (Dkt. No. 186.) Specifically, the Court observed that many more names appeared on Exhibits A & E of the Proposed Order Re Opt-Outs (Dkt. No. 176-1; lodged Sep. 29, 2017)—which identified disputed opt-outs of individuals purportedly represented by attorneys but who either did not personally sign the opt-out or affixed a typewritten signature—than appears on Exhibit A of the Proposed Order Granting Joint Request for Entry of Order Re Curing Deficient Opt-Out Requests (Dkt. No. 181-1; filed Oct. 5, 2017), which identifies the same group of disputed opt-outs. The Court asked the Parties to explain this discrepancy.

Plaintiffs and Defendant Ford Motor Company jointly respond as follows:

1. There were approximately 71 names on Exhibits A (no class member signature) and another 177 names on Exhibit E (affixed with a typeface signature) attached to September 29th Proposed Order. (Dkt. No. 176-1.) Exhibit E included approximately 158 opt-outs submitted by attorney Sergei Lemberg.

2. Following the Final Approval hearing on October 2, 2017, counsel for the Parties met and conferred on the disputed opt-outs. The Parties agreed to the terms and procedure ultimately set forth in the Proposed Joint Request. The Parties also agreed to deem valid opt-outs submitted by attorneys who had provided an informal verification similar to the procedure outlined in October 5, 2017 proposed order. Mr. Lemberg was one such attorney, and the Parties agreed that the 158 opt-outs submitted by him would be deemed valid.

3. On October 5, 2017, the Parties submitted a proposed order outlining the procedure for addressing the remaining disputed opt-outs identified in Exhibit A. (Dkt. No. 181-1.) Exhibit A contains 84 names, excluding 161 previously identified in the September 29, 2017 filing that were subsequently resolved as valid opt-outs. These valid opt-outs are: Mr. Lemberg's 158 clients,

1  Craig Smith and Elizabeth White (Claim ID FVS-116186259), Jill Humphrey
2  (Claim ID FVS-111031885), and David and Leah Garcia (Claim ID FVS-
3  117291196).  Exhibit A to the October 5th filing also excludes three opt-outs that
4  were mis-categorized in the September 29, 2017 filing.[1]

5      4.    In sum, Mr. Lemberg's 158 opt-outs, the three other valid opt-outs,
6  and the three re-categorizations add up to 164, which represents the difference
7  between the October 5, 2017 filing (84 names on Exhibit A) and the September
8  29, 2017 filing (248 names between Exhibits A & E).

9      5.    As demonstrated above, the Parties have been working in good faith
10 to resolve disputed opt-outs, liberally construing the Preliminary Approval Order
11 in favor of resolving disputed claims as valid opt out.[2] With respect to the
12 signature requirement, which the Parties believe to be necessary to protect
13 against fraudulently-filed opt-outs, the Parties have agreed upon a fair procedure
14 to allow those who did not personally sign a timely opt-out request to cure their
15 deficiency or confirm, through themselves or their attorney, that a typewritten
16 signature was actually generated by an e-signature program. Accordingly, the
17 Parties respectfully request that the Court enter the Proposed Order Granting
18 Joint Request for Entry of Order Re Curing Deficient Opt-Out Requests.
19 ///

---

[1] The Claims Administrator has combined Jacqueline Hall (Claim ID FVS-800001516) with Mark Hall, as they are co-owners of the same Class Vehicle. Additionally, Dale and Terri Smith (Claim ID FVS-800004132) and Sarah Jakacki (Claim ID FVS-800004116) are clients of the Liblang Law Firm and their names were moved to the Stern/Liblang list.

[2] For the reasons set forth in Ford's Motion Invalidating Certain Opt-Outs, Amending Class Definition, Requiring Corrective Notice, and Establishing Second Opt-Out Period, the opt-outs submitted by Stern Law PLLC and The Liblang Law Firm present a special case and require separate resolution.

| | |
|---|---|
| Dated: October 13, 2017 | Respectfully submitted,<br>Capstone Law APC<br><br>By: /s/ Jordan L. Lurie<br>Jordan L. Lurie<br>Attorneys for Plaintiffs and the Settlement Class |
| Dated: October 13, 2017 | Respectfully submitted,<br>Dykema Gossett PLLC<br><br>By: /s/ John M. Thomas<br>John M. Thomas<br>Attorneys for Defendant Ford Motor Company |

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 13, 2017

By: /s/ Ryan Wu
Ryan Wu
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396