NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | Case No. CV12-08388 AB (FFMx)<br>Hon. Judge André Birotte Jr.<br>Crt Rm No. 790<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER RE CURING DEFICIENT OPT-OUT REQUESTS** |

The Court HEREBY orders as follows:

1. Exhibit A includes a list of Class Members, represented by attorneys, whose submitted opt-outs may be deficient because they were not personally signed by Class Members or because they contain a typed signature that may not constitute a valid e-signature. These class members have until ~~November 6, 2017~~ November 13, 2017 to correct these deficiencies by submitting a new opt-out request personally signed by the class member or by confirming that previously submitted typewritten signatures are valid e-signatures.

2. To be considered timely under this Order, new opt-out requests or confirmation that previously submitted typewritten signatures are valid e-signatures must be sent to the Claims Administrator and postmarked affixed by the United States Post Office no later than ~~November 6, 2017~~ November 13, 2017. If the opt out request is delivered by the United States Post Office but is not postmarked by the post office, it shall be deemed timely if it is received by the Claims Administrator on or before ~~November 9, 2017~~ November 16, 2017.

3. New opt-out requests with typewritten signatures by class members shall be deemed to have been personally signed by the class member if (a) the typed signature shows on its face that it was created by a recognized e-signature program such as DocuSign or (b) counsel representing the class members certify that the typed signatures were personally affixed by the class members using an e-signature program or otherwise.

4. Counsel may confirm that previously submitted typewritten signatures of Class Members are valid e-signatures by certifying that the typed signatures were personally affixed by the class members using an e-signature program or otherwise.

5. When certifying e-signatures as valid, counsel representing multiple class members may submit one certification with respect to all typed signatures submitted on behalf of those clients. The following language shall be sufficient to

| | |
|---|---|
| 1 | certify a valid e-signature: "I, [attorney name] hereby certify that the typewritten |
| 2 | signature on opt-outs submitted by my firm on behalf of [list clients] were affixed |
| 3 | by those individuals using an e-signature service or were otherwise personally |
| 4 | affixed by those individuals." |

6. ~~By November 13, 2017~~, November 20, 2017 the Claims Administrator shall file a supplemental declaration listing the class members listed on Exhibit A who have timely corrected the deficiencies set forth above.

7. If class members listed on Exhibit A fail to timely cure the deficiencies set forth above, their opt-out requests shall be deemed invalid.

8. The Claims Administrator shall mail a copy of this order to attorneys representing class members on Exhibit A no later than seven (7) days after entry of this Order.

