Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs

John M. Thomas (SBN 266842)
jthomas@dykema.com
Tamara A. Bush (SBN 197153)
tbush@dykema.com
Krista L. Lenart (pro hac vice)
klenart@dykema.com
Dykema Gossett PLLC
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | Case No. CV12-08388 AB (FFMx)<br>Hon. Judge André Birotte Jr.<br>Crt Rm No. 790<br><br>**CLASS ACTION**<br><br>**THE PARTIES' JOINT REQUEST FOR ENTRY OF REVISED FINAL ORDER AND JUDGMENT** |

The Parties respectfully request that the Court enter a revised order to correct certain items set forth in the Final Order and Judgment ("Order"). (Dkt. No. 193.) These corrections are as follows:

1. On page 2, line 15 of the Order retains a bracketed "[insert Notice Date]." This should read July 14, 2017, which is the Notice Date. (*See* Settlement Agreement §I(W), which defines the "Notice Date" as seven days after the mailing of the Class Notice, which was completed on July 7, 2017.) The revised Order should thus read as follows: "(1) except as to the Named Plaintiffs in this Litigation and the *Anderson* plaintiffs, all owners or lessees of Class Vehicles who have filed and served litigation against Ford alleging problems with the PowerShift Transmission in Class Vehicles that was pending as of all owners or lessees of Class Vehicles who have filed and served litigation against Ford alleging problems with the PowerShift Transmission in Class Vehicles pending of July 14, 2017 and who do not dismiss their actions before final judgment and affirmatively elect to opt-in to the Settlement (Owners or lessees of Class Vehicles who dismiss such litigation and affirmatively opt-in to the Settlement shall be members of the Class for all purposes…"

2. The opt-out list attached as Exhibit A appears to be taken from Kathleen Wyatt's declaration submitted September 29, 2017 (Dkt. No. 177) rather than the updated Exhibit A attached to Ms. Wyatt's supplemental declaration submitted on October 5, 2017. (Dkt. No. 180.) The Parties respectfully request that the revised Order attach Exhibit A from Ms. Wyatt's October 5, 2017 declaration.

Dated: October 19, 2017

Respectfully submitted,
Capstone Law APC

By: /s/ Jordan L. Lurie
Jordan L. Lurie
Attorneys for Plaintiffs and the Settlement Class

Dated: October 19, 2017

Respectfully submitted,
Dykema Gossett PLLC

By: /s/ John M. Thomas
John M. Thomas
Attorneys for Defendant Ford Motor Company

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on October 19, 2017.

By: /s/ Jordan L. Lurie
Jordan L. Lurie