**STERN LAW, PLLC**
KENNETH A. STERN (*pro hac vice* to be filed)
Ken@Sternlawonline.com
41850 W 11 Mile Rd, Suite 121
Novi, MI 48375
Telephone: (248) 347-7300

**THE LIBLANG LAW FIRM, P.C.**
DANI K. LIBLANG (*pro hac vice* to be filed)
danil@liblanglaw.com
346 Park Street, Suite 200
Birmingham, MI 48009-3436
Telephone: (248) 540-9270

**GIELEGHEM LAW OFFICE**
NEIL GIELEGHEM (CSBN 107389)
neil@ngattorney.com
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900

Attorneys for Opt-Outs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, AND SHARON HEBERLING, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.: 2:2012-CV-08388 AB (FFMX)<br><br>[Assigned to Hon. Andre Birotte, Jr., Rm 7B Magistrate Frederick F. Mumm, Rm. 580, Courtroom 790]<br>CLASS ACTION<br><br>**OPPOSITION TO DEFENDANT FORD MOTOR COMPANY'S MOTION TO INVALIDATE CERTAIN OPT-OUTS, TO AMEND CLASS DEFINITION, TO REQUIRE CORRECTIVE NOTICE, AND TO ESTABLISH A SECOND OPT-OUT PERIOD**<br><br>DATE: NOVEMBER 17, 2017<br>TIME: 10:00 A.M.<br>ROOM: 4 |

OPPOSITION TO MOTION TO INVALIDATE CERTAIN OPT-OUTS, ETC.