1    I think the Court's very familiar with it.  But let me just

2    point out one or two of the highlights from our thinking as

3    we were negotiating.

4            We were concerned that class members have the

5    opportunity to have their vehicles bought back or

6    repurchased from Ford.

7            We were particularly concerned about class members

8    whose statute of limitations may have expired.  A lot of

9    times in many states it's only a two- to three-year statute

10   of limitations.

11           What we did as a result of this settlement,

12   Your Honor, is we created a remedy for people who wouldn't

13   have qualified under their own state lemon law.  That is a

14   huge benefit conferred on the class.

15           I'm actually very proud of it because I think it's

16   actually started -- we now can settle cases where there are

17   lemon law cases at issue, not extinguish those claims.

18   We've started a way to address those issues on lemon law,

19   not to mention the fact that the entire arbitration program,

20   Your Honor, is being paid for by Ford.  It's a one-way fee

21   shifting provision so class members don't have to pay

22   anything.

23           And we were extremely sensitive overall to the

24   lemon law issue here in this case.  In fact, it was one of

25   the issues that we thought about as we were trying to

1  negotiate the settlement.

2         We expanded the lemon law rights, and we did not

3  extinguish them in the settlement.  Most car cases, Your

4  Honor, there is a settlement, a global release, and lemon

5  law claims are extinguished.

6         We went out of our way because we spoke to lemon

7  lawyers because we understood the issues that they had, and

8  we maintained and preserved and expanded those remedies.

9         THE COURT:  Can I ask you a question.  There was a

10  lot of discussion earlier by Mr. Kirkpatrick about prior

11  owners.  Where do they fit in?

12         MR. LURIE:  Mr. Wu is going to talk about that.

13  But former owners do benefit under this settlement.  I think

14  that's important, Your Honor.  I will get to it in a second,

15  but I think Mr. Wu was going to discuss it at length.

16         Let me just go back to the default remedy -- the

17  Court's aware because it's read the papers.  Even if you

18  don't qualify under your state lemon law, you still can

19  qualify under the default mechanism.

20         I would just point out, finally, with respect to

21  this part of the settlement benefit, it's, essentially,

22  uncapped.  There is no limitation on the amount of money

23  that Ford is going to pay.

24         If you qualify under these, Ford is going to have

25  to pay -- Ford's going to have to buy back your vehicle.  In

```
 1   fact, settlement benefits are actually so good that there
 2   are many class members who actually opted in to the
 3   settlement.  This actually -- had an opportunity to opt in
 4   as well as opt out, and we had people who did opt in.
 5             The second point, Your Honor, is the one I would
 6   just like emphasis -- and you made it yourself, and I think
 7   it is completely apt.  No settlement is ever perfect.
 8   That's the nature of a settlement.
 9             We spent a lot of time with Eric Green, a
10   mediator, over the course of over a year negotiating this
11   settlement, and we had a case before Judge Morrow when she
12   was on the bench in Asghari.  I think she said something
13   that was particularly apt.
14             She said --
15                  (Reading:)  The possibility that a
16             settlement not provide for every conceivable
17             class member who in some way may have been
18             affected by the purported defect does not
19             establish that the settlement is unfair or
20             unreasonable.
21             We did the best to cover as many class members who
22   were actually aggrieved by the defect in this case.  That
23   was the point of negotiating this settlement.
24             For those people who were still aggrieved who
25   still for some reason think that their claim was sacrificed
```

```
 1    for the common good, they have an option.  That's opting out
 2    of the settlement.
 3          If they don't claim enough significant money was
 4    paid, they can opt out.  They could have opted out.  A
 5    small, tiny percentage of people actually opted out in this
 6    case, less than one percent, which actually goes to, I
 7    believe, the reasonableness and fairness of the settlement.
 8          Frankly, I'm not sure what the objectors are
 9    referring to about the opt-out process.  We have
10    painstakingly worked -- we crafted this settlement so that
11    lemon law cases that were filed before the notice date are
12    automatically excluded, and we worked carefully to make sure
13    anyone who wanted to opt out of this settlement had the
14    opportunity to do so.
15          In fact, so hard did we work that on Friday, when
16    we became aware of the fact that there were supposedly some
17    issues with who is on the list, who is not on the list -- on
18    the eve of the hearing in this case we were on the phone
19    with defense counsel trying to craft what ended up being the
20    order that we submitted late on Friday night so that we
21    could address the issues of who is on the list, who is not
22    on the list and give the opt-out people an opportunity for
23    the Court to issue an Order to Show Cause if there is any
24    issue about people who think they should be on it, who think
25    they should not be on it, or who want to question whether
```

```
 1   they were excluded from the opt-out.
 2            Personally, I take umbrage at the fact we did not
 3   treat opt-outs carefully or particularly or that somehow
 4   opt-out efforts were resisted.  Nothing could be further
 5   from the truth with respect to the opt-outs.
 6            THE COURT:  Let me ask another question.  I
 7   thought I heard -- I think it was Mr. Kirkpatrick or may
 8   have been Miss Robison say the class members could either
 9   get money or the buyback.  Is it one or the other?  Can they
10   get both?
11            MR. LURIE:  There are certain -- if you get the
12   cash, as a general rule -- and Mr. Wu will talk about the
13   details.  As a general rule, if you get the cash, you don't
14   also -- you qualify for a buyback, but the amount of your
15   cash would be deducted from your buyback amount.
16            So you can still qualify for the buyback.  I mean,
17   frankly, Your Honor -- I guess I am prejudiced because I
18   negotiated it.  But we spent a lot of time trying to make
19   sure that class members could get buybacks.  You can't get a
20   better result in a class case that involves lemon law.
21            You can get extended warranty.  And here class
22   members who qualify as a result of the settlement that was
23   negotiated can get a buyback.
24            So for all -- I could speak for a lot longer, but
25   I do want to give Mr. Wu a chance to respond point by point.
```

1          But all in all, Your Honor, I think there is

2     little doubt as to your initial reaction was -- that the

3     settlement is fair, adequate, and reasonable.  I would ask

4     the Court to approve the settlement, overrule the objection.

5          THE COURT:  Thank you, Mr. Lurie.

6          Mr. Wu.  Obviously, I will give you time to

7     address all the points, but it strikes me that the -- one of

8     the largest issues raised by the objectors is -- or at least

9     one of the largest issues raised was the value.

10         And they focus repeatedly on at a minimum the

11    Court should withhold judgment to find out what the

12    percentage of the class -- what kind of money has been given

13    to other prior owners.

14         And what's your response to that repeated request

15    on behalf of the objectors for more information involving

16    the value of the settlement?

17         MR. WU:  Okay.  I think there are separate value

18    arguments that Mr. Kirkpatrick made.  So I want to go

19    through them one by one.

20         One is the idea that you -- the Court is required

21    to engage in this academic exercise of finding an exact

22    value of maximum damages that we can get at trial, take some

23    sort of discount and then arrive at an exact number and then

24    compare it to a valuation of the settlement involving

25    prospective and non-monetary benefits.

```
1          We provided those cases on page 16 and 17.  And,
2    Your Honor, if you review those cases, that process is never
3    done.  That's because, under the Ninth Circuit in Lane
4    Versus Facebook, the Court -- the Ninth Circuit instructed
5    that the Court need not make findings about the potential
6    recovery of statutory claims.  That requirement would be
7    onerous and often impossible.
8          So the idea that the Court needs to do this very
9    particular thing involving claims that are disputed,
10   involving claims that where damages could be speculative,
11   involving claims involving a settlement where the benefits
12   are difficult to calculate, that exercise is just asking the
13   Court to do an impossible task.
14         THE COURT:  You say -- I tend to agree would seem
15   to be a very challenging task.  But my sense from
16   Mr. Kirkpatrick was that it's a task that the Court should
17   endeavor when there is a question about it.
18         And they point out some figures that, at least, in
19   their mind suggest that there is some question about it,
20   that there is this small amount of folks -- I think he said
21   six percent of the class and there's 1.5 million cars out
22   there -- and that should raise, at least, the question
23   that -- is this really the right amount for this -- for this
24   class?
25         MR. WU:  I think Mr. Kirkpatrick cherry-picked one
```

1    aspect of the settlement benefits.

2           That particular valuation that -- Mr. Stockton's

3    valuation is really an attempt to address the Lott

4    objector's point that the release is a release for no value.

5           So in their written objections, they make these

6    hyperbolic statements about how very few people would get

7    cash settlements.  They don't have any information about how

8    many cars qualify.

9           So we've asked Mr. Stockton to look at the

10   warranty data.  The warranty data, to be sure, is not

11   entirely complete.  There are actually dates that are

12   missing.  So I think the valuation is actually an

13   understatement of how many warranty repairs there are.

14          But, nonetheless, the valuation is simply a way to

15   address the claim that there is no value given and there are

16   very few people who would qualify for the cash payments.  In

17   fact, there are many people who would qualify for the cash

18   payments.

19          We provided a valuation saying that 89,000 cars

20   have already qualified; 148,000 more cars have two repairs

21   and are under 100,000 miles, and those cars would, with one

22   more repair, qualify for cash payments.

23          So, yes, there are 1.5 million cars, but a lot of

24   cars simply haven't had problems.  So one of the objectors,

25   Mr. Price, said, "My car works fine.  I don't know why there

1    was a class action settlement."

2           So you have a lot of class members who haven't

3    suffered any problems.  We have created a prospective open

4    process so that, in case they have problems, they can get

5    the cash payments.

6           As Mr. Lurie said, the extended warranty, which we

7    believe is the result of our class action, provides class

8    members with appropriate relief.  They're getting no

9    out-of-pocket costs for the transmission failures.

10          That's very important because Mr. Kirkpatrick

11   keeps talking about the -- litigating the case, looking at

12   our Complaint, what would we get if we win at trial?

13          Well, one of the things we would have wanted,

14   based on our CLRA claim, would have been the extended

15   warranty.  Now that we have the extended warranty and people

16   have no out-of-pocket costs, if we had gone to trial, we may

17   have established no damages because nobody had out-of-pocket

18   costs.

19          Mr. Kirkpatrick's clients had -- they didn't even

20   attach repair orders, but there was an Exhibit 8 with a

21   series of repair orders that were cherry-picked by

22   Mr. Gorberg.  And none of them show that there were any

23   out-of-pocket costs.  They were all warranty covered

24   repairs.  It shows that people have made no out-of-pocket

25   costs.  So that's an important point.

```
 1              In terms of value of the settlement, we've said
 2    repeatedly in our papers that the settlement -- prospective
 3    and non-monetary relief can't be valued with precision.
 4    We've tried to give the Court some basis to show that there
 5    is a lot of people who would qualify for benefits.
 6              As Mr. Lurie said, the buyback program is going to
 7    provide an incredible amount of -- tremendous value to the
 8    class because people who would otherwise release these
 9    claims are now able to get the lemon law claims in
10    arbitration.
11              And I don't want to belabor the point that we made
12    in the papers, but the arbitration program, unlike what
13    Mr. Kirkpatrick said, the arbitration program is not like
14    going into court.  We've provided a remedy that makes sense
15    given the facts of this case.
16              We've attached a law review article that -- from
17    arbitrators who heard some of these claims, these exact
18    Powershift lemon law claims in Connecticut.  They said the
19    lemon law in Connecticut is inadequate to address some of
20    the problems here because oftentimes the problems manifest
21    after 15,000 miles.
22              So what we've done is we made it so that at -- if
23    you have the requisite number of repairs at 60,000 miles,
24    you get a buyback.
25              Again, we've attached as an exhibit the lemon laws
```

1   of various states.  You will see that the presumption in

2   those states, it's something like four repairs, three

3   repairs within 18,000 miles.

4            The idea of these lemon laws is for newly

5   manufactured vehicles.  If they don't drive as warranted,

6   the consumer can get the car lemoned.

7            THE COURT:  What's your response to the argument

8   that some of these -- that arbitration doesn't provide a

9   remedy to certain claims, I think, like, my notes show the

10  fraud, the misrepresentation, or the -- certain double or

11  treble damages?  What's your response?

12           MR. WU:  Triple damages is only available in a few

13  states.  They have very onerous requirements.

14           Mr. Kirkpatrick talks about civil penalties and

15  he, sort of, says that you can get it as a matter of course.

16  Actually, civil penalties under California law, you need to

17  either go to arbitration first as a prerequisite of seeking

18  civil penalties or you need to prove willfulness.  That's

19  not easy.

20           I think one of the other issues here -- and I

21  think Ford will probably address this in greater detail, but

22  the idea that the case is sort of a fait accompli, like,

23  we've already proved fraud, we've already proved that --

24  we've already gone to the merits of the case, we've scored a

25  hundred percent relief, and now we've created these benefits

1    that are not quite as good as all that, well, actually,

2    there are significant risks of litigation here.

3           We haven't -- what we've done in discovery in

4    pursuing discovery is we've discovered that Ford has tried

5    to improve the transmission.  There are -- the transmissions

6    have -- there are different parts of the transmission that

7    have been put in over time.

8           So if we had moved for class certification, for

9    example, Ford would argue that these are all different

10   transmissions, that you don't have a class.

11          We've explained that in the papers, but that's a

12   very significant risk.  If we don't prevail, if class

13   certification is denied, then no settlement for the class.

14   People that we've spoken to, the 18,000 people, many of whom

15   had multiple repairs, they would get no remedy at all.  So

16   it's very important to understand the risks of litigation.

17          In terms of -- Mr. Kirkpatrick also said the -- in

18   terms of the arbitration program, it's the arbitration

19   program versus the court.  That's actually not the dichotomy

20   here.

21          It's the arbitration program versus nothing

22   because, as we've stated in our papers, lemon law claims are

23   typically released.  They're released in class actions with

24   an extended warranty and with reimbursement, which usually

25   only several thousand people qualify for.

1       If you look at Eisen or Aarons, many of the cases

2   that we cited, just thousands of people qualify for

3   reimbursement.

4       The general benefit is the extended warranty.

5   Former owners would not actually be covered by the extended

6   warranty.  So, typically, in most of these settlements,

7   former owners have very little except in case they have a

8   reimbursement claim.

9       In our case, we don't -- they talk about

10  intra-class conflict, but we didn't treat the former owners

11  differently.  If they have three service visits, they would

12  qualify for cash payment.  If they qualify for repurchase

13  under their state's lemon law, they get to do so in

14  arbitration.

15      So we did nothing to, sort of, treat them

16  differently.  But the fact that they are not eligible for

17  prospective relief is a feature of all car settlements, and

18  that's not something that creates an intra-class conflict or

19  else every single car settlement that we listed would have

20  to be disapproved.

21          THE COURT:  Thank you.  Anything further, sir?

22          MR. WU:  No, Your Honor.

23          THE COURT:  Mr. Thomas, do you wish to be heard at

24  all?

25          MR. THOMAS:  Yes, Your Honor, just briefly.

1          I'm not sure -- I need to address a couple of

2     things, but, first of all, I would like to talk about former

3     owners because there may be -- I will concede upfront there

4     may be some former owners who have significant claims that

5     will not benefit from this settlement.

6          But if there are former owners who do have

7     significant claims, they were free to opt out.  But to say

8     that former owners get nothing from the settlement is simply

9     not correct.

10          First of all, you have heard a lot of about

11     extended warranties.  Many former owners got the benefit of

12     the extended warranties while they still owned their

13     vehicles.

14          To the extent that those former owners paid money

15     for repairs that should have been covered by warranty, they

16     can seek reimbursement under the arbitration provision.

17          To the extent that those former owners' own

18     vehicles manufactured late in the warranty period and

19     experienced two clutch replacements while they owned the

20     vehicle and paid for a third, they are entitled to get

21     reimbursed for the third clutch repair.

22          To the extent that they had qualifying repairs

23     while they owned the vehicle, they're entitled to the cash

24     payment under the program.

25          And to the extent that they have lemon law claims

1      for buybacks, they do -- they can assert those claims in the
2      arbitration provision.  So that's the former owners.
3               There may be some -- I mean, there may be some
4      former owners who didn't have three qualifying repairs and
5      think they might have a significant claim -- in which case
6      they could and should have opted out.
7               But that's sort of the tail that's wagging the dog
8      here.  We don't know -- we probably can't ever determine the
9      number of former owners who actually fit in that category,
10     but they could and should have opted out.
11              I guess I would like to emphasize the point that
12     this settlement was crafted to give relief mainly to people
13     who experienced significant problems with their vehicle.
14              The focus of both sides was on compensating and
15     providing remedies for people who have actually had
16     significant problems with their vehicles.  Those people have
17     been protected.
18              The claims -- and so these 18 causes of action
19     that Mr. Kirkpatrick talked about really are beside the
20     point because we are providing reimbursement for people who
21     had out-of-pocket costs.  We are providing a buyback remedy
22     for people who are entitled to have their vehicles bought
23     back.  We are providing, essentially, the cash payments to
24     compensate people for their inconvenience in bringing their
25     vehicles in.

1    The people who have had significant problems with

2  their vehicle are entitled to benefits under this

3  settlement.

4    The settlement does not provide benefits for

5  people whose only claim is that they experienced a

6  diminution in value of their vehicles.  But that's like all

7  of the other cases -- all of the other settlements that

8  Mr. Lurie and Mr. Wu have referred to where the benefit was

9  an extended warranty and reimbursement.  The courts have

10 uniformly concluded that the fact that settlement does not

11 provide diminution of value benefits is not a reason to deny

12 the settlement.  And partly the reason is because it is so

13 difficult to prove that there, in fact, has been a

14 diminution in value.

15    Besides those are the people who, basically, have

16 not had significant problems with their vehicle and whose

17 claims are the weakest.  And if they think they really have

18 a really strong diminution in value claim, again, they can

19 opt out if they wanted.

20    Now, I want to talk about Mr. Kirkpatrick's idea

21 that Ford should provide information about the number of

22 settlements that it has paid and the aggregate amount of

23 settlements that is paid, and I want to play that out a

24 little bit.

25    Suppose we did provide that information, we

```
1    provided information that we spent X zillion dollars to
2    settle lemon law claims in the past.  What would that tell
3    us?
4           First of all, we wouldn't be able to compare that
5    with how much we were going to pay out in arbitration in the
6    same lemon law claims.  In fact, there is reason to believe
7    that we might actually pay out more because we're making it
8    much easier for people to bring the claims.
9           All they have to do, essentially, is fill out a
10   form on the Web site, and they can get a decision on their
11   claim within 30 to 60 days.  And so that could actually
12   increase the number of lemon law claims that we pay out.
13          Mr. Kirkpatrick says, "Well, lemon law claims
14   typically pay, 25-, 30- -- $30,000.  Well, these vehicles
15   cost about 25- or $30,000.  So we're going to be paying
16   about 25- or $30,000 to buy these vehicles back in
17   arbitration.
18          So what would this aggregate number tell us?  It
19   would tell us perhaps that there are some people who might
20   do better in litigation.  There might be.
21          THE COURT:  Which is always the case.
22          MR. THOMAS:  Which might be.  And so what are they
23   getting?  And so there might be people who might be better
24   off in litigation if they are willing to wait for what could
25   be years to resolve their claims -- right? -- and to -- and
```

1   during that period of time accept the possibility that,

2   after those years, they'll actually recover nothing or less

3   than what they might have gotten within 30 to 60 days in the

4   arbitration program.

5           I guess -- maybe I would like to just emphasize

6   the value of the arbitration program over litigation.  It

7   not only relaxes the statute of limitations for many people,

8   it not only provides an easier method of giving notice to

9   Ford, it allows people to submit claims online, filling out

10  a form.

11          You get your claim, and you get your vehicle

12  bought back if you are entitled to it within 30 to 60 days.

13  You're not -- there is no risk that you are going to be

14  held -- entitled -- no risk that you will be held liable to

15  Ford for its attorney's fees if Ford wins.  You are entitled

16  to $6,000 in attorney's fees, and there are already lemon

17  law lawyers signing up who are trying to solicit clients to

18  assist them in the arbitration program.

19          Not only -- and consumers are not asked to give up

20  any of their rights to a buyback under the lemon laws of

21  their states.

