# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, AND SHARON HEBERLING, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.: 2:2012-CV-08388 AB (FFMX)<br><br>[Assigned to Hon. Andre Birotte, Jr., Rm 7B<br>Magistrate Frederick F. Mumm, Rm. 580, Courtroom 790]<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING DATE ON FORD'S MOTION TO INVALIDATE CERTAIN OPT-OUTS, ETC. |

---

[~~PROPOSED~~] ORDER CONTINUING HEARING ON FORD'S MOTION TO INVALIDATE CERTAIN OPT-OUTS, ETC.

The Court, having reviewed the Parties' Stipulation To Continue Hearing Date On Ford's Motion To Invalidate Certain Opt-Outs, Etc.; and

Good Cause Appearing,

The Court hereby ORDERS that the hearing on Ford's Motion to Invalidate Certain Opt-Outs, Etc. (Dkt # 188), currently set for hearing on November 17, 2017, shall be continued to December 8, 2017 at 10:00 a.m.

**SO ORDERED.**

Dated: November __7__, 2017

By: _____
Hon. André Briotte, Jr.
U.S. District Judge

[~~PROPOSED~~] ORDER CONTINUING HEARING ON FORD'S MOTION TO INVALIDATE CERTAIN OPT-OUTS, ETC.