# PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            ) ss.
COUNTRY OF LOS ANGELES      )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1436 South Spaulding Avenue, Los Angeles, CA 90019, Los Angeles, CA 90019.

On the date shown below, I served the foregoing document(s) described as:

**OPT-OUTS' OPPOSITION TO JOINT APPLICATION FOR EX PARTE ORDER LIFTING STAY**

**DECLARATION OF NEIL GIELEGHEM IN SUPPORT OF OUTS' OPPOSITION TO EX PARTE APPLICATION RE STAY**

to the interested parties in this action addressed as follows:

SERVICE LIST
Vargas v. Ford Motor Company
2:12-CV-08388

Stephen C. Borgsdorf
Dykema Gossett PLLC
2723 South State Street Suite 400
Ann Arbor, MI 48104
734-214-7663
734-214-7696 (fax)
sborgsdorf@dykema.com
Counsel for Defendant Ford

Tamara A Bush
Dykema Gossett LLP
333 South Grand Avenue Suite 2100
Los Angeles, CA 90071
213-457-1815
213-457-1850 (fax)
tbush@dykema.com

| | |
|---|---|
| 1 | Counsel for Defendant Ford |
| 2 | |
| 3 | Janet L Conigliaro |
| | Dykema Gossett PLLC |
| 4 | 400 Renaissance Center |
| 5 | Detroit Ml 48243 |
| | (313) 568-5372 |
| 6 | (855) 262-6803 (fax) |
| 7 | JConigliaro@dyKema.com |
| | Counsel for Defendant Ford |
| 8 | |
| 9 | Fred J Fresard |
| | Dykema PLLC |
| 10 | 39577 Woodward Suite 300 |
| 11 | Bloomfield Hills, Ml 48304 |
| | 248-203-0593 |
| 12 | 855-233-1801 (fax) |
| 13 | ffresard@dykema.com |
| 14 | Counsel for Defendant Ford |
| 15 | David M George |
| 16 | Dykema Gossett PLLC |
| | 2723 South State Street Suite 400 |
| 17 | Ann Arbor, MI 48104 |
| 18 | 734-214-7673 |
| | 734-214-7696 (fax) |
| 19 | dgeorge@dykema.com |
| 20 | Counsel for Defendant Ford |
| 21 | |
| | Krista L Lenart |
| 22 | Dykema Gossett LLP |
| 23 | 2723 South State Street Suite 400 |
| | Ann Arbor, Ml 48104 |
| 24 | 734-214-7676 |
| 25 | 724-214-7696 (fax) |
| | klenart@dykema.com |
| 26 | Counsel for Defendant Ford |
| 27 | |
| 28 | Robert K Fried |

1  Capstone Law APC
2  1840 Century Park East Suite 450
   Los Angeles, CA 90067
3  310-556-4811
4  310-943-0396 (fax)
   robert.friedl@capstonelawyers.com
5  Counsel for Consol Plaintiffs
6
7  Eric Lechtzin
   Berger and Montague P C
8  1622 Locust Street Philadelphia, PA 19103
9  215-875-3038
   215-875-4604 (fax)
10 elechtzin@bm.net
11 Counsel for Consol Plaintiff
12
   Jordan L Lurie
13 Capstone Law APC
   1875 Century Park East Suite 1000
14 Los Angeles, CA 90067
15 310-556-4811
16 310-943-0396 (fax)
   Jordan.Lurie@capstonelawyers.com
17 Counsel for Consol Plaintiff
18
19 Sue Kim Leung
   Capstone Law APC
20 1840 Century Park East Suite 450
21 Los Angeles, CA 90067
   310-556-4811
22 310-943-0396 (fax)
23 sue.kim@capstonelawyers.com
   Counsel for Plaintiff Omar Vargas
24
25 Cody R Padgett
   Capstone Law APC
26 1875 Century Park East Suite 1000
27 Los Angeles, CA 90067
   310-556-4811
28

310-943-0396 (fax)
Cody.Padgett@capstonelawyers.com
Counsel for Plaintiff Omar Vargas

Russell D Paul
Berger and Montague PC
1622 Locust Street
Philadelphia, PA 19103
215-875-3000
215-875-4604 (fax)
rpaul@bm.net
Counsel for Consol Plaintiff

Arvin Ratanavongse
The Law Offices of Todd M. Friedman. P.C.
369 S. Doheny Drive., #415
Beverly Hills., CA 90211
310-776-66^7
866-633-0228 (fax)
aratanavongse@toddflaw.com
Counsel for Plaintiff Omar Vargas

John Mark Thomas
Dykema Gossett PLLC
2723 South State Street Suite 400
Ann Arbor, Ml 48104
734-214-7613
734-214-7696 (fax)
jthomas@dykema.com
Counsellor Defendant Ford

Lane L Vines
Berger and Montague PC
1622 Locust Street
Philadelphia, PA 19103
215-875-4658
215-875-4604 (fax)
lvines@bm.net
Counsel for Class Plaintiffs

Karen L Wallace
Capstone Law APC
1875 Century Park East Suite 1000
Los Angeles, CA 90067
310-556-4811
310-943-0396 (fax)
karen.wallace@capstonelawyers.com
Counsel for Plaintiff Michelle Harris

Thomas A Zimmerman, Jr
Zimmerman Law Offices PC
77 West Washington Street Suite 1220
Chicago, IL 60602
312-440-0020
312-440-4180 (fax)
tom@attorneyzim.com
Counsel for Plaintiff Omar Vargas

Tarek H Zohdy
Capstone Law APC
1875 Century Park East Suite 1000
Los Angeles, CA 90067
310-556-4811
310-943-0396 (fax)
tarek.zohdy@capstonelawyers.com
Counsel for Plaintiff Omar Vargas

[X] (BY E-FILE) The above document was served on the interested party named above by electronic means via E-file.

[ ] (BY MAIL) The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with this office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the addressee.

[X] (FEDERAL) I declare that I am a member of the Bar of this Court.

Executed on November 13, 2017, at Los Angeles, CA.

/s/ Neil Gieleghem