Michael T. Kirkpatrick (admitted *pro hac vice*)
mkirkpatrick@citizen.org
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000

David J. Gorberg (admitted *pro hac vice*)
david@mylemon.com
Emma C. Robison (admitted *pro hac vice*)
emma@mylemon.com
DAVID J. GORBERG AND ASSOCIATES
103 Sibley Ave, Ardmore, PA 19003
Telephone: (215) 665-7660

Nancy Gray (SBN 150214)
ngray@grayfirm.com
GRAY & ASSOCIATES, P.C.
11500 West Olympic Blvd, Suite 400
Los Angeles, CA  90064
Telephone: (310) 452-1211

Attorneys for Objectors Lott, Lutz,
Olivant, Slomine, and Woloszyn

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. CV 12-8388 AB<br><br>The Hon. Andre Birotte Jr.<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Objectors Brenda Lott, Suzanne Lutz, Carlie Olivant, Gail Slomine, and Philip Woloszyn, appeal to the United States Court of Appeals for the Ninth Circuit from the Order Overruling Objections to Class Action Settlement (Dkt. No. 192), Order Granting Final Approval and Entering Judgment (Dkt. 193), and Order Granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (Dkt. 196), entered in this action on October 18, 2017.

                                    Respectfully submitted

/s/ Michael T. Kirkpatrick\_\_\_\_\_
Michael T. Kirkpatrick
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
Telephone: (202) 588-1000
E-mail: mkirkpatrick@citizen.org

David J. Gorberg
Emma C. Robison
DAVID J. GORBERG AND ASSOCIATES
103 Sibley Ave, Ardmore, PA 19003
Telephone: (215) 665-7660
E-mail: david@mylemon.com

Nancy Gray
GRAY & ASSOCIATES, P.C.
11500 West Olympic Blvd, Suite 400
Los Angeles, CA  90064
Telephone: 310-452-1211
E-mail: ngray@grayfirm.com

Attorneys for Objectors Lott, Lutz, Olivant, Slomine, and Woloszyn