Name and address:
Kenneth A. Stern, Esq.
Stern Law, PLLC
41850 W. Eleven Mile Road, Suite 121
Novi, MI 48375

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VARGAS, individually, and on behalf of a class of similarly situated individuals<br><br>Plaintiff(s)<br>v.<br><br>FORD MOTOR COMPANY<br><br>Defendant(s). | CASE NUMBER<br>2:2012-CV-08388 AB (FFMX)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stern, Kenneth A.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(248) 347-7315     (248) 305-3250
*Telephone Number     Fax Number*
ken@sternlawonline.com
*E-Mail Address*

of Gieleghem Law Office
1436 South Spaulding Avenue
Los Angeles, CA 90019
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Jordan Cyr, et al - Plaintiffs in the Michigan Mass Actions

*Name(s) of Party(ies) Represented*
☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: _____

and designating as Local Counsel
Gieleghem, John Neil
*Designee's Name (Last Name, First Name & Middle Initial)*
CSBN 107389     (310) 678-4563     (323) 424-7530
*Designee's Cal. Bar No.   Telephone Number   Fax Number*
neil@ngattorney.com
*E-Mail Address*

of Gieleghem Law Office
1436 South Spaulding Avenue
Los Angeles, CA 90019
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated   November 14, 2017                    _____
                                             U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE     Page 1 of 1