UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 12-08388 AB (FFMx) | Date: November 14, 2017 |

Title: *Omar Vargas v. Ford Motor Company*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Ingrid Valdes | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER DENYING MOTION TO INTERVENE [Dkt. No. 184] and MOTION TO OPT-IN [Dkt. No. 211]

   Before the Court is pro se class member Ronal Darrell Taylor's ("Taylor") Motion to Intervene (Dkt. No. 184) and Motion to Opt-In (Dkt. No. 211).

   The motion to intervene is denied. It is untimely: Taylor received notice of the settlement sent on July 7, 2017, and had until September 5, 2017 to consider the settlement and opt out or object, as appropriate. Instead, Taylor filed his motion to intervene on October 2, 2017 – the day of the final approval hearing.

   The motion to opt in is also denied. If Taylor did not opt out of the settlement, then he is a member of the class, so he would not need to "opt in." It appears that Taylor's real purpose with this motion is to be awarded some amount of attorneys' fees based on his motion to intervene. Taylor, a pro se plaintiff, cannot be awarded attorneys' fees in this class action. Nor is he entitled to an incentive award, as he is not a named plaintiff in this

case, nor does he claim to have been involved in the litigation as the actual named plaintiffs were.

For the foregoing reasons, Taylor's Motions (Dkt. Nos. 184, 211) are **DENIED**.

**IT IS SO ORDERED.**