**STERN LAW, PLLC**
KENNETH A. STERN (*pro hac vice*)
Ken@Sternlawonline.com
41850 W 11 Mile Rd, Suite 121
Novi, MI 48375
Telephone: (248) 347-7300

**THE LIBLANG LAW FIRM, P.C.**
DANI K. LIBLANG (*pro hac vice*)
danil@liblanglaw.com
346 Park Street, Suite 200
Birmingham, MI 48009-3436
Telephone: (248) 540-9270

**GIELEGHEM LAW OFFICE**
NEIL GIELEGHEM (CSBN 107389)
neil@ngattorney.com
1436 South Spaulding Avenue
Los Angeles, CA 90019
Telephone: (310) 6784563

Attorneys for Opt-Outs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, AND SHARON HEBERLING, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.: 2:2012-CV-08388 AB (FFMX)<br><br>[Assigned to Hon. Andre Birotte, Jr., Rm 7B<br>Magistrate Frederick F. Mumm, Rm. 580, Courtroom 790]<br>CLASS ACTION<br><br>**NOTICE OF ENTRY OF ORDER IN MICHIGAN MASS ACTION BARRING FORD FROM *EX PARTE* COMMUNICATIONS WITH REPRESENTED OPT-OUTS RE SETLEMENT** |

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on December 26, 2017, the Court (Hon. Annette J. Berry) before which the Michigan Mass Tort actions brought by the "Opt-Outs"[1] from this case are pending, *Jordan Cyr, et al. v. Ford Motor* Company, Wayne County Circuit Court Case No. 2017-006058-NZ, having been having been informed there have been unauthorized settlement communications with the Michigan Opt-Out Plaintiffs other than through Plaintiffs' counsel, including Releases purporting to release Ford Motor Company and Ford Motor Company dealerships and referencing this *Vargas v Ford Motor Company* class action:

ORDERED that Defendant, Ford Motor Company, its attorneys, paralegals, DPS6 specialists, agents, employees, authorized dealers, customer service call centers, contractors, marketing personnel, representatives or other affiliated persons shall not communicate, either directly or indirectly, with any of the named Opt-Out Michigan Plaintiffs concerning any offers of settlement or compromise or concerning matters touching thereon, except through Plaintiffs' attorneys of record;

---

[1] Said Opt-Outs are the +/-12,000 former Members of the putative *Vargas* class represented by the undersigned attorneys, of which +/-4,500 are named appellants on one of the pending appeals (Dkt. # 221) in this case. Said Opt-Outs currently are pursuing claims against Ford via the Michigan Mass Actions referenced in pleadings previously filed with this Court, e.g., Dkt. ## 205, 206.

1
NOTICE OF MICHIGAN MASS TORT ORDER BARRING *EX PARTE* COMMUNICATIONS WITH OPT-OUTS RE SETTLEMENT

*and*

ORDERED that Defendant, Ford Motor Company, shall take such affirmative actions as may be necessary to ensure compliance with said Order, including but not limited to, providing notice to Defendant Ford Motor Company's General Counsel, Customer Service call center personnel, DPS6 specialists, and authorized dealers.

A true and correct copy of the Court's December 26, 2017 Order is attached hereto as EXHIBIT 1.

Respectfully submitted,

Dated: December 26, 2017      STERN LAW, PLLC

By: /s/ *Kenneth A. Stern*
KENNETH A. STERN
Attorneys for Opt-Outs

Dated: December 26, 2017      THE LIBLANG LAW FIRM, P.C.

By: /s/ *Dani K. Liblang*
DANI K. LIBLANG
Attorneys for Opt-Outs

Dated: December 26, 2017      GIELEGHEM LAW OFFICE

By: /s/ *Neil Gieleghem*
NEIL GIELEGHEM
Attorneys for Opt-Outs

2
NOTICE OF MICHIGAN MASS TORT ORDER BARRING *EX PARTE* COMMUNICATIONS WITH OPT-OUTS RE SETTLEMENT

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(I)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 26, 2017.

By: /s/ Neil Gieleghem

Neil Gieleghem

# EXHIBIT 1

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT OF WAYNE COUNTY

Jordan Cyr, et al,

      Plaintiffs,                   Case No. 2017-006058-NZ

vs.                                Hon. Annette J. Berry

FORD MOTOR COMPANY, a Delaware corporation,

      Defendant.

17-006058-NZ

FILED IN MY OFFICE
WAYNE COUNTY CLERK
12/26/2017 10:27:26 AM
CATHY M. GARRETT

/s/ Cheryl Bascomb

| | |
|---|---|
| Dani K. Liblang (P33713)<br>Susan M. Martin (P47459)<br>**THE LIBLANG LAW FIRM, PC**<br>Co-Counsel for Plaintiffs<br>346 Park Street, Suite 200<br>Birmingham, MI 48009<br>(248) 540-9270 | Scott M. Erskine (P54734)<br>Natalie Priest Yaw (P71093)<br>Tracey L. Porter (P69984)<br>**ERSKINE LAW, PC**<br>Counsel for Defendant<br>342 South Main Street<br>Rochester, MI 48307<br>(248) 601-4499 |
| Kenneth A. Stern (P30722)<br>**STERN LAW, PLLC**<br>Co-Counsel for Plaintiffs<br>41850 West Eleven Mile Road, Suite 121<br>Novi, MI 48375-1857<br>(248) 347-7315 | John M. Thomas (P31403)<br>Krista L. Lenart (P59601)<br>**DYKEMA GOSSETT, PLLC**<br>2723 South Street, Suite 400<br>Ann Arbor, MI 48104<br>(734) 214-7613 |

## ORDER REGARDING COMMUNICATIONS WITH MASS ACTION PLAINTIFFS

At a session of said Court held in the
WAYNE COUNTY CIRCUIT COURT
12/26/2017
On:_____

PRESENT: HON: Annette J. Berry
                                  JUDGE

      This matter, including all of the Ford Motor Company Mass Actions pending in this Court, having come before the Court on Monday, December 11, 2017, for a status conference, all counsel of

EXHIBIT 1-1

record having been present, and it having come to the attention of the Court that there have been unauthorized settlement communications with Plaintiffs other than through Plaintiffs' counsel, including Releases purporting to release Ford Motor Company and Ford Motor Company dealerships and referencing the *Vargas v Ford Motor Company* class action, and the Court being otherwise fully advised in the premises;

**IT IS HERBY ORDERED** that Defendant, Ford Motor Company, its attorneys, paralegals, DPS6 specialists, agents, employees, authorized dealers, customer service call centers, contractors, marketing personnel, representatives or other affiliated persons shall not communicate, either directly or indirectly, with any of the named Plaintiffs concerning any offers of settlement or compromise or concerning matters touching thereon, except through Plaintiffs' attorneys of record; and

**IT IS FURTHER ORDERED** that Defendant, Ford Motor Company, shall take such affirmative actions as may be necessary to ensure compliance with this Order, including but not limited to, providing notice to Defendant's General Counsel, Customer Service call center personnel, DPS6 specialists, and authorized dealers.

/s/ Annette J. Berry
_____
CIRCUIT COURT JUDGE

ORDER DRAFTED BY:
THE LIBLANG LAW FIRM, P.C.,
AND SUBMITTED PURSUANT TO
MCR 2.602(B)(3)
DATED: December 15, 2017

2

EXHIBIT 1-2