1   Jordan L. Lurie (SBN 130013)
    Jordan.Lurie@capstonelawyers.com
2   Tarek H. Zohdy (SBN 247775)
    Tarek.Zohdy@capstonelawyers.com
3   Cody R. Padgett (SBN 275553)
    Cody.Padgett@capstonelawyers.com
4   Karen L. Wallace (SBN 272309)
    Karen.Wallace@capstonelawyers.com
5   Capstone Law APC
    1875 Century Park East, Suite 1000
6   Los Angeles, CA 90067
    Telephone:  (310) 556-4811
7   Facsimile:   (310) 943-0396

8   Attorneys for Plaintiffs

9

10              UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

12

| | |
|---|---|
| 13  OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING, individually and on behalf of a class of similarly situated individuals, | Case No. 2:12-cv-08388-AB-FFMx |
| 15 | Magistrate Judge Frederick F. Mumm |
| 16          Plaintiffs, | **DISCOVERY MATTER** |
| 17          v. | **DECLARATION JORDAN L. LURIE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEPOSITION ATTENDANCE AND TESTIMONY OF OBJECTORS BRENDA LOTT, SUZANNE LUTZ, CARLIE OLIVANT, GAIL SLOMINE, AND PHILIP WOLOSZYN** |
| 18  FORD MOTOR COMPANY, |  |
| 19          Defendant. |  |
| 20 |  |
| 21 | Date:      April 3, 2018 |
| 22 | Time:      10:00 a.m. |
|    | Place:     Courtroom 580 |
| 23 |            Royal Federal Bldg. |
|    |            255 E. Temple St., |
| 24 |            Los Angeles, CA 90012 |
| 25 | Discovery Cutoff:  February 28, 2017 |
|    | Trial:  Not Set |

26

27

28

I, Jordan Lurie, Declare:

1.    I am an attorney licensed to practice before all courts of the State of California.  Unless the context indicates otherwise, I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently thereto. I am Of Counsel at Capstone Law APC one of the counsel of record for Plaintiffs in the above-captioned action. I make this declaration in support of Plaintiffs' Motion to Compel the Deposition Attendance and Testimony of Objectors Brenda Lott, Suzanne Lutz, Carlie Olivant, Gail Slomine, and Philip Woloszyn ("Objectors").

2.    On January 30, 2018, Plaintiffs served Notices of Deposition of each of the Objectors pursuant Rule 30. Plaintiffs served the Notices on counsel for objectors David Gorberg and Michael Kirkpatrick by email and U.S. Mail. True and correct copies of the Notices are attached as Exhibit 1 hereto.

3.    On February 13, 2018, I sent an email to David Gorberg seeking confirmation that the Objectors would be appearing at their noticed depositions on February 16 and February 19. Mr. Gorberg responded that this Court no longer has jurisdiction, the Federal Rules of Civil Procedure no longer apply, and that the Objectors would not appear for the depositions. Mr. Gorberg also argued that there was no "legitimate basis" to take the depositions of the Objectors.

4.    On February 13, 2018, I notified Mr. Gorbert and Mr. Kirkpatrick by email that Plaintiffs would be filing a motion to compel the depositions of the Objectors, and set forth the basis of the proposed motion to compel; namely, that this Court has continuing jurisdiction with respect to the settlement and to "preserve the integrity" of the Court's judgments, and that the Rules of Appellate Procedure provide that a district court retains the power to later amend an appealable order or judgment, even if a notice of appeal has been filed. *See, e.g., In re Cathode Ray Tube Antitrust Litig.,* 281 F.R.D. 531 (N.D. Cal. 2012).

LURIE DECL. IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL OBJECTORS' DEPOSITIONS

5.      On February 19, 2018, counsel for Plaintiffs and counsel for Objectors met and conferred telephonically and were unable to resolve the dispute.

6.      Class members' interest in the action—and the Settlement—has been unusually high, and I have been informed that Class Counsel have individually responded to over twenty thousand inquiries from class members. In the four months since final approval alone, I have been informed that Class Counsel have had contacts with 5,000 class members. This necessitated our firm staffing two attorneys to serve class members full time.

