Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiffs and the Class

*[Additional Counsel Listed on Signature Pages]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. CV12-08388 AB (FFMx)<br><br>The Hon. André Birotte Jr.<br><br>**DECLARATION OF JORDAN L. LURIE IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPELLATE BOND**<br><br>Date:   April 20, 2018<br>Time:   10:00 a.m.<br>Place:   Courtroom 7B |

I, Jordan Lurie, Declare:

1. I am an attorney licensed to practice before all courts of the State of California. Unless the context indicates otherwise, I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently thereto. I am Of Counsel at Capstone Law APC, one of the counsel of record for Plaintiffs in the above-captioned action. I make this declaration in support of Plaintiffs' Motion for Appellate Bond.

2. On or about February 19, 2018, pursuant to Local Rule 7-3, I spoke with Michael Kirkpatrick and David Gorberg, counsel for Objectors, by phone, notifying them that Plaintiffs intended to file a motion seeking an appellate bond from the Objectors. The Parties were unable to reach an agreement on the matter.

Dated: March 23, 2018                    Respectfully submitted,

By: /s/ Jordan L. Lurie
Jordan L. Lurie
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, CA 90067

*Attorneys for Plaintiffs and the Class*