UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OMAR VARGAS; et al., | No. 17-56764 |
| Plaintiffs-Appellees, | D.C. No. 2:12-cv-08388-AB-FFM |
| v. | Central District of California, Los Angeles |
| GINA DEBOSE, Lead "Opt-Out" Appellant, on behalf of herself and all others similarly situated; et al., | ORDER |
| Objectors-Appellants, | |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant-Appellee. | |

Before: THOMAS, Chief Judge, W. FLETCHER and CALLAHAN, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of standing is granted (Docket Entry No. 11). *See Spokeo, Inc. v. Robins*, 136 S. Ct. 1540, 1547, as revised (May 24, 2016).

**DISMISSED.**

ELF/MOATT