UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OMAR VARGAS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> GINA DEBOSE, Lead "Opt-Out" Appellant, on behalf of herself and all others similarly situated; et al., <br><br> Objectors - Appellants, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant - Appellee. | No. 17-56764 <br><br> D.C. No. 2:12-cv-08388-AB-FFM <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered May 22, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7