UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 12-08388 AB (FFMx) | Date: | May 21, 2019 |
|---|---|---|---|

Title:  *Omar Vargas v. Ford Motor Company*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER RE: LETTER FROM CLASS MEMBER**

The Court has received the attached letter from a member of the class. The Court **ORDERS** Plaintiff's counsel to reach out to the class member in an attempt to assist her. Plaintiff's counsel should also involve Ford's counsel if that would facilitate a resolution.

Plaintiff's counsel is **ORDERED** to file a Status Report regarding this member's issue **within 60 days of the issuance of this Order**.

**IT IS SO ORDERED.**

April 24, 2019

Judge Andre Birotte, Jr.
United States Court for the Central District of California
350 West First Street
Los Angeles, CA 90012

RE: Vargas v. Ford Motor Co.
    Case No. 2:12-cv-08388-AB-FFM
    United States District Court for the Central District of California

Your Honor,

It will displease the court, to know that Ford Motor company, and its agent, CAP Motors of Humble Texas, are deliberately obstructing the resolution of claims on the above case,

I am one of the thousands, who have now a worthless, unsafe-to-drive vehicle, sitting in my driveway. CAP Motors will not cooperate to pay the claim, that your Honor agreed to with your signature.

This, despite presenting irrefutable evidence. I have submitted copies of my :

    Bill of Sale
    Title to Vehicle
    Current State Registration
    Current Insurance
    Express mail sticker for the claim, and receipt, with dates.

Each and every time I communicate with CAP Motors, a new, obscure, nebulous demand is created, to obstruct, or even move forward, on the paying of the claim for this vehicle. Despite the above hard evidence, the latest trick, involves requesting the "exact date" the claim was mailed. It is clearly apparent on the postal sticker and receipt when the claim was mailed. CAP Motors says they need more evidence. They are corrupt, and it is clear their motivation is denial of payment.

I have received no written or verbal attempt at repairing or re-purchasing the vehicle. I've followed all the steps, and I have the documents to prove it.

Now coming up on 2 years, I can't be alone in this deliberate campaign by Ford Motor, and its agent CAP Motors, in stone-walling payments, as your Honor ordered and agreed. Their performance of the arbitration agreement, is a sham. They have no intention of honoring the agreement. The Internet, is chock full of consumer complaints about this very matter, echoing my experience. They all share my saga.

Unsafe to drive, and sitting covered with pollen on my driveway, is my vehicle. I still have to make insurance and finance payments as it sits.

Please, Your Honor, order Ford Motor to abide by the terms of the arbitration you ordered. It is clear, they did not have good faith as to their intentions. Through CAP Motors, they have created a barricade of bureacracy, to stymie any vehicle owner, Your Court, should ask for a detailed report, of just how many actual claims have been paid and settled, since you signed off on the agreement. I think you will be angered.

I can only imagine how many others are stuck with the same lemon.

With Great Respect,

*Pamela A Sprehe*

Pamela A. Sprehe
PO Box 6000
Lake Charles, LA  70606-6000

ph 337-419-1244

ORIGIN ID:EMTA
PAMELA SPREHE        (337) 419-1244
PO BOX 6000
LOS ANGELES, CA 90012
UNITED STATES US

SHIP DATE: 27APR19
ACTWGT: 0.10 LB
CAD: 111638143/INET4100

TO   JUSGE ANDRE BIROTTE, JR.
     US COURT CENTRAL CALIFORNIA
     350 WEST FIRST ST.

     LOS ANGELES CA 90012
(337) 419-1244
INV:
PO:                    REF FORD MOTOR
                                   DEPT

BILL SENDER

RECEIVED
APR 29 2019
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

565J1/D7E5/23AD

FedEx Express

FedEx Ship Manager - Print Your Label(s)

TRK# 7750 7757 9635
0201

XH EMTA

MON – 29 APR 10:30A
PRIORITY OVERNIGHT

90012
CA-US   LAX

#3693897 04/27 565J1/D7E5/23AD

4/27/2019

