JS-5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant | Case No. CV12-08388 AB (FFMx)<br>Hon. Judge André Birotte Jr.<br>Crt Rm No. 790<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER SETTING DATE FOR FINAL FAIRNESS HEARING, SCHEDULE FOR BRIEFING THEREON, AND REAFFIRMING ORDER GRANTING PRELIMINARY APPROVAL** |

Case No cv12-08388 AB (FFMx)

Order Setting Date For Final Fairness Hearing, Schedule For Briefing Thereon, And Reaffirming Order Granting Preliminary Approval

The Court HEREBY orders as follows:

1. The case is hereby REOPENED.

2. The Order Granting Preliminary Approval (ECF No. 133), entered by the Court on April 25, 2017, remains valid and effective following the Ninth Circuit Court of Appeal's opinion vacating the order granting final approval and remanding for a "more searching inquiry" in evaluating whether the Class Action Settlement should be finally approved. The Settlement Class as defined in the Order Granting Preliminary Approval remains certified and the opt-out and objection deadline of September 7, 2017 has not changed.

3. Plaintiffs, Defendant Ford Motor Company, Objectors Brenda Lott, Suzanne Lutz, Carlie Olivant, Gail Slomine, and Philip Woloszyn (the "Lott Objectors") and Objector James DeBolt have agreed to participate in a mediation conducted by Professor Eric D. Green of Resolutions, LLC. The parties shall jointly report to the Court the results of any mediation relating to the proposed Class Action Settlement by January 15, 2020.

4. Following efforts to mediate the dispute, the parties and objectors[1] shall comply with the following briefing schedule:

| Due Date | Event/Filing |
| --- | --- |
| January 24, 2020 | Renewed Motion(s) for Final Approval |
| January 24, 2020 | Plaintiffs' Renewed Motion for Attorneys' Fees, Costs, and Incentive Payments |
| January 31, 2020 | Objectors' Opposition(s) to Renewed Motion(s) for Final Approval and/or |

---

[1] Only Class Members who objected to the Class Action Settlement by September 5, 2017 may file an opposition to the Renewed Motion for Final Approval and Renewed Motion for Attorneys' Fees.

Page 1

CASE NO CV12-08388 AB (FFMX)

[PROPOSED] ORDER SETTING DATE FOR FINAL FAIRNESS HEARING, SCHEDULE FOR BRIEFING THEREON, AND REAFFIRMING ORDER GRANTING PRELIMINARY APPROVAL

| | |
|---|---|
| | Renewed Motion for Attorneys' Fees. |
| February 7, 2020 | Optional Reply Brief(s) in Support of Renewed Motion(s) for Final Approval and/or Motion for Attorneys' Fees |
| February 28, 2020 at 10:00 am | Final Fairness Hearing, at 350 West First Street, Los Angeles, CA 90012 - Courtroom 7B |

**IT IS SO ORDERED**.

Dated: October 22, 2019

By: _____
Hon. André Birotte, Jr.
U.S. District Judge

Page 2

CASE NO CV12-08388 AB (FFMX)

[PROPOSED] ORDER SETTING DATE FOR FINAL FAIRNESS HEARING, SCHEDULE FOR BRIEFING THEREON, AND REAFFIRMING ORDER GRANTING PRELIMINARY APPROVAL