UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No.: CV12-08388 AB (FFMx)<br>**CLASS ACTION**<br>Hon. André Birotte Jr.<br>**[PROPOSED] FINAL JUDGMENT** |

# FINAL JUDGMENT

Under Rules 54(b) and 58, it is adjudged as follows:

1. The Court entered a Final Approval Order approving the Settlement;

2. For the reasons stated in the Court's Final Approval Order, judgment is hereby entered in accordance with the Final Approval Order; and

3. Plaintiffs' claims asserted against Defendants in this action are dismissed with prejudice, without costs to any party, except as provided for in the Final Approval Order or Settlement Agreement.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: _____    _____
                         The Hon. André Birotte Jr
                         United States District Judge