UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| OMAR VARGAS, ROBERT BERTONE, MICHELLE HARRIS, and SHARON HEBERLING individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.: CV12-08388 AB (FFMx)<br>**CLASS ACTION**<br>Hon. André Birotte Jr.<br>**FINAL JUDGMENT** |

| | |
|---|---|
| 1 | **FINAL JUDGMENT** |
| 2 | Under Rules 54(b) and 58, it is adjudged as follows: |
| 3 | 1.     The Court entered a Final Approval Order approving the Settlement; |
| 4 | 2.     For the reasons stated in the Court's Final Approval Order, |
| 5 | judgment is hereby entered in accordance with the Final Approval Order; and |
| 6 | 3.     Plaintiffs' claims asserted against Defendants in this action are |
| 7 | dismissed with prejudice, without costs to any party, except as provided for in |
| 8 | the Final Approval Order or Settlement Agreement. |

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:  March 5, 2020

_____
Hon. André Birotte Jr.
U.S. District Judge