Amy L. Wells, Esq.
Wells Law Office, Inc.
201 N. Garland Ct., 2908
Chicago, IL 60601

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| OMAR VARGAS, individually, and on behalf of a class, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:2012-CV-08388 AB (FFMX) |
| v. | |
| FORD MOTOR COMPANY | (~~PROPOSED~~) ORDER ON AMENDED APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wells, Amy L.     of     Wells Law Office, Inc.
*Applicant's Name (Last Name, First Name & Middle Initial)*     201 N. Garland Ct., 2908
773-762-9104     Chicago, IL 60601
*Telephone Number*     *Fax Number*
amywells@equaljusticelaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Opt-outs and those pursuing repurchase in accordance with the terms of the class action settlement in *Vargas*.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Opt-outs

and designating as Local Counsel
Resnick, Allen-Michel D.     of     CONSUMER LEGAL REMEDIES, APC
*Designee's Name (Last Name, First Name & Middle Initial)*     The Resnick Building
245215     833-428-9222     213-210-2196     331 North Beverly Drive, Suite 2
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*     Beverly Hills, CA 90210-4715
mresnick@clrattorney.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒   GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded  ☐ not be refunded.

Dated May 24, 2021
_____
U.S. District Judge/U.S. Magistrate Judge