*Priority Mail*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR VARGAS, et.al,, | ) | Case No. CV-12-08388 AB (FF |
| Plaintiffs, | ) | Requesting Court Retain Jurisdiction over Final Settlement Order |
| v. | ) | |
| FORD MOTOR COMPANY, | ) | |
| Defendant. | ) | |

FILED
CLERK, U.S. DISTRICT COURT

JUN 28 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before the Court is Class Action Member (Constance Roundtree) in the above styled case and request that the Court retain jurisdiction to enforce the final settlement order against the Defendant so that Class Action Member (Constance Roundtree) is not hindered from due process in this case.

To preserve due process, Arbitrator should be given and allowed to review all of the documents (30) plus pages herein that supports the claim for relief as a class action member. Said documents are filed with the Cap-Motors portal for the past 3 years with no settlement offers from Defendant.  The transmission was a cause of the crash.

1

Class action member believes that due process will be obstructed and denied, if the Arbitrator assigned to this case is not givin the 30 documents attached here in. (See Exhibit B) Recent statement filed in the Cap Motors portal. The Arbitrator should be allowed to review all evidentiary documents contray to Ford request's to deny claim (Exhibit A). Class Action Member Constance Roundtree cannot afford legal representation.

A copy of the foregoing was provided to Defendant (Ford) on July 25, 2021, via cap-motors portal for settlement claims, faxed and/or mailed, *To All concerned Parties.*

Respectfully submitted,

*Constance Roundtree*

Constance Roundtree, et. al

Class Action Member

P O Box 1065
Deland FL 32721
(904) 423-7277
email: croundtre@gmail.com
or iwpgroup@aol.com

2

THIS IS TO CERTIFY THAT ALL THE CONCERNED PARTIES WERE NOTIFIED BY THE AFOREMENTIONED DOCUMENTS BY EMAIL, FAX,  MAIL, AND CAP MOTORS.COM PORTAL, THIS 25TH DAY OF JUNE 2021.

BY CLASS ACTION MEMBER,  Constance Roundtree at the below listed contact information known.

Constance Roundtree,

PO Box 1065, Deland, Fl 32721

FORD MOTOR COMPANY

PO BOX 1270

MELBOURNE FL 32902

1-866-567-6518 EXT. 77284

DEMARS & ASSOCIATES, LTD

CAP MOTORS

P O BOX 925

HASLET, TX 76052

1-800-279-5343

*Exhibit A*

As the consumer's claim has failed to meet the requirements set forth by both the Florida Lemon Law and the Class Action Settlement for a repurchase to be awarded, Ford would ask that the consumer's claim be denied.

FAQs >

# USPS Tracking®

Track Another Package  +

Remove ✕

**Tracking Number:** 9405509202121552072333

Your item has been delivered and is available at a PO Box at 7:36 am on June 1, 2021 in DELAND, FL 32721.

USPS Tracking Plus™ Available ⌄

## ✅ Delivered, PO Box

June 1, 2021 at 7:36 am
DELAND, FL 32721

Get Updates ⌄

Text & Email Updates                                          ⌄

Tracking History                                              ⌄

USPS Tracking Plus™                                          ⌄

Product Information

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Received  6/23/21  in my mAil.

*Exhibt B*

# Roundtree– CAP-MOTORS #96-2111129 CASE FILE

## *Table of Contents*

*Consumer Application & Documentation* ............................................... *p. 1*

*Eligibility Letter* ..................................................................... *p. 56*

*Arbitrator Oath* ...................................................................... *p. 58*

*Arbitrator Biography* ................................................................ *p. 60*

*Arbitration Confirmation Letter* ..................................................... *p. 65*

*Ford Pre-Arbitration Hearing Form* .................................................. *p. 67*

*Ford Warranty Repair Information* ................................................... *p. 69*

*Ford Use Calculation Worksheet* ..................................................... *p. 72*

*Manufacturer Response Form* ......................................................... *p. 73*

*Prepared By: Audrea Tamez*



**CAP**
CONSUMER ARBITRATION PROGRAM
Administered by DeMars & Associates, Ltd

P.O. Box 925 • Haslet, TX 76052
Phone: 800.279.5343 • info@demarsassociates.com

Date: May 25, 2021
Case # 96-2111129
VIN # 1FADP3K23EL153268

Name: Constance Roundtree
Address: P O Box 1065
Deland, FL 32721

Ford Motor Company
Attn: _____
P.O. BOX 1270
Melbourne, FL 32902

An arbitration hearing has been scheduled for the above listed parties at:

**Date:** June 3, 2021
**Time:** N/A
**Place:** Documents Only
**Address:** N/A

Bruce Blitman _____ has been appointed as the arbitrator for this matter. Their biography is enclosed with this letter.

Please notify the CAP-Motors Administration in writing if you object to the assigned arbitrator and the reason for your objection. As an example, a valid reason for challenging the arbitrator appointment is if you personally know the arbitrator. The written challenge must be received by June 1, 2021 , seven (7) days after this letter's date. The CAP-Motors Administration will determine whether the arbitrator should be disqualified. This decision shall be final and binding.

Please complete the enclosed Pre-Arbitration Hearing Information Form and the Warranty Repair Information Form. Both forms are due to the CAP-Motors Administration by May 27, 2021 , seven (7) calendar days prior to hearing. Both parties must also submit a written list of witnesses, if any, that you will call to appear at the arbitration by May 27, 2021 , seven (7) calendar days prior to hearing.

The deadline for withdrawing this case from the CAP-Motors program is May 30, 2021 , five (5) calendar days prior to the arbitration hearing. The CAP-Motors Administration must receive this request in writing.

All forms and additional information may be faxed to our office at 262-549-6744 or mailed to P. O. Box 925, Haslet, TX 76052.

If you need special accommodations to participate in the arbitration hearing you should contact the CAP-Motors Administration, no later than ten (10) days prior to the conference or hearing date. If hearing impaired, contact the Administrator via TTY Relay Service at 800-947-3529. An interpreter will be provided by the Administrator upon request.

Page 2

Name: Roundtree, Constance
Case # 96-2111129

If you have any questions, feel free to contact the CAP-Motors Administration.

Sincerely,

Audrea Tamez
Scheduling Coordinator
CAP-Motors Administration

Enclosures:    Use Calculation Worksheet
               Pre-Arbitration Hearing Information Form
               Warranty Repair Information Form
               Arbitrator Biography



**CAP**
CONSUMER ARBITRATION PROGRAM
Administered by DeMars & Associates, Ltd.

# Pre-Arbitration Hearing Information Form

*Circle one:*                Customer ◯          or                Manufacturer ◉

Case Number: 96-2111129 _____        Vehicle Year/Make/Model 2014 Ford Focus _____

Name: Ford Motor Company Attention DeShawne Coles _____

Address: PO Box 1270 Melbourne, Florida 32902 _____

Phone: 1-866-567-6518 Ext. 77284 _____

## Scheduled Hearing

**Date:** June 3, 2021 _____
**Time:** N/A _____
**Location:** Documents Only _____
**Arbitrator:** Bruce Blitman _____

*Please provide the Arbitrator with the following information:*

                                                                    Yes _____ No X____

1. Will you be represented by an attorney?

   If yes, please provide:          Name: _____

                                     Address: _____

                                     _____

                                     Phone: _____

                                                                    Yes _____ No X____

2. Will you be using an interpreter?

   If yes, please provide:          Name: _____

                                     Address: _____

                                     _____

                                     Phone: _____                1

© DeMars & Associates, Ltd.
CAP-Motors 3/2020

Yes       No   X

3. Will you be calling witnesses?

     If yes, please provide names:

4.     The Arbitrator will consider all of the information you have already submitted. If you have any additional information you want considered, please attach it to this document.

5.     Are you requesting the Arbitrator to inspect the vehicle? Yes _____ No _X_____

     Are you requesting the Arbitrator to ride in the vehicle? Yes _____ No _X_____

     *In the event of a test drive the owner must bring to the arbitration hearing proof of valid insurance on the vehicle.*

**This form must be received by** 12:00 pm cst. May 27, 2021 **at least 7 days prior to the hearing.**

**Signed:**

                                                Date: May 25, 2021

     DeShawne Coles(Manufacturer)

(Customer/Manufacturer)—please strike one that does not apply

2

© DeMars & Associates, Ltd.
CAP-Motors 3/2020



**CAP**

CONSUMER ARBITRATION PROGRAM
Administered by DeMars & Associates, Ltd.

P.O. Box 925 • Haslet, TX 76052
Phone: 800.279.5343 • info@demarsassociates.com

Date 2/1/2021

Case Number: 96-2111129
Date Received: 11/4/2020
VIN: 1FADP3K23EL153268

Name Constance Roundtree
Address PO Box 1065
City, State ZIP Deland, FL 32721

Dear Constance Roundtree,

Your request for arbitration with the Consumer Arbitration Program for Motor Vehicles (CAP-Motors) has been received. Your request appears to be eligible for the CAP-Motors program.

A CAP-Motors representative will contact you in the next few days to discuss the process and answer any questions you may have.

If the manufacturer has not already made an offer, a representative may contact you, either directly or through the CAP-Motors Administration Office, in an effort to reach a settlement before the arbitration hearing. If you do reach a voluntary settlement, CAP-Motors Administration will confirm this settlement with you and your case file will be closed. That means you and the manufacturer will not go to an arbitration hearing. If no settlement is offered to you, or if you do not accept a settlement offer, your case will go to arbitration. Arbitration hearings are recorded. At this point it appears the arbitrator will take into consideration the FLORIDA LEMON LAW. You may file a challenge with our office if you believe FLORIDA LEMON LAW is not the applicable law in this instance. The arbitrator shall have the authority to make a final ruling on the matter.

Once the hearing is scheduled you and the manufacturer will receive a letter confirming the hearing date, time, and location. Additionally, you and the manufacturer will be asked to complete a "Pre-Arbitration Hearing Information Form" and a "Warranty Repair Information Form." If you have not done so already, please provide our office with copies of the vehicle title, registration, lease/purchase agreement, repair orders and accident reports, if any, for the arbitrator's review.

During the arbitration, an independent, neutral person (known as an Arbitrator) will conduct the hearing. You should have the vehicle at the hearing if the vehicle is operable and can be safely driven. You and the manufacturer may make an oral presentation to the Arbitrator. Please be advised, if oral presentations are scheduled and one party fails to appear, the Arbitrator will still conduct the hearing and allow those parties present to give their oral presentations.

Page 2

Name: Roundtree, Constance
Case No.: 96- 2111129

We will send you and the manufacturer a decision statement within 10 days of the hearing date.
If an award is granted, the letter will include the decision statement and an acceptance
agreement. CAP-Motors requests you sign and return the acceptance agreement form within 30
days of the date shown on the decision letter, or your case will be closed as the decision being
rejected.

For information regarding the status of your case you may call (800) 279-5343 between
8:00 a.m. and 5:00 p.m. Central Time. Please have your case number, 96-2111129, available to
assist the CAP-Motors representative taking your call. Thank you for using the CAP-Motors
program.

Sincerely,

Divya Patel

Eligibility Coordinator

CAP-Motors Administration

Enclosure: Program Guide & Rules



VIN Check Report

Vehicle Identification Number:

Report Date:

PreviousNext

## Recalls & Defects

**Recall Subject: Electrical System:wiring**

Report Receipt Date: 08/11/2014

NHTSA Campaign: 14v495000

**Summary**

Ford motor company (ford) is recalling certain model year 2013-2014 escape vehicles manufactured october 5, 2011, to april 1, 2013, and equipped with 2.0 liter engines and focus st vehicles manufactured february 14, 2012, to october 14, 2013, and equipped with 2.0 liter engines. insufficient compression in the engine wiring harness splices to the manifold absolute pressure (map) sensor may provide incorrect signals to the powertrain control module (pcm).

**Consequence**

The incorrect signals could cause the vehicle to hesitate or the engine to stall, increasing the risk of a **CRASH.**

**Remedy**

Ford will notify owners, and dealers will replace the current crimped splices with new splices, free of charge. the recall began in october 2014. owners may contact ford customer service at 1-800-392-3673. ford's number for this recall is 14s17.

1

**Notes**
Owners may also contact the national highway traffic safety administration vehicle safety hotline at 1-888-327-4236 (tty 1-800-424-9153), or go to www.safercar.gov.

**Recall Subject: Steering**
Report Receipt Date: 08/22/2014
NHTSA Campaign: 14v514000

**Summary**
Ford motor company (ford) is recalling certain model year 2014 focus and c-max vehicles manufactured august 8, 2014, to august 15, 2014. the affected vehicles may have steering gears that were incorrectly assembled.

**Consequence**
The incorrectly manufactured steering gears may cause impaired steering, including the loss of steering control, increasing the risk of a **CRASH**.

**Remedy**
Ford will notify owners, and dealers will replace the steering gears, free of charge. the recall began on november 11, 2014. owners may contact ford customer service at 1-800-392-3673. ford's number for this recall is 14s18.

**Notes**
Owners may also contact the national highway traffic safety administration vehicle safety hotline at 1-888-327-4236 (tty 1-800-424-9153), or go to www.safercar.gov.

**Recall Subject: Fuel System, Gasoline:delivery**
Report Receipt Date: 09/02/2014
NHTSA Campaign: 14v525000

**Summary**
Ford motor company (ford) is recalling certain model year 2014 ford focus vehicles manufactured may 1, 2014, to may 24, 2014. 2014 ford escape vehicles manufactured on june 6, 2014, and 2015 lincoln mkc vehicles manufactured june 4, 2014, to july 7, 2014. in the affected vehicles, the fuel delivery module (fdm) may crack between the filter body and the filter cap, possibly resulting in low fuel pressure.

**Consequence**

A reduction in fuel pressure may result in a vehicle stall, increasing the risk of a **CRASH**.

**Remedy**

Ford will notify owners, and dealers will replace the fdm, free of charge. the recall began in september 2014. owners may contact ford customer service at 1-866-436-7332. ford's number for this recall is 14s20.

**Notes**

Owners may also contact the national highway traffic safety administration vehicle safety hotline at 1-888-327-4236 (tty 1-800-424-9153), or go to www.safercar.gov.

**Recall Subject: Fuel System, Gasoline:delivery:fuel Pump**

Report Receipt Date: 01/09/2015

NHTSA Campaign: 15v005000

**Summary**

Ford motor company (ford) notified the agency on january 8, 2015, that they are recalling certain model year 2014 ford escape vehicles manufactured april 15, 2014, to may 8, 2014, and 2015 lincoln mkc vehicles manufactured april 21, 2014, to may 15, 2014. on april 30, 2015, ford expanded the recall to cover an additional 45,505 vehicles, including certain model year 2014-2015 ford transit connect vehicles manufactured november 11, 2013, to august 29, 2014, 2014-2015 ford fiesta vehicles manufactured april 10, 2014, to june 17, 2014 and 2014 ford edge vehicles manufactured april 30, 2014, to may 21, 2014. improper nickel plating of components within the fuel pump may result in the fuel pump failing.

**Consequence**

If the fuel pump fails, the vehicle may stall without warning, increasing the risk of a **CRASH**.

**Remedy**

Ford will notify owners, and dealers will replace the fuel pump, free of charge. the recall began on february 27, 2015. owners may contact ford customer service at 1-866-436-7332. ford's number for this recall is 14s30.

**Notes**

Owners may also contact the national highway traffic safety administration vehicle safety hotline at 1-888-327-4236 (tty 1-800-424-9153), or go to www.safercar.gov.

**Recall Subject: Electrical System:wiring**
Report Receipt Date: 12/02/2015
NHTSA Campaign: 15v813000

**Summary**
Ford motor company (ford) is recalling certain model year 2013 escape vehicles manufactured january 11, 2012, to april 1, 2013, and 2013-2014 focus st vehicles manufactured may 03, 2012, to october 14, 2013. insufficient compression in the engine wiring harness splices to the manifold absolute pressure (map) sensor may provide incorrect signals to the powertrain control module (pcm).