**IT IS SO ORDERED**.

Dated: October 18, 2017

By: _____
Hon. André Birotte Jr.
U.S. District Judge

# EXHIBIT A

| ClaimID | First Name | Last Name | Additional Name | City | State | VIN | Opt Out PM |
|---|---|---|---|---|---|---|---|
| FVS-113009607 | RICHARD W | AIKMAN | | ST PETERSBURG | FL | 1FAHP3M25CL147533 | 8/29/2017 |
| FVS-119210410 | CATHERINE M | ALVAREZ | PEDRO ALVAREZ | LA QUINTA | CA | 1FADP3R43EL271411 | 9/1/2017 |
| FVS-800000528 | CHRIS | BACHMAN | | COACHELLA | CA | 1FADP3F26EL169894 | 9/1/2017 |
| FVS-118195751 | COREY W | BARNARD | GINA BARNARD | MORENO VALLEY | CA | 1FADP3F20EL241754 | 8/16/2017 |
| FVS-100894895 | MARIZA L | BARONE | | TAMPA | FL | 1FADP3F24EL239120 | 8/28/2017 |
| FVS-100793266 | PEDRO A | BARRAZA | | SAN TAN VLY | AZ | 1FADP3FE9FL232224 | 8/29/2017 |
| FVS-106811266 | STACY M | BASS | | OLDSMAR | FL | 1FADP3K25EL180391 | 8/22/2017 |
| FVS-113927711 | LESLIE A | BECK | | GREEN CV SPGS | FL | 3FADP4AJ9FM189884 | 8/29/2017 |
| FVS-103790365 | JENNIFER L | BELL | | JACKSONVILLE | FL | 1FADP3F25DL174292 | 8/29/2017 |
| FVS-101105282 | NELSON C | BOWERS JR | SUE BOWERS | CASA GRANDE | AZ | 1FADP3F28DL115558 | 8/29/2017 |
| FVS-115317074 | JESSICA L | BRADLEY | | LAS VEGAS | NV | 3FADP4BJ6CM173426 | 8/29/2017 |
| FVS-103606033 | RITA | BROWN | FRANKIE BROWN | ATWOOD | TN | 1FADP3F24DL217259 | 7/18/2017 |
| FVS-113286350 | FREDRIC A | CALVIN | | BULLHEAD CITY | AZ | 1FAHP3N27CL245414 | 9/6/2017 |
| FVS-108957527 | ROWAN L | CATTELL | FKA KAREN CATTELL | SCOTTSDALE | AZ | 1FADP3N2XEL258773 | 8/29/2017 |
| FVS-115181326 | COURTNEY N | CONNOLLY | | NAPLES | FL | 3FADP4BJ5EM233327 | 8/29/2017 |
| FVS-116151935 | JOHN A | COOPER | DIANA COOPER | GOODYEAR | AZ | 3FADP4CJXEM177075 | 8/29/2017 |
| FVS-102258104 | BOBBY J | DASHER | | LAKELAND | FL | 1FADP3F26EL147569 | 8/29/2017 |
| FVS-800000552 | MATTHEW | DASHIELL | | CORONA | CA | 1FAHP3M25CL382255 | 9/1/2017 |
| FVS-104555661 | KRISTA | DAVIS | | LEBANON | TN | 1FADP3E22GL309007 | 7/26/2017 |
| FVS-115172017 | BERTHA SILVIA V | DE GONZALEZ | | PHOENIX | AZ | 3FADP4BJ6DM159351 | 9/1/2017 |
| FVS-116719621 | ANTHONY | DIAZ | | MIRA LOMA | CA | 3FADP4EJ4GM165116 | 9/5/2017 |
| FVS-119132087 | ANTHONY | DIAZ | | MIRA LOMA | CA | 1FAHP3F25CL436005 | 9/5/2017 |
| FVS-118635395 | CAITLIN J | DOBSON | | HERMOSA BEACH | CA | 1FADP3F2XDL290328 | 9/1/2017 |
| FVS-100613870 | JAMES B | EADES III | | ORLANDO | FL | 1FADP3F28EL417045 | 8/29/2017 |
| FVS-104069180 | BARBARA | ELIAS | JONATHAN ELIAS | BOCA RATON | FL | 1FADP3F21GL249820 | 9/5/2017 |
| FVS-107049368 | KEVIN W | ENTZ | ANGELA ENTZ | BELL | FL | 1FADP3K26EL304717 | 7/17/2017 |
| FVS-800005074 | CARLOS | FIGUEROA | | VICTORVILLE | CA | 3FADP4BJ1DM167597 | 9/5/2017 |
| FVS-118558285 | MARLINA L | FORTIEUNDO NUDO | RALPH NUDO | CHINO HILLS | CA | 1FADP3F29DL201073 | 8/30/2017 |
| FVS-107033305 | CARIDAD | GARCIA | | TAMPA | FL | 1FADP3K26EL104002 | 8/30/2017 |
| FVS-103746323 | DARIO F | GARCIA IBANEZ | | MIRAMAR | FL | 1FADP3FEXFL235276 | 8/30/2017 |
| FVS-103067329 | MELISA M | GARCIA VALLEJO | | MORRISTOWN | NJ | 1FADP3F23FL364997 | 8/29/2017 |
| FVS-110123360 | DANIEL R | GIBB | | GILBERT | AZ | 1FAHP3F25CL392281 | 9/1/2017 |
| FVS-119011140 | JOSEPH P | GLYNN | | SAN JOSE | CA | 1FADP3R42EL176645 | 8/15/2017 |