22          Not only all of that but in addition to that --

23  and I don't think Ryan or Mr. Lurie mentioned this or at

24  least not directly.  In addition, we have provided an

25  automatic right to a buyback if you have had four qualifying

```
 1    repairs within five years, 60,000 miles and your vehicle
 2    still isn't working.
 3              That's even if you don't qualify for a buyback
 4    under your state lemon law.  The repairs don't have to be
 5    for the same problem unlike most lemon laws.  And there is
 6    another point here that I think has gotten lost.
 7              Mr. Kirkpatrick said, in order to bring a lemon
 8    law claim, you have to have had multiple repairs.  That's
 9    true in the sense if the lemon laws of most states require
10    the plaintiff to prove that the manufacturers had a
11    reasonable opportunity to repair the vehicle.
12              But you can go in today or when the settlement is
13    approved -- someone who has had one repair and thinks that's
14    enough, that that's enough to have his vehicle bought back
15    under the lemon law of his or her state, they can fill out
16    the form on the Web site.  They can get a decision on that
17    in 30 to 60 days, with one repair.
18              No guarantee on how that would turn out, but
19    that's -- they can do that, and they can do it easier in
20    arbitration than they could in litigation.
21              Unless you have other questions, that's all I have
22    to say.
23              THE COURT:  I do not.  But before -- I just want
24    to make sure -- I note there are some people in the
25    audience.  Are those individuals objectors apart from those
```

```
 1    represented here today?  Is there anyone here?
 2              UNIDENTIFIED VOICE:  I am simply observing, Your
 3    Honor.
 4              THE COURT:  Fair enough.
 5              UNIDENTIFIED VOICE:  We're part of Capstone.
 6              THE COURT:  Okay.  Perfect.
 7              MR. THOMAS:  That reminds me.  I do want to
 8    address the suggestion that we're discouraging opt-outs or
 9    that we're taking a rigid line on opt-outs.
10              The only opt-outs that are at issue that we've
11    identified in the proposed order on opt-outs, the only
12    opt-outs that are at issue are attorneys -- are situations
13    where attorneys purported to opt out on behalf of class
14    members and we just -- we simply -- it's two ways.
15              There are some attorneys who simply sent in a
16    letter saying, "I hereby opt out on behalf of John Smith."
17    Under the Settlement Agreement and the order, that's clearly
18    not sufficient because it requires the personal signature of
19    the person opting out.
20              And the reason for that, Your Honor, is not
21    because we're trying to discourage opt-outs, but the reason
22    for that is we wanted to make sure that each individual
23    class member was making an informed decision for himself or
24    herself and wasn't simply subject to general judgment by an
25    attorney whose interests are in collecting fees in
```

1    litigation.

2              And so to the extent -- so we are -- and those

3    types of opt-outs are -- have been designated as invalid

4    subject to the right of those attorneys to come in on behalf

5    of their clients and make a motion and to show why they

6    shouldn't be declared --

7              THE COURT:  That's what you want.  We haven't

8    decided that at all.  And, quite frankly, you are far from

9    the finish line if you think that's going to be the result

10   of this Court.

11             And we'll talk about that in a moment, but I'm not

12   sure I am going to hold this courtroom open to have how many

13   thousands of lawyers come in here on their individual

14   opt-outs.  But we'll deal with that in a moment.

15             MR. THOMAS:  It wouldn't be thousands.

16             But I want to just make the point that the other

17   category are attorneys who submitted documents that look

18   like they were signed by the clients using a cursive font,

19   and we simply want to make sure those are valid

20   E-signatures.  That's all.

21             THE COURT:  All right.  Thank you.

22             Mr. Kirkpatrick, you look like you are chomping at

23   the bit; so I will give you a brief opportunity to be heard.

24             And same with you, Miss Robison.

25             MR. KIRKPATRICK:  Judge, I actually don't have a

1  whole lot that we haven't already covered.  I just would say

2  that the $180 million valuation of the extended warranty --

3  it's not a part of the value of the settlement.  Everybody

4  gets it anyway.

5  　　　　　THE COURT:  That was the one question I had was --

6  Mr. Lurie was pretty emphatic on this point that, in his

7  mind, there is no question that this extended warranty was a

8  direct result of the litigation.  It may not have been part

9  of the, quote/unquote, "settlement."

10  　　　　　Do you dispute whether or not the litigation is

11  the catalyst or the primary motivating factor of that

12  extended warranty?

13  　　　　　MR. KIRKPATRICK:  I don't know.

14  　　　　　THE COURT:  Do you think it makes a difference?

15  　　　　　MR. KIRKPATRICK:  I don't.

16  　　　　　THE COURT:  Why?

17  　　　　　MR. KIRKPATRICK:  I don't think it makes a

18  difference because Ford has agreed to do that anyway.

19  　　　　　THE COURT:  Let me stop you.  You say -- I don't

20  know if that's accurate to say Ford has agreed to do that

21  anyway.

22  　　　　　I think Mr. Lurie would say Ford has agreed to do

23  that because we filed the lawsuit.  And to me there may be

24  some distinction.

25  　　　　　MR. KIRKPATRICK:  But if the lawsuit was dismissed

CHIA MEI JUI, CSR 3287, CRR, FCRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   and there was no settlement or the lawsuit was lost and

2   there was no recovery, everybody still gets the extended

3   warranty.

4           THE COURT:  That may be the case, but that's not

5   what we're dealing with here.  So I guess the question is

6   how much weight does the Court give to that?

7           I think Mr. Lurie -- obviously, all the lawyers

8   are being honest with the Court, but he is saying, "Look.

9   It's not within the four corners of the settlement, but

10  there is no question that that was done because of the

11  litigation."

12          MR. KIRKPATRICK:  And I don't have any reason to

13  doubt Mr. Lurie's veracity.  I will say, though, that there

14  has been other litigation.  And so do I believe that Ford

15  extended the warranty because they faced litigation

16  exposure?  Yes.  From this class action?  Absolutely.  But

17  also from the mass actions and thousands of individual

18  claims that are out.

19          They had a big problem.  They had a lot of

20  exposure, and that's one thing they did as a business

21  decision to try to limit that exposure.

22          So, yes.  Had nobody filed any lawsuits, they

23  never would have done it.  That's for sure.  I don't know

24  that we can exactly quantify which lawsuit was the catalyst.

25          I will also say, when we talked about the extended

1   warranty settlements that are on pages 16 and 17 of

2   plaintiffs' brief -- you know, I agree.  When I read their

3   brief, I thought this is the best point they make.

4            But then, when I thought more about it, I thought

5   this is a different kind of case.  Everybody is up here

6   talking about extended warranty, but this case was really

7   about fraud.  It was about deception.  It was about Ford

8   being part of a fraudulent scheme to conceal.

9            That's where I see, sort of, the disconnect here.

10  So we're getting convenience for futile repair attempts, and

11  we're getting potential buyback under lemon law -- and we've

12  talked about the limitations on that -- but we're giving up

13  all of those claims that have to do with Ford's alleged bad

14  behavior, if it's proven.  And Ford hasn't put up any

15  non-revertible fund here.

16           Part of what should be happening is disgorging the

17  ill-gotten gains.  Unjust enrichment is one of the claims in

18  this class action.

19           And by having a claims-made settlement and not

20  knowing what they're going to pay out, there is no fund

21  that, if it can't be distributed to the class, it gets used

22  in another way but doesn't go back to Ford.  So I really

23  think they're getting a windfall release from exposure to

24  liability.

25           THE COURT:  Do you know -- I will admit I did not

1    check this, but are you suggesting that the other cases that

2    were listed in the pleadings didn't involve fraud claims?

3    Don't they typically tag along with the consumer claim?

4          MR. KIRKPATRICK:   I have not gone through each of

5    those.  But just from reading what was at issue, I --

6    certainly, they laid out there was a problem with this part,

7    extended warranty to fix that part and reimburse

8    out-of-pocket costs.

9          Do plaintiffs lawyers generally put every cause of

10   action they can think of?  Of course.  So there may very

11   well have been those kinds of claims.

12         I do think this case, though, is a little bit

13   unique in that there is, as Miss Robison talked about, this

14   whole campaign to try to persuade people that there was

15   nothing wrong with their cars.  And that makes a difference.

16         And also the fact that, apparently, there is

17   discovery, although subject to protective order, about when

18   Ford knew they had this problem.  And that's why the folks

19   in Australia are trying to get at some of that.

20         Also, those extended warranty cases, many of them

21   did put a value on the extended warranty in those settlement

22   approval proceedings.

23         They came in and said, "We think this extended

24   warranty, based on estimates of how many cars will fail,

25   et cetera, will be worth X amount of money."

1           And I know we have a valuation here,

2    $180 million -- Ford says, again, that's not a part of the

3    settlement.

4           I think the Koby decision, which is 2017

5    Ninth Circuit decision, says pretty clearly, if they were

6    doing it anyway, it doesn't count as value to the class.

7           THE COURT:  Fair enough.  Thank you,

8    Mr. Kirkpatrick.

9           Miss Robison, is there anything else that you wish

10   to add?

11          MS. ROBISON:  Just a quick point in -- along with

12   what Mr. Kirkpatrick was saying.

13          We have already talked about at length that Ford

14   adamantly tried to dissuade customers from having repairs --

15   and we have a whole class action settlement based on

16   repairs, which that, obviously, is a huge contrast and a

17   problem in itself.

18          It's also important to note that they -- when you

19   bring your car in for repair, there is they call shudder

20   limit.  So they hook it up to a computer, and as long as

21   it's below 250 rpm for shuddering, you don't get a repair.

22          You can be driving your car, and they're just

23   waiting for it to get bad enough for it to have to be

24   repaired.

25          And that also extends the amount of time that

```
 1   lapsed between people getting these repairs.  So that whole
 2   5, 60-, four times could take a whole year before that
 3   shuddering gets bad enough where Ford decides, okay.  Now
 4   we're going to fix it.
 5            Again, that also is a real hindrance to consumers
 6   when you have an entire -- not entire but majority of the
 7   settlement is based on number of qualifying transmission
 8   repair attempts.
 9            I think it's also important to note the cost of
10   the transmission for these replacements after the extended
11   warranty expires.  It's thousands of dollars.  It's at least
12   a thousand dollars to get a clutch replacement.  That's $200
13   or whatever you are going to get for three repairs or
14   whatever the case may be is not going to come close to
15   helping these consumers because they're still stuck with the
16   problem.  Nobody said that there's a fix.
17            It's been acknowledged that it's still a problem.
18   So these consumers there are stuck.  I know there is a 10,
19   150- warranty as well, but that's simply for the computers.
20   It doesn't include the clutch and -- those qualifying
21   transmission parts they're discussing.
22            And I think that that puts consumers at a huge
23   deficit too because the cash amounts don't -- unless you
24   have eight qualifying transmission repairs, which is --
25   that's a high requirement, doesn't even hold a flame to what
```

```
 1   these people are on the hook for once these warranties are
 2   up.
 3               THE COURT:  Thank you, Miss Robison.  I appreciate
 4   it greatly.
 5               Well done on both sides.  Obviously, there is a
 6   lot here.  I gave you my tentative.  I have heard some
 7   things that I want to look back at some of cases and some of
 8   the points made in the papers.
 9               Again, in the interest of all the parties, I am
10   going to try to issue an order on this by the end of this
11   week.
12               Let's deal with the next issue at hand -- the
13   filings that occurred on Friday and Sunday -- really, the
14   Friday one.  And I think Mr. Thomas had alluded to it.
15               You have grouped all these different, sort of,
16   issues with the opting -- or opt-out, I should say.  I guess
17   the question that comes to my mind is why can't the class
18   administrator or you all work this out?  Why do you feel the
19   need to have the Court issue an Order to Show Cause?
20               I see a woman standing.  Just because we want to
21   make sure we have the court reporter hear what you are
22   saying, why don't you step to the lectern, if you wouldn't
23   mind.  Step forward, ma'am.
24               DAWN CONNELLY:  So I appreciate all the lawyers
25   here standing up for the passive -- supposedly passive
```

```
 1    people that have been suffering from this problem with Ford.
 2    I am an active participant.
 3              THE COURT:  What is your name?
 4              DAWN CONNELLY:  My name is Dawn Connelly.  And I
 5    purchased a 2014 Ford Focus Titanium.  I paid top dollar,
 6    made sure I got all of the bells and whistles.
 7              I am a real estate agent wanting to represent
 8    America.  I have 12,000 miles on this car.  It shudders.  It
 9    sputters.  It's an embarrassment to drive my clients around
10    in.
11              I have had my clients complain about it.  I take
12    it to the Ford dealership -- and we bought the extended
13    warranty.  I bought this extra warranty on it.
14              And I take in it -- and we take it in numerous
15    times.  And do you know what they say to us?  "It's fine.
16    It's supposed to behave this way.  It's fine" and then send
17    us right back home.
18              We've wasted countless hours, and it's just really
19    frustrating to me for them to sit here and say that there is
20    nothing wrong with these cars.  I have tried -- I tried to
21    actually turn it in and get a Land Rover or something, and
22    nobody would take it because they knew there was a problem.
23              I think Ford has known about this problem for a
24    lot longer than 2014 when I bought my car.  Anyway, I
25    believe in America, and that's why I bought it, and I just
```

1    hope that Ford does -- and I hope they fix it.  That's all.

2              THE COURT:  I appreciate you coming here today.

3    Obviously, I am assuming you got notice of this

4    settlement --

5              DAWN CONNELLY:  I did.

6              THE COURT:  Did you -- are you objecting to the

7    settlement?  Or are you just here to express your views as

8    to your experience with the car?

9              DAWN CONNELLY:  I am here to figure out what to

10   do.  As far as I can tell opting in to arbitration --

11   because what I was told is, if we didn't opt out, we were

12   in.

13             So there is a lot of people out there that didn't

14   even get these postcards.  There are people that have moved

15   that have no idea that this is even happening right now.

16             And I happened to get the postcard.  When I went

17   to Cal Worthington Ford to replace my transmission again to

18   ask them to fix it and dropped off my car and they said, "We

19   haven't had a transmission guy here for two months, and we

20   don't -- we can't fix your transmission," and I said, "Well,

21   I can't drive my car like this anymore," and he said, "We --

22   you know, I hear this 30 times a day."

23             And when I drove off in the loaner car, I thought

24   to myself, this is -- and I'm not even going to say the

25   word, but there is something shady going on here.

```
1         I don't know what to do about it.  I would like
2   Ford to make good on the fact that my car has 12,000 miles
3   on it and has not performed.  It's in perfect condition.
4   It's beautiful.  It's a beautiful car.  I really wish it
5   would perform.  But I don't think they can fix it.  I think
6   they need to buy it back.
7         THE COURT:  All right.  Ma'am, I appreciate you
8   coming in and expressing your views.  I cannot advise you on
9   how you should proceed, but you happen to be in a room full
10  of lawyers, and so you may want to take the opportunity to
11  discuss with one or more of them your options.  But I
12  appreciate you taking the time to come to court.
13        DAWN CONNELLY:  I really appreciate all of you
14  standing up for us.  Thank you, Judge.
15        THE COURT:  Thank you.
16        DAWN CONNELLY:  Thank you for hearing me.
17        THE COURT:  All right.  So with respect to -- yes.
18  With respect to -- back to the Order to Show Cause, my point
19  was why do you believe it's important to have the Court
20  issue this Order to Show Cause when, at least, if I
21  understood you correctly, Mr. Thomas, these are the kinds of
22  things, if it's a function of -- you get a letter from a
23  lawyer saying, I represent so and so and I am saying that
24  this person is going to opt out, can't the administrator
25  reach out to that lawyer and say, "Here is the form.  Have
```

1    them sign it"?

2            Why do you feel the need for the Court to get

3    engaged and deal with at least -- maybe my math is wrong.   I

4    thought it was 250 or 300 people?

5            MR. THOMAS:   It might be that many people, but

6    there is not that many law firms involved.   And one

7    possibility is to simply reach out.

8            There is two issues here.   One is -- Ford's

9    position is -- is if -- there was a deadline of

10   September 5th.   The requirements for opting out were clear,

11   and they were reiterated on the Website and in the notice.

12   And if attorneys didn't read them carefully enough to know

13   that they had to get their clients personally sign it, then

14   simply an untimely opt-out.

15           But in fairness, we thought that those lawyers on

16   behalf of their client ought to be -- have the opportunity

17   to challenge that if they thought for some reason that they

18   could show, as Miss Santos -- that because there was some

19   excusable neglect involved, that will Rule 6(b) applies if

20   perhaps they should have an opportunity to do that.   I don't

21   think it's anywhere near 250 lawyers.

22           THE COURT:   It may not be 250 lawyers, but I think

23   there is at least 250 signatures, which would mean

24   corralling those individuals.   I am still struggling with,

25   granted.   You are saying there is this deadline, but you are

1  almost acknowledging that -- look.  It's not like you

2  have -- I don't believe you have any evidence to suggest

3  that some lawyer's out there just adding names to a list.

4         I think you all reasonably believe that these

5  lawyers are representing clients, but to dot your Is and

6  cross your Ts, you want their signature.  Fair enough.

7         Why not just reach out to those lawyers and say,

8  according to this, you are supposed to have the signature.

9  You have blown the deadline.  But do you know what?  We're

10  Ford.  We're trying to be good and do things right.  Get

11  your client's signature in by this date, and then we'll call

12  it even.  This way I don't have to bill my client for

13  another lovely afternoon or now afternoon in United States

14  District Court, and the issue is resolved?

15         MR. THOMAS:  That's fine.  For those lawyers who

16  did not get anything that purports to be their client's

17  signature, we can certainly give them another opportunity to

18  get their client's signature.

19         There is a separate issue with regard to

20  E-signatures.  And there are certain things like DocuSign

21  where it's evident that there are valid E-signatures.  We've

22  accepted all of those.  But the problem is, when we get a

23  letter that purports to be -- when a lawyer sends in a

24  letter that purports to have the client signature in a

25  cursive font that has no indication that it's a valid

```
1   E-signature, we simply want confirmation from the lawyers
2   that it's a valid E-signature.
3           Again, we can deal with that the same way that you
4   suggested, is to reach out to those lawyers.  That was the
5   intent of the Order to Show Cause was to simply say by such
6   and such a date let's provide evidence that we've met the
7   requirements.
8           THE COURT:  And I appreciate you trying to resolve
9   it.  But it would seem to me, if I sign this, then we're
10  going to have another hearing, we're going to have Mr. Paul
11  fly out from Philadelphia again to waste who knows how many
12  hours just to have a bunch of lawyers come in and say, "Here
13  is the signature.  I represent them."
14          It seems to me there is an easier way to resolve
15  it, at least, as it relates to -- I am calling them "group"
16  but the group in Exhibit A and the group in Exhibit E.
17          MR. THOMAS:  And E is the E-signature group, if I
18  am remembering right.  That's easy.  That's just a matter of
19  getting confirmation.
20          The other group, there is a more fundamental
21  issue, which sounds like you have resolved against me, is
22  that these people should be given another opportunity, even
23  though they missed the September 5th deadline, that they
24  should be given another opportunity to get their client's
25  signature even though the deadline has passed.
```

1          THE COURT:  Correct me if I am wrong.  That group,

2     their lawyer submitted a document indicating that they

3     wanted to opt out; correct?

4          MR. THOMAS:  Correct.

5          THE COURT:  So it's not like they didn't do it.

6          MR. THOMAS:  I understand.

7          THE COURT:  So it would seem to me there is a way

8     to resolve that.

9          MR. THOMAS:  That's fine, Your Honor.  We can work

10    that out.

11          There is just one other -- so we can work both

12    issues out, I guess the only thing is we need some sort of

13    deadline to say -- because if we don't hear back from some

14    of these lawyers, for example, they don't -- or they don't

15    get their client's signature, there has to be some sort of

16    order that says, "Look.  If you don't get your client's

17    signature by such and such a date, they're going to be

18    deemed not to have validly opted out."  And, similarly, with

19    the E-signature, if we don't get the information that we

20    need to resolve it by such and such a date, then they're not

21    opted out either.

22          THE COURT:  Isn't that something that you all can

23    figure out?

24          MR. THOMAS:  Yes, we can.

25          THE COURT:  I would respectfully request that you

```
 1   all figure that out.  Again, from the Court's perspective,
 2   this is not a bunch of folks that are coming out of the
 3   woodwork.
 4          They messed up on the forms.  You all -- this is
 5   your world.  I don't know this world.  I'm assuming some of
 6   these lawyers in other cases have -- it's been satisfactory
 7   to just submit a letter.  Maybe they didn't know it in this
 8   case or didn't take the time to do it, but it's not like
 9   they're coming out of the woodwork.  If Ford is trying to do
10   the right thing, them out opt out.
11          MR. THOMAS:  There is one other issue to alert you
12   to, Your Honor.  There is one law firm in Michigan who has
13   opted out on behalf of something in the neighborhood of
14   5,000 class members.
15          THE COURT:  I wonder why.
16          MR. THOMAS:  Pardon?
17          THE COURT:  I wonder why.
18          MR. THOMAS:  They did so on the -- we will be
19   filing -- our intention is to file a motion to require an
20   extended opt-out deadline for those consumers because the
21   opt-outs -- our position is those opt-outs were secured
22   through very significant misrepresentations of the
23   Settlement Agreement.
24          And that motion -- we're meeting and conferring
25   with those lawyers right now, but I don't think we're going
```

1  to be able to resolve that.