Dated:  March 9, 2018                    Respectfully submitted,

                                         CAPSTONE LAW APC


                              By:   /s/ Jordan L. Lurie
                              _____

                                    Jordan L. Lurie

                                    Attorneys for Plaintiffs

LURIE DECL. IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL OBJECTORS' DEPOSITIONS

# EXHIBIT 1

Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Attorneys for Plaintiffs Omar Vargas, et al. and the Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | Case No.  2:12-cv-08388-AB-FFM<br><br>The Hon. André Birotte Jr.<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF BRENDA LOTT** |

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Objector Brenda Lott on February 16, 2018, at 10:00 a.m., at Berger and Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103. The deposition shall continue from day to day, as necessary until completed. The deposition will be taken upon oral examination before an officer authorized by law to administer oaths and take testimony in accordance with the Federal Rules of Civil Procedure.

1    **PLEAST TAKE FURTHER NOTICE** that Plaintiffs may record the

2  deposition by audio and/or videotape, in addition to the stenographic recording of

3  the deposition testimony, pursuant to Rule 30(b)(3) of the Federal Rules of Civil

4  Procedure.

5    **PLEASE TAKE FURTHER NOTICE** that Plaintiffs may record the

6  testimony by simultaneous written transcription via LiveNote. Counsel will be

7  permitted to access the LiveNote feed, but must provide their own cable and

8  software in order to do so.

9

10  Dated:  January 30, 2018                    Capstone Law APC

11

12

13                                             By: _____

14                                                 Jordan L. Lurie

15                                                 Tarek H. Zohdy

16                                                 Cody R. Padgett

17                                                 Karen L. Wallace

18                                                 Attorneys for Plaintiffs and the
                                                   Settlement Class

19

20

21

22

23

24

25

26

27

28

---

**2**

**NOTICE OF DEPOSITION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I am employed in the State of California, County of Los Angeles.  I am over the age of 18 and not a party to the within suit; my business address is 1875 Century Park East, Suite 1000, Los Angeles, California 90067.

On January 30, 2018 I served the documents described as: **PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF BRENDA LOTT** on the interested parties in this action by sending on the interested parties in this action by sending [   ] the original [or] [✓] a true copy

☒ BY MAIL (ENCLOSED IN A SEALED ENVELOPE): I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

☒ BY E-MAIL: I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

☐ BY FAX: I hereby certify that this document was served from Los Angeles, California, by facsimile delivery on the parties listed herein at their most recent fax number of record in this action.

☐ BY PERSONAL SERVICE: I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☐ BY OVERNIGHT DELIVERY: I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery.  Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid.  The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

thereof [✓] to interested parties as follows [or] [  ] as stated on the attached service list:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 30, 2018 at Los Angeles, California.

Pouneh Porooshani

---

**3**

**NOTICE OF DEPOSITION**

1

## SERVICE LIST

2
David J. Gorberg
Emma C. Robinson
3
David J. Gorberg & Associates
4
103 Sibley Avenue
Ardmore, Pennsylvania 19003
5
By mail and email:
david@mylemon.com
6
emma@mylemon.com

7
Michael T. Kirkpatrick
8
Public Citizen Group
1600 20th Street NW
9
Washington, D.C. 20009

10
John Mark Thomas
11
Krista L. Lenart
Janet L. Conigliaro
12
Fred J. Fresard
DYKEMA GOSSETT, PLLC
13
2723 South State Street, Suite 400
14
Ann Arbor, Michigan 48104
*Attorneys for Ford Motor Company*
15
By email
jthomas@dykema.com
16
klenart@dykema.com
jconigliaro@dykema.com
17
ffresard@dykema.com

18
Tamara A. Bush
19
DYKEMA GOSSETT, PLLC
333 South Grand Avenue Suite 2100
20
Los Angeles, CA 90071
21
*Attorneys for Ford Motor Company*
By email:
22
tbush@dykema.com

23

24

25

26

27

28

**4**

## NOTICE OF DEPOSITION

Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs Omar Vargas, et al. and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>          Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY,<br><br>          Defendant | Case No.  2:12-cv-08388-AB-FFM<br><br>The Hon. André Birotte Jr.<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF CARLIE OLIVANT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Objector Carlie Olivant on February 16, 2018, at 5:00 p.m., at Berger and Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103. The deposition shall continue from day to day, as necessary until completed. The deposition will be taken upon oral examination before an officer authorized by law to administer oaths and take testimony in accordance with the Federal Rules of Civil Procedure.