**Consequence**
The incorrect signals could cause the vehicle to hesitate or the engine to stall, increasing the risk of a **CRASH**.

**Remedy**
Ford will notify owners, and dealers will replace the current crimped splices with new splices, free of charge. the recall began on january 7, 2016. owners may contact ford customer service 1-866-436-7332. ford's number for this recall is 14s17-s1.

**Notes**
Owners may also contact the national highway traffic safety administration vehicle safety hotline at 1-888-327-4236 (tty 1-800-424-9153), or go to www.safercar.gov.


**Recall Subject: Latches/Locks/Linkages:doors:latch**
Report Receipt Date: 09/06/2016
NHTSA Campaign: 16v643000

**Summary**
Ford motor company (ford) is recalling certain model year 2012-2015 ford focus, 2013-2015 ford escape and ford c-max, 2015 lincoln mkc and ford mustang, and 2014-2016 ford transit connect vehicles. a component within the door latches may break, preventing the doors from latching and/or leading the driver or a passenger to believe a door is securely closed when, in fact, it is not.

**Consequence**

A door that is not securely latched could open while the vehicle is in motion, increasing the risk of injury to a vehicle occupant.

**Remedy**

Ford will notify owners, and dealers will replace the door latches with an improved part, free of charge. the recall began on january 27, 2017. owners may contact ford customer service at 1-866-436-7332. ford's number for this recall is 16s30.

**Notes**

Owners may also contact the national highway traffic safety administration vehicle safety hotline at 1-888-327-4236 (tty 1-800-424-9153), or go to www.safercar.gov.

**Recall Subject: Structure:body:hatchback/Liftgate**

Report Receipt Date: 09/28/2016

NHTSA Campaign: 16v698000

**Summary**

Ford motor company (ford) is recalling certain model year 2013-2017 ford focus hatchback vehicles manufactured february 14, 2012, to august 26, 2016 and equipped with a manual **transmission**. the hatchback of the affected vehicles may be unlatched with a single press of the interior latch release button. as such, these vehicles fail to comply with the requirements of federal motor vehicle safety standard (fmvss) number 206, "door locks and door retention components."

**Consequence**

With only a single press needed, the driver may accidently unlatch the hatchback, increasing the risk of injury to any unsecured passengers in the back.

**Remedy**

Ford will notify owners, and dealers will reprogram the body control module with updated software, free of charge. the recall began february 10, 2017. owners may contact ford customer service at 1-866-436-7332. ford's number for this recall is 16c13.

**Notes**

Owners may also contact the national highway traffic safety administration vehicle safety hotline at 1-888-327-4236 (tty 1-800-424-9153), or go to www.safercar.gov.

**Recall Subject: Fuel System, Gasoline:storage**
Report Receipt Date: 10/22/2018
NHTSA Campaign: 18v735000

**Summary**
Ford motor company (ford) is recalling certain 2012-2018 ford focus vehicles with a 2.0l gdi or 2.0l gtdi engine. the canister purge valve (cpv) may malfunction, possibly causing excessive vacuum in fuel vapor management system.

**Consequence**
The excessive vaccuum may result in an engine stall while driving, without warning and without the ability to restart the vehicle, increasing the risk of a **CRASH**.

**Remedy**
Ford will notify owners, and dealers will reprogram the powertrain control module. dealers will also check for fault codes and replace the cpv as needed. if the cpv is replaced, dealers will inspect and replace the carbon canister, fuel tank and fuel delivery module as necessary. the recall began august 19, 2019. owners may contact ford customer service at 1-866-436-7332. ford's number for this recall is 18s32. note: until the vehicle is serviced for this concern, owners are advised to keep the fuel tank at least halfway full.

**Notes**
Owners may also contact the national highway traffic safety administration vehicle safety hotline at 1-888-327-4236 (tty 1-800-424-9153), or go to www.safercar.gov.

**Recall Subject: Latches/Locks/Linkages:doors:latch**
Report Receipt Date: 06/08/2020
NHTSA Campaign: 20v331000

**Summary**
Ford motor company (ford) is recalling certain 2011-2014 fiesta, 2013-2014 fusion, 2015 mustang, 2013-2015 escape and c-max, 2012-2015 focus, 2014-2016 transit connect, 2013-2014 lincoln mkz, and 2015 mkc vehicles. these vehicles were previously recalled and repaired under recalls 15v-246, 16v-643 or 17v-210, however the repair may not have been completed properly. a component within the door latches may break making the doors difficult to latch and/or leading the driver or a passenger to believe a door is securely closed when, in fact, it is not.

6

**Notes**

Owners may also contact the national highway traffic safety administration vehicle safety hotline at 1-888-327-4236 (tty 1-800-424-9153), or go to www.safercar.gov.

Please call the National Highway Traffic and Safety Administration Auto Safety Hotline at 1-888-DASH-2-DOT (1-888-327-4236) to report safety defects or to obtain information on cars, trucks, child seats, and highway or traffic safety. We do not review, validate, or edit the information provided by the NHTSA.

## OATH OF THE ARBITRATOR

**ARBITRATION CASE NAME:** Roundtree, Constance
**CAP-Motor File No.:** 96-2111129

YES / NO

1. **(Party)** Are you or any member of your immediate or extended family a party, party's spouse, domestic partner, office, director or trustee of a party?

no

2. **(Family relationship)** Do you, or your present or former spouse, domestic artner, child, sibling or the parent of you or your spouse or domestic partner either have a family relationship with a lawyer in the arbitration or is currently associated in the private practice of law with a lawyer in the matter?

no

3. **(Significant relationship)** Do or did you or any member of your immediate family have or had significant personal relationship with any party or lawyer for a party?

no

4. **(Service as an arbitrator)** Are you now or have you in the last five years served as either a neutral or party-appointed arbitrator in another case involving either a party or lawyer for a party to the current arbitration?

no

5. **(Compensated service as a dispute resolution neutral)** Are you now or have you served as a dispute resolution neutral other than an arbitrator within two years before your proposed nomination or appointment in this matter involving either a party or lawyer for a party for which you expect to receive any form of compensation?

no

6. **(Current arrangements with a party)** Do you have an arrangement concerning prospective employment or other compensated service as a dispute resolution neutral with a party or within the last two years have you discussed such employment or service with a party?

no

7. **(Attorney-client relationships)** Do you have or have you had an attorney-client relationship with a party or lawyer for a party including, within the last two years, proceeding to a party or lawyer for a party concerning the same issues in the arbitration or served as a lawyer of a public agency which is a party and personally advised or represented that agency concerning the factual or legal issue in the arbitration?

no

8. **(Other professional relationships)** Do you or any immediate members of your family have any other professional relationships with a party or lawyer for a party not disclosed in numbers 2-7, including a prior association in the private practice of law within the last two years, employment as an expert witness or consultant for a party or, within the last two years, employment as an expert or consultant for a lawyer in the arbitration?

no

YES / NO

9. **(Financial interest in a party)** Do you or any member of your immediate family have a financial interest in a party?

no

10. **(Financial interest in the arbitration)** Do you or any member of your immediate family have either a financial interest in the subject matter of the arbitration or an interest that could be substantially affected by the outcome of the arbitration?

no

11. **(Knowledge of disputed facts)** Do you or any member of your immediate or extended family have personal knowledge of disputed evidentiary facts relevant to the arbitration or is any person in this group likely to be a witness in the matter?

no

12. **(Membership in organizations practicing discrimination)** Are you or a member in any organization that discriminates on the basis of race, sex, religion, national origin or sexual orientation?

no

13. **(Offers of future employment or professional relationships)** Do you intend, during the pendency of the instant matter, to entertain offers of employment as a neutral or of other professional relationships from a party or lawyer to a party?

no

14. Are you aware of any other matter that might cause a person aware of the facts to reasonably entertain a doubt that you would be able to be impartial?

no

15. Are you aware of any other matter that leads you to believe there is a substantial doubt as to your capacity to be impartial, including, but not limited to, bias or prejudice toward a party, lawyer or law firm in the arbitration?

no

16. Are you aware of any other matter that otherwise leads you to believe that your disqualification will further the interests of justice?

no

17. Do you have any permanent or temporary physical impairment that will cause you to be unable to properly perceive the evidence or properly conduct the proceedings?

no

*I attest that the information above is current, accurate, and complete.*

*Please attach additional sheet(s) to explain and clarify any "yes" answers to the questions 1-17.*

_____
Signature

Bruce A. Blitman
_____
Print Name

May 22, 2021
_____
Date

# Bruce A. Blitman
## Curriculum Vitae

**EDUCATION**
**Florida Bar,** May 17, 1982
**Juris Doctor (JD),** University of Miami School of Law, Coral Gables, FL (1981)
**Bachelor of Arts,** University of Florida, Gainesville, FL (1978)

**PROFESSIONAL EXPERIENCE** Law Offices of Bruce A. Blitman, Pembroke Pines, FL
**Founder, Mediator, Arbitrator, Dispute Resolution Specialist, Mediation Trainer** (1989-present)

- Sole Practitioner specializing in mediation of all kinds of Circuit, County and Family Disputes in state and federal courts
- Mediated thousands of court-appointed and stipulated cases throughout Florida involving complex and diverse disputes in many legal areas, such as:

| | |
|---|---|
| Personal injury | Mortgage foreclosures |
| Labor and Employment | Professional Malpractice |
| Construction defects | Disability rights |
| Employment rights | Housing rights |
| Hurricane insurance matters | Civil rights |
| Real estate | Business & Franchise Litigation |
| HOA associations | Education rights & Special accommodations |
| Family disputes | Commercial litigation & contracts |
| Aviation | Admiralty |

**MEDIATION TRAINER**
Approved (by the Office of the State Courts Administrator for Florida) as a primary trainer in certified circuit civil mediation training programs for many years. Current approval runs through October 9, 2016, subject to renewal thereafter. During the last 20 years, have trained hundreds of attorneys, judges and others who have aspired to become mediators and dispute resolvers

**PROFESSIONAL MEMBERSHIPS**
- Florida Bar (1982 to present)
- Broward County Bar Association (1987 to present)
- Palm Beach County Bar Association (2017 to present)
- Florida Academy of Professional Mediators, Inc.; Diplomate Member (1989 to present)
- Florida Supreme Court Certified Circuit Civil and County Court Mediator (February 1989 to present)
- Florida Supreme Court Certified Family Mediator (February 1990 to present)

- Florida Qualified Arbitrator (1989 to present)
- Seminole Tribe of Florida Bar Association (2016 to present)

## ARBITRATION PANELS

Qualified Florida Arbitrator for Miami-Dade County (11th Judicial Circuit of Florida) and Broward County (17th Judicial Circuit of Florida) (1989 to present)

## MEDIATION PANELS

- American Arbitration Association Roster of Mediators (2014 to present)
- Residential Mortgage Foreclosure Mediation Program for Broward County (2010-2013)
- Residential Mortgage Foreclosure Mediation Program for Miami-Dade County (2010-2013)
- Florida Department of Financial Services (DFS) Roster of Mediators to help hurricane victims resolve insurance claims (2004-2011)
- Florida Department of Financial Services (DFS) Roster of Mediators to help resolve other insurance claims (2004-present)
- U.S. Bankruptcy Court for Southern District of Florida Roster of Mediators for Loss Mitigation Mediation (LMM) Program and newly established Mortgage Modification Mediation (MMM) Program (2013 to present)
- Federal Mediator on Rosters of Mediators for U.S. District Courts for the Southern and Middle Districts of Florida (1990 to present)
- Equal Employment Opportunity Commission (EEOC) Contract Mediator for Miami Area Office Alternative Dispute Resolution Program (1999-2009)
- United States Postal Service REDRESS Program (1999-2010)

## SPECIAL MASTER/SPECIAL MAGISTRATE FOR CODE ENFORCEMENT HEARINGS

- Town of Surfside (2012-2014)
- City of South Miami (2010-2013)
- City of Miami Beach (1993-1997)

## AWARDS, CERTIFICATIONS AND HONORS

- Justice Teaching Volunteer of The Year 2017; Presented at Florida Bar Annual Convention, June 22, 2017 (by Law Related Education Committee)
- Award of Merit: Highest distinction bestowed by The Florida Academy of Professional Mediators, Inc. to an individual who has made "significant contributions to the mediation profession in the state of Florida." (2002)
- Award of Appreciation: Presented by Florida Dispute Resolution Center (DRC) for seven years of dedicated service as Vice Chair and Founding Member of Mediator Ethics Advisory Committee (2001)
- Kiwanian of the Year: Presented by the Kiwanis Club of Cooper City, a service leadership organization, for dedicated community service during club's first year (2007)
- Outstanding Service Award: Broward County Bar Association (2001-2002)

## PROFESSIONAL SKILLS

- Leadership
- Diplomacy and Conflict Resolution Skills
- Microsoft Word
- Publishing Articles and Newsletters Consistently

- Public Speaking
- Tolerant and flexible under various stressful interpersonal situations
- Teaching
- Attention to Detail

## ADR TELEVISION SERIES

The Florida Academy of Professional Mediators, Inc. Presents The ABC's of ADR: An Introduction To Mediation, Arbitration and Alternative Dispute Resolution (1998)

☐ Created, produced and hosted a twelve-part television series which aired on Miami Dade County community access television network which reached audience of 500,000 households. Series featured interviews with judges, lawyers, mediators and community leaders to raise public awareness about different conflict resolution processes and available community services and resources

## PROFESSIONAL ARTICLES AND PUBLICATIONS

- "Mediation in Florida: The Newly Emerging Case Law;" Florida Bar Journal, October 1996 Selected as a finalist for Barbara Sanders Memorial Award for Legal Writing by Florida Bar Journal Editorial Board
- "Your Business and the ADA: An Introduction to Title III of the Americans With Disabilities Act;" Co-authored with Andrew E. Colsky; Florida Bar Journal, 1996
- "The Mediation Advantage;" Business to Business Newspaper, September 1997
- "Florida's Ethics Advisory Committee Breaks New Ground;" Dispute Resolution Magazine, Spring 2001 (published by the American Bar Association Section of Dispute Resolution)
- "Dealing With Discrimination? Consider Mediating ADA Disputes; MSFOCUS Magazine, Spring 2002 (published by Multiple Sclerosis Foundation)
- "Building Your Practice One Satisfied Client at a Time;" The Florida Bar News, May 1, 2002 and Lawyers Weekly USA, July 8, 2002
- "10 Ingredients For An Effective Mediation;" ADR Currents: The Newsletter of Dispute Resolution Law and Practice, June-August 2002 (published by the American Arbitration Association)
- "Conflict Resolution Techniques: Dealing With Debtors, Creditors, Clients And Other Adversaries or When The Check Really Isn't In The Mail;" The Commercial Law Bulletin, July/August 2002 (published by Commercial Law League of America)
- "Visioning and Coaching Techniques in Mediation;" Co-authored with Professor Jeanne D. Maes; The Dispute Resolution Journal, May/July 2004 (Published by the American Arbitration Association)

- "Using Collaborative Modeling to Mediate Workplace Conflicts;" Co-authored with Professors Jeanne D. Maes, Arthur Jeffery and Robert A. Shearer; Equal Opportunities International, Volume 22, Number 5, 2003)
- "Ten Tips to Increase Your Edge in a Competitive Marketplace;" ACResolution, Spring 2006 (Published by the Association for Conflict Resolvers (ACR))
- "The Power of Active Listening;" Co-authored with Brian Schriner, Ph.D.; The Florida Bar News, November 1, 2006
- "If We Knew Then What We Know Now: Twelve Mediation Lessons We Learned the Hard Way;" Co-authored with Carline Emanuel, John A. Henneberger, A. Michelle Jernigan and David J. Kaufman; ADR New & Tips; Fall 2011 Inaugural Issue (e-newsletter published by ADR Section of The Florida Bar in December 2011)
- "Sorry Works! Offers Chance to Break Med-Mal Gridlock in Florida;" Co-authored with Doug Wojcieszak, James W. Saxton and Maggie M. Finkelstein; Florida Bar Health Law Section e-newsletter, Winter 2013 (as well as in Florida Bar ADR Section's e-newsletter, ADR News & Tips)
- "Tips for Managing the Mega-Mediation;" Co-authored with David R. Carlisle; Dispute Resolution Journal, Winter 2012, Volume 67 Number 4-distributed in June, 2013; Also reprinted in Professional Mediation Institute (PMI) quarterly e-newsletter, Fall 2013
- "12 Things to Consider Before Buying a Franchise;" Co-authored with Stephen M. Feidelman; The Franchise Handbook, Fall 2013; An abbreviated version, "5 Things To Consider Before Buying A Franchise" was published in The Miami Herald, Business Monday, August 5, 2013
- "Ten Cornerstones for Effective Mediation Advocacy;" Co-authored with A. Michelle Jernigan, Claims magazine, February and March, 2014 issues; Also published in Professional Mediation Institute e-newsletter, July 2014 and Florida Bar ADR Section's e-newsletter, ADR New & Tips, September 2014 ☐ "Conflict Resolution: Work Through It;" Florida Realtor, September 2014
- "Ten Tips for Successful Business Negotiation;" Smart Business Florida magazine, online publication, Fall 2014 issue available on November 4, 2014
- "Health Benefits of Pet Ownership," Published in Broward County Bar Association's Barrister Magazine, September 2015
- "Practical Tips for Mediating Employment Disputes," Co-authored with Kimberly Gilmour, Esq. Published in BCBA Barrister August and September 2016
- "Warning Signs of Mental Illness," Co-authored with Sandra Cumper. Published in BCBA Barrister Magazine, September 2017
- "Mental Health and Lawyers: Some Resources That Can Help." Published in Daily Business Review for Miami-Dade, Broward and Palm Beach Counties, November 6, 2017 ("Opinions and Commentary" Column)
- "Five Conflict-Handling Modes to Resolve Issues," Published in BCBA Barrister, June 2015

- "Insight Policing-A Creative Approach to Building Bridges Between Police and the Communities They Serve." Co-Authored with Megan Price, PhD.  Published in Dispute Resolution Journal, Volume 71, Issue 3, Pages 75-83, December, 2016



**CONSUMER ARBITRATION PROGRAM**

## Warranty Repair Information Form

The Arbitrator will be seeking the information requested below, including answers to these questions. All parties are asked to complete and return this form to CAP-Motors Administration at least seven (7) days in advance of the hearing.