| ID | First Name | Last Name | Co-Name | City | State | VIN | Date |
|---|---|---|---|---|---|---|---|
| FVS-800001630 | STEPHANIE | GOODYEAR | JESSE MONTGOMERY | TAMPA | FL | 1FADP3F25GL236813 | 8/30/2017 |
| FVS-101161700 | KARIS H | GREEN | | EDEN PRAIRIE | MN | 1FADP3F24DL123804 | 8/22/2017 |
| FVS-119979772 | ADAM F | GRYMONPREZ | | SAN DIMAS | CA | 3FADP4CJ0CM118520 | 8/16/2017 |
| FVS-119406179 | MARK R | HALL | JACQUELINE HALL | RIVERSIDE | CA | 1FAHP3K25CL392190 | 8/31/2017 |
| FVS-120424614 | JOHN G | HENNIGAN | | LEVITTOWN | PA | 1FADP3F22DL326304 | 9/1/2017 |
| FVS-102808260 | ROSEMARIE | HEUSINGER | JAMES HEUSINGER | POUGHKEEPSIE | NY | 1FADP3F20EL215364 | 8/22/2017 |
| FVS-115722670 | TINA | HUNT | BRITTANY TODD | PIEDMONT | AL | 3FADP4BJ8GM103240 | 7/18/2017 |
| FVS-119401673 | JAMES | HURST | DENISE HURST | SANTA ROSA | CA | 1FAHP3K25CL215980 | 9/1/2017 |
| FVS-116008881 | LINDA G | JAMES-ECKHART | | MESA | AZ | 3FADP4CJ4DM119428 | 8/28/2017 |
| FVS-110751892 | GARY H | JOHNSON | | JAX BCH | FL | 1FAHP3F28CL377872 | 8/29/2017 |
| FVS-119318717 | JUDY | JOHNSON | SCOTT JOHNSON | BERMUDA DUNES | CA | 1FAHP3H27CL366780 | 9/1/2017 |
| FVS-107333333 | ROWLAND T | JONES | | SALEM | OR | 1FADP3K27EL399918 | 8/25/2017 |
| FVS-800000323 | BRUCE | KIEFERT | | HEMET | CA | 1FADP3K22GL209364 | 9/1/2017 |
| FVS-102671770 | ALICE S | LEBAIR | | ST CLOUD | FL | 1FADP3F22DL230141 | 8/29/2017 |
| FVS-107218070 | ANDREW R | LOCKWOOD | | NEW LONDON | CT | 1FADP3K26EL188189 | 8/28/2017 |
| FVS-113922787 | PEDRO M | LOPEZ BORRERO | | WINTER HAVEN | FL | 3FADP4AJ8DM175018 | 8/29/2017 |
| FVS-104839635 | ADAM | LURIE | TERESA LURIE | MARANA | AZ | 1FADP3F21EL363619 | 8/29/2017 |
| FVS-118419463 | AMANDA K | MARQUEZ | | PATTERSON | CA | 1FADP3F27DL164525 | 9/5/2017 |
| FVS-107018209 | SCOTT D | MATEJKA | | RIVERVIEW | FL | 1FADP3K25GL236798 | 8/30/2017 |
| FVS-105150215 | CAROLE | MATHIS | | OAK LAWN | IL | 1FADP3F28EL192285 | 8/31/2017 |
| FVS-105733474 | RICHARD | MICHAEL | | JACKSON | TN | 1FADP3K20EL457903 | 9/5/2017 |
| FVS-800002296 | CHRISTINE | MITCHELL | | TEMPE | AZ | 1FADP3F29DL164316 | 8/28/2017 |
| FVS-102812195 | MICHELE L | MONTOYA | | LITCHFIELD PK | AZ | 1FADP3F20EL219396 | 9/1/2017 |
| FVS-112025617 | ELIZABETH K | MURRAY | STEVE MURRAY | TEMPE | AZ | 1FAHP3K21CL324369 | 9/5/2017 |
| FVS-107350874 | KIRBY L | NELSON | | CHANDLER | AZ | 1FADP3K27DL264453 | 9/1/2017 |