2          THE COURT:  Are you saying I will have the

3  pleasure of having you all back here again?

4          MR. THOMAS:  Maybe not all of us but me probably.

5          THE COURT:  That's fine.  That's what I get paid

6  to do.  I'm here.  God willing I'm not going anywhere soon;

7  so I will await that motion.

8          Is there anything else that we need to deal with?

9          Miss Santos, I knew you would come to life.

10         MS. SANTOS:  I couldn't stay quiet.

11         So as you heard earlier, Your Honor, I am actually

12  or -- at least, my client is actually one of those who is

13  not on the list currently.

14         Due to what we're saying is excusable neglect --

15  unfortunately, our firm did not submit the form.  I spoke to

16  Ford's counsel, and he is not opposed to putting our client

17  on the list of -- I'm not quite sure which list that is, but

18  we would like an opportunity to actually submit a motion to

19  get our client on the opt-out list.  Like I said, he

20  actually signed the forms.  My firm did not send it in.

21         THE COURT:  Maybe I misheard you.  If you are

22  saying that Mr. Thomas is not opposed to it, do --

23         MS. SANTOS:  To putting it on the list, yes.

24         THE COURT:  Why do you need a motion if he is not

25  opposed to it?

```
1            MS. SANTOS:  I'm sorry.  I misspoke, then.  He is
2   not opposed to putting my client on the invalid list or the
3   "needs to be considered by the Court" list.
4            THE COURT:  This is not in the Group A or Group E
5   list?  This is a different list for missing the deadline?
6            MS. SANTOS:  Yes.
7            THE COURT:  Okay.
8            MS. SANTOS:  If you want -- there is no list.
9            MR. THOMAS:  If her client were on the list, it
10  would be on the list of people who missed the deadline.
11            And so that goes to my point is that I am not
12  opposed to her trying to establish excusable neglect.  We
13  may be able to work this out.  We got -- I learned about
14  this on Friday evening, actually, and haven't had a full
15  chance to consult with my client.
16            THE COURT:  I am here.  I welcome good lawyers
17  coming into court, but I am just going to say you all should
18  figure this out.  But if you cannot, file the motion, we'll
19  have a hearing, and we'll deal with it.
20            MS. SANTOS:  Thank you, Your Honor.
21            THE COURT:  Anything else that we need to deal
22  with during this lunch hour?
23            MR. LURIE:  Your Honor, I don't want to belabor
24  it.  I just want clarification so just, when we all walk
25  out, we know what to expect from the Court.
```

1    My understanding is that the Court is taking under
2  submission the motion for final approval of fees and
3  expenses.
4    THE COURT:  Correct.
5    MR. LURIE:  And that with respect to the opt-outs
6  who normally -- there is normally an order of final judgment
7  which grants certification of the class and grants the
8  people who are validly opt outed out, out.
9    And that seems to be still an open issue.  So how
10  is the Court going to deal with the actual final approval
11  order?
12    THE COURT:  Well, with respect to the two opt-out
13  groups that we talked about today -- okay? -- my hope was
14  that you all would figure out a date by which a class
15  administrator would say, "We need this.  If we don't get it
16  by this date, your opt-out request is invalid and you will
17  be deemed part of the class."
18    I would hope that you all can figure that out in
19  the next few days which would coincide with me issuing this
20  order.
21    If I get that date, I will include whatever
22  agreement you have come to with respect to that so that -- I
23  am just making this up -- all of those members that have not
24  remedied the deficiencies, they will be deemed in unless
25  they remedy by X date, something along those lines.  I am

```
1    just thinking out loud here.  But that's how I would intend
2    to resolve it.  Does that help or make things more
3    complicated?
4              MR. LURIE:  Yes, it does.  How would you like us
5    to contact Your Honor with respect to any resolution that we
6    have?
7              THE COURT:  Just submit a brief filing with the
8    Court indicating what the agreement is amongst the parties
9    and what the agreement is between the parties of when the
10   documents need to be remedied by.
11             MR. LURIE:  The Court would issue an order
12   approving the settlement subject to a final opt-out list
13   being incorporated by reference or something like that?
14             THE COURT:  That makes sense, yes.
15             MR. LURIE:  Okay.  Thank you, Your Honor.
16             THE COURT:  Thank you.
17             Anything else?  All right.  Thank you for the time
18   this morning and this afternoon.  The matter will be under
19   submission until the Court issues its order.
20             THE CLERK:  All rise.  This Court is in recess.
21        (Proceedings concluded at 12:48 P.M.)
22                         --oOo--
23
24
25
```

CERTIFICATE


     I hereby certify that pursuant to Section 753,

Title 28, United States Code, the foregoing is a true and

correct transcript of the stenographically reported

proceedings held in the above-entitled matter and that the

transcript page format is in conformance with the

regulations of the Judicial Conference of the United States.


Date:  October 24, 2017.




                    _/S/ CHIA MEI JUI_____

                  Chia Mei Jui, CSR No. 3287

DAWN CONNELLY:
[6] 62/23 63/3 64/4
64/8 65/12 65/15
MR. KIRKPATRICK:
[26] 3/22 6/5 6/7 6/16
7/5 8/4 8/14 9/6 12/14
13/13 13/17 14/22 15/1
15/25 16/11 21/17
22/15 23/24 25/8 55/24
56/12 56/14 56/16
56/24 57/11 59/3
MR. LURIE: [15] 3/7
9/15 19/7
30/13 30/16 32/20
32/23 33/3 33/17 34/6
36/11 39/10 72/22 73/4
74/3 74/10 74/14
MR. PAUL: [1] 3/11
MR. THOMAS: [18]
3/14 4/19 47/24 51/21
54/6 55/14 66/4 67/14
68/16 69/3 69/5 69/8
69/23 70/10 70/15
70/17 71/3 73/28
MR. WU: [4] 40/16
41/24 45/17 47/21
MS. ROBISON: [8]
3/25 25/16 25/20 27/20
28/15 28/20 29/24
60/10
MS. SANTOS: [9] 3/17
3/21 30/4 71/9 71/22
71/25 72/5 72/17 72/19
74/9
THE CLERK: [2] 3/3
THE COURT: [87]
UNIDENTIFIED
VOICE: [2] 54/1 54/4

$
$10 [1] 14/19
$10 million [1] 14/19
$15,000 [1] 13/19
$180 [3] 31/22 56/2
60/2
$180 million [1] 56/2
60/2
$2,300 [1] 34/16
$200 [1] 61/12
$30,000 [4] 22/18
51/14 51/15 51/16
$35 [2] 9/10 9/13
$35 million [1] 9/13
$6,000 [2] 17/1 52/16

-
--oOo-- [1] 74/22

/
/S [1] 75/14

1
1.5 million [6] 7/15 8/3
8/6 23/11 41/21 42/23
1.9 million [2] 13/22
23/11
10 [3] 13/19 19/8 61/18
10,000 [3] 22/1 22/24
23/13
10,902 [1] 20/8

100 percent [1] 9/10
100,000 miles [1]
42/21
1000 [1] 2/5
103 [1] 2/21
11 [1] 9/1
11:14 [2] 1/20 3/2
12,000 miles [2] 63/8
65/2
12-8388-AB [1] 1/9 3/4
12:48 [1] 74/21
148,000 [1] 42/20
14N01 [1] 31/20
14N02 [1] 31/20
15,000 miles [1] 44/21
15th [1] 19/7
15th [1] 10/7
16 [4] 11/1 31/13 41/1
58/1
1600 [1] 2/24
1622 [1] 2/8
17 [4] 11/1 31/14 41/1
176 [1] 4/11
18 [4] 16/24 18/22 25/1
49/18
18,000 [2] 32/3 46/14
18,000 miles [1] 45/3
1840 [1] 2/16
1875 [1] 2/5
19003 [1] 2/21
19103-6305 [1] 2/9

2
20009 [1] 2/25
2011 [1] 26/12
2012 [3] 26/2 26/3 28/5
2016 [1] 26/12
2017 [4] 1/19 3/1 60/4
5/10
20TH [1] 2/24
23 [1] 25/10
24 [1] 75/10
25 [5] 19/9 22/18 51/14
51/15 51/16
250 [5] 60/21 66/4
66/21 66/22 66/23
25th [1] 7/7
2723 [1] 2/12
28 [1] 75/4
285 [1] 19/2

3
3.5 million [4] 9/16
9/19 12/25 22/2
30 [6] 51/13 51/14 52/3
52/12 53/17 64/22
300 [1] 66/4
3287 [2] 1/23 75/15
350 [1] 1/24

4
4,650 [1] 34/17
400 [1] 2/12
430 [1] 2/16
4311 [1] 1/24
48104 [1] 2/13

5
5,000 [5] 16/5 16/6
21/2 21/5 70/14
5th [2] 66/10 68/23

6
60 [5] 51/11 52/3 52/12
53/7 61/2
60,000 [1] 53/1
60,000 miles [1] 44/23
6305 [1] 2/9

7
753 [1] 75/3

8
89,000 [1] 42/19

9
90012 [1] 1/24
90067 [2] 2/5 2/17
92,891 [2] 7/13 8/8
94 percent [2] 7/19 9/3

A
a 2014 [1] 63/5
A.M [2] 1/20 3/2
Aarons [1] 47/1
AB [2] 1/9 3/4
able [7] 10/16 10/20
18/5 44/9 51/4 71/1
72/13
about [77]
above [77]
above-entitled [1] 75/6
absolute [1] 34/3
absolutely [4] 26/24
28/17 32/24 57/16
academic [1] 40/21
accept [1] 52/1
accepted [1] 67/22
accompil [1] 45/22
according [1] 67/8
account [1] 33/9
accrual [1] 75/0
accurate [1] 56/20
achieved [1] 31/25
acknowledged [1]
61/17
acknowledging [1]
67/1
action [25] 4/7 4/16
15/9 16/17 18/18 16/24
16/25 18/22 24/12
24/13 24/25 25/1 27/23
28/2 28/9 28/16 28/19
31/10 43/1 43/7 49/18
57/16 58/18 59/10
60/15
actions [3] 23/3 46/23
57/17
active [1] 63/2
actual [4] 27/14 27/21
34/17 73/10
actually [32] 27/19
30/9 30/24 31/24 34/1
34/11 35/15 35/16 37/1
37/2 37/3 37/22 38/5
38/6 42/11 42/12 45/16
46/1 46/19 47/5 49/9

49/15 51/7 51/11 52/2
55/25 63/21 71/11
71/12 71/18 71/20
72/14
Adam [1] 28/4
adamantly [1] 60/14
add [1] 60/10
adding [1] 67/3
addition [3] 25/18
52/22 52/24
additional [1] 31/15
Additionally [1] 29/18
address [14] 5/24
12/13 14/22 18/8 30/22
18/8 38/21 40/7 42/3
42/15 44/19 45/21 48/1
54/8
addressed [1] 30/25
adequate [1] 5/5 5/7
5/15 6/12 14/20 27/11
40/3
administrator [3]
62/18 65/24 73/15
administrator's [1]
20/8
admit [1] 58/25
admittedly [1] 2/5/5
advantage [1] 16/16
advise [1] 65/8
affected [1] 37/18
afoul [1] 27/15
after [5] 28/20 33/13
44/21 52/2 61/10
afternoon [3] 67/13
67/13 74/18
again [14] 3/21 18/3
28/13 29/21 44/25
50/18 60/2 61/5 62/9
64/17 68/3 68/11 70/1
71/3
against [4] 12/7 14/2
16/13 68/21
agent [1] 63/7
aggregate [8] 13/11
14/12 14/17 14/20 16/5
15/3 50/22 51/18
aggrieved [2] 37/22
37/24
agree [3] 14/16 41/14
58/2
agreed [3] 56/18 56/20
56/22
agreement [6] 25/24
54/17 70/23 73/22 74/8
74/9
agreements [2] 14/10
22/10
ahead [1] 34/6
alert [1] 70/11
all [66] 4/23 5/2 8/4
11/4 16/11 17/8 18/16
19/2 23/6 24/13 25/16
26/7 26/8 27/7 27/11
27/13 27/25 29/3 29/9
29/23 39/24 40/1 40/1
40/7 43/23 46/1 46/9
46/15 47/17 47/24 48/2
48/10 50/6 50/7 51/4
51/9 52/22 53/21 55/8
55/20 55/21 57/7 58/13

62/9 62/15 62/18 62/24
63/6 64/1 65/7 65/13
65/17 67/4 67/22 69/22
70/1 70/4 71/3 71/4
72/17 72/24 73/14
73/18 73/23 74/17
74/20
allegation [2] 11/23
11/25
allegations [5] 8/17
11/17 12/7 12/22 12/23
alleged [2] 16/25 18/22
58/13
alleging [2] 12/21
13/10
allow [2] 19/9 24/3
alluded [1] 16/20 52/9
almost [1] 67/1
alone [1] 3/1/1
along [3] 59/3 60/11
73/25
already [12] 11/7 16/23
23/1 24/9 30/25 42/20
45/23 45/23 45/24
52/16 56/1 60/13
also [26] 3/12 4/2 5/10
6/25 7/20 11/25 12/4
14/7 16/1 18/22 19/1
19/11 27/1 29/12 32/9
34/25 39/14 46/17
57/17 57/25 59/16
59/20 60/18 60/25 61/5
61/9
although [1] 59/17
always [4] 19/16 24/2
25/9 51/21
am [32] 4/2 5/1 5/18
6/4 8/11 21/15 24/7
25/21 27/2 30/17 31/1
33/7 33/8 39/17 54/2
55/12 62/9 63/2 63/7
64/3 64/9 65/23 66/24
68/15 68/18 69/1 71/11
72/11 72/16 72/17
73/23 73/25
amalgamating [1]
21/20
America [3] 63/8 63/25
American [3] 18/24
19/14 25/3
among [1] 21/19
amongst [1] 74/8
amount [22] 13/11
13/21 34/23 36/22
39/14 39/15 41/20
41/23 44/7 50/22 59/25
60/25
amounts [1] 61/23
AND [1] 1/3
ANDRÉ [1] 1/3
ANGELES [1] 1/21
1/24 2/5 2/17 3/1
ANN [1] 2/13
another [10] 18/10
20/21 39/6 53/6 58/22
62/3 66/24
88/22. 68/24
any [19] 9/4 10/20 11/8
14/12 15/5 18/24 24/7

**A**

any... [12] 29/13 30/1
38/23 42/7 43/3 43/22
52/20 57/12 57/22
58/14 67/2 74/5
anybody [1] 23/7
anymore [2] 10/20
64/21
anyone [3] 25/14 38/13
54/1
anything [10] 7/20
20/4 26/18 35/22 47/21
60/9 67/16 71/8 72/21
74/17
anyway [5] 56/4 56/18
56/21 60/6 63/24
anywhere [2] 66/21
71/6
apart [1] 53/25
APC [1] 7/25
apologize [1] 28/16
apparently [1] 59/16
appearances [2] 2/1
3/6
appears [2] 5/11 5/15
applies [1] 66/19
appreciate [10] 25/13
29/24 30/12 62/3 62/24
64/2 65/7 65/12 65/13
68/8
appropriate [1] 43/8
approval [11] 4/7 4/9
5/4 10/12 19/17 19/18
23/8 31/24 59/22 73/2
73/10
approve [2] 10/11 40/4
approved [3] 10/23
31/11 53/13
approving [1] 74/12
apt [2] 3/7? 37/13
aptly [2] 25/24 28/22
arbitration [44] 5/21
10/18 12/15 12/16 16/9
16/13 16/14 16/15
16/17 16/17 17/5 17/7
17/8 17/13 17/13 17/22
17/24 18/1 18/6 18/10
18/14 24/5 31/5 33/6
34/3 35/19 44/10 44/12
44/13 45/8 45/17 46/18
46/18 46/21 47/14
48/16 49/2 51/5 51/17
52/4 52/6 52/18 53/20
64/10
arbitrators [1] 44/17
38/12
ARBOR [1] 2/13
ARDMORE [1] 2/21
are [154]
argue [3] 10/22 26/25
46/9
argued [1] 19/2
arguing [1] 19/4
argument [3] 18/9
25/16 45/7
arguments [1] 40/18
arithmetic [1] 20/13
around [1] 40/23
arrive [1] 40/23
arrived [1] 33/20
article [1] 44/16

**B**

as [58] 5/12 6/14 6/14
11/3 11/3 11/9 12/1
14/4 20/9 25/8 25/24
26/1 27/13 27/15 28/10
60/23 61/3
28/22 28/24 28/25
28/25 29/18 31/18
31/25 33/10 33/16
33/20 33/24 35/2 35/11
35/25 37/4 37/4 37/21
39/12 39/13 39/22 40/2
43/6 44/6 44/25 45/5
45/15 45/17 46/1 46/1
46/22 55/3 57/20 59/13
60/6 60/20 60/20 61/19
64/7 64/10 64/10 66/18
68/15 71/11
Asghari [1] 37/12
ask [8] 15/19 18/3 24/5
28/14 36/9 39/6 40/3
64/18
asked [5] 10/7 14/7
14/8 42/9 52/19
asking [1] 41/12
aspect [1] 42/1
assert [1] 49/1
assist [1] 52/18
ASSOCIATES [1] 2/20
4/2 25/22
assume [1] 30/13
assuming [6] 8/3 8/11
13/12 14/17 64/3 70/5
astronomical [1] 13/23
attach [1] 43/20
attached [3] 26/2
44/16 44/25
attempt [2] 5/18 42/3
attempts [10] 4/15
10/19 10/21 12/5 17/6
20/3 21/2 24/10 58/10
61/8
attorney [12] 2/3 2/4
2/4 2/8 2/12 2/16 2/20
2/24 27/2 29/18 29/21
54/25
attorney's [6] 4/6 5/22
17/1 17/24 23/2 52/15 52/16
attorneys [7] 2/9 4/19
54/12 54/13 54/15 55/14
55/17 66/12
audience [1] 53/25
Australia [1] 12/20
12/21 59/19
auto [2] 10/24 11/18
automatic [1] 54/6
automatically [1]
38/12
automobile [1] 9/5
available [2] 7/4 45/12
AVENUE [1] 2/21
average [1] 20/12
await [1] 7/17
award [1] 17/9
aware [2] 36/17 38/16
away [1] 4/22

**C**

back [2] 10/8 15/10
21/9 27/11 27/11 29/22
67/22 67/4
32/14 34/15 35/5 36/16
36/25 49/23 51/16

back [2] 5/12 6/14 6/14
bad [4] 17/18 58/13
71/3
balance [1] 21/25
barriers [1] 17/2
base [1] 31/6
based [11] 5/9 7/21
8/17 11/25 21/22 23/22
31/24 43/14 59/24
60/15 61/7
basically [6] 10/18
26/8 26/17 26/23 29/7
50/15
basis [2] 24/17 44/4
be [98]
beautiful [2] 65/4 65/4
became [69] 6/24 7/9
7/20 7/23 9/20 10/1
10/14 10/17 10/23 11/8
11/10 11/13 11/20 14/9
14/25 16/6 17/5 17/14
17/22 17/24 18/9 19/5
19/20 20/5 22/9 23/14
24/8 24/9 26/1 26/11
28/10 28/22 29/5 29/16
31/25 32/3 32/14 33/2
34/1 34/22 35/15 36/6
36/17 39/17 41/3
43/10 43/17 44/8 44/20
46/22 48/3 49/20 50/12
5/17 54/18 54/21 56/18
56/23 57/10 57/15
61/15 61/23 62/20
69/13 70/20
become [1] 22/3
been [30] 4/6 4/8 4/24
14/18 15/5 18/9 19/3
19/4 19/14 20/23 23/1
30/25 31/11 31/21
31/23 37/17 39/8 40/12
43/14 46/7 48/15 49/17
50/13 55/3 56/8 57/14
59/11 61/17 63/1 70/6
before [10] 12/3 15/10
17/6 23/7 23/9 32/13
37/11 38/11 53/23 61/2
beginning [2] 21/9
27/16
behalf [9] 1/6 4/3 13/21
40/15 54/13 54/16 55/4
66/16 70/13
behave [1] 63/16
behavior [1] 58/14
being [13] 6/11 12/20
23/6 29/16 35/20 38/19
57/8 58/8 74/13
belabor [2] 44/11
72/23
believe [15] 4/10 4/14
12/17 12/22 14/24
51/6 57/14 63/25 65/19
66/16 70/13
bells [1] 63/6
below [1] 60/21

bench [2] 5/11 37/12
benefit [12] 11/11
18/10 18/15 34/5 34/24
35/14 36/13 36/21 47/14
48/5 48/11 50/8
benefits [12] 14/1 33/5
33/25 37/1 40/25 41/11
42/1 44/5 45/25 50/2
50/4 50/11
BERGER [2] 2/7 3/12
BERTONE [1] 1/5
beside [1] 49/19
Besides [1] 50/15
best [3] 15/20 37/21
59/23
better [9] 5/25 6/2 6/2
15/18 16/7 34/1 39/20
51/20 51/23
Beverly [2] 22/11
22/17
big [4] 15/24 30/21
biggest [1] 5/25
bill [1] 67/12
BIROTTE [1] 1/3
bit [4] 17/20 50/24
55/23 59/12
blown [1] 67/9
blurb [1] 51/6
both [5] 29/6 39/10
55/23 55/23 55/24
bought [9] 24/18 35/5
49/22 52/12 53/14
63/12 63/13 63/24
63/25
brake [1] 12/9
breach [1] 27/5
breaching [11] 14/12
BRENDA [1] 2/18
brief [7] 1/12 26/2
31/14 55/23 58/2 58/3
74/7
briefly [2] 25/17 47/25
briefs [1] 31/15
bring [7] 22/23 22/25
24/16 24/24 51/8 53/7
60/19
bringing [3] 23/1 23/13
49/24
broad [1] 17/16
brought [3] 12/21 23/6
23/7
bulletin [3] 26/3 26/5
26/19
bunch [2] 68/12 70/2
business [2] 1/17
57/20
buy [3] 36/25 51/16
55/6
buyback [15] 12/14
32/11 34/25 39/9 39/14
39/15 39/16 39/23 44/6
44/24 49/21 52/22
52/25 53/3 58/11
buybacks [2] 39/19
49/1