**1**
**NOTICE OF DEPOSITION**

1      **PLEAST TAKE FURTHER NOTICE** that Plaintiffs may record the

2  deposition by audio and/or videotape, in addition to the stenographic recording of

3  the deposition testimony, pursuant to Rule 30(b)(3) of the Federal Rules of Civil

4  Procedure.

5      **PLEASE TAKE FURTHER NOTICE** that Plaintiffs may record the

6  testimony by simultaneous written transcription via LiveNote. Counsel will be

7  permitted to access the LiveNote feed, but must provide their own cable and

8  software in order to do so.

9

10  Dated:  January 30, 2018           Capstone Law APC

11

12

13                            By:_____

14                              Jordan L. Lurie

15                              Tarek H. Zohdy

16                              Cody R. Padgett

                            Karen L. Wallace

17

18                              Attorneys for Plaintiffs and the Settlement Class

19

20

21

22

23

24

25

26

27

28

**2**

**NOTICE OF DEPOSITION**

**CERTIFICATE OF SERVICE**

I am employed in the State of California, County of Los Angeles.  I am over the age of 18 and not a party to the within suit; my business address is 1875 Century Park East, Suite 1000, Los Angeles, California 90067.

On January 30, 2018 I served the documents described as: **PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF CARLIE OLIVANT** on the interested parties in this action by sending on the interested parties in this action by sending [   ] the original [or] [✓] a true copy thereof [✓] to interested parties as follows [or] [  ]] as stated on the attached service

☒    BY MAIL (ENCLOSED IN A SEALED ENVELOPE): I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

☒    BY E-MAIL: I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

☐    BY FAX: I hereby certify that this document was served from Los Angeles, California, by facsimile delivery on the parties listed herein at their most recent fax number of record in this action.

☐    BY PERSONAL SERVICE: I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☐    BY OVERNIGHT DELIVERY: I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery.  Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid.  The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

list:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 30, 2018 at Los Angeles, California.

Pouneh Porooshani

---

**3**

**NOTICE OF DEPOSITION**

1

2

**SERVICE LIST**

3

David J. Gorberg

4

Emma C. Robinson

David J. Gorberg & Associates

5

103 Sibley Avenue

Ardmore, Pennsylvania 19003

6

By mail and email:

7

david@mylemon.com

emma@mylemon.com

8

9

Michael T. Kirkpatrick

Public Citizen Group

10

1600 20th Street NW

Washington, D.C. 20009

11

12

John Mark Thomas

Krista L. Lenart

13

Janet L. Conigliaro

Fred J. Fresard

14

DYKEMA GOSSETT, PLLC

2723 South State Street, Suite 400

15

Ann Arbor, Michigan 48104

16

*Attorneys for Ford Motor Company*

By email

17

jthomas@dykema.com

klenart@dykema.com

18

jconigliaro@dykema.com

ffresard@dykema.com

19

20

Tamara A. Bush

DYKEMA GOSSETT, PLLC

21

333 South Grand Avenue Suite 2100

Los Angeles, CA 90071

22

*Attorneys for Ford Motor Company*

By email:

23

tbush@dykema.com

24

25

26

27

28

**4**

**NOTICE OF DEPOSITION**

1  Jordan L. Lurie (SBN 130013)
   Jordan.Lurie@capstonelawyers.com
2  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
3  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
4  Karen L. Wallace (SBN 272309)
   Karen.Wallace@capstonelawyers.com
5  Capstone Law APC
   1875 Century Park East, Suite 1000
6  Los Angeles, California 90067
   Telephone:   (310) 556-4811
7  Facsimile:   (310) 943-0396

8  Attorneys for Plaintiffs Omar Vargas, et al. and the Class

9

                    UNITED STATES DISTRICT COURT
10
        CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION
11