Case #   96-2111129
Customer Name: Constance Roundtree

Vehicle Year/Make/ Model: 2014 Ford Focus

Warranty Start Date February 10, 2014

Report Submitted By: DeShawne Coles

Servicing Dealer(s):
Name  GARY YEOMANS FORD
Address  1420 NORTH TOMOKA FARMS ROAD
DAYTONA BEACH, FL. 32124
Phone  (386)253-6771

Name
Address

Phone

Name
Address

Phone

Name
Address

Phone

Name
Address

Phone

Warranty Repair Summary:

| Repair Start Date | Repair End Date | Component | Mileage | Applicable Mfr. Warranty | Summary of Diagnosis or Repair Procedure |
|---|---|---|---|---|---|
| 12/17/2016 | 12/19/2016 | Clutch assembly & oil seals+ VALVE COVER | 41,241 | 5yr/60,000 | Replaced Clutch assembly & oil seals+ VALVE COVER  Repair #1 |
| 9/27/2017 | 10/2/2017 | Clutch assembly oil seals, battery, door latches & RR | 49,673 | 5yr/60,000 | Replaced Clutch assembly, oil seals, battery, door latches & RET ASSY F |
| 5/7/2018 | 5/7/2018 | Diagnostic Test | 58,892 | 5yr/60,000 | NO SHUDDER RECORDED RETURNED TO CUST  WITHIN EXPECTE |
| 8/2/2018 | 8/3/2018 | Clutch assembly & oil seals | 63,881 | 14M01 | Replaced Clutch assembly & oil seals Repair #3 |
| | | | | | |
| | | | | | |
| | | | | | |

© DeMars & Associates. Ltd.
CAP-Motors 3/2020



**CAP** MOTORS
CONSUMER ARBITRATION PROGRAM

| Warranty Repair Synopsis: Component | # of Repairs | # Days Out of Service | Nonconformity Y/N | Substantial Y/N |
|---|---|---|---|---|
| Clutch assembly | 3 | 8 | Y | N |
| Oil seals | 3 | 8 | Y | N |
| Valve cover | 1 | 2 | N | N |
| Battery | 1 | 5 | N | N |
| Door latches | 1 | 5 | Y | Y |
| RET ASSY FT BEARING | 1 | 5 | N | N |

Is the vehicle currently covered by warranty? Yes _____ No _X_____
If yes, what components are covered?

Car totaled in a collision February 2019.

If no, warranty end date _____ / _____ / _____

Is there evidence of unreasonable use of the vehicle? Yes _____ No _X_____
If yes, please explain:

Has the manufacturer had a reasonable opportunity to repair? Yes _____ No _X_____
If no, please explain:

Florida Lemon Law states: Manufacturer duty to repurchase or replace a vehicle. If the manufacturer or its authorized service agent cannot conform a vehicle to its warranty by repairing or correcting any nonconformity after a reasonable number of attempts, the manufacturer must either repurchase or replace the vehicle. The consumer has a right to choose repurchase rather than replacement. Reasonable number of repair attempts. It is presumed that a reasonable number of repair attempts have been made if: during the Lemon Law Rights Period of 24 months from original delivery, either

(i) the same nonconformity has been subject to repair at least three times by the manufacturer or its authorized service agent, plus a final attempt by the manufacturer after receiving the registered or express mail notice from the consumer, and the nonconformity continues to exist.

The Class Action Settlement's condition for repurchase or a replacement state: the arbitrator may award repurchase or replacement only if the arbitrator finds that the claim meets the following conditions

1. The vehicle was repaired on four (4) service visits, on each visit an authorized Ford Dealer performed a Transmission Hardware Replacement within 5-60,000 miles of the initial sale or lease to the first retail customer; and the Transmission still malfunctions.

All conditions must be met before an award of repurchase is issued.

Are there factors that affected the reasonableness of the number of repairs? Yes _____ No _X_
If yes, please explain:

## APPOINTMENT CONFIRMATION

Your appointment for your 2014 Ford Focus
is scheduled for:

ond y /7/2C 8
at 9:45 AM

**Call (386) 253-6771** or

D Constance Roundtree,

Thank you for scheduling an appointment with Gary Yeoman's
Ford Lincoln for 5/7/2018, at 9:45 AM

If needed, please notify or cancel your appointment. Contact
us at (386) 253-6771 with any questions.

We look forward to providing you with excellent service.

Kelly Patt
Service Advisor

## REQUESTED SERVICES

- CAR SHAKES AND STALLS
  WHEN STARTING UP
  VEHICLE
- PERFORM MULTI-POINT
  INSPECTION

## Gary Yeoman's Ford Lincoln 

We look forward to seeing you!



Gary Yeoman's Ford Lincoln
1420 Tomoka Farms Rd
Daytona Beach, FL 32124
(386) 253-6771
http://www.garyyeomansford.com

**Call (386) 253-6771** or

Gary Yeomans Service Department (noreply@nlmdlr.com) To you Details



**APPOINTMENT CONFIRMATION**

Your appointment for your 2014 Ford Focus
is scheduled for:

Thursday 8/2/2018
at 9:00 AM

Call **(386) 253-6771** or

Dear Constance Roundtree,

Thank you for scheduling an appointment with Gary Yeoman's Ford
Lincoln for 8/2/2018, at 9:00 AM.

If needed, please modify or cancel your appointment. Contact us at
(386) 253-6771 with any questions.

We look forward to providing you with excellent service.

Bruce Schad
Service Advisor

**REQUESTED SERVICES**

- CUSTOMER STATES THE
  TRANSMISSION IS SHUDDERING,
  ALSO ROLLING BACKWARDS
  FROM A STOP
- PERFORM MULTI-POINT
  INSPECTION

**Gary Yeoman's Ford Lincoln** 

We look forward to seeing you!



Gary Yeoman's Ford Lincoln
1420 Tomoka Farms Rd
Daytona Beach, FL 32124
(386) 253-6771
http://www.garyyeomansford.com/

Call (386) 253-6771 or

Back to Top

**Gary Yeomans Service Department** (noreply@dealer.reyrey.net) To you Details



## APPOINTMENT CONFIRMATION

Your appointment for your 2014 Ford Focus
is scheduled for:

Tuesday 10/16/2018
at 9:00 AM

Call (386) 253-6771 or

Dear Constance Roundtree,

Thank you for scheduling an appointment with Gary Yeoman's Ford
Lincoln for 10/16/2018, at 9:00 AM.

If needed, please modify or cancel your appointment. Contact us at
(386) 253-6771 with any questions.

We look forward to providing you with excellent service.

Bruce Schott

Service Advisor

## REQUESTED SERVICES

- CUSTOMER REQUESTS PERFORM BATTERY SERVICE.
- PERFORM MULTI-POINT INSPECTION



**Gary Yeoman's Ford Lincoln**

We look forward to seeing you'

Gary Yeoman's Ford Lincoln
1420 Tomoka Farms Rd
Daytona Beach, FL 32124
(386) 253-6771
http://www.garyyeomansford.com/

**Call (386) 253-6771 or**

Back to Top

ary Yeomans Ford

Home   Service   About   Directions

### Service Appointment with Gary Yeomans Ford

Constance Roundtree,

We're looking forward to seeing you at Gary Yeomans Ford on 10/16/2018 at 9:00 AM for service on your 2014 Ford Focus.

If you have any questions or need any additional information please contact our service department at (386) 274-6700.

**Call (386) 274-6700
TO SCHEDULE SERVICE**

**SCHEDULE SERVICE
ONLINE ANYTIME**

Gary Yeomans Ford

1420 North Tomoka Farms Road | Daytona Beach, FL | 32124

**Phone:** 386-274-6700

See our disclaimer/privacy policy.



CONSUMER ARBITRATION PROGRAM

Are there facts that rebut the presumption of the customer's right to a replacement/repurchase of the vehicle? Yes _X_ No ____ If yes, please explain:

Florida Lemon Law states: Manufacturer duty to repurchase or replace a vehicle, if the manufacturer or its authorized service agent cannot conform a vehicle to its warranty by repairing or correcting any nonconformity after a reasonable number of attempts, the manufacturer must either repurchase or replace the vehicle. The consumer has a right to choose repurchase rather than replacement. Reasonable number of repair attempts. It is presumed that a reasonable number of repair attempts have been made if, during the Lemon Law Rights Period of 24 months from original delivery, either: 1) The same nonconformity has been subject to repair at least three times by the manufacturer or its authorized service agent, plus a final attempt by the manufacturer after receiving the registered or express mail notice from the consumer, and the nonconformity continues to exist

This Class Action Settlement's conditions for repurchase or a replacement state: the arbitrator may award repurchase or replacement only if the arbitrator finds that the claim meets this following conditions: 1    The vehicle was repaired on four (4) Service visits, on each visit an authorized Ford Dealer performed a Transmission Hardware Replacement within 5/60,000 miles of the initial sale or lease to the first retail customer, and the Transmission still malfunctions. All conditions must be met before an award of repurchase is issued.

With respect, it is Ford's position that this vehicle does not meet the requirements of the Florida State Lemon Law. There were (3) dealership visit, with a hardware replacement occurring on 12/17/2016 @ 41,241  9/27/2017 @ 49,673 & 8/2/2018 @ 63,881  miles. There are (2) settlement qualifying hardware repairs however the customer longer owns the vehicle

Is it likely a further repair will remedy the non-conformity? Yes _____ No _X_
If yes, please explain:

The customer no longer owns the vehicle.

Are there factors that affect the manufacturer's right to an offset for mileage? Yes_____ No _X_
If yes, please explain:

Are there any other issues relevant to the dispute? Yes _____ No _X_
If yes, please explain:

© DeMars & Associates, Ltd.
CAP-Motors 3/2020

# Vehicle Refund/ Replacement
# Use Calculation Worksheet



**CAP**
CONSUMER ARBITRATION PROGRAM
Administered by DeMars & Associates, Ltd.

*Parties fill-in this section & bring to arbitration hearing:*

Case File No: 96-2111129

**Actual Price Paid:** As detailed on the purchase contract before any trade-in allowance, rebate or other financial incentive.

$ 10,000.00

| Warranty Concern(s): | Number of repairs | Mileage at first attempt | Number of days out of service |
|---|---|---|---|
| Clutch assembly & oil seals | 3/3 | 41,241 | 8/8 |
| Valve cover & Battery | 1/1 | 41,241/49,673 | 2/5 |
| Door latches | 1 | 49,673 | 5 |
| RET ASSY FT BEARING | 1 | 49,673 | 5 |

List additional warranty concerns, number of repairs, mileage & days out of service on back ⇨

Total days out of service: 33

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Use Calculation Formula:*

**Refer to the applicable state lemon law or the settlement terms for the appropriate offset use calculation formula.**

© DeMars & Associates, Ltd.
CAP-Motors 01/2019

## MANUFACTURER RESPONSE FORM

**Will participate - In Writing** ☒   **By Phone** ☐

**Case Number:** CAS-28558000-C6W0T3
**Customer Name:** Constance Roundtree
**VIN:** 1FADP3K23EL153268
**Vehicle year/model: 2014 FORD FOCUS**
**Current mileage:** Unknown/The customer no longer owns the vehicle.

**State: Florida**
**Warranty Start Date:** 02/10/2014

Purchased: ☐ New   ☒ Used   **May 14, 2016 @ 39,346** miles   ☐ Leased (terms of lease)

This claim is: ☐ In BTB Warranty   ☐ In Diesel Warranty   ☐ In Powertrain Warranty   ☒
OUT of all Warranties.

Vehicle currently has a Ford Extended Service Plan: ☒ NO   ☐ YES

## SETTLEMENT INFORMATION

No offer made

## MANUFACTURER'S POSITION

Ford Motor Company seeks a denial to the consumer's request for repurchase or replacement.

### Issue

The issue is whether or not Ford is required to repurchase or replace the consumer's vehicle because of the alleged defects under the rules set forth in the Florida Lemon Law and/or the Class Action Settlement.

### Rule

Florida Lemon Law states: Manufacturer duty to repurchase or replace a vehicle; If the manufacturer or its authorized service agent cannot conform a vehicle to its warranty by repairing or correcting any nonconformity after a reasonable number of attempts, the manufacturer must either repurchase or replace the vehicle. The consumer has a right to choose repurchase rather than replacement. Reasonable number of repair attempts; It is presumed that a reasonable number of repair attempts have been made if, during the Lemon Law Rights Period of 24 months from original delivery, either:

1) The same nonconformity has been subject to repair at least three times by the manufacturer or its authorized service agent, plus a final attempt by the manufacturer after receiving the registered or express mail notice from the consumer, and the nonconformity continues to exist;

or

2) The vehicle has been out of service by reason of repair of one or more nonconformities by the manufacturer or its authorized service agent for a cumulative total of 30 or more days, exclusive of down time for routine maintenance prescribed by the owner's manual. The manufacturer must have had the opportunity for a final repair attempt as described above. The 30 and 60-day periods may be extended if repair services are not available because of war, invasion, strike, fire, flood, or natural disaster.

The Class Action Settlement's conditions for repurchase or a replacement state: the arbitrator may award repurchase or replacement only if the arbitrator finds that the claim meets the following conditions:

1. The vehicle was repaired on four (4) Service visits, on each visit an authorized Ford Dealer performed a Transmission Hardware Replacement within 5/60,000 miles of the initial sale or lease to the first retail customer, and the Transmission still malfunctions.

All conditions must be met before an award of repurchase is issued.

## Application of Rule

With respect, it is Fords position that this vehicle does not meet the requirements of the Florida State Lemon Law. There were (3) dealership visit; with a hardware replacement occurring on 12/17/2016 @ 41,241, 9/27/2017 @ 49,673 & 8/2/2018 @ 63,881 miles. There are (2) settlement qualifying hardware repairs however the customer longer owns the vehicle.