| FVS-800009770 | LAUREN | NICHOLSON | | CHARLOTTE | NC | 1FAHP3H20CL472620 | 9/5/2017 |
| FVS-108827020 | DONNA R | PAGLUIGHI | | LAKE WORTH | FL | 1FADP3N27EL448207 | 8/30/2017 |
| FVS-108836258 | BOBBIE W | PAYNE | | JACKSONVILLE | FL | 1FADP3N24EL360019 | 8/29/2017 |
| FVS-800000544 | TERI L | PHILLIPS | | PALM DESERT | CA | 3FADP4BJ0DM226008 | 9/1/2017 |
| FVS-109926544 | TYRONE W | RAYMOND | CARLIE RAYMOND | MARANA | AZ | 1FAHP3F24CL263528 | 8/29/2017 |
| FVS-107507757 | ZOLA L | REED | | HENDERSON | NV | 1FADP3K28EL176397 | 8/29/2017 |
| FVS-120622491 | ROBIN | RITCHIE | | GREENCASTLE | PA | 1FADP3K2XEL310021 | 7/20/2017 |
| FVS-119560844 | KAYLA | SADLAK | | LAKE ELSINORE | CA | 3FADP4AJXDM205085 | 9/5/2017 |
| FVS-117651800 | MAUREEN T | SMITH | | GILBERT | AZ | 3FADP4FJ2BM177210 | 9/2/2017 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FVS-105015164 | KIM E | STEVENS | | PALM COAST | FL | 1FADP3F24EL180473 | 8/29/2017 |
| FVS-105337285 | STEVEN R | STRICKLAND | JOYCE STRICKLAND | ORLANDO | FL | 1FADP3F22DL349596 | 8/30/2017 |
| FVS-118842870 | JUDY | SUMPTER | | APPLE VALLEY | CA | 1FADP3K2XEL374415 | 8/28/2017 |
| FVS-104115637 | MARY E | TAYLOR | WILLIAM N TAYLOR | PRINCETON | WV | 1FADP3F23EL380325 | 9/5/2017 |
| FVS-116129247 | ALYSSA R | TAYLOR | | PORT ST LUCIE | FL | 3FADP4CJ8CM106034 | 9/5/2017 |
| FVS-115722688 | BRITTANY | TODD | TINA HUNT | PIEDMONT | AL | 3FADP4BJ8GM103240 | 7/18/2017 |
| FVS-101160232 | MELANIE C | VILLANUEVA | | CHICAGO | IL | 1FADP3F24DL121955 | 8/18/2017 |
| FVS-107753189 | ARTURO R | VISSO | | MIAMI | FL | 1FADP3K29FL252839 | 8/30/2017 |
| FVS-103913491 | MACY M | WALKER | | MESA | AZ | 1FADP3F2XDL221414 | 8/29/2017 |
| FVS-114328757 | ALLIE M | WALKER | | LUTZ | FL | 3FADP4BJ1EM102802 | 8/29/2017 |
| FVS-106197096 | MAUREEN P | WARD | JAMES SHEEHAN | CORAL SPRINGS | FL | 1FADP3K22DL187362 | 8/30/2017 |
| FVS-103427384 | OLIVIA A | WEBER | | MILTON | FL | 1FADP3F25FL382059 | 8/29/2017 |
| FVS-117925683 | WANDA J | WEST TURNER | | ELLENWOOD | GA | 3FADP4FJ8BM239449 | 8/24/2017 |
| FVS-101576595 | SHAWNNA N | WHITEHURST | | APACHE JCT | AZ | 1FADP3F28DL320782 | 8/29/2017 |
| FVS-102769273 | ADRIANA A | WILLIAMS | | TAMPA | FL | 1FADP3F25DL133256 | 8/29/2017 |
| FVS-800000536 | FREDERICK | YODER | | CABAZON | CA | 1FADP3F23DL337151 | 9/1/2017 |
| FVS-107628899 | CHRISTINE G | ZOLINE | | PORT ORANGE | FL | 1FADP3K28GL368082 | 8/29/2017 |