**C**

Cal [1] 64/17
calculate [1] 41/12
CALIFORNIA [12] 1/2
1/21 1/24 2/5 2/17 3/1
15/13 16/19 22/12
22/17 23/4 45/16
Californian [1] 16/21
call [3] 21/13 60/19
67/11
called [1] 32/5
calling [2] 3/4 68/15
came [3] 19/25 20/13
59/23
campaign [1] 59/14
can [55] 6/1 6/14 7/25
16/15 17/6 17/13 17/14
18/1 18/5 23/21 24/16
24/21 24/21 24/22
24/23 27/18 29/13
29/18 38/12 32/25
33/19 33/24 35/16 36/9
36/18 38/4 39/9 39/16
39/21 39/23 40/22 43/4
45/6 45/15 48/16 48/9/1
50/18 51/10 53/12
53/15 53/16 53/19 59/10
53/19 57/24 59/10
60/22 64/10 65/5 67/17
68/3 69/9 69/11 69/22
69/24 73/18
can't [13] 8/24 11/23
12/2 14/25 22/9 39/19
44/3 49/8 58/21 62/17
64/20 64/21 65/24
cannot [3] 11/9 65/8
72/18
capped [1] 17/1
caps [1] 17/17
CAPSTONE [4] 2/3 3/9
30/17 54/5
Capstone Law [2] 3/9
30/17
car [18] 10/19 28/8
31/10 36/3 42/25 45/6
47/17 47/19 60/19
60/22 63/6 63/24 64/8
64/18 64/21 64/23 65/2
65/4
carefully [3] 38/12
39/3 66/12
CARLIE [1] 2/18
cars [13] 32/6 32/10
34/16 41/21 42/8 42/19
42/20 42/21 42/23
42/24 59/15 59/24
case [45] 4/25 5/5 8/14
11/18 11/19 11/25 12/8
12/20 13/4 13/21 14/18
15/12 15/21 18/19 21/6
28/1 30/7 30/18 31/6
32/4 32/19 34/11 34/20
37/22 38/6 38/18 39/20
43/4 43/11 44/15 45/22
45/24 47/7 47/9 49/5
51/21 57/4 58/5 58/6
59/12 61/14 70/8
cases [30] 5/13 10/24

**C**

cases... [28] 11/2 11/12 12/20 13/7 13/10 16/5 16/7 22/7 22/9 22/21 22/23 22/25 23/2 31/5 31/13 31/16 35/16 35/17 36/3 38/11 41/1 41/2 47/1 50/7 59/1 59/20 62/7 70/6
cash [28] 5/20 7/14 7/16 7/18 7/23 9/4 9/17 10/17 17/9 17/10 24/8 24/10 33/6 34/2 34/14 34/17 39/12 39/13 39/15 42/7 42/16 42/17 42/22 43/5 47/12 48/23 49/23 61/23
catalyst [2] 56/11 57/24
categories [1] 5/20
categorize [1] 33/5
category [2] 49/9 55/17
cause [11] 4/13 16/18 16/24 27/22 28/2 38/23 59/9 62/19 65/18 65/20 68/5
causes [7] 16/17 16/25 18/22 24/12 24/24 25/1 49/18
caution [1] 10/9
CCRR [1] 1/23
CENTRAL [2] 1/2 31/11
Central District [1] 31/11
CENTURY [2] 2/5 2/16
certain [4] 39/11 45/9 45/10 67/20
certainly [6] 9/24 20/15 21/2 21/5 59/6 67/17
CERTIFICATE [1] 75/1
certificates [1] 34/17
certification [3] 46/8 46/13 73/7
certify [1] 75/3
cetera [1] 59/25
challenge [1] 66/17
challenging [1] 41/15
chance [3] 4/9 39/25 72/15
chances [2] 15/22 15/23
characteristics [2] 12/6 26/6
check [1] 59/1
cherry [2] 41/25 43/21
cherry-picked [2] 41/25 43/21
CHIA [3] 1/23 75/14 75/15
chips [1] 25/16
chomping [1] 55/22
Churchill [1] 3/14
Circuit [3] 41/3 41/4 60/5
cite [1] 11/1
cited [1] 47/2
CITIZEN [3] 2/23 3/24

31/4
46/24 46/7
Civic [1] 15/8
civil [4] 24/22 45/14 45/16 45/18
claim [22] 9/21 16/21 18/6 22/11 22/17 24/13 25/7 27/1 28/10 33/2 37/25 38/3 42/15 43/14 47/8 49/5 50/5 50/8 51/11 52/11 53/8 59/3
claiming [1] 33/25
claims [62] 9/11 9/14 9/15 11/6 11/15 13/2 13/24 14/5 14/21 15/5 17/16 17/19 18/16 18/18 18/20 19/12 19/13 22/6 22/11 23/5 23/14 23/18 23/19 24/4 24/11 24/14 24/14 24/15 24/15 24/17 24/24 35/17 36/5 41/6 41/9 41/10 41/11 44/9 44/9 44/17 44/18 45/9 46/22 48/4 48/7 48/25 49/1 49/18 50/17 51/2 51/6 51/8 51/12 51/13 51/25 52/9 57/18 58/13 58/17 58/19 59/2 59/11 58/19
claims-made [2] 9/14 58/19
clarification [1] 72/24
class [77]
clear [2] 20/18 66/10
clearly [4] 18/23 32/16 54/17 60/5
client [11] 4/21 29/11 66/16 67/12 67/24 71/12 71/16 71/19 72/2 72/9 72/15
client's [6] 67/11 67/16 67/18 68/24 69/15
clients [11] 28/3 29/19 29/21 43/19 52/17 55/5 55/18 63/9 63/11 66/13 67/5
close [1] 61/14
CLRA [1] 43/14
clutch [4] 48/19 48/21 61/12 61/20
cmjui.csr [1] 1/25
co [1] 3/13
co-counsel [1] 3/13
Code [1] 75/4
coincide [1] 73/19
colleague [1] 30/22
collecting [1] 54/25
come [11] 6/9 8/2 15/19 27/11 55/4 55/13 61/14 65/12 68/12 71/9 73/22
comes [4] 10/15 21/19 21/21 62/17
coming [3] 6/3 12/4 64/2 65/8 70/2 70/9 72/17
common [1] 38/1
COMPANY [3] 1/10 3/5 3/16
compare [3] 18/5

40/24 45/7
compared [2] 6/19 21/10
compelling [1] 20/1
compensate [1] 49/24
compensating [1] 49/14
complain [1] 63/11
complained [1] 32/5
complaining [1] 26/16
complaint [9] 8/18 12/23 16/25 18/23 19/1 19/11 25/2 27/7 43/12
complaints [1] 26/22
complete [2] 5/12 42/11
completely [1] 37/7
complicated [1] 74/3
complying [1] 29/16
compromise [1] 21/21
computer [1] 60/20
computers [1] 61/19
conceal [2] 12/2 58/8
concealment [1] 19/4
concede [1] 48/3
conceivable [1] 37/16
concern [1] 34/11
concerned [1] 16/5 35/4 35/7
concerns [1] 34/11
concluded [2] 50/10 74/21
condition [1] 65/3
conduct [1] 11/17
Conference [1] 75/8
conferred [2] 34/4 35/14
conferring [1] 70/24
confidence [1] 34/4
confidentiality [1] 14/9 14/13 15/1 22/10
confirmation [2] 68/1 68/19
conflict [4] 10/15 15/24 47/10 47/18
conformance [1] 75/7
confusion [2] 20/16 20/22
Conn [5] 4/15 4/18 4/19 4/20 20/19
Connecticut [2] 44/18 44/19
Connelly [1] 63/4
consider [1] 6/18
consideration [2] 11/10 11/14
considered [2] 5/7 72/3
consists [1] 10/13
consult [1] 72/15
consumer [1] 17/25 18/19 19/12 22/20 22/20 24/14 24/14 45/6 59/3
consumers [7] 26/4 52/19 61/5 61/15 61/18 61/22 70/20
contact [1] 74/5
contained [1] 15/1
continue [2] 8/21 34/6

contrast [1] 60/16
contributed [1] 33/12
controversy [1] 21/4
convenience [1] 58/10
corners [1] 57/9
corralling [1] 66/24
correct [8] 4/18 4/20 48/9 69/1 69/3 69/4 73/4 75/5
correctly [1] 8/11 32/14 65/21
cost [3] 18/4 51/15 61/9
costs [9] 4/6 11/1 43/9 43/16 43/18 43/23 43/25 49/21 59/8
could [32] 5/24 14/11 15/18 15/19 16/15 17/12 17/23 22/13 22/13 24/5 25/7 25/10 28/13 28/15 31/23 34/10 34/11 34/19 38/4 38/21 39/4 39/8 39/19 39/24 41/10 49/6 49/10 51/11 51/24 53/20 61/2 66/18
couldn't [4] 17/23 21/7 24/19 71/10
counsel [13] 2/1 3/6 3/13 10/7 12/19 14/7 15/19 26/25 29/1 30/18 33/9 38/19 71/16
count [2] 11/9 60/6
countless [1] 63/18
country [2] 22/19 23/6
counts [2] 27/12 27/13
couple [3] 8/22 21/20 48/1
course [5] 21/22 27/24 37/10 45/15 59/10
court [53] 1/1 1/23 5/4 5/16 6/10 6/18 6/21 10/9 13/8 13/9 13/25 14/6 14/11 14/16 15/3 15/13 16/13 16/15 17/14 18/1 18/7 20/15 31/24 38/23 40/4 40/11 40/20 41/4 41/5 41/8 41/13 41/16 44/4 44/14 46/19 55/10 57/6 57/8 62/19 62/21 65/12 65/19 66/2 67/14 72/3 72/17 72/25 73/1 73/10 74/8 74/11 74/19 74/20
court reporter [1] 62/21
Court's [3] 35/1 36/17 70/1
courtroom [1] 55/12
courts [2] 10/23 50/9
cover [1] 37/21
covered [4] 43/23 47/5 48/15 56/1
craft [1] 38/19
crafted [2] 38/10 49/12
crafting [1] 30/19
created [3] 35/12 43/3 45/25
creates [1] 47/18
cross [1] 19/8 19/13

67/6
cross-jurisdictional [2] 19/8 19/13
CSR [2] 1/23 75/15
cure [1] 25/10
current [2] 10/3 25/25
currently [5] 7/13 9/3 9/9 9/18 71/13
cursive [2] 55/18 67/25
Cusick [1] 8/23
customer [1] 31/19
customers [1] 60/14
CV [2] 1/9 3/4

**D**

D.C [2] 2/25 6/9
damages [11] 9/4 15/19 16/22 24/20 24/21 34/21 40/22 41/10 43/17 45/11 45/12
data [3] 15/17 42/10 42/10
date [10] 38/11 67/11 68/6 69/17 69/20 73/14 73/16 73/21 73/25 75/10
dates [1] 42/11
DAVID [3] 2/20 4/2 25/22
Dawn [1] 63/4
day [1] 64/22
days [5] 51/11 52/3 52/12 53/17 73/19
dead [1] 28/1
deadline [9] 66/9 66/25 67/9 68/23 68/25 69/13 70/20 72/5 72/10
deal [11] 15/11 17/25 23/23 55/14 62/12 66/3 68/3 71/8 72/19 72/21 73/10
dealers [1] 34/15
dealership [4] 26/21 27/6 27/9 63/12
dealerships [3] 26/4 26/18 32/6
dealing [1] 57/5
dealt [1] 24/11
deception [1] 58/7
decide [1] 27/25
decided [1] 55/8
decides [1] 61/3
decision [6] 51/10 53/16 54/23 57/21 60/4 60/5
declaration [6] 4/15 7/9 7/11 8/7 20/8 20/19 28/4 33/8
declarations [1] 8/23
declared [1] 55/6
dedicated [1] 9/12
deducted [1] 39/15
deemed [3] 69/18 73/17 73/24
deeply [1] 21/24
default [2] 36/16 36/19
defect [14] 8/18 8/21 10/24 11/16 11/18 11/19 11/23 12/2 12/2

**D**

defect... [5] 13/7 13/10 19/4 37/18 37/22
defective [3] 9/5 23/24 24/18
DEFENDANT [2] 1/11 2/10
defendant's [1] 11/17
defendants [1] 31/14
defense [2] 33/9 38/19
deficiencies [1] 73/24
deficit [3] 26/1 29/22 61/23
definitely [3] 26/1 28/2 28/2
delivered [1] 27/6
denied [1] 46/13
deny [1] 50/11
denying [1] 27/16
designated [1] 55/3
desperately [1] 18/2
detail [1] 45/21
details [1] 39/13
determine [1] 49/8
dichotomy [1] 46/19
did [19] 11/7 33/2 35/11 36/2 37/4 37/21 38/15 39/2 47/15 50/25 57/20 58/25 59/21 64/5 64/6 67/16 70/18 71/15 71/20
didn't [15] 8/15 17/24 18/15 20/11 23/8 43/19 47/10 49/4 59/2 64/11 64/13 66/12 69/5 70/7 70/8
difference [3] 56/14 56/18 59/15
different [9] 11/13 11/17 12/8 16/24 46/6 46/9 58/5 62/15 72/5
differently [2] 47/11 47/16
difficult [2] 41/12 50/13
diminished [2] 12/12 20/2
diminution [4] 50/6 50/11 50/14 50/18
dip [1] 17/11
direct [2] 32/25 56/8
directly [1] 17/25 52/24
disagree [1] 32/21
disapproved [1] 47/20
disclose [1] 13/9
disconnect [1] 58/9
discount [2] 21/18 40/23
discounted [3] 6/20 14/2 21/11
discounting [1] 21/24
discourage [1] 54/21
discouraged [1] 12/4
discouraging [1] 54/8
discovered [1] 46/4
discovery [7] 7/12 12/19 14/8 17/2 46/3 46/4 59/17
discuss [3] 4/5 36/15

65/11
discussing [1] 61/21
discussion [1] 36/10
disgorging [1] 58/16
dismissed [1] 56/25
disprove [1] 33/1
dispute [2] 21/3 56/10
disputed [1] 41/9
dissuade [1] 60/14
distinction [2] 33/15 56/24
distributed [1] 58/21
DISTRICT [5] 1/1 1/2 1/3 31/11 67/14
divide [1] 15/4
DIVISION [1] 1/2
do [69] 6/7 6/8 7/4 8/2 8/2 8/13 17/8 17/17 13/22 14/22 15/18 15/20 15/22 17/8 17/13 18/2 18/7 18/16 18/18 21/6 23/23 26/18 27/2 28/10 29/6 29/13 30/14 34/10 36/11 36/13 38/14 39/25 41/8 41/13 47/13 47/23 48/6 49/1 51/9 51/20 53/19 53/19 53/23 54/7 56/10 56/14 56/18 56/20 56/22 57/14 58/13 58/25 59/9 59/12 62/18 63/15 64/10 65/1 65/19 66/2 66/20 67/9 67/10 69/5 70/8 70/9 71/6 71/22 71/24
Docket [1] 4/11
document [1] 69/2
documented [1] 28/11
documents [4] 4/10 5/16 55/17 74/10
DocuSign [2] 29/13 67/20
does [15] 5/4 5/17 6/11 13/16 14/15 19/18 27/18 28/10 37/18 50/4 50/10 57/6 64/1 74/2 74/4
doesn't [20] 8/25 9/1 9/24 9/25 11/5 14/20 15/15 20/20 25/6 28/1 28/19 28/23 29/12 29/13 29/13 45/8 58/22 60/6 61/20 61/25
dog [1] 49/7
doing [2] 20/13 60/6
dollar [2] 14/19 63/5
dollars [3] 51/1 61/11 61/12
don't [63] 6/23 6/24 6/25 8/20 8/20 10/3 10/6 10/19 12/13 12/14 17/10 17/12 18/24 19/18 19/19 20/6 21/1 24/8 26/20 27/9 33/4 33/22 35/21 36/18 38/3 39/13 42/7 42/25 44/11 45/5 46/10 46/12 47/9 49/8 52/23 53/3 53/4 55/25 56/13 56/15 56/17 56/19 57/12

57/23 59/3 60/21 61/23 62/2 64/20 65/1 65/5 66/20 67/2 67/12 69/13 69/14 69/14 69/16 69/19 70/5 70/25 72/23 73/15
done [7] 23/10 41/3 44/22 46/3 57/10 57/23 62/5
dot [1] 67/5
double [3] 16/22 17/11 45/10
doubt [4] 32/1 33/7 40/2 57/13
down [4] 9/16 21/21 23/12 26/22
downplayed [1] 34/1
drawn [1] 33/15
drive [3] 45/5 63/9 64/21
driving [3] 12/6 26/10 60/22
dropped [1] 64/18
drove [1] 64/23
Due [1] 71/14
during [3] 26/13 52/1 72/22
DYKEMA [2] 2/11 3/16

**E**

E-signature [4] 68/1 68/2 68/17 69/19
E-signatures [5] 55/20 67/20 67/21
each [4] 7/22 14/9 54/22 59/4
earlier [3] 33/3 36/10 71/11
easier [4] 51/8 52/8 53/19 68/14
EAST [2] 2/5 2/16
easy [4] 28/25 29/21 45/19 68/18
ECF [1] 7/10
ECF 170-1 [1] 7/10
EDUARDO [2] 2/14 3/20
effect [1] 33/8
effort [1] 32/8
efforts [3] 16/2 20/24 39/4
eight [2] 8/25 61/24
Eisen [1] 41/7
either [3] 39/8 45/17 69/21
element [1] 34/21
eligibility [2] 7/23 10/2
eligible [2] 7/14 7/17 7/19 8/4 9/3 9/9 9/18 9/20 17/14 20/4 22/3 47/16
Elliot [3] 4/15 4/19 20/19
Elliot Conn [3] 4/15 4/19 20/19
eloquent [1] 19/25
else [6] 25/14 47/19 60/9 71/8 72/21 74/17
embarrassment [1] 63/9