12
   OMAR VARGAS, ROBERT BERTONE,          Case No.  2:12-cv-08388-AB-FFM
13 MICHELLE HARRIS, and SHARON
   HEBERLING individually, and on behalf of   The Hon. André Birotte Jr.
14 a class of similarly situated individuals,
                                          CLASS ACTION
15
                    Plaintiffs,
16                                        PLAINTIFFS' NOTICE OF
           v.                             DEPOSITION OF GAIL
17                                        SLOMINE
18 FORD MOTOR COMPANY,

19                  Defendant

20

21        TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

22        PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the

23 Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Objector

24 Gail Slomine on February 19, 2018, at 10:00 a.m., at Berger and Montague, P.C.,

25 1622 Locust Street, Philadelphia, PA 19103. The deposition shall continue from

26 day to day, as necessary until completed. The deposition will be taken upon oral

27 examination before an officer authorized by law to administer oaths and take

28 testimony in accordance with the Federal Rules of Civil Procedure.

                                    1
                          NOTICE OF DEPOSITION

1       **PLEAST TAKE FURTHER NOTICE** that Plaintiffs may record the

2 deposition by audio and/or videotape, in addition to the stenographic recording of

3 the deposition testimony, pursuant to Rule 30(b)(3) of the Federal Rules of Civil

4 Procedure.

5       **PLEASE TAKE FURTHER NOTICE** that Plaintiffs may record the

6 testimony by simultaneous written transcription via LiveNote. Counsel will be

7 permitted to access the LiveNote feed, but must provide their own cable and

8 software in order to do so.

9

10 Dated:  January 30, 2018           Capstone Law APC

11

12

13                       By:_____

14                         Jordan L. Lurie

15                         Tarek H. Zohdy

16                         Cody R. Padgett

17                         Karen L. Wallace

18                         Attorneys for Plaintiffs and the
                             Settlement Class

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I am employed in the State of California, County of Los Angeles.  I am over the age of 18 and not a party to the within suit; my business address is 1875 Century Park East, Suite 1000, Los Angeles, California 90067.

On January 30, 2018 I served the documents described as: **PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF GAIL SLOMINE** on the interested parties in this action by sending on the interested parties in this action by sending [   ] the original [or] [✓] a true

☒      BY MAIL (ENCLOSED IN A SEALED ENVELOPE): I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

☒      BY E-MAIL: I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

☐      BY FAX: I hereby certify that this document was served from Los Angeles, California, by facsimile delivery on the parties listed herein at their most recent fax number of record in this action.

☐      BY PERSONAL SERVICE: I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☐      BY OVERNIGHT DELIVERY: I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery.  Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid.  The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

☒      (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

copy thereof [✓] to interested parties as follows [or] [  ]] as stated on the attached service list:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 30, 2018 at Los Angeles, California.

Pouneh Porooshani

**NOTICE OF DEPOSITION**

1

2

**SERVICE LIST**

3

4   David J. Gorberg
    Emma C. Robinson

5   David J. Gorberg & Associates
    103 Sibley Avenue

6   Ardmore, Pennsylvania 19003
    By mail and email:

7   david@mylemon.com
    emma@mylemon.com

8

9   Michael T. Kirkpatrick
    Public Citizen Group

10  1600 20th Street NW
    Washington, D.C. 20009

11

12  John Mark Thomas
    Krista L. Lenart

13  Janet L. Conigliaro
    Fred J. Fresard

14  DYKEMA GOSSETT, PLLC
    2723 South State Street, Suite 400

15  Ann Arbor, Michigan 48104
    *Attorneys for Ford Motor Company*

16  By email
    jthomas@dykema.com

17  klenart@dykema.com

18  jconigliaro@dykema.com
    ffresard@dykema.com

19

20  Tamara A. Bush
    DYKEMA GOSSETT, PLLC

21  333 South Grand Avenue Suite 2100
    Los Angeles, CA 90071

22  *Attorneys for Ford Motor Company*
    By email:

23  tbush@dykema.com

24

25

26

27

28

**4**

**NOTICE OF DEPOSITION**

Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs Omar Vargas, et al. and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>         Plaintiffs,<br>   v.<br><br>FORD MOTOR COMPANY,<br><br>         Defendant | Case No.  2:12-cv-08388-AB-FFM<br><br>The Hon. André Birotte Jr.<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF PHILIP WOLOSZYN** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 26 and 30 of the

Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Objector

Philip Woloszyn on February 19, 2018, at 2:00 p.m., at Berger and Montague,

P.C., 1622 Locust Street, Philadelphia, PA 19103. The deposition shall continue

from day to day, as necessary until completed. The deposition will be taken upon

oral examination before an officer authorized by law to administer oaths and take

testimony in accordance with the Federal Rules of Civil Procedure.