**Warranty Repair Summary**

Warranty Repair Summary:

| Repair Start Date | Repair End Date | Component | Mileage | Applicable Mfr. Warranty | Summary of Diagnosis or Repair Procedure |
|---|---|---|---|---|---|
| 12/17/2016 | 12/19/2016 | Clutch assembly & oil seals+ VALVE COVER | 41,241 | 5yr/60,000 | Replaced Clutch assembly & oil seals+ VALVE COVER  Repair #1 |
| 9/27/2017 | 10/2/20177 | Clutch assembly, oil seals, battery, door latches & RET ASSY F | 49,673 | 5yr/60,000 | Replaced Clutch assembly, oil seals, battery, door latches & RET ASSY FT BEARING  Repair #2 |
| 5/7/2018 | 5/7/2018 | Diagnostic Test | 58,892 | 5yr/60,000 | NO SHUDDER RECORDED, RETURNED TO CUST. WITHIN EXPECTED LIMITS. |
| 8/2/2018 | 8/3/2018 | Clutch assembly & oil seals | 63,881 | 14M01 | Replaced Clutch assembly & oil seals  Repair #3 |
|  |  |  |  |  |  |

**Conclusion**

The concerns listed have not received the required number of repair attempts, as the vehicle does not have three (3) repairs plus a final repair attempt within the Florida State presumption period

of 24.000 months or 24,000 miles AND additionally, the vehicle has not been subject to repairs 4 or more within 5yr/60,000 as stated in the Class Action Settlement Guidelines.

As the consumer's claim has failed to meet the requirements set forth by both the Florida Lemon Law and the Class Action Settlement for a repurchase to be awarded, Ford would ask that the consumer's claim be denied.

# MANUFACTURER RESPONSE FORM

Will participate - In Writing ☒   By Phone ☐

**Case Number:** CAS-28558000-C6W0T3   **State: Florida**
**Customer Name:** Constance Roundtree   Warranty Start Date: 02/10/2014
**VIN:** 1FADP3K23EL153268
**Vehicle year/model: 2014 FORD FOCUS**
**Current mileage:** Unknown/The customer no longer owns the vehicle.

Purchased:  ☐ New   ☒ Used  **May 14, 2016 @ 39,346** miles   ☐ Leased (terms of lease)

This claim is: ☐ In BTB Warranty  ☐ In Diesel Warranty  ☐ In Powertrain Warranty ☒
OUT of all Warranties.

Vehicle currently has a Ford Extended Service Plan: ☒ NO   ☐ YES

## SETTLEMENT INFORMATION

No offer made

## MANUFACTURER'S POSITION

Ford Motor Company seeks a denial to the consumer's request for repurchase or replacement.

### Issue

The issue is whether or not Ford is required to repurchase or replace the consumer's vehicle
because of the alleged defects under the rules set forth in the Florida Lemon Law and/or the
Class Action Settlement.

### Rule

Florida Lemon Law states: Manufacturer duty to repurchase or replace a vehicle; If the manufacturer or its authorized service agent cannot conform a vehicle to its warranty by repairing or correcting any nonconformity after a reasonable number of attempts, the manufacturer must either repurchase or replace the vehicle. The consumer has a right to choose repurchase rather than replacement. Reasonable number of repair attempts; It is presumed that a reasonable number of repair attempts have been made if, during the Lemon Law Rights Period of 24 months from original delivery, either:

1) The same nonconformity has been subject to repair at least three times by the manufacturer or its authorized service agent, plus a final attempt by the manufacturer after receiving the registered or express mail notice from the consumer, and the nonconformity continues to exist;

or

2) The vehicle has been out of service by reason of repair of one or more nonconformities by the manufacturer or its authorized service agent for a cumulative total of 30 or more days, exclusive of down time for routine maintenance prescribed by the owner's manual. The manufacturer must have had the opportunity for a final repair attempt as described above. The 30 and 60-day periods may be extended if repair services are not available because of war, invasion, strike, fire, flood, or natural disaster.

The Class Action Settlement's conditions for repurchase or a replacement state: the arbitrator may award repurchase or replacement only if the arbitrator finds that the claim meets the following conditions:

1.  The vehicle was repaired on four (4) Service visits, on each visit an authorized Ford Dealer performed a Transmission Hardware Replacement within 5/60,000 miles of the initial sale or lease to the first retail customer, and the Transmission still malfunctions.

All conditions must be met before an award of repurchase is issued.

## Application of Rule

With respect, it is Fords position that this vehicle does not meet the requirements of the Florida State Lemon Law. There were (3) dealership visit; with a hardware replacement occurring on 12/17/2016 @ 41,241, 9/27/2017 @ 49,673 & 8/2/2018 @ 63,881 miles. There are (2) settlement qualifying hardware repairs however the customer longer owns the vehicle.

The DPS6 is a manual transmission made to operate as automatic care of TCM, as such you gain MPG but also characteristics of manual such as clutch shudder. Ford engineers' states as long as shudder does not exceed 250 RPMS is operating as specified. Please note dealers follow a standardized diagnosis process to determine if the vehicle is operating as designed. If the diagnosis determines the RPM's are below 250, no repair is deemed necessary. Adaptive learn which learns how a driver drives and needs to be relearned after re-flash, which is why dealers recommend driving for at least 1,000 miles prior to re-diagnosis.

To qualify for the Arbitration Program a claimant must first meet all criteria listed in Section III of the Arbitration Rules. Under the Ford Settlement Agreement, Section III clearly defines the class vehicles and the eligibility of a claimant to participate in the Arbitration Program. While Section VI Arbitration Rules defines the provisions which must be met by a claimant to be eligible for a replacement/repurchase of their class vehicle

8. Section III defines the class member and the class vehicle in the following manner.

1. You are a current or former owner or lessee of a new or used 2011-2016 Ford Fiesta or a new or used 2012-2016 Ford Focus;"

Under Section IV.A (2) Claims for Replacement a claimant is eligible for a replacement only if all of the following three conditions are met:

a. While the vehicle was owned or leased, it was repaired on four (4) Service visits within 5 years/60,000 miles of delivery of the vehicle to the first retail customer (whichever occurs first)
b. On each of those visits an authorized Ford Dealer performed a Transmission Hardware Replacement 9

c. The Power Shift Transmission still malfunctions (or, if you no longer possess your vehicle, continued to malfunction at the time the vehicle was disposed of).

Under the Ford Arbitration Agreement to qualify for a replacement or buyback, the class vehicle has to have four or more repairs to any one of the ten components listed, within the safe harbor period of 5 years/60,000 miles whichever occurs first. The Ford Arbitration Rules defines a replacement to anyone of these components as a "repair" for determining eligibility for a buyback.

Reprogramming the TCM or PCM is not considered a "repair" unless these components are replaced.

A Transmission Hardware Replacement is defined to mean replacement by a Ford Dealer, within 5 years or 60,000 miles of the initial sale or lease of your vehicle to its first retail customer, whichever comes first, any of the following parts of the PowerShift Transmission:

(1) 7B546 Disc Asy-Clutch;

(2) 7Z396 Control Mod Trans (TCM);

(3) 7052 Oil Seal-Trans Rear;

(4) 7000 Transmission Asy-Aut;

(5) 7C604 Motor-Frt Clutch;

(6) 7A508 Rod-Cl/Slave Cyl Pus;

(7) 6K301 Seal/RetC/Shft Oil;

(8) 7060 Shaft/Bshg Asy-Out;

(9) 7048 Seal-Input Shaft Oil; and/or

(10) 7515 Lever Asy-Clutch Rel. Parts replaced as part of a safety or non-safety recall do not count as Transmission Hardware Replacements.

**Warranty Repair Summary**

Warranty Repair Summary:

| Repair Start Date | Repair End Date | Component | Mileage | Applicable Mfr. Warranty | Summary of Diagnosis or Repair Procedure |
|---|---|---|---|---|---|
| 12/17/2016 | 12/19/2016 | Clutch assembly & oil seals+ VALVE COVER | 41,241 | 5yr/60,000 | Replaced Clutch assembly & oil seals+ VALVE COVER  Repair #1 |
| 9/27/2017 | 10/2/20177 | Clutch assembly, oil seals, battery, door latches & RET ASSY F | 49,673 | 5yr/60,000 | Replaced Clutch assembly, oil seals, battery, door latches & RET ASSY FT BEARING  Repair #2 |
| 5/7/2018 | 5/7/2018 | Diagnostic Test | 58,892 | 5yr/60,000 | NO SHUDDER RECORDED, RETURNED TO CUST. WITHIN EXPECTED LIMITS. |
| 8/2/2018 | 8/3/2018 | Clutch assembly & oil seals | 63,881 | 14M01 | Replaced Clutch assembly & oil seals  Repair #3 |

**Conclusion**

The concerns listed have not received the required number of repair attempts, as the vehicle does not have three (3) repairs plus a final repair attempt within the Florida State presumption period of 24,000 months or 24,000 miles AND additionally, the vehicle has not been subject to repairs 4 or more within 5yr/60,000 as stated in the Class Action Settlement Guidelines.

# CAP-Motors - Claim Summary

## Consumer Information

Consumer Name: Constance Roundtree
Consumer Address: PO Box 1065, Deland, FL 32721
Consumer Phone - Home: 9044237277
Consumer Phone - Work: 3867364755
Consumer Email: iwpgroup@aol.com

## Vehicle Information

Vehicle Year/Make/Model: 2014 Ford Focus
VIN: 1fadp3k23el153268
Vehicle purchased from: Gary Yeomans Ford Lincoln - Daytona Beach, FL
Vehicle Purchase Condition: Used
Vehicle serviced by: Gary Yeomans Ford Lincoln - Daytona Beach, FL
Current ownership of vehicle: The vehicle was sold on 14-Feb-2019

## Vehicle Issue

Unresolved Concern (1): Clutch - clutch assembly REPLACED part# fobv6Z-78546-f
Number of times repaired: 8
Days out of service: 12

Unresolved Concern (2):
Number of times repaired:
Days out of service:

Unresolved Concern (3):
Number of times repaired:
Days out of service:

## Claim Resolution

Resolution Sought: [Repurchase or Replacement of the vehicle, Financial compensation (but keep the vehicle)]
Resolution Detail: My initial claim was filed 2 years ago. Followed up a year ago. Watched the website fordtransmission and notified Ford by phone intent to arbitrate.
Financial Compensation Desired: 10000
Hearing Type: Documents only
Inspection Requested: No

**(WITH ARBITRATION PROVISION)**

Dealer Number _____   Contract Number _____

| Buyer Name and Address | Co-Buyer Name and Address | Seller-Creditor (Name and Address) |
|---|---|---|
| CONSTANCE R ROUNDTREE<br>123 S ARLINGTON AVE #8<br>DELAND FL 32724 | | GARY YEOMANS FORD LINCOLN MERCURY<br>1420 N TOMOKA FARMS RD<br>DAYTONA BEACH FL 32124 |
| Buyer's Birth Month: JANUARY | Co-Buyer's Birth Month: | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller-Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of __19.00__ % per year. The Truth-In-Lending Disclosures below are part of this contract.
You have thoroughly inspected, accepted, and approved the vehicle in all respects.

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased<br>Personal, family, or household unless otherwise indicated below |
|---|---|---|---|---|---|
| USED | 2014 | FORD FOCUS | | 1FADP3K23EL153268 | ☐ business<br>☐ agricultural ☐ |

You agree that we advised you whether, based on seller's knowledge, the vehicle was titled, registered, or used as a taxicab, police vehicle, or short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 29774.88 |
|---|---|---|---|---|
| 18.00 % | $ 11776.29 | $ 17998.59 | $ 29774.88 | $ 29774.88 |

(e) means an estimate

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 413.54 | Monthly beginning  06/29/2016 |
| N/A | N/A | N/A |

Or As Follows:
N/A

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of each installment.

**Prepayment.** If you pay off all your debt early, you may have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| | | 14765.94 (1) |
| 1 Cash Price (including $ 866.70 sales tax) | | $ N/A |
| 2 Total Downpayment = | | |
| Gross Trade-In Allowance | $ N/A | |
| Less Pay Off Made By Seller (e) | $ N/A | |
| Equals Net Trade In | $ N/A | |
| + Cash   N/A | $ N/A | |
| + Other | $ N/A (2) |
| (If total downpayment is negative, enter "0" and see 4J below) | | |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | $ 14765.94 (3) |
| 4 Other Charges including Amounts Paid to Others on Your Behalf<br>(Seller may keep part of these amounts): | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies: | | $ N/A |
| Life | $ N/A | |
| Disability | $ N/A | |
| B Vendor's Single Interest Insurance Paid to Insurance Company | | $ N/A |
| C Other Optional Insurance Paid to Insurance Company or Companies | | $ 500.00 |
| D Optional Gap Contract | | |

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your choice of insurance providers will not affect our decision to sell you the vehicle or extend credit to you.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life   ☐ Buyer ☐ Co-Buyer ☐ Both

Term _____

☐ Credit Disability   ☐ Buyer ☐ Co-Buyer ☐ Both

Term _____

| Premium | |
|---|---|
| Credit Life $ | N/A |
| Credit Disability $ | N/A |
| Insurance Company Name | N/A |
| | N/A |
| Home Office Address | N/A |

Credit life insurance and other disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgements:
1. You understand that you have the option of obtaining any other policy or policies you own or may obtain to provide the coverage of covering this extension of credit and that no insurance need not be purchased from us in order to obtain the extension of credit.

X _____   Date _____
Buyer                      N/A

X _____   Date _____
Co-Buyer                   N/A

2. You understand that this credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.

X _____   Date _____
Buyer                      N/A

X _____

$ 147.5.
$
$

| | | N/A | N/A |
| | | N/A | |
| B | | 500.00 |
| C | | N/A |
| D Contract Sale Option | | 65.00 |
| E Other Fees Paid to Government Agencies | | 130.65 |
| F Government Documentary Stamp Taxes | | |
| G Government Taxes Not Included in Cash Price | | |
| H Government License and/or Registration Fees | | 427.02 |
| REG   400.00 | | |

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle. VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase Vendor's Single Interest Insurance through the Creditor, the cost of this insurance is $ _____ N/A _____ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

Buyer Signs X _____ N/A _____ Date _____ N/A _____

Co-Buyer Signs X _____ N/A _____ Date _____ N/A _____

### Trade-In Vehicle

| | | Year N/A | Make N/A |
| | | Model N/A | |
| | | Gross Trade-In Allowance $ | N/A |
| | | Pay-off to Seller $ | N/A |
| | | VIN N/A | |



**NOTICE TO THE BUYER: a)** Do not sign this contract before you read it or if it contains any blank spaces. **b)** You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

## First Mile
### Vehicle Service Contract for
### Certified Pre-Owned Vehicles

Information Schedule

**1. VEHICLE INFORMATION**

| CONTRACT NUMBER | VIN: | CURRENT ODOMETER READING |
|---|---|---|
| TK 564574 | 1FADP3K23EL153268 | 31395 |

| YEAR 2014 | MAKE FORD | MODEL FOCUS |
|---|---|---|

**2. DEALER/LIENHOLDER INFORMATION**

| SELLING DEALER | | DEALER # TWS69691 |
|---|---|---|
| GARY YEOMANS FORD LINCOLN MERCURY | CITY DAYTONA BEACH | STATE FL    ZIP 32124 |

| DEALER ADDRESS 1420 N TOMOKA FARMS RD | ADDRESS PO BOX 8110 COCKEYSVILLE MD 21030 |
|---|---|

LIENHOLDER
ALLY FINANCIAL

DEALER SIGNATURE

**3. SERVICE CONTRACT INFORMATION \***

### SERVICE CONTRACT PERIOD (MONTHS / MILES) SELECTED

72 MONTHS / 80,000 MILES ☐        84 MONTHS / 100,000 MILES ☐

72 MONTHS / 100,000 MILES ☒

120 MONTHS / 100,000 MILES ☐

SEE "SERVICE CONTRACT PERIOD" TO DETERMINE EXPIRATION DATE & MILES

This Service Contract begins on January 1st of Your Vehicle's model year and at odometer miles "0".