EMMA [2] 2/20 4/2
Emma Robison [1] 4/2
emphasis [1] 37/6
emphasize [2] 49/11 52/5
emphatic [1] 56/6
end [3] 17/24 23/15 62/10
endeavor [1] 41/17
ended [1] 38/19
endorse [1] 9/3
engage [1] 40/21
engaged [2] 12/1 66/3
enjoy [1] 25/3
enough [11] 15/16 25/12 38/3 53/14 53/14 54/4 60/7 60/23 61/3 66/12 67/6
enrichment [2] 24/15 58/17
entire [3] 35/19 61/6 61/6
entirely [1] 42/11
entitled [8] 48/20 48/23 49/22 50/2 52/12 52/14 52/15 75/6
equal [1] 19/18
equals [1] 19/16
equation [1] 6/21
Eric [1] 37/9
Eric Green [1] 37/9
essentially [5] 26/17 34/14 36/21 49/23 51/9
establish [2] 37/19 72/12
established [1] 43/17
estate [1] 63/7
estimate [2] 13/3 14/4
estimates [1] 59/24
et [1] 59/25
et cetera [1] 59/25
eve [1] 38/18
even [17] 10/1 15/23 16/19 17/4 21/23 23/14 34/17 36/17 43/19 53/3 61/25 64/14 64/15 64/24 67/12 68/22 68/25
evening [2] 4/11 72/14
ever [3] 28/20 37/7 49/8
every [5] 12/11 31/10 37/16 47/19 59/9
everybody [1] 56/3 57/2 58/5
everyone [1] 4/4
evidence [2] 67/2 68/6
evident [1] 67/21
exact [3] 40/21 40/23 44/17
exactly [1] 57/24
example [2] 46/9 69/14
exceeds [1] 31/9
except [1] 47/7
exception [2] 24/2 24/2
exceptional [3] 31/8 34/23 34/24
exchange [2] 11/6 17/19

exclude [1] 4/16
excluded [2] 38/12 39/1
excusable [4] 30/10 66/19 71/14 72/12
exercise [2] 40/21 41/12
exhibit [4] 43/20 44/25 68/16 68/16
Exhibit 8 [1] 43/20
expanded [2] 36/2 36/8
expect [3] 13/16 13/18 72/25
expenses [1] 73/3
experience [1] 64/8
experienced [2] 20/2 48/19 49/13 50/5
experiencing [1] 8/19
expert [1] 7/12
expired [1] 35/8
expires [1] 61/11
explain [2] 6/10 24/17
explained [2] 14/8 46/11
exposure [8] 14/14 16/4 23/11 23/12 57/16 57/20 57/21 58/23
express [1] 64/7
expressing [1] 65/8
extended [36] 10/25 11/5 11/9 11/12 11/14 11/19 18/11 31/16 31/19 31/20 32/15 33/20 39/21 43/6 43/14 43/15 46/24 47/4 47/5 48/11 48/12 50/9 56/2 56/7 56/12 57/2 57/15 57/25 58/6 59/7 59/20 59/21 59/23 61/10 63/12 70/20
extends [1] 60/25
extensions [1] 31/25
extent [5] 48/14 48/17 48/22 48/25 55/2
extinguish [1] 35/17 36/3
extinguished [1] 36/5
extra [1] 63/13
extremely [2] 22/4 35/23

**F**

Facebook [1] 41/4
faced [1] 57/15
facing [1] 14/14
fact [19] 4/21 14/24 20/3 27/25 33/8 33/13 35/19 35/24 37/1 38/15 38/16 39/2 42/17 47/16 50/10 50/13 51/6 59/16 65/2
factor [5] 6/17 21/12 21/14 32/20 56/11
factors [2] 21/13 21/19 21/20
facts [1] 44/15
fail [1] 59/24
failures [1] 43/9
fair [11] 5/6 5/14 6/11

**F**

fair... [8] 13/17 25/12 28/23 31/7 40/3 54/4 60/7 67/6
fairness [4] 25/11 33/18 38/7 66/15
fait [1] 45/22
fall [1] 5/19
familiar [1] 35/1
far [3] 11/3 55/8 64/10
faster [1] 17/20
FCCR [1] 1/23
feature [1] 47/17
FEDERAL [1] 1/23
fee [1] 35/20
feel [3] 26/9 62/18 66/2
fees [9] 4/6 5/22 17/1 17/17 24/23 52/15 52/16 54/25 73/2
Felix [1] 28/4
few [7] 24/3 24/4 30/20 42/6 42/16 63/12 73/19 70/9
fewer [2] 10/3 16/17
fight [1] 23/14
figure [8] 8/3 39/5 64/9 69/23 70/1 72/18 73/14 73/18
figures [2] 14/12 41/18
file [3] 25/7 70/19 72/18
filed [5] 12/19 20/10 38/11 56/23 57/12
filing [3] 4/11 70/19 74/7
filings [1] 62/13
fill [2] 5/19 53/15
filling [1] 52/9
final [10] 4/7 4/9 5/3 10/12 20/6 33/18 73/2 73/6 73/10 74/12
finally [2] 19/15 36/20
find [4] 15/6 19/25 20/15 40/11
finding [1] 40/21
findings [1] 41/5
fine [7] 11/3 44/25 63/15 63/16 67/15 69/9 71/5
finish [1] 55/9
firm [3] 70/12 71/15 71/20
firm's [1] 55/9
firms [1] 66/6
first [12] 1/24 5/16 7/7 11/4 23/21 29/9 59/7 61/4 31/9 45/17 48/2 48/10 51/4
fit [2] 36/11 49/9
five [5] 3/6 6/13 15/23 19/12 31/11 53/1
fix [1] 65/9 72/14
fixed [3] 11/24 12/3 34/16
fixes [1] 11/20
flame [1] 61/25
fly [1] 68/11

focus [5] 28/5 33/5 40/10 49/14 63/5
focused [1] 15/12
folks [8] 14/22 17/12 18/12 23/16 23/17 41/20 59/18 70/2
font [2] 55/18 67/25
FORD [58] 1/10 3/5 3/16 7/13 9/12 11/7 12/1 12/7 13/5 13/8 13/19 14/8 14/14 14/17 16/25 16/24 17/22 18/3 22/8 23/10 24/18 26/3 26/17 27/15 28/5 28/25 31/21 35/6 50/20 36/23 36/24 45/21 46/4 46/9 50/21 52/9 52/15 52/15 57/14 58/14 57/18 58/2 59/18 60/2 60/13 61/3 63/1 63/5 63/12 63/23 64/1 64/17 65/2 67/10 70/9
Ford Focus [1] 28/5
Ford's [6] 19/3 19/5 26/5 58/13 66/8 71/16
foregoing [1] 75/4
form [5] 51/10 52/10 22/5 52/8 58/12
format [1] 75/7
former [25] 9/25 10/5 10/6 10/14 10/15 23/19 23/22 24/4 24/16 24/23 25/25 36/13 47/5 47/7 47/10 48/2 48/4 48/6 48/8 48/11 48/14 48/17 49/2 49/4 49/9
forms [3] 9/22 70/4 71/20
forward [1] 62/23
found [2] 7/7 26/22
four [7] 5/19 5/25 6/13 52/5 52/25 57/9 61/2
frankly [4] 19/24 38/8
fraud [10] 12/18 12/21 12/22 18/19 18/22 23/15 23/15 24/11 25/15 26/11 24/14 45/10 45/23 58/7
fraudulent [2] 12/2 58/8
free [3] 11/21 31/17 48/7
Friday [7] 4/10 20/9 38/15 38/20 62/13 62/14 77/24
front [1] 17/24
frustrated [1] 27/16
frustrating [1] 63/9
frustration [2] 20/3 28/7
full [2] 65/9 72/14
function [1] 65/22
fund [3] 9/12 58/15 58/20
fundamental [1] 68/20
further [3] 32/13 39/4 74/3
futile [1] 63/19
future [3] 10/1 22/3 24/7

**G**

GAIL [1] 2/19
gains [1] 58/17
gave [1] 62/6
general [6] 25/8 30/6 39/12 39/13 47/4 54/24
generalize [1] 5/18
generally [1] 59/9
generous [1] 22/20
get [91]
getting [12] 11/13 16/7 26/13 26/14 26/14 43/8 51/23 58/9 58/11
given [9] 7/2 15/14 18/3 23/17 40/12 42/15 44/15 68/22 68/24
gives [1] 21/24
giving [5] 17/18 22/5 22/5 52/8 58/12
global [1] 36/4
gmail.com [1] 1/25
go [15] 4/22 9/19 17/5 18/7 18/14 22/12 24/5 26/24 34/6 34/15 36/16 40/18 45/17 53/12
God [1] 71/6
goes [4] 11/3 22/14
going [60] 4/24 5/16 5/18 6/4 7/17 8/13 9/21 10/20 13/25 15/18 15/24 16/2 16/13 16/14 16/16 17/4 17/9 17/14 18/11 20/16 20/18 20/24 21/2 22/25 23/13 23/15 24/1 25/15 26/11 26/12 26/16 30/3 30/22 36/2 36/15 36/23 36/24 36/25 44/6 44/14 51/5 51/15 52/13 55/9 55/12 58/20 61/4 61/13 68/10 70/25 71/6 72/17 73/10 652 67/10 72/16
gone [5] 12/10 15/6 43/16 45/24 59/4
GONZALEZ [2] 2/14 3/20
good [23] 3/8 3/11 3/14 3/15 3/17 3/18 3/21 3/22 3/25 4/1 4/4 9/24 9/25 14/13 15/7 30/14 30/16 37/1 38/1 46/1 652 67/10
GORBERG [4] 2/20 4/2 25/22 43/22
GOSSETT [1] 2/11
got [11] 7/9 12/9 15/15 21/25 22/24 28/7 34/22 48/11 63/6 64/3 72/13
gotten [6] 15/13 20/5 34/20 52/3 53/6 58/17
government [1] 12/21
grant [1] 5/3
granted [2] 18/15
grants [2] 73/7 73/7
great [1] 32/16
greater [1] 45/21
greatly [1] 62/4
Green [1] 37/9
group [10] 2/23 3/24 68/15 68/16 68/16 8/17 68/20 69/1 72/4 72/4
Group A [1] 72/4
Group E [1] 72/4
grouped [1] 62/15
groups [1] 73/13
guarantee [1] 53/18
guess [6] 39/17 49/11 52/5 57/5 62/6 69/12
guy [1] 64/19

**H**

had [44] 4/9 7/24 8/8 15/13 22/16 22/19 23/9 23/17 26/19 29/8 36/7 29/5 29/19 34/18 36/7 37/3 37/4 37/11 38/13 42/24 43/6 43/17 43/19 46/8 46/15 48/22 49/15 49/21 50/1 50/16 52/25 53/8 53/10 53/13 56/5 57/19 57/19 57/22 59/18 62/14 64/15 64/19 66/13 72/14
hadn't [1] 34/20
Hanlon [1] 21/12
happen [2] 21/2 65/9
happened [2] 30/7 64/16
happening [2] 58/16 64/15
happily [1] 28/20
hard [2] 34/8 38/15
hardware [3] 7/22 8/9 10/4
has [35] 4/6 4/24 7/24 11/21 12/11 13/5 13/6 16/4 18/9 19/11 23/1 23/10 27/8 27/14 28/9 28/15 28/17 31/11 40/12 46/4 50/13 50/22 53/6 53/3 53/16 56/20 56/22 57/14 63/23 65/2 65/3 67/25 68/23 69/5 70/12
hasn't [3] 9/12 30/25 58/14
have [172]
have -- [1] 67/2
haven't [10] 7/2 10/8 20/21 42/24 43/2 46/3 55/7 56/1 64/19 72/14
having [6] 9/4 23/15 34/15 58/19 60/14 71/3
he [19] 14/8 20/20 28/5 28/6 28/7 28/9 28/10 64/21 71/16 71/19 71/24 72/1
hear [6] 5/2 19/16 20/16 62/21 64/22 69/13
heard [16] 6/7 10/8 25/15 30/2 30/13 32/4 32/14 34/7 34/22 39/7 44/11 47/23 48/10 55/23 62/6 71/11
hearing [4] 38/18 65/16 68/10 72/19
hearings [1] 25/11
heavily [1] 21/12
HEBERLING [1] 1/6
held [3] 52/14 52/14 75/6
help [2] 22/13 74/2
helping [1] 61/15
her [3] 53/15 72/9 72/12
here [59] 3/13 4/3 4/18 4/19 4/21 5/23 8/16 9/12 11/4 11/10 11/13 11/18 11/23 12/11 12/18 12/23 16/12 16/25 20/22 21/23 22/15 24/8 24/20 27/13 31/7 31/9 31/17 34/4 35/24 39/21 44/20 45/20 46/2 46/20 49/8 53/6 54/1 54/1 55/13 57/5 58/5 58/9 58/15 60/1 62/6 62/25 63/19 64/2 64/7 64/9 64/19 71/3 71/6 72/16 74/1 73/25 66/8 68/12 30/10
himself [1] 54/23
hindrance [1] 61/5
hire [1] 28/19
his [4] 4/21 53/14 53/15 56/6
hold [2] 55/12 61/25
home [1] 63/17
Honda [1] 63/17
Honda Civic [1] 15/8
honest [1] 57/8
Honor [35] 3/8 3/15 3/18 3/22 4/1 4/20 6/8 25/17 30/5 30/14 30/18 31/7 31/18 32/2 33/19 34/6 34/5 35/12 35/20 36/4 36/14 37/5 39/17 40/1 41/2 47/22 47/25 54/3 54/20 69/9 70/12 71/11 72/23 74/5 74/15

**H**

HONORABLE [1] 1/3
hook [2] 60/20 62/1
hope [4] 64/1 64/1
73/13 73/18
hour [1] 72/22
hours [2] 63/18 68/12
how [22] 7/4 10/3 10/6
13/5 13/16 15/14 17/12
22/8 23/23 42/6 42/7
42/13 51/5 53/18 55/12
57/6 59/24 65/9 68/11
73/9 74/1 74/4
huge [4] 25/24 35/14
60/16 61/22
hundred [1] 45/25
Hybrid [1] 15/8
hyperbolic [1] 42/6

**I**

idea [7] 15/7 40/20
41/8 45/4 45/22 50/20
64/15
identified [1] 54/11
identify [1] 33/4
III [1] 58/17
ill-gotten [1] 58/17
important [9] 6/17
15/17 36/14 43/10
43/25 46/16 60/18 61/9
65/19
imposed [1] 11/8
impossible [2] 41/7
41/13
improve [1] 46/5
inadequate [1] 44/19
inadvertence [1] 30/7
inapposite [1] 11/4
inclined [1] 10/11
include [2] 61/20 73/21
including [1] 12/20
inconsistencies [1]
29/3
inconvenience [4]
12/13 32/8 34/15 49/24
incorporated [1] 74/13
increase [1] 51/12
incredible [1] 65/4
indicating [1] 69/2
74/8
indication [1] 67/25
individual [22] 13/6
13/10 13/20 14/10
14/12 14/21 15/1 15/5
15/12 15/15 16/4 18/4
22/6 22/7 23/5 23/13
24/17 27/1 28/10 54/22
55/13 57/17
individually [1] 1/6
individuals [4] 1/7
22/23 53/25 66/24
ineffective [1] 20/25
inform [1] 15/3
information [15] 6/24

7/2 7/4 7/8 10/10 10/13
13/5 14/3 14/6 40/15
42/7 50/21 50/25 51/1
69/19
informed [1] 54/23
initial [1] 40/2
inner [1] 25/24
innovative [1] 34/25
instituted [2] 33/14
34/25
instructed [1] 41/4
intend [1] 74/1
intent [1] 68/5
intention [1] 70/19
interest [1] 62/9
interested [2] 2/14
3/19
interests [1] 54/25
interrupt [2] 23/21
28/14
intra [3] 10/14 47/10
intra-class [3] 10/14
47/10 47/18
Invalid [3] 55/3 72/2
73/16
involve [1] 59/2
involved [3] 30/19 66/6
66/19
involves [1] 39/20
involving [6] 41/11
40/24 41/9 41/10 41/11
41/15
is [256]
is 2017 [1] 60/4
isn't [4] 21/16 28/18
53/2 69/22
issue [22] 4/22 5/6
18/9 25/23 30/11 35/17
35/24 38/23 38/24
54/10 54/12 59/5 62/10
62/12 62/19 65/20
67/14 67/19 68/21
70/11 73/9 74/11
issued [2] 26/3 26/3
issues [16] 4/24 8/13
24/17 40/12 58/5
59/11 65/21
it [154]
it's [70] 7/16 9/13 9/18
9/20 10/22 11/3 11/10
12/23 13/3 13/22 15/17
15/17 15/23 16/20 19/7
19/9 21/9 21/21 21/22
21/22 25/19 27/7 27/7
28/1 29/12 29/15 30/10
31/8 34/20 34/23 34/23
35/9 35/15 35/6 36/16
46/18 46/21 45/22 46/16
46/18 46/21 54/14 56/3
57/9 58/14 60/18 60/21
61/9 61/11 61/11 61/17
61/17 63/9 63/15 63/16
63/16 63/18 65/3 65/4
65/4 65/19 65/22 66/21
67/1 67/21 67/25 68/2
69/5 70/6 70/8

is [3] 11/7 52/15 74/19
itself [1] 60/17

**J**

JOHN [3] 2/17 3/16
54/16
John Thomas [1] 3/16
JORDAN [3] 2/3 3/9
30/17
Jordan Lurie [2] 3/9
30/17
JR [1] 1/3
JUDGE [5] 1/3 15/10
37/11 55/25 65/14
Judge Morrow [1]
37/11
Judge Phillips [1]
15/10
judgment [4] 15/6
40/11 54/24 73/6
Judicial [1] 75/8
JUI [3] 1/23 75/14
75/15
jump [1] 32/13
jurisdictional [2] 19/8
19/13
just [54] 7/25 10/17
12/16 12/23 14/16
14/17 16/1 18/8 20/12
21/8 23/5 23/22 23/22
25/15 25/17 25/17
27/19 28/22 29/19
30/20 31/3 31/7 33/23
35/1 36/16 36/20 37/6
41/12 47/2 47/25 52/5
53/23 54/14 55/16 56/1
59/5 60/11 60/22 62/20
63/18 63/25 64/7 67/3
67/7 68/12 68/18 69/11
69/22 74/19 74/11
73/23 74/1 74/7

**K**

keeps [1] 43/11
kept [1] 28/6
kind [5] 14/14 16/23
24/17 40/12 58/5
kinds [4] 18/20 22/11
59/11 65/21
KIRKPATRICK [22]
2/24 3/23 6/5 6/6 25/13
25/25 28/22 36/10 39/7
40/18 41/16 41/25
43/10 44/13 45/14
46/17 49/19 51/13 53/7
55/22 60/8 60/12
Kirkpatrick's [3] 25/16
43/19 50/20
knew [6] 12/3 20/24
24/18 59/18 63/22 71/9
know [37] 6/24 6/25
7/4 7/16 8/13 9/14 9/23
10/3 10/5 10/6 16/2
17/12 17/13 19/18
19/19 21/1 22/1 22/25

knowing [1] 58/20
known [2] 8/18 63/23
knows [1] 68/11
Koby [1] 60/4

**L**

lack [1] 5/25
laid [1] 5/25
Land [1] 63/21
Land Rover [1] 63/21
Lane [1] 41/3
lapsed [1] 61/1
largest [2] 40/8 40/9
last [6] 7/6 8/20 8/23
20/9 25/4 31/11
late [4] 4/10 20/9 38/20
48/18
later [1] 16/3
law [52] 2/3 2/3 2/4 2/4
2/8 2/12 2/19 2/24 24/4
3/16 16/18 16/19 16/21
17/17 18/14 19/16 20/2
19/12 24/4 24/12 24/13
27/2 27/15 30/17 33/24
35/13 35/17 35/18
35/24 36/2 36/5 36/18
38/11 39/20 44/9 44/16
44/18 44/19 45/16
46/22 47/13 48/25 51/2
51/6 51/12 51/13 52/17
53/4 53/8 53/11 58/11
66/6 70/12
laws [7] 22/20 27/5
44/25 45/4 52/20 53/5
53/9
lawsuit [4] 66/23 56/25
57/1 57/24
lawsuits [1] 57/22
lawyer [4] 65/23 65/25
66/15 66/21 66/22 67/5
67/7 67/15 68/1 68/4
68/12 69/14 70/6 70/25
72/16
lawyer's [1] 67/3
lawyers [27] 16/6 21/6
22/9 22/16 22/19
30/1 36/7 52/17 55/13
57/7 59/9 62/24 65/10
66/5 66/21 66/22 67/5
66/23 68/15 71/12
lectern [1] 66/12
left [2] 24/7 26/23
LEGAL [2] 1/15 2/15
lemon [42] 16/18 16/19
17/8 18/14
18/21 22/19 24/4 24/12
24/13 27/2 27/15 31/8
44/25 45/4 46/22 47/13
48/25 51/2 51/6 51/12
51/13 52/16 52/20 53/4
53/5 53/9 53/15