**1**
**NOTICE OF DEPOSITION**

1    **PLEAST TAKE FURTHER NOTICE** that Plaintiffs may record the

2   deposition by audio and/or videotape, in addition to the stenographic recording of

3   the deposition testimony, pursuant to Rule 30(b)(3) of the Federal Rules of Civil

4   Procedure.

5    **PLEASE TAKE FURTHER NOTICE** that Plaintiffs may record the

6   testimony by simultaneous written transcription via LiveNote. Counsel will be

7   permitted to access the LiveNote feed, but must provide their own cable and

8   software in order to do so.

9

10   Dated:  January 30, 2018                    Capstone Law APC

11

12

13                                    By: _____

14                                       Jordan L. Lurie
                                         Tarek H. Zohdy
15                                       Cody R. Padgett
                                         Karen L. Wallace
16

17                                       Attorneys for Plaintiffs and the
                                         Settlement Class
18

19

20

21

22

23

24

25

26

27

28

**2**
**NOTICE OF DEPOSITION**

**CERTIFICATE OF SERVICE**

I am employed in the State of California, County of Los Angeles.  I am over the age of 18 and not a party to the within suit; my business address is 1875 Century Park East, Suite 1000, Los Angeles, California 90067.

On January 30, 2018 I served the documents described as: **PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF PHILIP WOLOSZYN** on the interested parties in this action by sending on the interested parties in this action by sending [   ] the original [or] [✓] a true copy thereof [✓] to interested parties as follows [or] [  ]] as stated on the attached service

☒ BY MAIL (ENCLOSED IN A SEALED ENVELOPE): I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

☒ BY E-MAIL: I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

☐ BY FAX: I hereby certify that this document was served from Los Angeles, California, by facsimile delivery on the parties listed herein at their most recent fax number of record in this action.

☐ BY PERSONAL SERVICE: I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☐ BY OVERNIGHT DELIVERY: I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery.  Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid.  The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

list:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 30, 2018 at Los Angeles, California.

_Pounell        Porooshani_

Pouneh Porooshani

**3**

1

2                                                **SERVICE LIST**

3        David J. Gorberg
4        Emma C. Robinson
         David J. Gorberg & Associates
5        103 Sibley Avenue
         Ardmore, Pennsylvania 19003
6        By mail and email:
7        david@mylemon.com
         emma@mylemon.com
8
9        Michael T. Kirkpatrick
         Public Citizen Group
10       1600 20th Street NW
         Washington, D.C. 20009
11
         John Mark Thomas
12       Krista L. Lenart
         Janet L. Conigliaro
13       Fred J. Fresard
         DYKEMA GOSSETT, PLLC
14       2723 South State Street, Suite 400
         Ann Arbor, Michigan 48104
15       *Attorneys for Ford Motor Company*
16       By email
         jthomas@dykema.com
17       klenart@dykema.com
18       jconigliaro@dykema.com
         ffresard@dykema.com
19
         Tamara A. Bush
20       DYKEMA GOSSETT, PLLC
21       333 South Grand Avenue Suite 2100
         Los Angeles, CA 90071
22       *Attorneys for Ford Motor Company*
         By email:
23       tbush@dykema.com

24

25

26

27

28

                                                **4**
                                  **NOTICE OF DEPOSITION**

1  Jordan L. Lurie (SBN 130013)
   Jordan.Lurie@capstonelawyers.com
2  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
3  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
4  Karen L. Wallace (SBN 272309)
   Karen.Wallace@capstonelawyers.com
5  Capstone Law APC
   1875 Century Park East, Suite 1000
6  Los Angeles, California 90067
   Telephone:  (310) 556-4811
7  Facsimile:  (310) 943-0396