SERVICE CONTRACT PERIOD AND DEDUCTIBLE SELECTED ABOVE MUST FOLLOW THE MANUFACTURER'S CERTIFIED WARRANTY

### COVERAGE SELECTED

GOLD ☐

GOLD PLUS ☐        PLATINUM ☒

### DEDUCTIBLE SELECTED

$0 ☐        $50 ☐        $100 ☒

** WAIVED IF REPAIRS ARE MADE AT SELLING DEALER
If no Deductible box has been checked, the $100 Deductible will apply.

| SERVICE CONTRACT PURCHASE PRICE 2010.00 | SERVICE CONTRACT PURCHASE DATE 05/14/2015 |
|---|---|

* THIS SERVICE CONTRACT RUNS CONCURRENT WITH, AND IS SECONDARY TO, ANY APPLICABLE MANUFACTURER'S WARRANTY

**4. CUSTOMER INFORMATION**

| FIRST NAME CONSTANCE | LAST NAME WOODTREE | | |
|---|---|---|---|
| ADDRESS ARLINGTON AVE #B | CITY ORLAND | STATE FL | ZIP 724 |

| TELEPHONE NUMBER 277 | YOU UNDERSTAND THAT THE PURCHASE OF THIS SERVICE CONTRACT IS NOT REQUIRED IN ORDER TO OBTAIN FINANCING OR TO PURCHASE THIS VEHICLE. |
|---|---|

SIGNATURE *Constance Woodtree*

Notice to Customer:
- You are required to obtain authorization prior to beginning any repairs covered by the Service Contract. Refer to Service Contract Section I, "Responsibilities" for instructions.
- You must follow the maintenance procedures listed in Service Contract Section I, "Maintenance Requirements." If Your failure to follow the listed procedures caused a Breakdown, You may be denied coverage.
- The Service Contract Purchase Price may be financed with the purchase of this Vehicle. Other payment options may be available.

☐ Initials here

**Washington Residents Only:** By initialing this box, You acknowledge that You have read, understand and agree to the terms and conditions of this Service Contract, including, but not limited to: A. Requirements for maintaining Your Vehicle and retaining maintenance records under Section IV, "Maintenance Requirements," B. Procedures required to file a claim under Section VI, "Your Responsibilities," C. Parts covered under Section III, "What This Service Contract Covers," D. Your Service Contract Period limit shown in Section 3 on the Information Schedule. E. The implied Warranty of Merchantability on the Vehicle shown in Section 1 on the Information Schedule is not waived if the Service Contract has been purchased within ninety (90)

11/20/2020

Gmail - Ford Transmission Arbitration Process



I w <croundtre@gmail.com>

## Ford Transmission Arbitration Process

1 message

Mon, Jun 18, 2018 at 2:51 PM

**Chazney Markle** <CMarkle@demarsassociates.com>
To: "croundtre@gmail.com" <croundtre@gmail.com>

Dear Constance Roundtree,

Thank you for contacting us. The application works best in Google Chrome and Firefox. The application also does not work on tablets or smartphones. If you are still experiencing issues, you may need to clear the browsing history and tracking cookies from your web browser. Please let me know if you continue to experience issues with submitting an application or have any additional questions.





https://mail.google.com/mail/u/0?ik=a5aa37e914&view=pt&search=a l&permthid=thread-f%3A1603637492967627291%7Cmsg-f%3A160363...

Fwd: Regarding the claim you have submitted for your 2014 Ford Focus

11/20/2020

**From:** iwpgroup@aol.com.
**To:** RDEJESU7@ford.com.
**Subject:** Fwd: Regarding the claim you have submitted for your 2014 Ford Focus
**Date:** Thu, Feb 7  2019 12:24 am

Attachments:

RDEJESU7@ford.com

ANY updates on the settlement claim for transmission ford focus

-----Original Message-----
From: Wilgroup <iwpgroup@aol.com>
To: roundtree <proundtree@gmail.com>
Sent: Fri, Jun 29, 2018 9:44 pm
Subject: Fwd: Regarding the claim you have submitted for your 2014 Ford Focus

-----Original Message-----
From: Dejesus, Rafae  (R.R.) <RDEJESU7@ford.com>
To: IWPGRC_P <IWPGRCUP@AOL.COM>
Sent: Fri, Jun 29, 2018 5:05 pm
Subject: Regarding the claim you have submitted for your 2014 Ford Focus

*Good Afternoon Ms. Lane, Please have Ms. Constance Roundtree answer these Initial question in order to proceed with the researching Review process of the claim.*

*My name is Rafael De Jesus with Ford Motor Co. I am the specialist assigned to your claim for your Ford Full Focus and I'm your point of contact for the Eligibility portion of your claim. However, I need to gather a little more information from you in order to move forward in this process. Please respond to this e-mail if it is more convenient for you to continue the process Via Email or contact me at the number & extension below in so that we can move forward with your claim. 3 attempts to contact you will be done however if there's no communication I will close the claim. This is my first attempt to contact. Below are there are the pertinent questions I would need for you to answer in order to start processing your claim:*

- *WHAT IS YOUR CURRENT ADDRESS? VERIFIED SAME ADDRESS ON FILE?*
- *WHAT IS THE BEST CONTACT METHOD YOU PREFER TO BE CONTACTED?*
- *ARE YOU REPRESENTED BY AN ATTORNEY?*
- *ARE YOU ACTIVE DUTY MILITARY?*
- *ARE YOU THE INDIVIDUAL WHO PURCHASED THE VEHICLE?*
- *WHAT STATE WAS THE VEHICLE PURCHASED IN?*
- *WHAT STATE IS THE VEHICLE REGISTERED IN?*
- *DID YOU PURCHASE THE VEHICLE NEW OR USED?*
- *DO YOU CURRENTLY OWN THE VEHICLE?*
- *DATE PURCHASED IF USED?*

I st . have a claiming outstanding with Ford in a class action a year ago because of a faulty transmission undty the Forida lemon L. I was asked to provide my finance agreement with them aout a month ago. Have not heard anything yet.  I had too many mechanical issues with the car.

your 2014 Ford Focus

iwpgroup@aol.com

Fri, Jun 29, 2018, 9:44 PM

-----Original Message----- From: Dejesus, Rafeal (R.) (R.) <RDEJESU7@ford.com> To: IWPGROUP <IWPGROUP@AOL.COM> Sent: Fri, Jun 29, 2018 5:25 pm Subject: Regardin

Connie Roundtree <croundtre@gmail.com>

Sat, Jun 30, 2018, 10:25 AM

to alex@filelemonlaw.com

Here is the letter from Ford.

---------- Forwarded message ----------

From: <iwpgroup@aol.com>

Date: Friday, June 29, 2018

Subject: Fwd: Regarding the claim you have submitted for your 2014 Ford Focus

To: croundtre@gmail.com

Fwd: Arbitration

From: iwpgroup@aol.com,
To: fordlawsuit@capstone.com,
Subject: Fwd: Arbitration
Date: Thu, Mar 15, 2018 4:13 pm

resubmitting.

-----Original Message-----
From: iwpgroup <iwpgroup@aol.com>
To: ford lawsuit <fordlawsuit@capstone.com>
Sent: Wed, Jan 17, 2018 11:51 am
Subject: Arbitration

Regarding the Ford transmission lawsuit. I elected to arbitration back in October and was told to contact Ford before
submitting a claim. I have not heard from them and need
to know what is the next step in the process.

Thank you. I have a Ford 2014 which has been in repair of the transmission since I bought it.

Constance Roundtree
904-423-7277
PO Box 1066
Deland FL 32721

1/1

https://mail.aol.com/webmail-std/en-us/PrintMessage

Confirmation of receipt of your online Vargas v. Ford Motor Company Claim

From: info@fordtransmissionsettlement.com,
To: iwpgroup@aol.com,
Subject: Confirmation of receipt of your online Vargas v. Ford Motor Company Claim
Date: Mon, Apr 2, 2018 5:25 pm

SUBJECT: Confirmation of receipt of your online Vargas v. Ford Motor Company Claim

Thank you for filing your claim online on 4/2/2018 5:25:02 PM.

Your **Claim ID** is: **TH-10003690**

Please retain this information in your records and use the Claim ID in any communications with KCC regarding this case.

11/20/2020

## Undeliverable: Fwd: Arbitration

record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 5.1.10 in Office 365.

### Original Message Details

| | |
|---|---|
| Created Date: | 3/15/2018 8:13:01 PM |
| Sender Address: | iwpgroup@aol.com |
| Recipient Address: | fordlawsuit@capstone.com |
| Subject: | Fwd: Arbitration |

### Error Details

| | |
|---|---|
| Reported error: | 550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient fordlawsuit@capstone.com not found by SMTP address lookup |
| DSN generated by: | BLUPR05MB1939.namprd05.prod.outlook.com |

### Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH | RELAY TIME |
|---|---|---|---|---|---|
| 1 | 3/15/2018 8:13:01 PM | 107.143.45.124 | webjas-vad060.srv.aolmail.net | HTTP (WroMailUl) | |
| 2 | 3/15/2018 8:13:01 PM | core-acb04g.mail.aol.com | mtaomg-aah01.mx.aol.com | ESMTP | |
| 3 | 3/15/2018 8:13:02 PM | mtaomg-aah01.mx.aol.com | omr-m020e.mx.aol.com | ESMTP | 1 sec |
| 4 | 3/15/2018 8:13:03 PM | omr-m020e.mx.aol.com | BN18FFO11FD007.mail.protection.outlook.com | Microsoft SMTP Server (version=TLS1_0, cipher=TLS_RSA_WITH_AES_256_CBC_SHA) | 1 sec |
| 5 | 3/15/2018 8:13:03 PM | BN18FFO11FD007.protection.gbl | DMSPR05CA0008.outlook.office365.com | Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384) | |
| 6 | 3/15/2018 8:13:03 PM | DMSPR05CA0008.namprd05.prod.outlook.com | BLUPR05MB1939.namprd05.prod.outlook.com | Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) | |

### Original Message Headers

```
Received from: BLUPR05MB1939. [illegible] namprd05.prod.outlook.com (2603:10b6:3:d4::18) by
BLUPR.5MB2900.ne:id:3.prod.outlook.com. 4681 (15.0 (2603::17) with
Microsoft SMTP Server (version=TLS1_2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384 id 15.20.8 .6; Thu, 15 Mar
2018 20:13:06 +00
Received: from BN18FFO11FD007.protection.gbl (2603:10b6:3:d4::118) with Microsoft SMTP
Server (version=TLS1_2 cipher=TLS_RSA_WITH_AES_256_CBC_SHA384) id
15.20.8 [illegible] (version=TLS1_2 cipher=TLS_ECD [illegible] Thu, 15 Mar 2018 20:13:03 +0000
15.20.064 [illegible] if Frontend Transport [illegible] Thu, 15 Mar 2018 20:13:03 +0000
15.20.064 [illegible] if Frontend Transport [illegible] Thu, 15 Mar 2018 20:13:03 +0000 (order IP is 204.29.186.70)
Authentication-Results: spf=pass (sender IP is 204.29.186.70)
smtp.mailfrom=aol.com; capstone.com; dkim=pass (signature was verified)
header.d=aol.com; capstone.com; dmarc=pass action=none header.from=aol.com;
header.om.d of aol.capstone.com; dmarc=aol.com: domain of aol.com designates
204.29.186 as permitted sender) receiver=protection.outlook.com;
client-ip=204.29.186.70; helo=omr-m020e.mx.aol.com;
Received: from omr-m020e.mx.aol.com (204.29.186.70) by
BN18FFO11FD007.mail.protection.outlook.com (10.58.144.70) with Microsoft SMTP
Server (version=TLS1_2, cipher=TLS_RSA_WITH_AES_256_CBC_SHA) id 15.20.527.18
04 via Frontend Transport; Thu, 15 Mar 2018 20:13:03 +0000
Received: from mtaomg-aah01.mx.aol.com (mtaomg-aah01.mx.aol.com (172.27.1.143;)
by omr-m020e.mx.aol.com (Outbound Mail Relay) with ESMTP id 974D93 [illegible]
for <fordlawsuit@capstone.com>; Thu, 15 Mar 2018 16:13:02 -0400 (EDT)
Received: from core-acb04g.mail.aol.com (core-acb04g.mail.aol.com (172.27.34.4 )
by mtaomg-aah01.mx.aol.com (Outbound Mail Interface) with ESMTP id F893838 [illegible]
for <fordlawsuit@capstone.com>; Thu, 15 Mar 2018 16:13:01 -0400 (EDT)
Received: from 107.143.45.124 by webjas-vad060.srv.aolmail.net (10.98.25.65) with HTTP (WebMailUI); Thu, 15 Mar 2018 16:13:01 -0400
Received: from 107.143.45.124 by webjas-vad060.srv.aolmail.net (10.98.25.65) with HTTP (WebMailUI); Thu, 15 Mar 2018 16:13:01 -0400
To: fordlawsuit@capstone.com
From: iwpgroup@aol.com
In-Reply-To: <123 @capstone.com>
References: <.capstonesend-nom-1b6bb:webjas-vad060.srv.aolmail.net>
<.capstonesend-nom-1133-939f.webjas-vad131.srv.aolmail.net>
<.1234568:efb-1716-038f@webjas-vad131.srv.aolmail.net>
References: [illegible] version
Subject: Fwd: Arbitration
Content-Type: multipart/alternative;
boundary="---------MBAFF_Part_136604_1895836116A.1521344782704"
X-Mailer: [illegible] WebUI
X-Originating-Type: User
X-MB-Message: [illegible] 146.28.224)
X-Originating-IP: [107.143.45.124]
X-Spam-Flag: NO
Authentication-Results: [illegible] r=relaxed/relaxed; d=mx.aol.com;
X-Sig: [illegible]
MIME-Version: 1.0
Message-Id: <8rVp0Lok-MB6c5Qme27M+>
Return-Path: iwpgroup@aol.com
Date: MT [illegible] Version: Content-Type:
[illegible]
```

https://mail.aol.com/webmail-std/en-us/PrintMessage

2/3

Undeliverable: Fwd: Arbitration

11/20/2020

record settings can cause this error. Check your Office 365 mail flow settings to make
sure your domain and any mail flow connectors are set up correctly. Also, work with your
domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for
error code 5.1.10 in Office 365.