58/11
lemoned [1] 45/6
length [1] 36/15 60/13
less [2] 9/15 9/19 16/6
let [4] 35/1 36/16 39/6
56/19
let's [7] 7/22 13/2
14/16 18/3 32/13 62/12
68/6
letter [5] 54/16 65/22
67/23 67/24 70/7
letters [1] 19/25
liability [1] 58/24
liable [5] 12/14
lied [1] 24/19
life [1] 71/9

like [34] 15/15 16/9
16/19 17/3 20/10 20/13
21/15 22/11 22/13 26/6
28/19 30/20 37/6 44/13
45/2 45/9 45/22 48/2
49/11 50/6 52/5 55/18
55/22 64/21 65/1 67/1
67/20 68/21 69/5 70/8
71/18 71/19 74/4 74/13
likely [1] 71/9
limit [3] 16/2 57/21
60/20
limitation [2] 19/3
36/22
limitations [6] 18/9
18/11 35/8 35/10 52/7
limiting [1] 16/23
line [2] 54/9 55/9
lines [1] 73/25
list [21] 4/22 20/21
33/5 38/17 38/17 38/21
38/22 67/3 71/13 71/17
71/17 71/19 71/23 72/2
72/3 72/5 72/5 72/8
72/9 72/10 74/17
listed [2] 47/19 59/2
listen [2] 27/25 34/12
lists [2] 20/10 20/20
litigated [2] 34/11
34/20
litigating [2] 21/17
43/11
litigation [24] 3/24
6/19 6/20 7/1 13/20
21/11 31/18 32/1 33/10
33/14 33/16 33/21 46/2
46/16 51/20 51/24 52/6
53/20 55/1 56/8 56/10
57/11 57/14 57/15
little [5] 17/20 40/2
47/7 50/24 59/12
living [1] 27/3
loaner [1] 64/23
LOCUST [1] 1/8
long [1] 2/8
longer [3] 39/24 63/24
look [27] 6/2 7/2 7/12
8/22 9/7 17/18 19/11
14/18 15/8 19/1 19/21
19/24 20/19 22/5 23/10
24/18 29/5 29/10 32/25

**L**

look... [9]  33/24 42/9
47/15 55/17 55/22 57/8
62/7 67/1 69/16
looked [1]  20/13
looking [2]  20/12 43/11
looks [2]  15/15 20/10
LOS [5]  1/21 1/24 2/5
2/17 3/1
losing [1]  21/24
loss [1]  24/20
lost [2]  53/6 57/1
lot [17]  4/24 26/19
32/16 35/8 36/10 37/9
39/18 39/24 42/23 43/2
44/5 48/10 56/1 57/19
62/6 63/24 64/13
LOTT [4]  2/18 3/24 4/3
42/3
loud [1]  74/1
lovely [1]  67/13
low [1]  22/4
luck [2]  23/23 24/1
lunch [1]  72/22
LURIE [13]  2/3 3/9
30/13 30/17 32/12 40/5
43/6 44/6 50/8 52/23
56/6 56/22 57/7
Lurie's [1]  57/13
LUTZ [1]  2/18

**M**

ma'am [2]  62/23 65/7
made [13]  9/14 15/11
18/19 19/22 28/25 37/6
40/18 43/24 44/11
44/22 58/19 62/8 63/6
Magnuson [1]  27/5
Magnuson Moss [1]
27/5
main [3]  6/13 21/8
25/23
mainly [2]  26/1 49/12
maintained [1]  36/8
majority [2]  27/4 61/6
make [19]  5/23 6/1 8/1
25/19 28/20 28/23
38/12 39/18 41/5 42/5
53/24 54/22 55/5 55/16
55/19 58/3 62/21 65/2
74/2
makes [6]  11/20 44/14
56/14 56/17 59/15
74/14
making [4]  12/5 51/7
54/23 73/23
manifest [1]  44/20
manufactured [2]  45/5
48/18
manufacturers [1]
53/10
many [20]  9/2 10/3
10/6 17/12 35/9 37/2
37/21 42/8 42/13 42/17
46/14 47/1 48/11 52/7
55/12 59/20 59/24 66/5
66/6 68/11
mass [2]  23/3 57/17
math [2]  13/22 66/3
matter [5]  33/24 45/15

68/18 74/18 75/6
matters [2]  21/14 31/5
maximum [1]  14/2
21/10 40/22
may [23]  5/9 14/18
18/13 22/3 26/20 26/21
26/25 35/8 37/17 39/7
43/16 48/3 48/4 49/3
49/3 56/8 56/23 57/4
59/10 61/14 65/10
66/22 72/13
maybe [11]  5/24 8/11
17/19 20/21 21/15 22/2
52/5 66/3 70/7 71/4
71/21
me [28]  3/9 5/9 5/19
13/12 13/15 22/13
22/17 22/20 23/21
24/19 25/7 32/25 35/1
36/16 39/6 40/7 54/7
56/19 56/23 63/19
65/16 68/9 68/14 68/21
69/1 69/7 71/4 73/19
mean [5]  21/17 28/1
39/16 49/3 66/23
means [3]  7/19 19/19
27/6
mechanism [1]  36/19
mediator [1]  37/10
meet [2]  5/17 6/11
meeting [1]  70/24
meets [1]  31/9
MEI [3]  1/23 75/14
75/15
member [6]  4/16 7/24
12/11 30/8 37/17 54/23
members [22]  10/6
13/22 19/19 20/24 32/3
34/7 34/12 34/18 34/23
35/4 35/7 35/21 37/2
37/21 39/8 39/19 39/22
43/2 43/8 54/14 70/14
73/23
mention [1]  35/19
mentioned [1]  52/23
merit [1]  19/22
merits [1]  45/24
messed [1]  70/4
met [1]  68/6
method [1]  52/8
MICHAEL [2]  2/24 3/23
Michael Kirkpatrick [1]
3/23
MICHELLE [1]  1/5
MICHIGAN [3]  2/13
23/5 70/12
mid [1]  26/3
mid-2012 [1]  26/3
might [12]  5/23 12/8
25/18 49/5 51/7 51/19
51/20 51/22 51/23
51/23 52/3 66/5
miles [7]  42/21 44/21
44/23 45/3 53/1 63/8
65/2
million [20]  7/15 8/3
8/6 8/12 9/10 9/13 9/16
9/16 9/19 12/25 13/22
14/19 22/2 23/11 23/11
31/22 41/21 42/23 56/2

60/23961
millions [1]  28/20
mind [5]  28/18 41/19
56/7 62/17 62/23
minimum [1]  40/10
minute [1]  12/16
misfeasance [1]  19/6
misheard [1]  71/21
misinterpreting [1]
21/16
misrepresentation [2]
18/20 45/10
misrepresentations [2]
12/1 70/22
Miss [7]  8/23 25/20
28/13 29/23 30/3 39/8
55/24 59/13 60/9 62/3
66/18 71/9
Miss Cusick [1]  8/23
Miss Robison [8]
25/20 28/13 29/23 39/8
55/24 59/13 60/9 62/3
66/18 71/9
Miss Santos [3]  30/3
66/18 71/9
missed [2]  68/23 72/10
missing [2]  42/12 72/5
misspoke [1]  72/1
misunderstanding [1]
5/10
model [1]  15/20
moment [3]  7/25 55/11
55/14
moments [1]  30/20
MONDAY [5]  1/19 3/1
7/6 7/7 20/9
monetary [2]  40/25
44/3
money [14]  15/4 16/8
22/12 22/15 22/22
22/16 24/22 32/17
36/22 38/3 39/9 40/12
48/14 59/25
MONTAGUE [2]  2/7
3/12
months [1]  64/19
more [18]  5/16 10/12
10/20 16/5 17/18 17/20
18/21 20/23 24/9 31/17
40/15 42/20 42/22 51/7
58/4 65/11 68/20 74/2
morning [15]  3/8 3/11
3/14 3/15 3/17 3/18
3/21 3/22 3/25 4/1 4/4
30/4 30/15 30/16 74/18
Morrow [1]  37/11
Moss [1]  27/5
most [11]  5/23 6/17
7/17 12/25 21/12 23/25
31/16 36/3 47/6 53/5
53/9
mostly [1]  24/7
motion [12]  4/6 4/7 5/3
30/9 55/5 70/19 70/24
71/7 71/18 71/24 72/18
73/2
motivating [1]  56/11
MOTOR [3]  1/10 3/5
3/16
movant [1]  3/19
move [1]  30/9

moved [3]  31/24 46/8
64/14
moves [2]  17/20 28/20
Mr [2]  6/4 40/6
Mr. [51]  4/18 4/20 4/23
6/5 25/13 25/16 25/25
28/22 30/13 32/12
33/23 36/10 36/12
36/15 39/7 39/12 39/25
40/5 40/18 41/16 41/25
42/2 42/9 42/25 43/6
43/10 43/19 43/22 44/6
44/13 45/14 46/17
47/23 49/19 50/8 50/8
50/20 51/13 52/23 53/7
55/22 56/6 56/22 57/7
57/13 60/8 60/12 62/14
65/21 68/10 71/22
Mr. Conn [2]  4/18 4/20
Mr. Gorberg [1]  43/22
Mr. Kirkpatrick [19]
6/5 25/13 25/25 28/22
36/10 39/7 40/18 41/16
41/25 43/10 44/13
45/14 46/17 49/19
51/13 53/7 55/22 60/8
60/12
Mr. Kirkpatrick's [3]
25/16 43/19 50/20
Mr. Lurie [10]  30/13
32/12 40/5 43/6 44/6
50/8 52/23 56/6 56/22
57/7
Mr. Lurie's [1]  57/13
Mr. Paul [1]  68/10
Mr. Price [1]  42/25
Mr. Stockton [1]  42/9
Mr. Stockton's [1]  42/2
Mr. Thomas [5]  4/23
47/23 62/14 65/21
71/22
Mr. Wu [6]  33/23 36/12
36/15 39/12 39/25 50/8
much [10]  13/5 15/14
18/7 18/7 22/8 26/24
31/17 51/5 51/8 57/6
multiple [6]  17/5 20/3
28/6 32/6 46/15 53/8
my [35]  3/10 4/1 5/1
5/3 5/11 20/20 21/8
24/20 28/18 29/15 38/8
30/22 41/15 42/25 45/9
62/6 62/17 63/4 63/9
63/11 63/24 64/17
64/18 64/21 65/5 65/18
66/3 67/12 71/12 71/20
72/2 72/11 72/15 73/1
73/1
myself [2]  29/5 64/24

**N**

name [3]  4/1 63/3 63/4
named [1]  8/22
namely [1]  34/2
names [2]  6/4 67/3
nationwide [1]  19/5
nature [1]  11/16 37/8
near [1]  66/21
necessarily [2]  30/6
30/11

necessary [1]  27/22
need [21]  6/24 10/10
10/18 17/5 21/12 33/22
33/23 41/5 45/16 45/18
48/1 62/19 65/6 66/2
69/12 69/20 71/8 71/24
72/21 73/15 74/10
needs [6]  6/22 14/3
19/21 29/11 41/8 72/3
neglect [4]  30/10 66/19
71/14 72/12
negotiate [1]  36/1
negotiated [4]  31/19
33/10 39/18 39/23
negotiating [4]  30/19
35/3 37/10 37/23
neighborhood [1]
70/13
never [8]  5/12 10/16
24/9 25/11 29/17 34/19
41/2 57/23
nevertheless [1]  9/4
new [1]  30/24
newly [1]  45/4
next [3]  9/7 62/12
73/19
Nice [1]  3/21
night [4]  7/6 20/9 20/9
38/20
Ninth [1]  41/3 41/4
60/5
Ninth Circuit [3]  41/3
41/4 60/5
no [42]  1/9 4/18 7/23
9/12 11/22 13/3 14/4
14/9 17/1 24/13 25/2
26/22 28/9 28/15 28/17
29/11 32/1 33/7 34/18
36/22 37/7 42/4 42/15
43/8 43/16 43/17 43/24
46/13 46/15 47/22
52/13 52/14 53/18 56/7
57/1 57/2 57/10 58/20
64/15 67/25 72/8 75/15
nobody [4]  43/17
57/22 61/16 63/22
non [7]  6/21 9/13 14/3
21/11 40/25 44/3 58/15
non-monetary [2]
40/25 44/3
non-recovery [3]  6/21
14/3 21/11
non-reverter [1]  9/13
non-revertible [1]
58/15
none [1]  43/22
nonetheless [1]  42/14
normal [2]  12/6 26/6
26/10
normally [2]  73/6 73/6
not [109]
note [4]  20/7 53/24
60/18 61/9
notes [1]  45/9
nothing [14]  10/1
23/20 26/24 27/1 28/7
28/11 30/24 39/4 46/21
47/15 48/8 52/2 59/15
63/20
notice [6]  5/5 27/7

**N**

notice... [4] 38/11 52/8 64/3 66/11
notion [1] 14/24
now [35] 7/18 9/7 9/17 10/7 10/12 11/17 11/25 13/5 14/4 14/7 15/18 16/1 16/9 17/3 19/7 20/6 21/1 22/2 22/24 23/7 23/12 24/1 25/4 26/20 34/9 34/13 35/16 43/15 44/9 45/25 50/20 61/3 64/15 67/13 70/25
number [21] 4/5 4/11 7/20 10/8 13/9 15/3 15/4 15/4 15/24 24/6 20/12 22/3 23/14 24/6 51/12 51/18 61/7
Number 176 [1] 4/11
numbers [3] 20/6 20/11 22/14
numerous [2] 5/8 63/14
NW [1] 2/24

**O**

objected [1] 21/7
objecting [1] 64/6
objection [3] 19/24 30/23 40/4
objections [8] 4/8 4/10 5/8 5/9 5/19 19/22 20/23 42/5
objector [1] 30/6
objector's [1] 42/4
objectors [14] 2/18 3/24 4/3 5/24 6/3 25/15 30/2 30/25 32/15 38/8 40/8 40/15 42/24 53/25
obligation [1] 11/9
observing [1] 54/2
obviously [9] 4/24 5/1 5/6 5/20 40/6 57/7 60/16 62/5 64/3
occurred [2] 33/16 62/13
OCTOBER [3] 1/19 3/1 75/10
off [4] 31/6 51/24 64/18 64/23
offer [1] 34/16
office [1] 3/10
OFFICIAL [1] 1/23
often [2] 24/21 41/7
oftentimes [1] 44/20
oh [1] 29/10
okay [10] 10/22 15/25 25/7 30/12 40/17 54/6 61/3 72/7 73/13 74/15
older [1] 26/19
Oliver [1] 4/16
OLIVANT [1] 2/18
OMAR [2] 1/5 3/4
once [3] 5/17 15/3 62/1
one [50] 8/12 8/23 8/24 8/25 9/20 12/25 14/18 14/19 14/19 15/9 15/11 15/15 16/18 16/24 23/4 23/4 23/7 25/4 27/14 27/24 29/21 35/2 35/20 35/24 37/5 38/6 39/9 40/7 40/9 40/19 40/19 40/20 41/25 42/21 42/24 43/13 45/20 53/13 53/17 56/5 57/20 58/17 62/14 65/11 66/6 66/8 69/11 70/11 70/12 71/12
one percent [2] 9/20 38/6
one tenth [1] 12/25
one-way [1] 35/20
onerous [2] 41/7 45/13
ones [2] 18/18 31/15
online [1] 52/9
only [1] 7/16 9/19 9/20 15/23 16/18 16/18 16/24 17/3 17/17 17/23 17/25 31/24 35/9 45/12 46/25 50/5 52/7 52/8 52/19 52/22 54/10 54/11 69/12
oOo [1] 74/22
open [4] 19/9 43/3 55/12 73/9
operating [1] 26/6
operative [5] 11/25 18/23 19/1 19/11 25/2
opportunity [15] 32/9 32/10 35/5 37/3 38/14 38/22 53/11 55/23 55/10 66/16 68/20 67/17 68/22 68/24 71/18
opposed [5] 71/16 71/22 71/25 72/2 72/12
opt [60] 4/12 4/22 16/2 16/3 16/6 20/7 20/17 20/19 20/24 21/3 22/24 23/9 25/6 25/9 25/25 28/19 28/22 28/23 28/24 29/9 29/15 29/20 37/3 37/4 37/4 38/4 38/9 38/13 38/22 39/1 39/3 39/4 39/5 48/7 50/19 54/8 54/9 54/10 54/11 54/14 54/12 62/16 64/11 65/24 66/14 69/3 70/10 70/20 70/21 70/21 71/19 73/5 73/8 73/12 73/16 74/12
opt-out [12] 4/22 20/17 20/24 25/9 25/10 28/22 28/23 29/24 29/8 29/20 38/9 38/22 39/1 39/4 70/21 71/19 73/16
opt-outs [20] 4/12 16/2 16/3 16/6 20/7 22/24 29/15 33/9 39/5 54/8 54/21 55/3 55/14 70/21
opted [8] 37/2 38/4 38/5 49/6 49/10 69/18 69/21 70/13
opting [6] 30/8 38/1 54/19 62/16 64/10 66/10
option [2] 12/14 38/1
options [1] 65/11
order [20] 4/12 4/12 27/11 38/20 38/23 53/7 54/11 54/17 59/17 62/10 62/19 65/18 65/20 68/5 69/16 73/6 73/11 73/20 74/11 74/19
orders [2] 43/20 43/21
original [1] 29/12
originally [1] 15/9
other [23] 8/12 8/25 15/18 22/1 23/5 24/12 27/24 29/18 30/1 31/4 39/9 40/13 45/20 50/7 50/7 53/21 55/16 57/14 59/1 68/20 69/11 70/6 70/11
otherwise [1] 44/8
ought [1] 66/16
oOo [1] 74/22
our [23] 11/14 22/10 26/2 30/7 30/25 31/14 32/1 33/11 33/14 34/11 35/2 36/6 43/7 43/12 43/14 44/2 46/22 47/9 70/19 70/21 71/15 71/16 71/19
out [124]
out-of-pocket [8] 11/1 43/9 43/16 43/17 43/23 43/24 49/21 59/8
outed [1] 73/8
outs [20] 4/12 16/2 16/3 16/6 20/7 22/24 29/15 39/5 39/5 54/8 54/21 55/3 55/14 70/21
over [8] 13/7 23/6 16/3 16/6 20/7 22/24 46/7 52/6
overall [12] 33/18 35/23
overrule [1] 40/4
own [5] 7/21 11/7 25/7 35/13 48/17
owned [4] 23/24 48/12 48/19 48/23
owner [3] 11/20 24/23
owners [28] 9/25 10/3 10/5 10/6 10/14 11/15 13/19 23/19 23/22 24/4 24/16 25/25 26/1 36/11 36/13 40/13 47/5 47/7 47/10 48/3 48/4 48/6 48/8 48/11 48/14 48/2 49/4 49/9
owners' [1] 48/17

**P**

P.C [1] 2/7
P.M [1] 74/21
pads [1] 15/2
page [5] 11/1 20/13 31/13 41/1 75/7
page 16 [3] 11/1 31/13 4/11
pages [1] 58/1
paid [12] 13/6 13/11 14/21 15/4 35/20 38/4 48/14 48/20 50/22 50/23 63/5 71/5
painstakingly [1] 38/10
paper [2] 26/13 26/15
papers [3] 8/24 24/3 31/1 36/17 44/2 44/12 46/11 46/22 62/8
participant [1] 63/2
particular [2] 41/9 42/2
particularly [3] 35/7 37/13 39/3
parties [5] 5/2 7/1 62/9 74/8 74/9
partly [1] 50/12
parts [4] 22/19 27/10 46/6 61/21
party [2] 2/14 3/19
pass [1] 10/5
passed [1] 68/25
passing [1] 10/2
passive [3] 19/19 62/25 62/25
past [1] 51/2
PAUL [3] 2/8 3/12 84/10
pay [3] 23/15 35/21 51/12 51/14 58/20
paying [2] 22/8 51/15
payment [21] 5/20 7/14 7/18 17/9 17/10 47/12 48/24
payments [10] 7/16 12/12 33/6 34/2 34/14 42/16 42/18 42/22 43/5 49/23
pays [1] 13/19
penalties [5] 16/20 24/22 45/14 45/16 45/18
pending [1] 10/12
PENNSYLVANIA [1] 2/9 2/21
people [64] 7/21 8/19 9/18 12/4 18/7 18/13 18/16 19/6 20/1 21/5 21/13 22/25 23/1 23/4 23/12 23/23 24/16 26/11 26/12 26/19 26/23 35/12 37/4 37/24 38/5 38/22 38/24 42/6 42/16 42/17 43/15 43/24 44/5 44/8 46/14 46/14 46/25 47/2 49/12 49/15 49/16 49/20 49/22 49/24 50/1 50/5 50/15 51/8 51/19 51/23 52/7 52/9 53/24 59/14 61/1 62/1 63/3 64/13 64/14 66/4 66/5 68/22 72/10 73/8
percent [16] 7/17 7/19 8/2 9/3 9/8 9/10 9/15 9/20 9/20 12/25 13/1 15/23 17/4 38/6 41/21 45/25
percentage [4] 10/8 10/13 38/5 40/12
perfect [5] 5/12 15/18 37/7 54/6 65/3
perform [1] 65/5
performed [1] 65/3
perhaps [3] 6/2 51/19 66/20
period [2] 48/18 52/1
person [3] 20/20 54/19 65/24
personal [1] 54/18
personally [2] 39/2 66/13
perspective [1] 70/1
persuade [1] 59/14
PHILADELPHIA [3] 3/13 68/11
PHILIP [1] 2/19
PHILLIP [1] 15/10
Phillips [1] 15/10
phone [1] 38/18
picked [2] 41/25 43/21
picture [3] 14/14 30/21 32/20
piece [2] 10/9 26/14
Pipe [3] 18/24 19/14 25/3
place [2] 29/17 33/13
plaintiff [2] 15/13 53/10
plaintiffs [1] 1/8 2/2
plaintiffs' [6] 12/19 14/7 15/19 26/25 30/21 58/2
play [2] 13/15 50/23
pleadings [1] 59/2
please [1] 3/6
pleasure [1] 71/3
PLLC [1] 2/11
pocket [8] 11/1 43/9 43/16 43/17 43/23 43/24 49/21 59/8
pockets [1] 34/18
point [23] 8/12 15/17 32/13 33/1 35/2 36/20 37/5 37/23 39/25 39/25 41/18 42/4 43/25 44/11 44/11 49/20 53/6 55/16 56/6 58/3 60/11 65/18 72/11
point-something [1] 8/12
pointed [4] 25/25 28/22 31/13 31/14
points [6] 6/1 6/13 21/8 30/23 40/7 62/8
position [4] 7/3 33/11