8  Attorneys for Plaintiffs Omar Vargas, et al. and the Class

9

10  UNITED STATES DISTRICT COURT

11  CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

12

| | |
|---|---|
| 13  OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals, | Case No.  2:12-cv-08388-AB-FFM |
| | The Hon. André Birotte Jr. |
| | **CLASS ACTION** |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF DEPOSITION OF SUZANNE LUTZ** |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant | |

21  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

22  **PLEASE TAKE NOTICE THAT**, pursuant to Rules 26 and 30 of the

23  Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Objector

24  Suzanne Lutz on February 16, 2018, at 2:00 p.m., at Berger and Montague, P.C.,

25  1622 Locust Street, Philadelphia, PA 19103. The deposition shall continue from

26  day to day, as necessary until completed. The deposition will be taken upon oral

27  examination before an officer authorized by law to administer oaths and take

28  testimony in accordance with the Federal Rules of Civil Procedure.

**1**

**NOTICE OF DEPOSITION**

1    **PLEAST TAKE FURTHER NOTICE** that Plaintiffs may record the

2    deposition by audio and/or videotape, in addition to the stenographic recording of

3    the deposition testimony, pursuant to Rule 30(b)(3) of the Federal Rules of Civil

4    Procedure.

5    **PLEASE TAKE FURTHER NOTICE** that Plaintiffs may record the

6    testimony by simultaneous written transcription via LiveNote. Counsel will be

7    permitted to access the LiveNote feed, but must provide their own cable and

8    software in order to do so.

9

10   Dated:  January 30, 2018                    Capstone Law APC

11

12

13                                               By:_____

14                                                   Jordan L. Lurie

15                                                   Tarek H. Zohdy

16                                                   Cody R. Padgett

16                                                   Karen L. Wallace

17

18                                                   Attorneys for Plaintiffs and the
                                                     Settlement Class

19

20

21

22

23

24

25

26

27

28

**2**

**NOTICE OF DEPOSITION**

## CERTIFICATE OF SERVICE

I am employed in the State of California, County of Los Angeles.  I am over the age of 18 and not a party to the within suit; my business address is 1875 Century Park East, Suite 1000, Los Angeles, California 90067.

On January 30, 2018 I served the documents described as: **PLAINTIFFS' NOTICE OF TAKING DEPOSITION OF SUZANNE LUTZ** on the interested parties in this action by sending on the interested parties in this action by sending [   ] the original [or] [✓] a true

☒   BY MAIL (ENCLOSED IN A SEALED ENVELOPE): I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

☒   BY E-MAIL: I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

☐   BY FAX: I hereby certify that this document was served from Los Angeles, California, by facsimile delivery on the parties listed herein at their most recent fax number of record in this action.

☐   BY PERSONAL SERVICE: I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☐   BY OVERNIGHT DELIVERY: I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery.  Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid.  The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

copy thereof [✓] to interested parties as follows [or] [  ]] as stated on the attached service list:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 30, 2018 at Los Angeles, California.


Pouneh Porooshani

---

**3**

**NOTICE OF DEPOSITION**

1

2                                **SERVICE LIST**

3     David J. Gorberg

4     Emma C. Robinson
      David J. Gorberg & Associates
5     103 Sibley Avenue
      Ardmore, Pennsylvania 19003
6     By mail and email:
7     david@mylemon.com
      emma@mylemon.com
8
      Michael T. Kirkpatrick
9     Public Citizen Group
      1600 20th Street NW
10    Washington, D.C. 20009

11    John Mark Thomas
12    Krista L. Lenart
      Janet L. Conigliaro
13    Fred J. Fresard
      DYKEMA GOSSETT, PLLC
14    2723 South State Street, Suite 400
15    Ann Arbor, Michigan 48104
      *Attorneys for Ford Motor Company*
16    By email
17    jthomas@dykema.com
      klenart@dykema.com
18    jconigliaro@dykema.com
      ffresard@dykema.com
19
      Tamara A. Bush
20    DYKEMA GOSSETT, PLLC
21    333 South Grand Avenue Suite 2100
      Los Angeles, CA 90071
22    *Attorneys for Ford Motor Company*
      By email:
23    tbush@dykema.com

24

25

26

27

28

---

**4**

**NOTICE OF DEPOSITION**