## Original Message Details

| | |
|---|---|
| Created Date: | 3/15/2018 8:13:01 PM |
| Sender Address: | iwpgroup@aol.com |
| Recipient Address: | fordlawsuit@capstone.com |
| Subject: | Fwd: Arbitration |

## Error Details

| | |
|---|---|
| Reported error: | 550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient fordlawsuit@capstone.com not found by SMTP address lookup |
| DSN generated by: | BLUPR05MB1939.namprd05.prod.outlook.com |

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH | RELAY TIME |
|---|---|---|---|---|---|
| 1 | 3/15/2018 8:13:01 PM | 107.143.45.124 | webjas-vad060.srv.aolmail.net | HTTP (WebMailUI) | * |
| 2 | 3/15/2018 8:13:01 PM | core-acb04g.mail.aol.com | mtaomg-aah01.mx.aol.com | ESMTP | * |
| 3 | 3/15/2018 8:13:02 PM | mtaomg-aah01.mx.aol.com | omr-m020e.mx.aol.com | ESMTP | 1 sec |
| 4 | 3/15/2018 8:13:03 PM | omr-m020e.mx.aol.com | BN1BFFO11FD007.mail.protection.outlook.com | Microsoft SMTP Server (version=TLS1.0, cipher=TLS_RSA_WITH_AES_256_CBC_SHA) | 1 sec |
| 5 | 3/15/2018 8:13:03 PM | BN1BFFO11FD007.protection.gbl | DM5PR05CA0008.outlook.office365.com | Microsoft SMTP Server (version=TLS1.2, cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384) | * |
| 6 | 3/15/2018 8:13:03 PM | DM5PR05CA0008.namprd05.prod.outlook.com | BLUPR05MB1939.namprd05.prod.outlook.com | Microsoft SMTP Server (version=TLS1.2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) | * |

## Original Message Headers

Received: from DM5PR05CA... .net. nam prd05.outlook.com =386041d0f:3:d4::36) by
BLUPR05MB1939.namprd05.prod.outlook.com (1e6811d1b9: :215b:127) with
Microsoft SMTP Server version=TLS1.2,
cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.28.609.6  Thu, 15 Mar
2018 20:13:03 +00
Received: from BN1BFFO11FD007.protection.gbl (2a03:111:f4c::7b10::1:1142) by
DM5PR05CA0008.outlook.office365.com (3409:1d0b:3:d4::38) with Microsoft SMTP
Server version=TLS1.2, cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384) id
15.20.5454.8  via Frontend Transport; Thu, 15 Mar 2018 20:13:03 +0000
Authentication-Results: spf=pass (sender IP is 204.29.186.70)
smtp.mailfrom=aol.com; capstone.com; dkim=pass (signature was verified) header.d=aol.com;
capstone.com; dmarc=pass action=none header.from=aol.com;
header.d=aol.com; capstone.com; dmarc=pass action=none header.from=aol.com;
Received-SPF: Pass (protection.outlook.com: domain of aol.com designates
204.29.186.70 as permitted sender) receiver=protection.outlook.com;
client-ip=204.29.186.70  helo= =m020e.mx.aol.com;
Received: from omr-m020e.mx.aol.com (204.29.186.70) by
BN1BFFO11FD007.mail.protection.outlook.com (10.58.144.70) with Microsoft SMTP
Server version=TLS1.0, cipher=TLS_RSA_WITH_AES_256_CBC_SHA) id 15.20.527.15
Received: from mtaomg-aah01.mx.aol.com (mtaomg-aah01.mx.aol.com (172.27.1.143))
(using TLSv1.2) by omr-m020e.mx.aol.com (Outbound Mail Relay) with ESMTP id 924689 Thu,
X-...... from core-acb04g.mail.aol.com (core-acb04g.mail.aol.com (172.27.24.4))
(using TLSv1.2) by mtaomg-aah01.mx.aol.com (MUA/Core Interface) with ESMTP id F863838; +89
X-... from core-acb04g.mail.aol.com (MMA/Core Interface) with ESMTP id F863838; +89
from webjas-vad060.srv.aolmail.net (10.96.35.63) with HTTP (We  allUI); Thu, 15 Mar 2018 16:13:01 -04
Received: from 107.143.45.124 by webjas-vad060.srv.aolmail.net (10.96.35.63) with HTTP (We  allUI); Thu, 15 Mar 2018 16:13:01 -0400
X-......... by capstone.com;
X-......:  ......:..capstone.com;
X-MB-Message-....: 1421d05ee7-1dee-1a5f88webjas-vad060.srv.aolmail.net>
X-MB-Message-Source: WebUI
X-......: ...:.:  (107.143.45.124)
X-DKIM-Signature: ... sha256: c=relaxed/relaxed; omr.aol.com;
Content-Transfer-Encoding: ...
Content-Type: multipart/alternative;
                boundary="----- Part 170644 1058361158.1521164781794"
X-......-Message-Source: WebUI
MIME-Version: 1.0

https://mail.aol.com/webmail-std/en-us/PrintMessage

2/3

Fwd: Confirmation of receipt of your online Vargas v. Ford Motor Company Claim

Confirmation of receipt of your online Vargas v. Ford Motor Company Claim

Date: Thu, Jun 14, 2018 4:36 pm

-----Original Message-----
From: iwpgroup <iwpgroup@aol.com>
To: iwpgroup <iwpgroup@aol.com>
Sent: Thu, Jun 14, 2018 1:49 pm
Subject: Fwd: Confirmation of receipt of your online Vargas v. Ford Motor Company Claim

-----Original Message-----
From: info <info@fordtransmissionsettlement.com>
To: iwpgroup <iwpgroup@aol.com>
Sent: Mon, Apr 2, 2018 5:25 pm
Subject: Confirmation of receipt of your online Vargas v. Ford Motor Company Claim

SUBJECT: Confirmation of receipt of your online Vargas v. Ford Motor Company Claim

Thank you for filing your claim online on 4/2/2018 5:25:02 PM.

Your Claim ID is: TH-100030090

Please retain this information in your records and use the Claim ID in any communications with KCC regarding this case.

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, Constance Roundtree (transferor's name, Print) states that the odometer now reads (initially) (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked:

_____ (1) I hereby certify, that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

_____ (2) I hereby certify, that the odometer reading is NOT the actual mileage. WARNING – ODOMETER DISCREPANCY.

| | |
|---|---|
| Make | FORD |
| Model | FOCUS SE |
| Body Type : | SEDAN |
| Vehicle Identification Number : | 1FADP3K23EL153268 |
| Year | 2014 |

_____
(Transferor's Signature)

_____
(Printed Name)
Transferor's Address _____
                              (Street)

_____
(City)                          (State)                    (ZIP Code)
Date of Statement _____ February 22, 2015

GA
                                                (State)                              (ZIP Code)

49 CFR Part 580, Appendix C

For our protection Florida law requires the following statement to appear on this form: any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Orlando VA Medical Center
Orlando/Clermont/Daytona/Kissimmee/Lake Baldwin/Orange City/Tavares/Viera
13800 Veterans Way
Orlando, FL  32827

Sep 28, 2020

Fletcher, Gregory
123 S Arlington Ave
Deland, Florida 32724

Dear Mr. Fletcher

This letter is to inform you about your recent test results. Please note
that the ordering provider reviews all the test results and takes necessary
action. It is common to have minor abnormalities on blood tests, x-rays and
other tests. Therefore, it is not necessary for you to contact the
providers about such abnormalities. However, if you believe that there is a
signficant abnormality and it has not been addressed, please contact the
ordering provider. Note: This letter was created by an automated software.
The letter sender may not have reviewed these test results.

Regarding your lab test results:
    A lab result value, though outside of the normal range, may be OK for
    your situation. The ordering provider reviews the significance of each
    test result, and whether or not it needs any medical intervention.

Report Released Date/Time: Sep 28, 2020@15:18
Provider: QADRI,SUMAYYA
    Specimen Collection Date: Sep 28, 2020@10:45

| Test name | Result | units | Ref.  range | Site Code |
|---|---|---|---|---|
| PROSTATE SPECIFIC ANTIGEN | 0.54 | ng/mL | 0 - 4 | [67] |

Report Released Date/Time: Sep 28, 2020@14:39
Provider: QADRI,SUMAYYA
    Specimen Collection Date: Sep 28, 2020@10:45

| Test name | Result | units | Ref.  range | Site Code |
|---|---|---|---|---|
| HGB A1C | 12.6 H | % | 4.5 - 5.6 | [67] |

Report Released Date/Time: Sep 28, 2020@15:32
Provider: QADRI,SUMAYYA
    Specimen Collection Date: Sep 28, 2020@10:45

| Test name | Result | units | Ref.  range | Site Code |
|---|---|---|---|---|
| TSH | 0.630 | mIU/L | 0.35 - 4.94 | [67] |

Report Released Date/Time: Sep 28, 2020@15:02
Provider: QADRI,SUMAYYA
    Specimen Collection Date: Sep 28, 2020@10:45

| Test name | Result | units | Ref.  range | Site Code |
|---|---|---|---|---|
| GLUCOSE | 296 H | mg/dL | 70 - 105 | [67] |
| UREA NITROGEN | 18 | mg/dL | 7 - 20.6 | [67] |
| CREATININE | 1.5 H | mg/dL | 0.7 - 1.3 | [67] |
| SODIUM | 136 | mEq/L | 136 - 145 | [67] |
| POTASSIUM | 4.6 | mEq/L | 3.5 - 5.2 | [67] |
| CHLORIDE | 98 | mEq/L | 98 - 109 | [67] |
| CO2 | 30 | mmol/L | 22 - 31 | [67] |

OTHER IMPORTANT AGREEMENTS

*Printwire*      *CASE # 11129 (Round #)*

## 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will treat any Prepaid Finance Charge as fully earned on the date of this contract. We will figure the rest of the finance charge on a daily basis at the Base Rate on the unpaid part of your Principal Balance. Your Principal Balance is the sum of the Amount Financed and the Prepaid Finance Charge, if any.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of your Principal Balance and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of your Principal Balance at any time. If the contract is paid in full within six months after the date you sign it, we may impose an acquisition charge, not exceeding $75, for services performed on your behalf for processing this contract. If you prepay, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

e. **You may ask for a payment extension.** You may ask us for a deferral of the scheduled due date of all or any part of a payment (extension). If we agree to your request, we may charge you a $15 extension fee. You must maintain the physical damage insurance required by this contract (see below) during any extension. If you do not have this insurance, we may buy it and charge you for it as this contract says. You may extend the term of any optional insurance you bought with this contract to cover the extension if the insurance company or your insurance contract permits it, and you pay the charge for extending this insurance.

If you get a payment extension, you will pay additional finance charges at the Base Rate on the amount extended during the extension. You will also pay any additional insurance charges resulting from the extension, and the $15 extension fee if we charge you this fee.

## 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of your Principal Balance plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. This includes any attorneys' fees we incur as a result of any bankruptcy proceeding brought by or against you under federal law.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. WARRANTIES SELLER DISCLAIMS

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

## 5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of

11/20/2020                    Gmail - Re: Your Ford Claim - Documents request - Roundtree, Constance

w <croundtre@gmail.com>

## Re: Your Ford Claim - Documents request - Roundtree, Constance

message

Connie Roundtree <croundtre@gmail.com>                          Tue, Mar 19, 2019 at 5:33 PM
To: danielle@filelemonlaw.com

--------- Forwarded message ---------
From: **Connie Roundtree** <croundtre@gmail.com>
Date: Mon, Mar 18, 2019 at 5:45 PM
Subject: Re: Your Ford Claim - Documents request - Roundtree, Constance
To: < lle@filelemonlaw.com>

Okay. Will send them tomorrow

On Mon, Mar 18, 2019 at 2:50 PM Danielle Watson <danielle@filelemonlaw.com> wrote:

Constance,

Ford has requested a copy of your Sales documents and Finance documents. Please send them as soon as possible so that your case can proceed.

Danielle Watson
Paralegal

Alex Simanovsky & Associates, LLC
Consumer Protection Attorneys

National Headquarters:

2300 Henderson Mill Road

Suite 300

Atlanta, Georgia 30345

Toll-Free: 1-866-865-3666 EXT 1013
Toll-Free Fax: 1-877-838-7657

Email: danielle@filelemonlaw.com

Website: www.FileLemonLaw.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling 770-414-1002 so that our address record can be corrected. Thank you.

DISCLAIMER: This email correspondence does not create an attorney-client relationship between the sender and receiver. This is merely a request for information. No attorney-client relationship is formed without a written terms of representation.

- *HAVE YOU HAD ANY OUT OF POCKET TRANSMISSION RELATED EXPENSES?*

- *IS THERE OR WAS THERE A CAR PAYMENT?*

- *WHAT ARE YOU SEEKING FROM FORD?*

- *DO YOU HAVE ANY QUESTIONS for me?*

*Once I receive this information back from you I will need some time to research in order to achieve the best resolution, I will follow up with you within 1-5 Business days from the time I receive the requested information.*
*Thank you for your patience and time, Look forward to resolving your concerns with you, Have a wonderful day!*

*Thank you for your cooperation.*

*Rafael De Jesus*
*DPS6 Specialist*


*Go*

*RDejesu7@Ford.Com| Office: 866-567-6518 Ext. 77412 | EFax : 866-209 -2325*
*Scheduled Hours : Mon – Fri  11:00 Am – 7:30 PM EST.*



**GARY YEOMANS**
F O R D   L I N C O L N

**FOCS945715**

FOCS945715

1420 Tomoka Farms Road • (386) 253-7031
DAYTONA BEACH, FLORIDA 32124

STATE OF FLORIDA REGISTRATION # MV-06675

CELL: 904-423-7277

| CUSTOMER NO. 258666 | ADVISOR CHUCK PONIRIS 7275 | TAG NO 6679 | INVOICE DATE 10/11/16 | INVOICE NO FOCS945715 |
|---|---|---|---|---|

CONSTANCE R ROUNDTREE
123 S ARLINGTON AVE #B
DELAND, FL 32724

IWPGROUP@AOL.COM

| | LICENSE NO. | MILEAGE 39,346 | COLOR | STOCK NO. DTG0451A |
|---|---|---|---|---|
| YEAR/MAKE/MODEL 14/FORD/FOCUS/5DR HB SE | | IN SERVICE 05/14/16 | DELIVERY DATE 31,395 |

VEHICLE I.D. NO
1 F A D P 3 K 2 3 E L 1 5 3 2 6 8

| P.T.E. NO | | SELLING DEALER NO. |
|---|---|---|

| R.O. DATE 10/11/16 | | PRODUCED DATE |

| RESIDENCE PHONE 904-423-7277 | BUSINESS PHONE | COMMENTS | MO: 39346 |
|---|---|---|---|

LABOR & PARTS

J# 1 07FOZ       *ALL TRANS DIAG              TECH(S):7268        INTERNAL
                 CUSTOMER STATES THERE IS A TRANSMISSION WARNING ON DASH
                 TESTED SYSTEM
                 ALL PASSES AT THIS TIME

                                    JOB # 1 TOTAL LABOR & PARTS        0.00

J# 2 01FOZ99P    MULTI-POINT INSP.            TECH(S):7268        INTERNAL
                 PERFORM MULTI-POINT INSP.
                 INSP COMPLETED

                                    JOB # 2 TOTAL LABOR & PARTS        0.00

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
       ORIGINAL ESTIMATE OF     $0.00 (+TAX)
COMMENTS
9044237277

TECHNICIAN CERTIFICATION
        7268          BENJAMIN KEPICS         002311545

TOTALS

( )CASH ( )CHECK ( )CHARGE ( )M/C ( )VISA ( )AM-EX
MV-06675
QUICKLANE HRS OPEN  MON-FRI 7AM-7PM  SAT 8AM-5PM
MAIN SHOP HRS OPEN  MON-FRI 7AM-6PM  SAT 8AM-NOON
BODY SHOP HRS OPEN  MON-FRI 8AM-6PM  PHONE 386-274-6757
BODY SHOP ADDRESS  1320 TOMOKA FARMS ROAD, D.B. FL 32124
SHOP SUPPLIES. THIS CHARGE REPRESENTS COSTS AND PROFITS TO
THE MOTOR VEHICLE REPAIR FACILITY FOR ITEMS SUCH AS
MISCELLANEOUS SHOP SUPPLIES AND/OR WASTE DISPOSAL.

PARTS AND LABOR ARE GUARANTEED FOR 12 MONTHS OR
12,000 MILES, WHICHEVER COMES FIRST.
MOST RETAIL PARTS CARRY A 24 MONTH GUARANTEE, SEE ADVISOR

THANK YOU FOR YOUR BUSINESS

| TOTAL LABOR.... | 0.00 |
|---|---|
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

SHOP SUPPLIES AND HAZARDOUS
WASTE DISPOSAL CHARGES
This charge represents costs and profits to
the motor vehicle repair facility for items
such as miscellaneous shop supplies and/or
waste disposal. (s. 559.904-4)

The State of Florida requires a $1.00 fee to
be collected for each new tire sold in the
state (s. 403.718), and a $1.50 fee to be
collected for each new or remanufactured
battery sold in the state (s. 403.7185).