**P**

position... [2] 66/9
70/21
possibility [3] 37/15
52/1 66/7
possible [1] 15/20
postcard [1] 64/16
postcards [1] 64/14
potential [6] 3/19 6/19
6/25 21/23 41/5 58/11
potentially [2] 7/14 9/9
Powershift [1] 44/18
PRACTICES [1] 2/15
precision [1] 44/3
prejudging [1] 21/1
prejudiced [1] 39/17
preliminary [1] 12/9
prematurely [1] 12/9
prerequisite [1] 45/17
preserved [1] 36/8
presumably [1] 22/25
presumption [1] 45/1
pretty [3] 15/7 56/6
60/5
prevail [1] 46/12
previously [1] 23/24
Price [1] 42/25
primary [1] 56/11
principle [1] 25/8
prior [2] 36/10 40/13
pro [2] 17/21 19/24
pro se [2] 17/21 19/24
probably [6] 7/20 9/21
12/25 45/21 49/8 71/4
problem [22] 8/20 9/2
10/25 11/20 11/21
11/22 12/10 12/13
26/17 26/22 27/17 53/5
57/19 59/6 59/18 60/17
61/16 61/17 63/1 63/22
63/23 67/22
problems [10] 28/5
42/24 43/3 43/4 44/20
44/20 49/13 49/16 50/1
50/16
procedure [1] 5/21
proceed [1] 65/9
proceedings [4] 1/18
59/22 74/21 75/6
process [6] 17/19
28/25 29/20 38/9 41/2
43/4
product [1] 23/24
program [17] 16/10
24/8 24/10 33/6 34/3
34/25 35/19 44/6 44/12
44/13 46/18 46/19
46/21 48/24 52/4 52/6
52/18
programs [3] 31/20
31/21 33/13
pronouncing [1] 25/21
proposed [3] 4/11 4/12
54/11
prospective [4] 40/25
43/3 44/2 47/17
protected [1] 49/17
protection [3] 19/12
22/20 24/14
protective [1] 59/17

proud [1] 35/15
proved [2] 45/23 45/23
proven [1] 58/14
provide [9] 11/5 37/16
44/7 45/8 50/4 50/11
50/21 50/25 68/6
provided [5] 41/1
42/19 44/14 51/1 52/24
provides [2] 43/7 52/8
providing [4] 49/15
49/20 49/21 49/23
provision [5] 17/10
17/24 35/21 48/16 49/2
provisions [1] 14/9
PUBLIC [3] 2/23 3/23
31/4
Public Citizen [1] 31/4
purchased [1] 63/5
purported [2] 37/18
54/13
purports [3] 67/16
67/23 67/24
pursuant [1] 75/3
pursuing [1] 46/4
pushed [1] 29/21
put [10] 9/13 22/14
25/16 29/1 29/20 33/13
46/7 58/14 59/9 59/21
puts [1] 61/22
putting [3] 71/16 71/23
72/2

**Q**

qualified [2] 35/13
42/20
qualify [18] 10/16 24/9
36/18 36/19 36/24
39/14 39/16 39/22 42/8
42/16 42/17 42/22 44/5
46/25 47/2 47/12 47/12
53/3
qualifying [6] 48/22
49/4 52/25 61/7 61/20
61/24
quantify [1] 57/24
question [17] 8/16
18/24 19/9 25/2 25/4
28/14 36/9 38/25 39/6
41/17 41/19 41/22 56/5
56/7 57/5 57/10 62/17
questions [1] 53/21
quick [1] 60/11
quickly [2] 6/14 18/8
quiet [2] 30/4 71/10
quite [3] 46/1 55/8
71/17
quote [1] 56/9
quote/unquote [1]
56/9

**R**

raise [1] 41/22
raised [3] 30/24 40/8
40/9
range [1] 17/16
rate [2] 9/11 9/15
rather [2] 9/13 19/22
reach [4] 65/25 66/7

67/7 68/3
reaction [2] 19/15 40/2
read [3] 36/17 58/2
66/12
reading [2] 37/15 59/5
ready [2] 21/6 22/6
real [5] 12/23 14/15
16/16 61/5 63/7
really [2] 9/19 10/10
11/3 14/20 14/25 15/24
19/21 21/18 21/13 21/21
29/9 32/1 33/5 41/23
42/3 49/19 50/17 50/18
58/6 58/22 62/13 63/18
65/4 65/13
reason [10] 12/22
13/13 37/25 50/11
50/12 51/6 54/20 54/21
57/12 66/17
reasonable [6] 5/7
5/15 6/11 31/8 40/3
53/11
reasonableness [1]
38/7
reasonably [1] 67/4
reasons [1] 11/8 12/17
recently [2] 12/19
28/24
recess [1] 74/20
recommend [1] 14/22
record [1] 3/7
recourse [2] 28/9
28/15 28/17
recover [1] 52/2
recoverable [1] 34/21
recovery [10] 6/19
6/21 6/25 14/2 14/3
21/10 21/11 28/3 41/6
57/2
reduced [2] 17/9 23/12
reference [1] 74/13
referred [1] 50/8
referring [1] 38/9
regard [1] 67/19
regarding [4] 4/12 4/15
regards [1] 30/5
regulations [1] 75/8
reimburse [1] 59/7
reimbursed [1] 48/21
reimbursement [7]
10/25 46/24 47/3 47/8
48/16 49/20 50/9
reiterated [1] 66/11
reject [1] 19/13
rejected [3] 15/10 19/8
29/16
relate [1] 13/16
relates [2] 12/5 68/15
relaxes [1] 52/7
release [11] 11/6 11/10
11/14 29/2 29/4 29/7
36/4 42/4 42/4 44/8
58/23
released [2] 46/23
46/23
relevant [1] 13/5
relief [14] 10/16 10/17
10/24 15/14 16/23 32/7
34/2 34/9 34/13 43/8
43/25 47/17 49/12

remained [1] 23/18
remaining [1] 8/12
remedied [2] 73/24
74/10
remedies [2] 36/8
49/15
remedy [9] 5/12 18/14
35/12 36/16 44/14 45/9
46/15 49/21 73/25
remember [10] 8/24
10/17 16/14 17/8 17/22
18/13 18/22 19/11
24/12 25/1
remembering [1]
68/18
reminds [1] 54/7
renegotiated [1] 15/11
repair [22] 10/19 10/20
12/5 17/6 20/3 24/10
27/4 27/14 27/19 27/20
27/21 42/22 43/20
43/21 48/21 53/11
53/13 53/17 58/10
60/19 60/21 61/8
repaired [1] 60/24
repairs [28] 8/19 8/20
8/20 11/24 26/11 26/13
26/14 26/20 31/17 32/7
42/13 42/20 43/8 46/15
48/15 48/22 49/4 53/1
53/4 53/8 60/14 60/16
61/1 61/13 61/24
repeated [2] 34/15
40/14
repeatedly [2] 40/10
44/2
replace [1] 64/17
replacement [1] 61/12
replacements [5] 7/23
8/9 10/4 48/19 61/10
reported [1] 75/5
reporter [2] 1/23 62/21
REPORTER'S [1] 1/18
represent [2] 27/8 63/7
65/23 68/13
representation [1]
14/21
represented [1] 54/1
representing [1] 67/5
represents [1] 8/1
reps [1] 8/23
repurchase [9] 16/19
16/21 17/17 18/6 18/21
24/3 33/6 34/3 47/12
repurchased [1] 35/6
request [3] 40/14
69/25 73/16
requests [2] 20/9
20/17
require [3] 13/8 53/9
70/19
required [1] 40/20
requirement [2] 41/6
61/25
requirements [3]
45/13 66/10 68/7
requires [1] 54/18
requisite [1] 44/23
reschedule [1] 27/10

resisted [2] 20/25 39/4
resolution [1] 74/5
resolve [7] 51/25 68/8
68/14 69/8 69/20 71/1
74/2
resolved [2] 67/14
68/21
respect [11] 5/5 31/3
32/15 36/20 39/5 61/7
65/18 73/5 73/12 73/22
74/5
respectfully [2] 31/6
69/25
respond [1] 39/25
response [3] 40/14
45/7 45/11
responses [1] 5/8
restored [1] 11/22
result [11] 31/18 31/25
33/10 33/16 33/20
35/11 39/20 39/22 43/7
55/9 56/8
retain [1] 29/22
reveal [1] 18/4
reverter [1] 9/13
revertible [1] 58/15
review [3] 4/9 41/2
44/16
reviewed [1] 4/25
rid [2] 20/5 28/7
right [30] 4/23 7/15
7/18 8/10 8/25 9/1 9/15
9/17 14/4 16/11 17/3
22/2 22/24 25/10 25/10
29/23 41/23 51/25
52/25 55/4 55/21 63/17
64/15 65/7 65/17 67/10
68/18 70/10 70/25
74/17
rights [3] 29/22 36/2
52/20
rigid [1] 54/9
rise [1] 74/20
risk [9] 6/20 14/3 21/11
21/19 21/22 21/24
46/12 52/13 52/14
risks [2] 46/2 46/16
ROBERT [1] 1/5
ROBISON [11] 2/20 4/2
25/20 25/21 28/13
29/23 39/8 55/24 59/13
60/9 62/3
room [2] 1/24 65/9
routine [1] 16/20
routinely [2] 13/19
22/21
Rover [1] 63/21
ROWENA [2] 2/16 3/19
Rowena Santos [1]
3/19
rpm [1] 60/21
rule [5] 25/10 30/9
39/12 39/13 66/19
Rule 23 [1] 25/10
Rule 6 [2] 30/9 66/19
rules [1] 29/17
runs [1] 27/15
RUSSELL [2] 2/8 3/12
Russell Paul [1] 3/12
RYAN [5] 2/4 3/10

**R**

**RYAN... [3]** 30/22 31/1 52/23
**Ryan Wu [2]** 3/10 30/22

**S**

**sacrificed [3]** 14/5 23/19 37/25
**sacrificing [1]** 18/16
**said [23]** 8/1 14/9 15/14 17/3 20/8 28/11 37/12 37/14 41/20 42/25 43/6 44/1 44/6 44/13 44/18 46/17 53/7 59/23 61/16 64/18 64/20 64/21 71/19
**same [7]** 8/13 17/15 28/5 51/6 53/5 55/24 68/3
**SANTOS [5]** 2/16 3/19 30/3 66/18 71/9
**satisfaction [1]** 31/20
**satisfactory [1]** 70/6
**satisfied [2]** 31/23 32/2
**saw [1]** 20/18
**say [34]** 7/22 14/16 14/17 15/20 15/21 16/1 21/9 22/14 28/14 29/12 29/13 29/13 31/3 39/8 41/14 48/7 53/22 56/1 56/19 56/20 56/22 57/13 57/25 62/16 63/15 63/19 64/24 65/25 67/7 68/5 68/12 69/13 72/17 73/15
**say -- I [1]** 41/14
**saying [18]** 14/25 20/19 21/16 24/7 32/15 32/18 32/22 42/19 54/16 57/8 60/12 62/22 65/23 65/23 66/25 71/2 71/14 71/22
**says [13]** 7/11 7/13 9/9 26/5 26/8 29/7 29/9 29/10 45/15 51/13 60/2 60/5 69/16
**scenario [1]** 15/21
**scheme [2]** 12/2 58/8
**scored [1]** 45/24
**se [2]** 17/21 19/24
**second [6]** 11/16 27/18 32/13 32/14 36/14 37/5
**secondly [1]** 28/24
**Section [1]** 75/3
**secured [1]** 70/21
**see [7]** 3/21 18/6 19/2 29/18 45/1 58/9 62/20
**seek [1]** 48/16
**seeking [2]** 12/19 45/17
**seem [7]** 5/4 20/20 21/3 28/25 41/14 68/9 69/7
**seems [8]** 5/9 5/19 20/16 21/3 21/15 22/3 68/14 73/9
**seen [2]** 20/21 28/24
**send [2]** 63/16 71/20
**sends [1]** 67/23
**sense [9]** 5/23 6/2 6/3 14/16 30/21 41/15 44/14 53/9 74/14
**sensitive [1]** 35/23
**sent [1]** 54/15
**separate [2]** 40/17 67/19
**September [5]** 7/7 10/7 20/7 66/10 68/23
**September 15th [1]** 10/7
**September 25th [1]** 7/7
**September 25th the [1]** 20/7
**September 5th [2]** 66/10 68/23
**series [1]** 43/21
**service [1]** 47/11
**set [1]** 4/6
**settle [5]** 22/17 22/21 31/16 35/16 51/2
**settled [4]** 11/12 14/18 14/19 15/5
**settlement [101]**
**settlements [11]** 10/24 13/6 13/9 18/4 42/7 47/6 47/17 50/7 50/22 50/23 58/1
**several [2]** 19/25 46/25
**shady [1]** 64/25
**SHARON [1]** 1/5
**she [5]** 15/12 15/14 37/11 37/12 37/14
**shifting [1]** 35/21
**shorter [1]** 20/14
**should [24]** 10/12 13/8 14/6 20/15 29/8 32/19 33/15 33/19 38/24 38/25 40/11 41/16 41/22 48/15 49/6 49/10 50/21 58/16 62/16 65/9 66/20 68/22 68/24 72/17
**shouldn't [1]** 55/6
**show [15]** 4/12 13/16 13/18 14/20 29/19 38/23 43/22 44/4 45/9 55/5 62/19 65/18 65/20 66/18 68/5
**shows [2]** 16/3 43/24
**shudder [1]** 60/19
**shuddering [3]** 26/9 60/21 61/3
**shudders [1]** 63/8
**SIBLEY [1]** 2/21
**side [1]** 22/1
**sides [2]** 49/14 62/5
**sign [3]** 66/1 66/13 68/9
**signature [16]** 29/12 54/18 67/6 67/8 67/11 67/17 67/18 67/24 68/1 68/2 68/13 68/17 68/25 69/15 69/17 69/19
**signatures [4]** 55/20 66/23 67/20 67/21
**signed [5]** 22/9 29/8 29/11 55/18 71/20
**significant [20]** 5/21 13/20 15/14 16/7 21/25 22/12 22/14 22/22 23/15 38/3 46/2 46/12 48/4 48/7 49/5 49/13 49/16 50/1 50/16 70/22
**signing [1]** 52/17
**silence [3]** 19/16 19/18 19/19
**similarly [2]** 1/7 69/18
**simple [1]** 28/18
**simplistic [2]** 25/5 28/14
**simply [15]** 34/19 34/20 42/14 42/24 48/8 54/2 54/14 54/15 54/24 55/19 61/19 66/7 66/14 68/1 68/5
**single [1]** 47/19
**sir [2]** 6/7 47/21
**sit [2]** 4/16 63/19
**site [5]** 29/1 29/4 29/10 51/10 53/16
**SITUATED [1]** 1/7
**situations [1]** 54/12
**six [9]** 7/17 8/2 9/8 9/20 12/25 13/1 17/4 26/6 41/21
**six percent [8]** 7/17 8/2 9/8 9/20 12/25 13/1 17/4 41/21
**six-speed [1]** 26/6
**SLOMINE [1]** 2/19
**small [3]** 24/6 38/5 41/20
**Smith [1]** 54/16
**so [104]**
**sold [2]** 12/3 24/19
**solicit [1]** 52/17
**some [48]** 4/8 7/8 7/12 18/9 18/11 18/13 18/15 20/16 20/18 20/22 21/3 21/4 21/13 21/16 22/14 29/15 31/1 31/13 31/17 32/7 37/17 37/25 38/16 40/22 41/18 41/19 44/4 44/17 44/19 45/8 48/4 49/3 49/3 51/19 53/24 54/15 56/24 59/19 62/6 62/7 62/7 66/17 66/18 67/3 69/12 69/13 69/15 70/5
**somebody [1]** 18/5
**somehow [1]** 39/3
**someone [3]** 5/24 25/6 53/13
**something [15]** 8/12 9/9 19/21 26/5 33/2 34/19 37/12 45/2 47/18 63/21 64/25 69/22 70/13 73/25 74/13
**somewhat [2]** 5/10 25/5
**Song [2]** 22/11 22/17
**Song-Beverly [2]** 22/11 22/17
**soon [1]** 71/6
**sorry [2]** 8/15 72/1
**sort [11]** 4/25 21/20 40/23 45/15 45/22 47/15 49/7 58/9 62/15 69/12 69/15
**sorts [1]** 24/15
**sound [2]** 9/24 9/25
**sounds [1]** 68/21
**sources [1]** 34/2
**SOUTH [1]** 2/12
**speak [1]** 39/24
**specific [2]** 30/23 31/2
**speculative [1]** 41/10
**speed [1]** 26/6
**spent [3]** 37/9 39/18 51/1
**spoke [3]** 32/3 36/6 71/15
**spoken [1]** 46/14
**sputters [1]** 63/9
**stand [1]** 22/6
**standard [5]** 5/13 5/14 5/17 6/11 17/14
**standing [5]** 21/6 34/4 62/20 62/25 65/14
**started [2]** 35/16 35/18
**starts [1]** 8/24
**state [9]** 2/12 3/6 15/13 16/19 19/12 35/13 36/18 53/4 53/15
**state's [1]** 47/13
**stated [4]** 27/15 29/4 29/17 46/22
**statements [1]** 42/6
**states [16]** 1/1 19/7 19/9 19/12 24/3 24/5 27/5 35/9 45/1 45/2 45/13 52/21 53/9 67/13 75/4 75/8
**statute [6]** 18/8 18/11 19/5 35/8 35/9 52/7
**statutes [1]** 19/3
**statutory [1]** 41/6
**stay [1]** 71/10
**stenographically [1]** 75/5
**step [2]** 62/22 62/23
**still [19]** 8/25 9/1 14/11 16/14 19/9 21/24 24/5 24/24 36/18 37/24 37/25 39/16 48/12 53/2 57/2 61/15 61/17 66/24 73/9
**Stockton [5]** 7/9 7/11 8/7 9/9 42/9
**Stockton's [1]** 42/2
**stop [4]** 7/25 27/18 32/12 56/19
**STRATEGIC [1]** 2/15
**STREET [4]** 1/24 2/8 2/12 2/24
**strikes [1]** 40/7
**strong [2]** 12/17 50/18
**stronger [1]** 27/24
**struggling [1]** 66/24
**stuck [2]** 61/15 61/18
**subject [5]** 27/4 54/24 55/4 59/17 74/12
**submission [2]** 73/2 74/19
**submit [7]** 6/23 9/21 52/9 70/7 71/15 71/18 74/7
**submitted [6]** 26/2 28/4 33/8 38/20 55/17 69/2
**substantial [1]** 16/4
**successful [2]** 6/20 7/1
**such [7]** 11/2 68/5 68/6 69/17 69/17 69/20 69/20
**sue [1]** 28/15
**suffer [1]** 8/21
**suffered [2]** 12/11 43/3
**suffering [2]** 9/4 63/1
**sufficient [1]** 54/18
**suggest [2]** 41/19 67/2
**suggested [1]** 68/4
**suggesting [1]** 59/1
**suggestion [1]** 54/8
**SUITE [3]** 2/5 2/12 2/16
**Sunday [1]** 62/13
**supplemental [1]** 11/2
**Suppose [1]** 50/25
**supposed [2]** 63/16 67/8
**supposedly [2]** 38/16 62/25
**sure [18]** 8/1 25/19 31/1 33/7 33/9 38/8 38/12 39/19 42/10 48/1 53/24 54/22 55/12 55/19 57/23 62/21 63/6 71/17
**surrendered [2]** 13/3 13/24
**SUZANNE [1]** 2/18
**switch [1]** 12/9