_____
CUSTOMER SIGNATURE
***********************    D U P L I C A T E   I N V O I C E    ***********************

PAGE 1 OF 1                    CUSTOMER COPY                [ END OF INVOICE ]  03:53pm



# GARY YEOMANS
FORD · LINCOLN · MAZDA

| | |
|---|---|
| 1820 Tomoka Farms Road | Repair Order #: 935056 |
| DAYTONA BEACH, FLORIDA 32124 | Tag #: 6267 |
| (386)-253-7031 | Invoice Date: 03/03/2016 |
| STATE OF FLORIDA REGISTRATION: #MV-06675 | Advisor: SAKELARICS PONIERS |
| | Advisor No. #: 7275 |

CONSTANCE R ROUNDTREE
123 S ARLINGTON AVE #B
DELAND FL 32724
Customer Number - 258666
Home Phone #: 9044237277
Cell Phone #: 9044237277
Business Phone #:

2014 FORD

VIN #: 1FADP3K23EL153068
Color #:
Mileage #: 34585

---

**Job # 1**  Labor Total: $ 0.00

CUSTOMER STATES THE VEH IS SHUDDERING AND ALSOWHEN ACCEL
GOES BACKWARDS
Cause: FOUND FAILURE WITH CLUTCH ASSMY
Correction: PERFORMED 15-0120, REPROGRAM PCM/TCM PINPOINT TEST PER WSMSHUDDER
ABOVE 250 RPM, REPLACE CLUTCH AND SEALS, ADAPTIVELEARN TCM, POST ROAD TEST,
RETURN TO CUSTOMER

| Part Number | Part Description | Parts Total: | $ 0.00 |
|---|---|---|---|
| FC8V6Z-7B546-F | CLUTCH ASY | | |
| FOEV6Z-7052-C | SEAL ASY OIL | | |
| FOPM-4-B | BRAKE CLEANER | | |
| FOXT-11-QDC | FLUID - TRANSM | | |

Job # 1 Total

---

**Job # 2**  Labor Total: $ 0.00

PERFORM MULTI-POINT INSP.
Cause:
Correction: INSP COMPLETED

| Part Number | Part Description | Parts Total: | $ 0.00 |
|---|---|---|---|

---

Sublets

08/03/2016 4:45 AM

OEM means Original Equipment Manufacturer (factory) Parts  ** All parts are New unless specified otherwise.

~~ Thank you for your business ~~

# GARY YEOMANS
### F O R D  L I N C O L N

**FOCS945715**

FOCS945715

1420 Tomoka Farms Road • (386) 253-7031
DAYTONA BEACH, FLORIDA 32124

STATE OF FLORIDA REGISTRATION # MV-06675

CELL: 904-423-7277

| 258666 | CHUCK PONIRIS | 7275 | 6679 | 10/11/16 | FOCS945715 |
|---|---|---|---|---|---|
| | | | 39,346 / | | DTG0451A |

CONSTANCE R ROUNDTREE
123 S ARLINGTON AVE #B
DELAND, FL 32724

14/FORD/FOCUS/5DR HB SE          05/14/16          31,395

1 F A D P 3 K 2 3 E L 1 5 3 2 6 8

LWPGROUP@AOL.COM                                    10/11/16

904-423-7277                                        MO: 39346

LABOR & PARTS
J# 1 07FOZ      *ALL TRANS DIAG          TECH(S):7268          INTERNAL
                CUSTOMER STATES THERE IS A TRANSMISSION WARNING ON DASH
                TESTED SYSTEM
                ALL PASSES AT THIS TIME

                                    JOB # 1 TOTAL LABOR & PARTS          0.00

J# 2 01I0Z99P      MULTI-POINT INSP.          TECH(S):7268          INTERNAL
                PERFORM MULTI POINT INSP.
                INSP COMPLETED

                                    JOB # 2 TOTAL LABOR & PARTS          0.00

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
        ORIGINAL ESTIMATE OF      $0.00 (+TAX)
COMMENTS
9044237277
TECHNICIAN CERTIFICATION
          7268              BENJAMIN KEPICS              002311545

TOTALS
( )CASH  ( )CHECK  ( )CHARGE  ( )M/C  ( )VISA  ( )AM/EX       TOTAL LABOR....      0.00
MV-06675                                                     TOTAL PARTS....      0.00
QUICKLANE HRS OPEN  MON-FRI 7AM-7PM  SAT 8AM-5PM             TOTAL SUBLET...      0.00
MAIN SHOP HRS OPEN  MON-FRI 7AM-6PM  SAT 8AM-NOON            TOTAL G.O.G....      0.00
BODY SHOP HRS OPEN  MON-FRI 8AM-6PM  PHONE 386-274-6757      TOTAL MISC CHG.      0.00
BODY SHOP ADDRESS  1320 TOMOKA FARMS ROAD. D.B. FL 32124     TOTAL MISC DISC      0.00
SHOP SUPPLIES. THIS CHARGE REPRESENTS COSTS AND PROFITS TO   TOTAL TAX......      0.00
THE MOTOR VEHICLE REPAIR FACILITY FOR ITEMS SUCH AS
MISCELLANEOUS SHOP SUPPLIES AND/OR WASTE DISPOSAL.           **TOTAL INVOICE $      0.00**

PARTS AND LABOR ARE GUARANTEED FOR 12 MONTHS OR
12,000 MILES, WHICHEVER COMES FIRST.
MOST RETAIL PARTS CARRY A 24 MONTH GUARANTEE. SEE ADVISOR

THANK YOU FOR YOUR BUSINESS

        CUSTOMER SIGNATURE
*************************   D U P L I C A T E   I N V O I C E   *************************

SHOP SUPPLIES AND HAZARDOUS
WASTE DISPOSAL CHARGES
This charge represents costs and profits to
the motor vehicle repair facility for items
such as miscellaneous shop supplies and/or
waste disposal. (s.559.904ni)

The State of Florida requires a $1.00 fee to
be collected for each new tire sold in the
state (s. 403.718), and a $1.50 fee to be
collected for each new or remanufactured
battery sold in the state (s. 403.7185).

PAGE 1 OF 1              CUSTOMER COPY              [ END OF INVOICE ]    03:53pm



1420 Tomoka Farms Road
DAYTONA BEACH, FLORIDA 32124
(386)-253-7031
STATE OF FLORIDA REGISTRATION: #MV-06675

| | |
|---|---|
| Repair Order #: | 935056 |
| Tag #: | 6267 |
| Invoice Date: | 08/03/2016 |
| Advisor: | SAKELARICS PONIRIS |
| Advisor No. #: | 7275 |

Job #        PO #        Description

**Sublet Total:**        $1.00

## Amount Totals

| | |
|---|---|
| Total Labor: | $ 0.00 |
| Total Parts: | $ 0.00 |
| Total Sublet: | $ 0.00 |
| Total G.O.G.: | $ 0.00 |
| Misc: | $ 0.00 |
| Sales Tax: | $ 0.00 |

**Customer Total:**

### Terms and Acceptance

SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES. This charge represents costs and profits to the motor vehicle repair facility
for items such as miscellaneous shop supplies and/or waste disposal. (s. 559.904(4))
The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s. 403.718), and a $1.50 fee to be collected for each
new or remanufactured battery sold in the state (s. 403.7185)

✗ _____

OEM means Original Equipment Manufacturer factory parts.  '1' All parts are New unless specified otherwise.

*~ ~ Thank you for your business ~ ~*

**GARY YEOMANS**

F O R D | LINCOLN

**FOCS994009**

FOCS994009

1420 Tomoka Farms Road • (386) 255-7031
DAYTONA BEACH, FLORIDA 32124

STATE OF FLORIDA REGISTRATION # MV-06675

CELL: 904-423-7277

| 258666 | CHUCK PONIRIS | 7275 | 4762 | 10/03/17 | FOCS994009 |
|---|---|---|---|---|---|

CONSTANCE R ROUNDTREE
123 S ARLINGTON AVE #B
DELAND, FL 32724

| | 49,673 / | | DTG0451A |
|---|---|---|---|

14/FORD/FOCUS/5DR HB SE

| | 05/14/16 | 31,395 |
|---|---|---|

1 F A D P 3 K 2 3 E L 1 5 3 2 6 8

IWPGROUP@AOL.COM

09/27/17

904-423-7277

MO: 49683

JOB #  4 TOTAL PARTS          0.00

JOB #  4 TOTAL LABOR & PARTS          0.00

COMMENTS
++LOANER++

TECHNICIAN CERTIFICATION
7370          RYAN MORAN          002375880

TOTALS

( )CASH  ( )CHECK  ( )CHARGE  ( )M/C  ( )VISA  ( )AM/EX
MV-06675
PARTS AND LABOR ARE GUARANTEED FOR 12 MONTHS OR
12,000 MILES, WHICHEVER COMES FIRST.
MOST RETAIL PARTS CARRY A 24 MONTH GUARANTEE, SEE ADVISOR

SHOP SUPPLIES, THIS CHARGE REPRESENTS COSTS AND PROFITS TO
THE MOTOR VEHICLE REPAIR FACILITY FOR ITEMS SUCH AS
MISCELLANEOUS SHOP SUPPLIES AND/OR WASTE DISPOSAL.

Thank You for Your business, we know you have a lot of
choices when it comes to your vehicle service needs, and
really appreciate that you chose us. Our goal is for you to
be completely satisfied. If for some reason we did not meet
that goal, please call Dennis Young at (386) 274-6734

| TOTAL LABOR.... | 0.00 |
|---|---|
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |

**TOTAL INVOICE $          0.00**

SHOP SUPPLIES AND HAZARDOUS
WASTE DISPOSAL CHARGES
This charge represents costs and profits to
the motor vehicle repair facility for items
such as miscellaneous shop supplies and/or
waste disposal. (s.559.904+4)

The State of Florida requires a $1.00 fee to
be collected for each new tire sold in the
state (s. 403.718), and a $1.50 fee to be
collected for each new or remanufactured
battery sold in the state (s. 403.7185).

CUSTOMER SIGNATURE

PAGE 2 OF 2          CUSTOMER COPY          [ END OF INVOICE ]   01:38pm



**Total Tire & Service**
**5120 S. Clyde Morris Blvd**
**Port Orange, FL 32127**
**Phone (386)761-0010**
**Fax (386)761-0101**

Customer:
Address:
City, State:
Day Phone:
Night Phone:
Fax:
Estimate Ref: 1605
Date: September 20, 2017
Time: 10:07 AM

Vehicle: 2013 Ford Focus L4-2.0L

Service Writer:   Allan Ritsema
Service Tech:

VID:
Mileage:

*NEXT OIL CHANGE 52,318 MILES*

| Description | Part #/Labor Rate | Qty | Price/Time | Extended |
|---|---|---|---|---|
| Axle Shaft | | 1 | 259.99 | 259.99 |
| Replace | | | | |
| Front Axle | | | | |
| Axle Assembly | | | | |
| Right Side (B) | Labor 95.00 / hr | 1 | 1.30 | 123.50 |

|  |  |  |
|---|---|---|
| Labor Total | | 123.50 |
| Parts Total | | 259.99 |
| Sub-Total | | 383.49 |
| Labor Tax | 6.5% | 8.03 |
| Parts Tax | 6.5% | 16.90 |
| Service Tax | 4.0% | 15.34 |
| Tax Total | | 40.27 |
| Total | | $ 423.76 |

Signature                                        Date

# GARY YEOMANS

F O R D | L I N C O L N

**FOCS994009**

FOCS994009

1420 Tomoka Farms Road • (386) 253-7031
DAYTONA BEACH, FLORIDA 32124

STATE OF FLORIDA REGISTRATION # MV-06675

CELL: 904-423-7277

| CUSTOMER NO. 258666 | ADVISOR CHUCK PONIRIS  7275 | TAG NO. 4762 | INVOICE DATE 10/03/17 | INVOICE NO. FOCS994009 |
|---|---|---|---|---|
| CONSTANCE R ROUNDTREE | LABOR RATE | LICENSE NO. | MILEAGE 49,673 / | STOCK NO. DTG0451A |
| 123 S ARLINGTON AVE #B | TRANS MAKE/MODEL 14/FORD/FOCUS/5DR HB SE | | OPEN/REP. DATE 05/14/16 | DELIVERY DATE 31,395 |
| DELAND, FL 32724 | SERIAL NO. 1FADP3K23EL153268 | | SELLING DEALER NO. | RETAIL DOCUMENT FEE 0.00 |
| IWPGROUP@AOL.COM | P.O. # P.O. NO. | | R.O. DATE 09/27/17 | |
| 904-423-7277 | | | | MO: 49683 |

## LABOR & PARTS

**J# 1 06FOZ          GAS ENGINE                    TECH(S):7370                     WARRANTY**
CUSTOMER STATES THE RIGHT FRONT AXLE BOOT LEAKING
R/F CV BOOT TORN. FURTHER INSPECTION FOUND JOINT TO BE
DAMAGED.
REPLACED R/F CV AXLE.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | CCPZ-3B477-F | RETAINER | | WARRANTY |
| JOB # 1 | 1 | FV6Z-3B436-R | SHAFT - FRONT | | WARRANTY |
| | | | | JOB # 1 TOTAL PARTS | 0.00 |

JOB # 1 TOTAL LABOR & PARTS    0.00

<table>
<tr><td>CHECK/√ APPLICABLE BOX</td><td></td><td></td></tr>
<tr><td>24 HR RENTAL</td><td>AGREEMENTS</td><td>GAS</td></tr>
<tr><td colspan="3">P & A CODE: 54200</td></tr>
<tr><td>PARTS</td><td>LABOR</td><td>TOTAL</td></tr>
</table>

SHOP SUPPLIES AND HAZARDOUS
WASTE DISPOSAL CHARGES
This charge represents costs and profits to
the motor vehicle repair facility for items
such as miscellaneous shop supplies and/or
waste disposal [s. s59.9044].

The State of Florida requires a $1.00 fee to
be collected for each new tire sold in the
state [s. 403.718], and a $1.50 fee to be
collected for each new or remanufactured
battery sold in the state [s. 403.7185].