**T**

**tag [1]** 59/3
**tail [1]** 49/7
**take [19]** 6/15 8/19 8/22 12/18 14/20 15/3 16/7 21/9 30/20 33/19 39/2 40/22 61/2 63/11 63/14 63/14 63/22 65/10 70/8
**taken [4]** 23/10 27/8 27/22 34/10
**taking [5]** 9/16 32/6 54/9 65/12 73/1
**talk [14]** 9/8 13/2 16/3 16/9 19/15 23/21 31/1 33/23 36/12 39/12 47/9 48/2 50/20 55/11
**talked [7]** 12/24 49/19 57/25 58/12 59/13 60/13 73/13
**talking [6]** 20/1 22/1 22/15 22/22 43/11 58/6
**talks [1]** 45/14
**TAREK [2]** 2/4 3/10
**Tarek Zohdy [1]** 3/10
**task [3]** 41/13 41/15 41/16
**tell [12]** 11/4 13/12 20/11 22/8 22/9 22/17 22/20 25/7 51/2 51/18 51/19 64/10
**telling [4]** 12/5 26/17 28/6 34/4
**ten [1]** 9/15
**ten percent [1]** 9/15

**T**

tend [1] 41/14
tentative [3] 5/1 5/3 62/6
tenth [2] 9/21 12/25
tenth of [1] 9/21
term [1] 5/25
terms [7] 20/1 31/10 33/4 33/18 44/1 46/17 46/18
than [13] 5/17 9/15 9/19 10/3 11/18 12/8 18/21 19/22 27/24 38/6 52/3 53/20 63/24
thank [20] 4/23 6/9 9/6 25/12 29/23 29/25 30/12 30/14 40/5 47/21 55/21 60/7 62/3 65/14 65/15 65/16 72/20 74/15 74/16 74/17
that [425]
that's [83]
their [48] 5/25 8/23 11/2 12/12 15/23 20/2 20/5 20/24 21/6 25/7 29/19 29/22 31/15 32/4 32/6 32/10 34/16 35/5 35/13 37/25 41/19 42/5 47/13 48/12 49/13 49/16 49/22 49/24 49/24 52/6 50/6 50/16 51/10 51/25 52/20 52/21 55/5 55/13 58/2 59/15 66/13 66/16 67/6 67/16 67/18 68/24 69/2 69/15
them [35] 6/14 8/4 8/8 8/24 9/21 12/5 12/10 16/8 19/25 21/4 21/13 22/7 23/4 26/20 29/5 29/8 31/4 34/8 34/9 34/13 36/3 40/19 43/22 47/15 52/18 59/20 63/19 64/18 85/11 66/1 66/12 67/17 68/13 68/15 70/10
themselves [1] 7/24
then [17] 4/14 5/22 9/20 15/21 18/4 26/4 29/10 40/23 40/23 46/3 53/8/4 63/16 66/13 67/11 68/9 69/20 72/1
there [153]
there's [3] 30/24 41/21 61/16
these [60] 5/13 5/16 11/24 12/3 12/5 12/12 12/22 13/19 14/10 16/7 18/18 18/19 20/17 20/20 20/22 22/21 22/23 22/23 23/21 23/3 23/23 23/17 24/24 25/11 26/7 26/17 26/19 26/19 26/22 26/23 28/3 29/16 36/24 42/5 44/8 44/17 44/17 45/4 45/8 45/25 46/9 47/6 47/18 51/14 51/16 61/11 61/18 62/1 62/15 63/20 64/14

they [171]
they'll [1] 52/2
they've [24] 16/5 16/7 18/16 22/5 22/8 23/15 24/7 26/13 26/14 26/14 28/16 29/16 32/18 43/8 46/23 48/23 58/20 58/23 60/2 61/15 61/21 69/17 69/20 70/19 70/6
they'll [1] 52/2
they've [3] 46/25 61/12
thing [8] 9/7 15/18 19/12 70/10
things [9] 4/5 15/11 43/13 48/2 62/7 65/22 67/10 67/20 67/24
think [71] 4/22 5/23 6/10 8/17 9/12 10/14 13/8 13/25 14/6 14/11 15/2 15/17 15/20 15/22 16/3 17/17 17/18 18/6 18/24 19/20 20/18 20/23 25/23 32/14 32/18 33/19 33/24 34/1 35/1 35/15 36/13 36/15 37/6 37/12 37/25 38/24 38/24 39/7 40/1 40/17 41/20 41/25 42/12 42/5 43/9 45/7 45/25 46/15
thinking [4] 5/1 30/21 35/2 74/1
thinks [2] 16/4 53/13
third [2] 48/20 48/21
this [136]
THOMAS [7] 2/12 3/16 4/23 4/7/23 62/14 65/21 71/22
those [68] 10/15 11/12 12/7 15/6 17/5 17/16 18/20 18/23 19/13 21/5 21/8 21/20 22/9 22/17 23/7 23/16 23/17 23/18 24/1 24/11 24/15 24/16 24/21 24/24 29/21 31/13 31/16 31/20 31/25 33/13 33/24 37/23 73/25
though [7] 10/1 21/17 34/17 57/13 59/12
thought [10] 2/17 68/23 68/25 35/25 39/7 58/3 58/4

58/4 64/23 66/4 66/15 66/17
thousand [2] 46/25 61/12
thousands [8] 13/6 23/11 23/3 47/2 55/13 55/15 57/17 61/11
three [10] 5/25 7/24 8/8 10/4 10/18 35/9 45/2 47/11 49/4 61/13
three-year [1] 35/9
threshold [2] 10/2 10/5
through [7] 5/16 6/14 26/18 29/18 40/19 59/4 70/22
time [18] 6/15 7/7 23/9 26/13 27/10 34/10 37/9 39/18 40/6 46/7 52/1 60/25 65/12 70/8 74/17
times [9] 8/25 9/1 23/18 32/6 34/16 35/9 61/2 63/15 64/22
tiny [1] 38/5
Titanium [1] 63/5
Title [1] 75/4
today [7] 3/9 4/5 34/4 53/12 54/1 64/2 73/13
together [2] 29/1 31/4
told [2] 32/9 64/11
tolled [4] 18/23 19/3 19/5 19/14
tolling [4] 18/24 19/8 19/13 25/3
too [5] 10/19 15/6 61/23
took [4] 7/12 8/24 9/1 17/10
top [5] 5/25 16/20 24/22 26/5 63/5
total [1] 20/11
totally [1] 26/10
touting [1] 17/18
trade [1] 17/18
traded [1] 26/20
trading [2] 16/12 17/16
transcript [3] 1/18 75/5 75/7
transmission [17] 7/22 8/8 10/4 13/10 17/6 26/7 26/8 43/9 46/5 46/6 61/1 61/10 61/21 61/24 64/17 64/19 64/20
transmissions [2] 46/5 46/10
treat [3] 39/3 47/10 47/15
treble [1] 45/11
tremendous [1] 44/7
trial [15] 14/2 15/21 40/22 43/12 43/16 44/6 44/6/14 63/20 63/20 64/20
tried [6] 20/19 44/4
trier [1] 27/25
Triple [1] 45/12
true [5] 15/8 19/7 27/2 53/9 75/4
truth [10] 2/17 66/14 68/23 68/25
try [4] 6/14 57/21 59/14

62/10
trying [12] 29/22 30/9 35/25 38/19 39/18 52/17 54/21 59/19 67/10 68/8 70/9 72/12
Ts [1] 67/6
turn [2] 53/18 63/21
turns [1] 4/21
two [17] 7/21 7/22 27/15 28/11 28/21 31/19 31/19 33/13 34/1 35/2 35/9 42/20 48/19 54/14 64/19 66/8 73/12
typical [3] 1/18 11/19 12/8
typically [6] 9/14 23/23 46/23 47/6 51/14 59/3

**U**

U.S [1] 1/3
ultimately [1] 10/4
umbrage [1] 39/2
uncapped [1] 36/22
uncharacteristically [1] 30/4
under [33] 16/21 17/10 18/5 18/14 20/4 23/25 24/4 24/11 24/24 26/24 27/4 27/13 28/9 28/16 35/13 36/13 36/18 36/19 36/24 41/3 42/21 45/16 47/13 48/16 48/24 50/2 52/20 53/4 53/15 54/17 58/1 17/3 74/18
understand [8] 6/2 8/1 8/5 8/7 8/10 8/15 46/16 69/6
understanding [3] 22/10 29/15 73/1
understatement [1] 42/13
understood [2] 36/7 65/21
unfair [1] 37/19
unfairness [2] 10/15 25/11
unfortunately [1] 67/13
uniformly [1] 50/10
unique [1] 53/8
UNITED [4] 1/1 67/13
United States [1] 67/13
unjust [2] 24/15 58/17
unknown [5] 10/1 10/2 10/23 13/3 22/2
unless [3] 53/21 61/23
unlike [1] 44/12 53/5
unquote [1] 56/9
unreasonable [1] 37/20
until [1] 74/19
untimely [1] 66/14
up [24] 9/13 15/19 17/18 18/3 20/13 20/18 22/5 22/6 23/15 23/17

29/19 34/16 38/19
52/17 52/19 58/5 58/12
58/14 60/20 62/2 62/25
65/14 70/4 73/23
upfront [1] 48/3
us [16] 1/4 13 14/15
20/11 21/9 22/8 22/9
32/5 32/9 51/3 51/18
51/19 63/15 63/17
65/14 71/4 74/4
use [1] 12/20
used [1] 58/21
using [1] 55/18
usually [1] 46/24
utmost [1] 31/3

**V**

vague [1] 29/9
valid [5] 4/22 55/19
67/21 67/25 68/2
validity [5] 69/18 73/8
18/21 23/19
valuable [3] 17/19
valuation [9] 5/21
40/24 42/2 42/3 42/12
42/14 42/19 56/2 60/1
value [39] 6/18 6/24
7/4 7/8 9/23 10/23
11/21 12/12 12/24 13/2
13/4 13/24 14/1 14/5
15/16 16/12 16/13 20/2
21/9 21/17 21/25 31/22
33/22 40/9 40/16 40/17
40/22 42/4 42/15 44/1
44/7 50/6 50/11 50/14
50/18 52/6 56/3 59/21
60/6
valued [2] 31/21 44/3
VARGAS [1] 1/5 3/4
various [2] 24/4 45/1
vehicle [19] 7/21 11/21
12/12 20/2 20/5 24/18
27/6 27/8 27/22 36/25
48/18 48/19 49/22
49/25 50/6 51/14 51/16
27/8 27/22 27/8 36/25
48/20 48/23 49/13 50/2
50/16 52/11 53/1 53/11
53/14
vehicles [22] 7/13 7/15
7/21 8/4 8/6 12/4 13/20
17/4 23/11 26/7 26/12
26/20 35/5 45/5 46/13
48/18 49/16 49/22
49/25 50/6 51/14 51/16
veracity [1] 53/11
versus [1] 3/5 15/8
very [24] 9/24 9/25
11/17 13/25 13/25 18/8
19/25 20/1 24/6 26/23
29/9 35/1 35/15 41/8
41/15 42/6 42/16 43/10
45/13 46/12 46/16 47/7
45/19 46/21
view [1] 33/9
views [2] 64/7 65/8
virtually [1] 31/10
visit [2] 27/19 27/21
visits [5] 26/21 27/9
27/13 28/11 47/11

**W**

wait [1] 51/24
waiting [1] 60/23
walk [1] 72/19
want [31] 5/2 8/1 13/12 18/2 18/8 19/15 21/8 23/14 25/6 25/19 31/1 34/8 38/25 39/25 40/18 44/11 50/20 50/23 53/23 54/7 55/7 55/16 55/19 62/7 62/20 65/10 67/6 68/7 72/8 72/23 72/24
wanted [11] 32/7 32/9 32/10 34/7 34/12 34/23 38/13 43/13 50/19 54/22 69/3
wanting [1] 63/7
wants [1] 17/22
warranted [1] 45/5
warranties [6] 31/16 31/19 33/20 48/11 48/12 62/1
warranty [43] 10/25 11/5 11/9 11/13 11/14 11/19 18/12 24/15 27/5 31/21 31/25 32/16 33/10 33/13 39/21 42/10 42/13 43/6 43/15 43/15 43/23 46/24 47/4 47/6 48/15 48/18 50/9 56/2 56/7 56/12 57/3 57/15 58/1 58/6 59/7 59/20 59/22 59/24 61/11 61/19 63/13 63/13
WASHINGTON [1] 2/25
Washington, [1] 6/9
Washington, D.C [1] 6/9
wasn't [1] 68/11
waste [1] 68/11
wasted [1] 63/18
way [15] 17/23 17/25 24/11 24/23 35/18 35/20 36/6 37/17 42/14 40/2 40/9 41/16 43/1 43/20 49/12 49/14 50/8
ways [1] 54/14
we [177]

we'll [6] 30/8 55/11 55/14 67/11 72/18 72/19
we're [23] 6/15 11/13 22/9 22/12 22/22 51/7 51/15 54/5 54/8 54/9 54/21 57/5 58/10 58/11 58/12 61/14 67/9 67/10 68/9 98/10 70/24 70/25
we've [26] 28/24 31/4 31/13 35/18 42/9 44/1 44/4 44/14 44/16 44/22 44/25 45/23 45/23 45/24 45/24 45/25 46/3 46/4 46/11 46/14 46/22 46/4 46/11 47/16
weakest [1] 50/17
wearing [1] 12/9
Web [5] 29/1 29/4
Web site [5] 29/1 29/4
Website [1] 66/11
week [1] 62/11
weigh [2] 14/1 21/12
weight [1] 57/6
welcome [1] 7/16
well [18] 8/17 8/18 14/23 18/10 18/13 21/5 23/17 26/25 37/4 43/13 41/5 51/13 51/14 55/18 59/2 60/5 64/11 71/29
well-known [1] 8/18
went [4] 15/10 28/6 36/6 64/16
were [37] 12/6 12/18 14/17 20/8 20/12 20/24 29/17 31/25 32/4 33/5 33/13 33/23 35/20 35/3 35/4 35/7 35/23 35/25 37/22 37/24 38/11 38/16 38/18 39/1 39/4 43/21 43/22 43/23 48/7 55/14 55/18 59/2 60/5 64/11 56/10 66/11 70/21
weren't [1] 32/2
WEST [1] 1/24
WESTERN [1] 1/2
what [75] 5/23 6/15 6/21 7/4 7/11 9/17 11/2 10/8 10/13 13/12 13/15 14/22 15/20 15/21 16/16 17/19 18/2 18/5 9/16 19/19 19/19 20/11 21/16 22/22 22/5 25/23 27/2 28/1 29/4 29/5 30/7 32/4 32/25 33/16 33/16 34/7 34/8 34/12 34/22 35/11 38/8 38/19 40/11 40/12 5/2 51/18 51/22 51/24 52/3 55/7 55/15 58/16 58/20 59/5 60/12 61/25 62/21 63/3 63/15 64/6 64/11 65/1 67/9 71/5 71/14 72/25 74/8 74/9

what's [9] 18/3 20/15 21/1 25/7 26/7 29/4 40/14 45/7 45/11
whatever [4] 14/18 61/13 61/14 73/21
whatsoever [1] 14/4
when [27] 9/8 13/22 19/14 19/24 20/10 22/22 26/11 26/12 29/1 37/11 38/15 41/17 53/12 57/25 58/2 58/4 59/17 60/18 61/6 63/24 64/16 64/23 65/20 67/22 67/23 72/24 74/9
where [25] 5/1 6/3 8/2 8/2 10/4 10/24 12/8 15/13 16/20 21/18 21/23 22/6 27/9 27/10 27/10 28/11 35/16 36/11 41/10 41/11 41/11 50/8 54/13 58/9 61/3
whether [5] 5/6 5/14 13/16 38/25 56/10
which [22] 5/20 10/2 26/7 27/14 32/16 33/22 38/6 43/6 46/24 49/5 51/21 51/22 57/24 60/4 60/16 61/24 66/23 24/9
while [4] 26/9 48/12 48/19 48/23
whistles [1] 63/6
who [62] 7/12 7/17 7/24 9/18 9/25 16/21 18/7 18/13 21/5 22/25 23/7 23/18 23/23 24/16 25/14 26/19 28/4 35/12 37/2 37/4 37/17 37/21 37/24 38/13 38/17 38/21 38/24 38/25 39/22 42/16 42/17 43/2 44/5 44/8 44/18 46/8 44/17 48/4 48/6 49/4 49/9 49/13 49/15 49/20 49/22 50/1 50/15 51/19 51/23 52/17 53/13 54/15 55/17 67/15 68/11 70/12 71/12 72/10 73/8
whole [7] 11/20 27/16 56/1 59/14 60/15 61/1 61/2
whom [1] 46/14
whose [4] 35/8 50/5 50/16 54/25
why [18] 6/10 11/4 16/5 21/19 42/25 55/5 56/16 59/18 62/17 62/18 62/22 63/25 65/19 66/2 67/7 70/15 70/17 71/24
widespread [1] 9/2
will [43] 4/22 4/25 6/13 9/19 9/25 10/4 10/16 11/4 12/16 18/5 18/6 19/2 20/7 22/17 23/19 24/9 25/5 28/4 31/1 33/9 33/23 36/14 39/12 40/6 45/1 45/21 48/3 48/5 52/14 55/23 57/13 57/25 58/25 59/24 59/25 66/19 70/18 71/2 71/7 73/16 73/21 73/24 74/18
willfulness [1] 45/18
willing [3] 16/7 51/24 71/6
win [10] 13/4 16/14 16/15 16/15 17/8 17/12 17/13 17/14 17/14 21/23
windfall [1] 58/23
wins [2] 16/21 52/15
wish [7] 6/1 6/7 30/2 30/13 47/23 60/9 65/4
wishes [1] 25/15
withhold [2] 10/12 40/11
within [6] 45/3 51/11 52/3 52/12 53/1 57/9
without [1] 14/12
WOLOSZYN [1] 2/19
woman [2] 62/20
won [2] 13/21 15/21
won't [3] 10/5 22/8 24/9
wonder [2] 70/15 70/17
woodwork [2] 70/3 70/9
word [1] 64/25
work [6] 8/25 9/1 34/23 38/15 62/18 69/9 69/11
worked [4] 31/4 34/8 38/10 38/12
working [1] 53/2
works [1] 42/25
world [2] 70/5 70/5
worth [4] 9/10 28/1 32/16 59/25
Worthington [1] 64/17
Worthington Ford [1] 64/17
would [65] 6/23 8/12 10/9 13/15 13/18 14/13 14/17 14/22 15/3 15/6 15/20 16/1 16/9 20/23 21/6 25/11 30/20 31/3 36/20 37/5 39/15 40/3 41/6 41/14 42/6 42/16 42/17 42/21 43/17 43/13 43/14 44/5 44/8 46/9 46/15 47/5 47/11 47/19 48/2 49/11 51/2 51/18 51/19 55/13 56/1 56/6 56/22 57/23 63/22 65/1 65/5 66/23 68/9 69/7 69/25 71/7 71/18 72/10 73/14 73/15 73/18 73/19 74/1 74/4 74/11
wouldn't [4] 35/12 51/4 55/15 62/22
Wow [1] 15/14
wrench [2] 27/7 27/22
written [2] 26/21 42/25

wrong [8] 8/11 25/7 28/7 28/12 59/15 63/20 36/3 69/1
WU [10] 2/4 3/10 30/22 33/23 36/12 36/15 39/12 39/25 40/6 50/8

**Y**

year [3] 35/9 37/10 61/2
years [4] 31/12 51/25 52/2 53/1
yes [18] 6/6 6/8 7/6 8/5 13/14 15/2 21/18 21/21 42/23 47/25 57/16 57/22 65/17 69/24 71/23 72/6 74/4 74/14
yesterday [1] 4/14
yet [24]
you [241]
You're [1] 52/13
your [73] 3/6 3/8 3/15 3/18 3/22 4/1 4/20 6/8 6/9 6/15 7/3 10/19 11/18 11/21 15/22 16/19 17/8 25/16 25/17 29/11 30/5 30/14 30/18 31/7 31/18 32/2 33/19 34/8 35/12 35/20 37/5 36/14 36/18 36/25 37/5 39/14 39/15 39/17 41/2 45/7 40/2 40/14 41/2 45/7 45/11 47/22 47/25 52/11 53/1 53/4 54/2 54/20 60/19 60/22 63/3 64/7 64/8 64/20 65/8 65/11 67/5 67/6 67/11 69/9 69/16 70/5 70/12 71/11 72/20 72/23 73/16 74/5 74/6
Your Honor [25] 3/8 3/15 3/18 3/22 4/1 4/20 6/8 6/16 7/3 17/8 25/18 32/2 33/19 34/8 31/18 32/22 33/19 34/8 35/2 35/9 37/10 62/5 67/5
yourself [1] 37/6

**Z**

zillion [1] 51/1
ZOHDY [2] 2/4 3/10