**J# 2 24FOZ99P       MULTI-POINT INSP              TECH(S):7370                     INTERNAL**
Perform a thorough inspection of your vehicle and provide a
detailed Vehicle Report Card. Check Fluid Levels. Inspect
Wiper Blades. Test Battery. Inspect Tires and Brake Wear.
Inspect safety systems and components for leaks and damage.
SERVICE COMPLETE.
Perform multi-point vehicle inspection and record results on
Vehicle Report Card.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | | | | JOB # 2 TOTAL PARTS | 0.00 |

JOB # 2 TOTAL LABOR & PARTS    0.00

**J# 3 07FOZ-DIAG69    *DIAG TRANS                   TECH(S):7370                     WARRANTY**
CUSTOMER STATES THE TRANSMISION SHUDDERS WHILE DRIVING
CONFIRMED SHUDDER IN 1ST GEAR.
REF. TSB 16 0109. RVC RPA7AMH8NRY0B.
IDS DIAG, NO CODES. DPS6 SHUDDER DIAG, PINPOINT A, A2 YES.
A3 YES, A4 YES, A5 NO 319 RPMS, A6 YES. A7 REPLACE CLUTCH
ASSY. REPROGRAMMED PCM/TCM. PERFORMED TRANS ADAPTIVE LEARNS
RETEST, ROADTEST. NO SHUDDER.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 3 | 1 | F1FZ-7B546-B | CLUTCH ASY | | WARRANTY |
| JOB # 3 | 1 | EV6Z-7052-C | SEAL ASY - OIL | | WARRANTY |
| JOB # 3 | 1 | PM-4-B | BRAKE CLEANER | | WARRANTY |
| JOB # 3 | 1 | XT-11-QDC | FLUID - TRANSM | | WARRANTY |
| | | | | JOB # 3 TOTAL PARTS | 0.00 |

JOB # 3 TOTAL LABOR & PARTS    0.00

**J# 4+17FOZ           RECALLS                       TECH(S):7370                     WARRANTY**
16S30 RECALL
RECALL 16S30.
REPLACED ALL 4 DOOR LATCHES PER RECALL.
E

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 4 | 1 | CJ5Z-54264A26 A | LATCH | | WARRANTY |

1420 N Tomoka Farms Rd
Daytona Beach 32124
Phone: 3862536771
FL Florida
US United States

Repair Order #: 100511
Tag:  5171

CONSTANCE R ROUNDTREE
123 S ARLINGTON AVE
DELAND  FL 32724
Customer Number · 258666
Home Phone #: 9044237277
Cell Phone #: 9044237277
Business Phone #:

2014 FORD

VIN #: 1FA6P0SK2EL153138
Color #:
Mileage #: 63841

---

**Job # 1**  | Labor Total: | $ 0.00

CUSTOMER STATES THE TRANSMISSION IS SHUDDERING, AND IT'S
ALSO ROLLING BACKWARDS FROM A STOP, HAS CPO WARRANTY
Cause:  DIAG  TRANS ISSUES

| Part Number | Part Description | Parts Total: | $ 0.00 |
|---|---|---|---|
| | CLUTCH ASSY | | |
| | SEAL ASSY OIL | | |

---

**Job # 2**  | Labor Total: | $ 0.00

PERFORM MULTI-POINT INSPECTION
Cause:  INSPECTION
Correction:  REAR BRAKES AT 3MM DECLINED

| Part Number | Part Description | Parts Total: | $ 0.00 |
|---|---|---|---|

---

**Job # 3**  | Labor Total: | $ 0.00

BASED ON OUR INSPECTION OF YOUR VEHICLE IT WAS NOTED THAT
THE FRONT BRAKE PADS HAVE EXCEEDED SAFE OPERATING LIMITS
(3MM OR LESS) AND SHOULD BE REPLACED AT THIS TIME. FAILURE TO

06 03 2018 1:34 PM

**GARY YEOMANS**     **FOCS138528**

F O R D · L I N C O L N



1420 Tomoka Farms Road • (386) 253-7035
DAYTONA BEACH, FLORIDA 32124

STATE OF FLORIDA REGISTRATION # MV-06675

CELL: 904-423-7277

FOCS138528

| 258666 | BRUCE SCHAAF | 7561 | 5175 | 08/03/18 | FOCS138528 |
|---|---|---|---|---|---|
| CONSTANCE R ROUNDTREE | | | 63,881 / | | DTG0451A |
| 123 S ARLINGTON AVE #B | 14/FORD/FOCUS/5DR HB SE | | | 05/14/16 | 31,395 |
| DELAND, FL 32724 | 1 F A D P 3 K 2 3 E L 1 5 3 2 6 8 | | | | |
| IWPGROUP@AOL.COM | | | | 08/02/18 | REPRINT# 2 |
| 904-423-7277 | | | | | MO: 63889 |

LABOR & PARTS
J# 1 D7FOZ        TRANSMISSION              TECH(S):7310              WARRANTY
            CUSTOMER STATES THE TRANSMISSION IS SHUDDERING, AND IT'S
            ALSO ROLLING
            BACKWARDS FROM A STOP. HAS CPO WARRANTY
            DIAG TRANS ISSUES
            IDS CLUTCH ROAD TEST,SHUDDER AT 599 RPM,SENT RECORDINGS TO
            HOTLINE,PINPOINT TESTS A-A7,R&R TRANS REPLACED CLUTCH ASSY
            REPROGRAMMED TCM,PCM,ADAPTIVE LEARN,POST ROAD TEST,RVC CODE
            RPA7AMH8NRY0B

PARTS-----QTY--FP-NUMBER-------------DESCRIPTION--------------UNIT PRICE-
JOB # 1     1    F1FZ-7B546-B          CLUTCH ASY                  WARRANTY
JOB # 1     1    EV6Z-7052-C           SEAL ASY - OIL              WARRANTY
                                        JOB #  1 TOTAL PARTS        0.00

                                        JOB #  1 TOTAL LABOR & PARTS   0.00

J# 2 24FOZ99P       MULTI-POINT INSP        TECH(S):7310         WARRANTY
            PERFORM MULTI-POINT INSPECTION
            INSPECTION
            REAR BRAKES AT 3MM DECLINED

PARTS-----QTY--FP-NUMBER-------------DESCRIPTION--------------UNIT PRICE-
                                        JOB #  2 TOTAL PARTS        0.00

                                        JOB #  2 TOTAL LABOR & PARTS   0.00

J# 3+33FOZRBK       FRNT BRAKES RED         TECH(S):7310         WARRANTY
            REAR BRAKES 3MM. RECOMMEND REPLACEMENT

            CUSTOMER DECLINED REAR BRAKES

PARTS-----QTY--FP-NUMBER-------------DESCRIPTION--------------UNIT PRICE-
                                        JOB #  3 TOTAL PARTS        0.00

                                        JOB #  3 TOTAL LABOR & PARTS   0.00

MISC-----CODE-------DESCRIPTION-------------CONTROL NO--------
JOB # 1    DEDUCT  WARRANTY DEDUCTIBLE           138528        INTERNAL
                                        TOTAL - MISC                0.00

COMMENTS-----
++LOANER++ POSSIBLY WAIVE DEDUCT PER CHUCK?
DF FENDER DAMAGE AND DR BUMPER DAMAGE

CPO WARRANTY COVERAGE.
WARRANTY DEDUCTIBLE COVERED PER CHUCK BECAUSE SHE HAD IT IN RIGHT B
EFORE THE 5YR/60K POWERTRAIN WARRANTY EXPIRED FOR THE SAME ISSUE.

TECHNICIAN CERTIFICATION
            7310            JASON OSBORNE            000708460

SHOP SUPPLIES AND HAZARDOUS
WASTE DISPOSAL CHARGES
This charge represents costs and profits to
the motor vehicle repair facility for items
such as miscellaneous shop supplies and/or
waste disposal [s. 559.904(4)].

The State of Florida requires a $1.00 fee to
be collected for each new tire sold in the
state [s. 403.718], and a $1.50 fee to be
collected for each new or remanufactured
battery sold in the state [s. 403.7185].

PAGE 1 OF 2            CUSTOMER COPY            [CONTINUED ON NEXT PAGE]      05:19pm

**GARY YEOMANS**

F O R D | L I N C O L N

1420 Tomoka Farms Road • (386) 253-7031
DAYTONA BEACH, FLORIDA 32124

STATE OF FLORIDA REGISTRATION # MV-06675

**FOCS138528**

FOCS138528

CELL: 904-423-7277

| CUSTOMER ID | | ADVISOR | | TAG NO | | INVOICE DATE | | INVOICE NO |
|---|---|---|---|---|---|---|---|---|
| 258666 | | BRUCE SCHAAF | 7561 | 5175 | | 08/03/18 | | FOCS138528 |

CONSTANCE R ROUNDTREE
123 S ARLINGTON AVE #B
DELAND, FL 32724

IWPGROUP@AOL.COM

| LABOR RATE | LICENSE NO | MILEAGE | | | |
| | | 63,881 / | | | |
| YEAR MAKE MODEL | | | COLOR | | STOCK NO |
| 14/FORD/FOCUS/5DR HB SE | | | | | DTG0451A |
| VEHICLE I.D. NO | | | DELIVERY DATE | | DELIVERY MILES |
| 1 F A D P 3 K 2 3 E L 1 5 3 2 6 8 | | 05/14/16 | | 31,395 |
| R.T E NO | | P.O. NO | | PRODUCTION NO |
| | | | | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | R.O. DATE | |
| 904-423-7277 | | | 08/02/18 | REPRINT# 2 |

MO: 63889

TOTALS-------------------------------------

( )CASH  ( )CHECK  ( )CHARGE  ( )M/C  ( )VISA  ( )AM/EX
MV-06675
PARTS AND LABOR ARE GUARANTEED FOR 24 MONTHS OR
UNLIMITED MILES ON ALL MECHANICAL REPAIRS
MOST RETAIL PARTS CARRY A 24 MONTH GUARANTEE, SEE ADVISOR

SHOP SUPPLIES, THIS CHARGE REPRESENTS COSTS AND PROFITS TO
THE MOTOR VEHICLE REPAIR FACILITY FOR ITEMS SUCH AS
MISCELLANEOUS SHOP SUPPLIES AND/OR WASTE DISPOSAL.

Thank You for Your business, we know you have a lot of
choices when it comes to your vehicle service needs, and
really appreciate that you chose us. Our goal is for you to
be completely satisfied. If for some reason we did not meet
that goal, please call Dan Hickey at (386) 274-6734

| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

**SHOP SUPPLIES AND HAZARDOUS
WASTE DISPOSAL CHARGES**
This charge represents costs and profits to
the motor vehicle repair facility for items
such as miscellaneous shop supplies and/or
waste disposal [s. 559.904(4)].

The State of Florida requires a $1.00 fee to
be collected for each new tire sold in the
state [s. 403.718], and a $1.50 fee to be
collected for each new or remanufactured
battery sold in the state [s. 403.7185].

CUSTOMER SIGNATURE

PAGE 2 OF 2                    CUSTOMER COPY         [ END OF INVOICE ]   05.19pm

**GARY YEOMANS**

F O R D  L I N C O L N

**FOCS125520**

FOCS125520

420 Tomoka Farms Road • (386) 253-7031
DAYTONA BEACH, FLORIDA 32124

STATE OF FLORIDA REGISTRATION # MV-06675

CELL: 904-423-7277

| CUSTOMER NO. 258666 | MARION PATT | 3710 | 7363 | 05/07/18 | FOCS125520 |
|---|---|---|---|---|---|
| CONSTANCE R ROUNDTREE | LABOR RATE | LICENSE NO. | MILEAGE 58,892 / | PO DR | DTG0451A |
| 123 S ARLINGTON AVE #B DELAND, FL 32724 | 14/FORD/FOCUS/5DR HB SE | | | 05/14/16 | 31,395 |
| | 1 F A D P 3 K 2 3 E L 1 5 3 2 6 8 | | | | |
| IWPGROUP@AOL.COM | | | | 05/07/18 | REPRINT# 1 |
| 904-423-7277 | COMMENTS | | | | MO: 58894 |

LABOR & PARTS

J# 1 07FOZ    TRANSMISSION    TECH(S):7370    WARRANTY
           CUSTOMER STATES THE TRANSMISSION IS NOT RESPONDING WHEN
           TAKING OFF FROM A STOP AND IT FEELS LIKE ITS SLIPPING
           CANNOT CONFIRM CUST. CONCERN.
           DPS6 SHUDDER DIAG, NO SHUDDER RECORDED, RETURNED TO CUST.
           WITHIN EXPECTED LIMITS.

                                          JOB #  1 TOTAL LABOR & PARTS    0.00

J# 2 24FOZ99P    MULTI-POINT INSP    TECH(S):7370    INTERNAL
           PERFORM MULTI-POINT INSPECTION
           INSPECTION PERFORMED.

                                          JOB #  2 TOTAL LABOR & PARTS    0.00

J# 3 19FOZRENT    RENTAL CAR CLAIM    TECH(S):7370    WARRANTY
           PROVIDE CUSTOMER WITH RENTAL VEHICLE

           COMPLETED

                                          JOB #  3 TOTAL LABOR & PARTS    0.00

COMMENTS
++LOWER++

TECHNICIAN CERTIFICATION
        7370        RYAN MORAN        002375880

TOTALS

( )CASH  ( )CHECK  ( )CHARGE  ( )M/C  ( )VISA  ( )A1/EX       TOTAL LABOR....    0.00
MV-06675                                                     TOTAL PARTS....    0.00
PARTS AND LABOR ARE GUARANTEED FOR 24 MONTHS OR             TOTAL SUBLET...    0.00
UNLIMITED MILES ON ALL MECHANICAL REPAIRS                   TOTAL G.O.G....    0.00
MOST RETAIL PARTS CARRY A 24 MONTH GUARANTEE, SEE ADVISOR   TOTAL MISC CHG.    0.00
                                                            TOTAL MISC DISC    0.00
SHOP SUPPLIES, THIS CHARGE REPRESENTS COSTS AND PROFITS TO  TOTAL TAX......    0.00
THE MOTOR VEHICLE REPAIR FACILITY FOR ITEMS SUCH AS
MISCELLANEOUS SHOP SUPPLIES AND/OR WASTE DISPOSAL.          **TOTAL INVOICE $    0.00**

Thank You for your business, we know you have a lot of
choices when it comes to your vehicle service needs, and
really appreciate that you chose us. Our goal is for you to
be completely satisfied. If for some reason we did not meet
that goal, please call Dan Hickey at (386) 274-6734

CUSTOMER SIGNATURE

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal (s.559.904(4))

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s. 403.718), and a $1.50 fee to be collected for each new or remanufactured battery sold in the state (s. 403.7185).

PAGE 1 OF 1        CUSTOMER COPY        [ END OF INVOICE ]  04:32pm

# Ford PowerShift Transmission Settlement

**Ford Focus and Ford Fiesta PowerShift Transmission Settlement**

If you are a current or former owner or lessee of a 2011-2016 Ford Fiesta or 2012-2016 Ford Focus vehicle that was equipped with a PowerShift Transmission and was originally sold or leased in the United States (including territories), you may be affected by a nationwide settlement that has been reached in litigation concerning the PowerShift Transmission.

### Important Dates

| Event | Date |
|---|---|
| Notice Date | July 14, 2017 |
| Opt-Out Deadline | September 5, 2017 |
| Opt-In Deadline | September 5, 2017 |
| Objection Deadline | September 5, 2017 |
| Fairness Hearing | October 2, 2017 |

### CLASS MEMBERS CANNOT YET FILE CLAIMS

**Claims will be accepted after the Court grants Final Approval of the Settlement.**

**Please check this website frequently for updates regarding the Settlement.**

This website provides you with important information with respect to the Settlement, and the website will be updated as new information becomes available.

If you purchased/leased a Ford Focus (2012-2016 models) or a Ford Fiesta (2011-2016 models) equipped with a PowerShift dual-clutch automatic transmission, you might be eligible for the following benefits, among others:

- Repurchase of your vehicle through an arbitration procedure
- Cash Payments totaling up to $2,325
- Discount Certificates of up to $4,650 toward a new car purchase

Current status of this matter:

The parties in *Vargas v. Ford Motor Company,* C.D. Cal. Case No. 2:12-cv-08388-AB-FFM, have reached a nationwide settlement which was granted preliminary approval by the Court on April 25, 2017. A copy of the Settlement Agreement is available under the "Case Documents" tab on this website.

Notice was mailed to known potential class members in early July, 2017. Please be aware that postcards regarding the Settlement were sent inadvertently to some owners or lessees of **vehicles not included in the Settlement Class.** These vehicles include 2011-2016 Ford Fiesta vehicles and 2012-2016 Ford Focus vehicles equipped with a manual transmission, 2012-2016 Ford Focus Electric Vehicles, and 2016 Model Year Focus SE vehicles equipped with a 1.0L Engine and an optional 6-speed Automatic Transmission with SelectShift.

On October 2, 2017, the Court will hold a hearing to determine whether to grant final approval to the Settlement. Please check this website regularly for updates.

**Kurtzman Carson Consultants**
Terms of Use (http://www.kccllc.com/terms-of-use/)
Privacy Statement (http://www.kccllc.com/privacy/)

*Ford Claim # TH 1005369*





**PRESS FIRMLY**

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

**P**

**$7.95**

Origin: 32724
06/25/21
1121760529-18

**PRIORITY MAIL 2-DAY®**

0 Lb 15.90 Oz

**1006**

EXPECTED DELIVERY DAY 06/28/21

**C032**

SHIP
TO:
255 E TEMPLE ST
Los Angeles CA 90012-3332

**USPS TRACKING® #**

9505 5158 8950 1176 5850 90

**FLAT RATE ENVELOPE**
**ONE RATE ■ ANY WEIGHT**

**TRACKED ■ INSURED**

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**CSO ROYBAL**

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

FROM: Constance Roundtee
P.O. BOX 1065
Deland FL 32721

AB

TO:

George
Edward R. Roybal
Federal Building
United States Courthouse
235 East Temple St.
Los Angeles, CA 90012